

NEWS | SPORTS | WEATHER | FEATURES | CW17 | TRAFFIC | JAX BEST | NEWSLETTERS | CO

2 warnings and a watch in effect for 22 regions in the area
See the complete list

WEATHER ALERT                                                                                              HIDE

### NEWS

# Deputies: 30 rounds fired from AR-15 in deadly Florida home invasion

Incident stemmed from ongoing feud between two groups, investigators say

Garrett Pelican, Digital executive producer

Published: **April 17, 2018 at 7:20 PM**

Tags: **Florida**, **Baker County**, **Weird News**, **News**, **Glen St Mary**



 NEWS | SPORTS | WEATHER | FEATURES | CW17 | TRAFFIC | JAX BEST | NEWSL



*(Left to right: Bell, Watkins, Cayden Lauramore, Albino)*



**GLEN ST. MARY, Fla** – Three men say they were asleep inside a mobile home in Glen St. Mary about 4 a.m. Sunday when they heard a voice outside yell "Sheriff's Office!" before the front door burst open.

In stormed a masked gunman who fired off a single round before two of the men inside, one armed with an AR-15 rifle and the other with a handgun, emerged from two bedrooms and opened fire.

Gunfire ripped into the masked gunman and two other intruders, who crumpled to the floor with multiple gunshot wounds.

Those details surfaced Tuesday when the Baker County Sheriff's Office released an arrest report linked to **this weekend's home invasion turned deadly triple shooting**.

Five people are charged in the case. Investigators suspect the home invasion escalated from an ongoing feud between two groups that was stoked by social media threats.

Ad

The victims told deputies they acted in self-defense when they turned their guns on the intruders, with one of them estimating he fired over 30 rounds from an AR-15 before the threat was over.

Afterward, the victims retreated to another part of the home before they dialed 911, according to the report. None of them was hurt during the shooting.

The same cannot be said for the intruders, **several of whom were inside a vehicle deputies intercepted as it sped away** from the mobile home off County Road 125.

  NEWS    SPORTS    WEATHER    FEATURES    CW17    TRAFFIC    JAX BEST    NEWSL

One of them, Corey Lauramore, died of gunshot wounds to the head. An unidentified 16-year-old remains hospitalized, and a third suspect, William Lauramore, was treated and released to police.

Investigators found a heavy amount of dried blood caked on the front steps of the home, a bloodstained mask with a bullet hole through it and a .380 caliber handgun lying nearby, the report said.

They also recovered an AR-15 rifle and a 9MM handgun inside the home.

The Sheriff's Office said the **five individuals charged in the case were among a group of seven that went to the mobile home that morning to confront and fight** the group staying there.

William Lauramore, 24; Joseph Albino, 24; Zachary Bell, 20; Christian Watkins, 19; and Cayden Lauramore, 15, are charged with home invasion. But additional charges are possible.

Albino, Bell and Watkins provided conflicting details about their involvement in the shooting, but all three said they had no idea others in their group had brought weapons along, according to the report.

Copyright 2018 by WJXT News4Jax - All rights reserved.

Recommended by

Sponsored   1/5



NEWS    SPORTS    WEATHER    FEATURES    CW17    TRAFFIC    JAX BEST    NEWSL

[Gallery] 27 Dresses Worn to the VMA That Went Too Viral

Read More >

**FOLLOW US**



**GET RESULTS WITH OMNE**



| TV Listings | Contact Us | Email Newsletters | RSS Feeds | Contests and Rules |
| Closed Captioning / Audio Description | Careers at WJXT / WCWJ | Terms of Use | WJXT Public File | WCWJ Public File |
| FCC Applications | Privacy Policy | Do Not Sell My Info | | |

If you need help with WJXT's or WCWJ's FCC public inspection file, call (904) 393-9801.

 

Copyright © 2022 News4JAX.com is managed by Graham Digital and published by Graham Media Group, a division of Graham Holdings.