

74°                                                                                                                    LIVE

**NEWS**

# Man armed with AR-15 stops attack by neighbor in Oswego

Dave Thomas

by: **Nancy Loo**, **Charles Hayes**
Posted: Feb 27, 2018 / 05:37 AM CST
Updated: Feb 27, 2018 / 12:59 PM CST

SHARE   

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

Police say it all began when someone with a knife attacked another person during an argument.

Neighbor Dave Thomas, who witnessed the attack, went into his home, got his rifle and ordered the suspect to stop.

"I ran back into the home, into my house and grabbed my AR-15. Grabbed the AR-15 over my handgun. It's just a bigger gun. I think a little bit more than an intimidation factor definitely played a part in him actually stopping."

No shots were fired.

The suspect was able to get away briefly, before police captured him.

The stabbing victim was taken to a hospital, and is expected to recover.

Police say Thomas has a valid firearm owner's identification card and a concealed carry permit. Thomas says he is also a firearms instructor.

"The AR-15 is my weapon of choice for home protection," Thomas said. "It's light, it's maneuverable. If you train and know how to use it properly, it's not dangerous. And this is just a perfect example of good guy with an AR-15 stopped a bad guy with a knife. And there were no lives taken, so all in all it was a good day."

**Suggest a Correction**

Copyright 2022 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

AROUND THE WEB





### Adults over 65 Can Now Get Low Cost Walk in Tubs

The Senior Scoop



### Government Will Cover The Cost To Install Solar If You Live In These Zip Codes

Solar Sesame



### High Blood Sugar: Try This Simple Method (Watch)

Awareness Alert



### $49 Keilini Lightbulb Security Camera

Keillini.com



### Here Are 50 of the Coolest Gifts for This 2022

Smart Lifestyle Trends



### $34.99 Security Camera Makes Doorbell Cams Seem Ancient

Keilini



### 25 Gifts That Will Sell Out in 2022

Bargain Fans



### The Security Camera



### Here Are 13 Deals Most





**Connecticut Launches New Policy for Cars Used Less Than 50 Miles/day**
Smart Lifestyle Trends



**Hands Down the Top Credit Card of 2022**
CompareCredit



**Hairstyles That Make Women Over 60 Look 40**
HD Tips

SUBSCRIBE NOW

# WGN News Daily Update

Your email

SIGN UP NOW

**TOP STORIES**





Naperville police to fine drivers fleeing police

R. Kelly trial likely to extend beyond 4-week timeline

Steve Bannon surrenders in NY court

HBO to fix 'House of the Dragon' green-screen goof

Top Stories

 

 Naperville police to fine drivers fleeing police

 R. Kelly trial likely to extend beyond 4-week timeline

 Steve Bannon surrenders in NY court

 HBO to fix 'House of the Dragon' green-screen goof

 Jeep unveils 1st electric SUVs for North America …

 Man, 3 kids in Indianapolis pond died accidentally

 Where to get the omicron COVID-19 booster

More Stories



**Double murder suspect due in cour...**
2 hours ago

**6 @ 6: Chandelier earrings, babies on...**
3 hours ago

**Man dead following shootout in South...**
3 hours ago

**Loved ones remember mother...**
11 hours ago

**More Videos**



**SPONSORED CONTENT**





# 6 Strange Things Millionaires Do With Their Money, But Most of Us Have Never Tried ↗

By **The Penny Hoarder**

---

**WHAT DO YOU THINK?**

**If the Justice Dept. were to appeal the recent court ruling ordering a pause in its investigation of classified documents seized from Mar-a-Lago, do you think the appeal would be successful or unsuccessful?**

○ Successful

○ Unsuccessful

NEXT *

* By clicking "NEXT" you agree to the following: We use cookies to track your survey answers. If you would like to continue with this survey, please read and agree to the CivicScience Privacy Policy and Terms of Service

## POPULAR

1  **Wife listened as husband stabbed, killed by nephew**

2  **2 found dead in Highland Park apartment**

3  **Soldier Field switches to Bermuda grass for Bears**

4  **Queen under medical care amid health fears**

5  **Man, 3 kids in Indianapolis pond died accidentally**

6  **Woman convicted in 1999 murder of 3 kids speaks out**

7  **Steve Bannon surrenders in NY court**

## LATEST NEWS




### Naperville police to fine drivers fleeing police
Western suburbs • 24 mins ago


### R. Kelly trial likely to extend beyond 4-week timeline
R. Kelly Trial • 30 mins ago


### Steve Bannon surrenders in NY court
News • 60 mins ago


### HBO to fix 'House of the Dragon' green-screen goof
Trending • 40 mins ago


### Jeep unveils 1st electric SUVs for North America …
News • 1 hour ago

View All News

# Chicago's Very Own source for breaking news, weather, sports and entertainment.

## Follow Us

| News App | | Weather App |
|---|---|---|
|  | |  |
|  | |  |

WGNTV EEO Report                         Online Public File

FCC Public Inspection File Help          Privacy Policy

Terms Of Use                             Do Not Sell My Personal Information

FCC Applications                         Public File Assistance Contact

Subscribe To WGN-TV Push Notifications   The Hill

NewsNation                               BestReviews

Content Licensing                        Nexstar Digital