AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Eddie Grant, Jr., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-01223 |
| Edward M. Lamont, Jr. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS

Date: September 29, 2022

*Attorney's signature*

Doug Dubitsky, Esq. (ct21558)
*Printed name and bar number*

Law Offices of Doug Dubitsky
P.O. Box 70
North Windham, CT 06256

*Address*

doug@lawyer.com
*E-mail address*

(860) 808-8601
*Telephone number*

(866) 477-1120
*FAX number*