# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., | |
| Plaintiffs, | CIV. NO. 3:22-cv-01223-MPS |
| v. | |
| EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTINE WATSON, in her official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, | OCTOBER 6, 2022

**MOTION TO CORRECT CAPTION** |
| Defendants. | |

The Plaintiffs hereby move to correct the docket case caption to reflect the appropriate spelling of Defendant Christian Watson's name pursuant to the Fed. R. Civ. P. 15(a), the "misnomer rule," and the Court's inherent authority.

The initial complaint inadvertently included a scrivener's error wherein Defendant Watson's name was misspelled as "Christine Watson." The Plaintiffs' complaint, however, is

amply clear that they were naming and referring to Christian Watson, Connecticut's State's Attorney for the New Britain Judicial District.

As the U.S. District Court for the Eastern District of New York has noted, the authority to change the case caption could be traced to Fed. R. Civ. P. 15(a), the Court's inherent authority, or a separate "misnomer rule." *See United States v. Edwards*, 241 F.R.D. 146 (E.D.N.Y. 2007) (citing cases where the Second Circuit has corrected case captions *sua sponte*, referencing Fed. R. Civ. P. 15(a), and discussing the "misnomer rule"). Regardless of the basis of the Court's authority, correction of the caption serves the spirit of Fed. R. Civ. P. 15(a)'s policy: to resolve cases on a merits determination.

No prejudice will result to any party from the granting of this motion as the Plaintiffs have not yet effectuated service of process on any of the Defendants. Should the Court grant this Motion, the Plaintiffs will file an Amended Complaint including the appropriate corrections, and they will ask the Court to reissue summons for the Defendants that reflect the corrected caption properly naming Defendant Watson.

Dated: October 6, 2022 Respectfully submitted,

    *//s//   Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

    *//s//   Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    *//s//   Cameron L. Atkinson*
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiffs*