UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRANT, ET AL. *Plaintiffs* | : | CIVIL NO. 3:22-CV-1223(JBA) |
| V. | : | |
| LAMONT, ET AL. *Defendants* | : | NOVEMBER 17, 2022 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all Defendants in their official capacities only in the above-captioned case.

Dated at Hartford, Connecticut, this 17th day of November, 2022.

        DEFENDANTS

        Lamont, et al.

        WILLIAM TONG
        ATTORNEY GENERAL


        BY: /s/ Janelle R. Medeiros
            Janelle R. Medeiros
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT 06105
            Federal Bar #ct30514
            E-Mail: janelle.medeiros @ct.gov
            Tel.: (860) 808-5450
            Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on November 17, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

**/s/ Janelle R. Medeiros**
Janelle R. Medeiros
Assistant Attorney General