UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRANT, ET AL. *Plaintiffs* | : | CIVIL NO. 3:22-CV-1223(JBA) |
| V. | : | |
| LAMONT, ET AL. *Defendants* | : | NOVEMBER 17, 2022 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in addition to Assistant Attorney General Janelle Medeiros as counsel for all Defendants in their official capacities only in the above-captioned case.

Dated at Hartford, Connecticut, this 17th day of November, 2022.

DEFENDANTS

Lamont, et al.

WILLIAM TONG
ATTORNEY GENERAL


BY: /s/ James Belforti_____
James Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30449
E-Mail: james.belforti@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on November 17, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

**/s/ James Belforti**
James Belforti
Assistant Attorney General