UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRANT, ET AL.<br>*Plaintiffs* | : | CIVIL NO. 3:22-CV-1223(JBA) |
| V. | : | |
| LAMONT, ET AL.<br>*Defendants* | : | NOVEMBER 17, 2022 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in addition to Assistant Attorneys General Janelle Medeiros and James Belforti as counsel for all Defendants in their official capacities only in the above-captioned case.

Dated at Hartford, Connecticut, this 17th day of November, 2022.

DEFENDANTS

Lamont, et al.

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Terrence O'Neill
Terrence O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
E-Mail: Terrence.O'Neill@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on November 17, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                            **/s/ Terrence O'Neill**
                                            Terrence O'Neill
                                            Assistant Attorney General