UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE GRANT, JR., *et al* | : | CIVIL NO. 3:22-CV-01223 (JBA) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| LAMONT, *et al.,* | : | |
| *Defendants*. | : | JANUARY 3, 2023 |

## DEFENDANTS' MOTION FOR A PRE-FILING CONFERENCE

Pursuant to the Court's chamber practices, the Defendants respectfully request a pre-filing conference to consider the Defendants' right to move the Court to dismiss the Plaintiff's action on the following grounds:

1. The Plaintiffs, Eddie Grant, Jr., Jennifer Hamilton, Michael Stiefel, Connecticut Citizens Defense League, Inc. ("CCDL"), and the Second Amendment Foundation ("SAF"), bring this suit pursuant to 42 U.S.C. § 1983 against the Defendants, Governor Ned Lamont, Chief State's Attorney Patrick Griffin, Commissioner James Rovella, and State's Attorneys Margaret E. Kelly, David R. Applegate, Joseph T. Corradino, Sharmese Walcott, David R. Shannon, Michael A. Gailor, Christian Watson, John P. Doyle, Jr., Paul J. Narducci, Paul J. Ferencek, Matthew C. Gedansky, Maureen Platt, and Anne F. Mahoney, seeking declaratory and injunctive relief.

2. The Defendants intend to move for dismissal because several of Plaintiffs' claims are barred under the Eleventh Amendment and *Ex parte Young*.

3. Specifically, some of the claims in the instant action are not brought against proper Defendants, as they do not have the requisite "connection" with enforcement of the

challenged statute, and therefore this Court lacks subject matter jurisdiction over those claims. *See HealthNow N.Y., Inc. v. New York,* 739 F. Supp. 2d 286, 294 (W.D.N.Y. 2010) (Citing *Okpalobi v. Foster,* 244 F.3d 405, 416 (5th Cir. 2001)).

4. On January 3, 2023, undersigned contacted the Plaintiffs' counsel and provided this Motion.

5. As of the filing of this Motion, the undersigned has not heard back from Plaintiffs' counsel and therefore assumes that Plaintiffs' counsel contests the grounds for dismissal as well as the conference itself.

6. Defendants request a pre-filing conference to discuss the aforementioned basis for a motion to dismiss.

        DEFENDANTS
        Lamont et al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY: _____
        James M. Belforti
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Fax:  (860) 808-5591
        Federal Bar No. ct30449
        E-Mail:  james.belforti@ct.gov

By: *Janelle R. Medeiros*
        Janelle R. Medeiros
        Assistant Attorney General
        Federal Bar No. ct30514
        110 Sherman Street
        Hartford, CT  06105
        Telephone: (860) 808-5450

Fax No.: (860) 808-5591
E-Mail:  Janelle.medeiros@ct.gov

### CERTIFICATION

I hereby certify that on January 3, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James M. Belforti
James M. Belforti
Assistant Attorney General

3