UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in his official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, <br><br> Defendants. | CIV. NO. 3:22-cv-01223-JBA <br><br> February 3, 2023 <br><br><br> **EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION** |

Pursuant to Fed. R. Civ. P. 65 and D. Conn. Local Rule 7, the Plaintiffs hereby respectfully moves the Court to issue an emergency temporary restraining order and preliminary injunction against the Defendants. They request the following relief:

**ORAL ARGUMENT REQUESTED**

1

1. A temporary restraining order barring the Defendants from enforcing Conn. Gen. Stat. §§ 53-202a, 53-202b, and 53-202c until the Court can determine the merits of their application for a preliminary injunction.

2. In the alternative, the Plaintiffs ask the Court to issue a temporary restraining order enjoining the Defendants from treating firearms that have been considered legal "others" under Connecticut law as "assault weapons" until the Court can determine the merits of their application for a preliminary injunction.

3. A preliminary injunction barring the Defendants from enforcing Conn. Gen. Stat. §§ 53-202a, 53-202b, and 53-202c until such time as the Court makes a final determination on the merits in this matter.

Finally, the Plaintiffs hereby notify the Court and the Defendants that they are seeking *ex parte* and immediate relief.

Dated: February 3, 2023	Respectfully submitted,

   *//s//   Doug Dubitsky*
Doug Dubitsky, Esq. (ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com


   *//s//  Craig C. Fishbein*
Craig C. Fishbein, Esq. (ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

   *//s//  Cameron L. Atkinson*
Cameron L. Atkinson, Esq. (ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Facsimile: 203.672.6551
Email: catkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/