# Exhibit C

## AFFIDAVIT OF HOLLY SULLIVAN

I, Holly Sullivan, being duly sworn, deposes and says:

1. I, Holly Sullivan, am an adult resident of Southbury, CT.

2. I am over the age of 18, a citizen of the United States, and I am fully aware of the obligations of the oath.

3. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

4. I am the President of the Connecticut Citizens Defense League ("CCDL") which is a nonprofit, educational foundation, incorporated under the laws of Connecticut, with its principal place of business in Stratford, Connecticut. CCDL is a Plaintiff in this action.

5. CCDL's mission is to preserve the effectiveness of the Second Amendment through legislative and grassroots advocacy, outreach, education, research, publication, legal action, and programs focused on the constitutional right to keep and bear arms. CCDL has over 41,000 members and supporters nationwide, with more than ninety-five percent of its members and supporters being residents of Connecticut. CCDL represents its members and supporters – which include individuals seeking to exercise their right to acquire, possess, and carry firearms for personal protection.

6. Modern sporting arms are among those listed or described in Conn. Gen. Stat. § 53-202a and effectively "banned" by Conn. Gen. Stat. § 53-202c.

7. I have been contacted by many CCDL members from across Connecticut who own no firearms listed or described in Conn. Gen. Stat. § 53-202a because they are prohibited by Conn. Gen. Stat. § 53-202c from buying or possessing any such firearms.

8. Many of our members would like to be able to lawfully purchase and possess one or more of the firearms listed or described in Conn. Gen. Stat. § 53-202a for defensive purposes, but

1

are prohibited from doing so by Conn. Gen. Stat. § 53-202c and the risk that the Defendants will enforce Conn. Gen. Stat. § 53-202c against the CCDL members.

9. I am aware that the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has promulgated and published a new rule which redesignates certain firearms, which had previously been considered "any other firearm," or "others" as either rifles or pistols.

10. ATF's new rule was published in the Federal Register, and thus became effective, on Tuesday, January 31, 2023.

11. Many of CCDL's members currently own firearms that have previously been classified as "others" in Connecticut, which are subject to the ATF's new rule.

12. Despite CCDL's efforts to inform itself and its members on the issue, CCDL has been unable to determine if this federal redesignation changes the legal status of "others" as of January 31, 2023, from perfectly legal "others" in Connecticut, to banned and illegal "assault weapons" under Conn. Gen. Stat. § 53-202a.

13. The difference between them is the difference between CCDL members remaining law-abiding citizens, and being felons, all without them taking any affirmative action.

14. Many of the CCDL members with whom I have spoken wish, and intend, to lawfully keep Connecticut "others" for the purposes of self-defense and recreation as they have done since they lawfully purchased their "others."

15. I ask that the Court issue a Temporary Restraining Order restraining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against CCDL members and the many thousands of other people who own or would like to own firearms commonly described and designated as "others."

16. I further ask that the Court issue a Preliminary Injunction enjoining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's

"assault weapon" ban against CCDL members and the many thousands of other people who own or would like to own firearms listed or described in Conn. Gen. Stat. § 53-202a.

    17.    Further affiant sayeth not.

                                                                 Holly Sullivan

Subscribed and sworn to, before me this 3rd day of February, 2023

YENDRI AZOLAS
Notary Public
Connecticut
My Commission Expires Dec 31, 2024

_____
Notary / Commissioner of the Superior Court

3