# Exhibit E

## AFFIDAVIT OF JENNIFER HAMILTON

I, Jennifer Hamilton, being duly sworn, deposes and says:

1. I am over 18 years of age and understand the obligations of an oath.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

3. I maintain my permanent residence in Enfield, Connecticut.

4. I am one of the individual Plaintiffs in *Grant et al v. Lamont et al.*, 3:22-cv-01223-JBA. I submit this affidavit in support of the Plaintiffs' Emergency Motion for A Temporary Restraining Order and Preliminary Injunction in *Grant v. Lamont*.

5. I am the holder of a pistol permit in Connecticut and Massachusetts, and am legally eligible under federal and state law to acquire and possess firearms, ammunition, and magazines.

6. I am a member of both the Connecticut Citizens Defense League, Inc. ("CCDL") and the Second Amendment Foundation, Inc. ("SAF").

7. I am a petite 5'-2" tall woman, and rely on a defensive firearm instead of body strength to protect myself and my family from attack. I have been the victim of domestic violence, and carry a defensive firearm to protect myself and my family from further attack.

8. I am a firearms instructor, teaching students of all skill levels, from their initial pistol permit class to personal defense and tactical firearms use. I am also a Nuisance Wildlife Control Operator trained and licensed by the Connecticut Department of Energy and Environmental Protection.

9. I would like to be able to lawfully purchase one or more modern sporting arms listed or described in Conn. Gen. Stat. § 53-202a, likely an AR15-platform firearm, because of its adaptability and effectiveness for defensive purposes.

1

10. I would like to purchase and possess such a firearm with a telescopic stock in order to adjust the firearm's length of pull to fit my specific body type and size. However, since Conn. Gen. Stat. § 53-202a(1)(E)(i) defines any such firearm as an "assault weapon," I am prohibited from doing so by Conn. Gen. Stat. § 53-202c.

11. I own no firearms listed or described in Conn. Gen. Stat. § 53-202a because I am prohibited by Conn. Gen. Stat. § 53-202c from buying or possessing any such firearms, and the risk that the Defendants will enforce Conn. Gen. Stat. § 53-202c against me.

12. I would like to be able to lawfully purchase and possess one or more of the firearms listed or described in Conn. Gen. Stat. § 53-202a for defensive purposes.

13. I am aware that the Federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has promulgated and published a new rule which redesignates certain firearms, which had previously been considered "any other firearm," or "others" as either rifles or pistols.

14. ATF's new rule was published in the Federal Register, and thus became effective, on Tuesday, January 31, 2023.

15. I currently own firearms that have previously been classified as "others" in Connecticut, which are subject to the ATF's new rule.

16. Despite my efforts to inform myself on the issue, I am unable to determine if this federal redesignation changes the legal status of my firearms, as of January 31, 2023, from perfectly legal "others" in Connecticut, to banned and illegal "assault weapons" under Conn. Gen. Stat. § 53-202a.

17. The difference between them is the difference between remaining a law-abiding citizen, and being a felon, all without me taking any affirmative action.

18. I wish, and intend, to lawfully keep my Connecticut "others" for the purposes of self-defense and recreation as I have done since I purchased them.

19. I ask that the Court issue a Temporary Restraining Order restraining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against me and the many thousands of other people who own or would like to own firearms that were previously designated as "others."

20. I further ask that the Court issue a Preliminary Injunction enjoining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against me and the many thousands of other people who own or would like to own firearms listed or described in Conn. Gen. Stat. § 53-202a.

21. Further affiant sayeth not.

_____
Jennifer Hamilton

Subscribed and sworn to, before me this **3rd** day of **February**, 2023

_____
~~Notary~~ / Commissioner of the Superior Court
Craig C. Fishbein, Esq.