## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in his official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, <br><br> Defendants. | CIV. NO. 3:22-cv-01223-JBA <br><br> February 3, 2023 <br><br><br> **CERTICATION OF COUNSEL PURSUANT TO FED. R. CIV. P. 65(b)(1)** |

Pursuant to Fed. R. Civ. P. 65(b)(1), the undersigned – as counsel for the Plaintiffs –

hereby certify that specific facts in various affidavits attached to the Plaintiffs' Emergency

Motion for a Temporary Restraining Order and a Preliminary Injunction show that immediate

and irreparable injury will occur to the Plaintiffs if relief is not granted, what notice has been

given to the Defendants, and why further notice should not be required.

1

I.      **Specific Facts Showing Immediate and Irreparable Injury, Loss, or Damage.**

To show irreparable harm, the Plaintiffs must show that, absent injunctive relief, they

will "suffer an injury that is neither remote nor speculative, but actual and imminent, and one

that cannot be remedied if a court waits until the end of trial to resolve the harm." *Faiveley*

*Transp. Malmo AB v. Wabtec Corp*, 559 F.3d 110, 118 (2d Cir. 2009). "Whether there is an

adequate remedy at law, such as an award of money damages, injunctions are unavailable

except in extraordinary circumstances." *Id.* at 118-19. Courts, however, will presume that a

movant has established irreparable harm when the movant's claim involves the alleged

deprivation of a constitutional right. *Am. Civil Liberties Union v. Clapper*, 804 F.3d 617, 622 (2d

Cir. 2015).

On January 31, 2023, the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives

("ATF") published a final rule in the Federal Register that redesignated certain firearms that

had been considered "others" as either rifles or pistols. *See* **Exhibit A – Affidavit of Holly**

**Sullivan, ¶¶ 9-10**. In an online public information session ATF gave on January 31, 2023, its

officials informed the public that it would not be accepting attempts by Connecticut residents

to register their "others" as "short-barreled rifles" so they can keep them. *Id.* at ¶¶ 12-13.

ATF's officials explained that a Connecticut citizen's continued possession of "others" now

that they have been reclassified under federal law, likely violates Connecticut's prohibition on

the ownership of "assault weapons." *Id.* at ¶ 13.

The Plaintiffs have been unable to determine if the federal reclassification of the legal

status of "others" as of January 31, 2023 makes the "others" that they own illegal "assault

weapons" under Conn. Gen. Stat. § 53-202a – the prohibition challenged as unconstitutional

in this action. *Id.* at ¶ 14; **Exhibit B – Affidavit of Eddie W. Grant, Jr.**, **¶¶ 15-16**; **Exhibit C – Affidavit of Jennifer Hamilton, ¶¶ 15-16; Exhibit D - Affidavit of Michael Stiefel, ¶¶ 15-16.** The combination of federal and Connecticut law, however, renders it extremely unclear whether the Plaintiffs have, overnight, become owners of "assault weapons" in violation of Connecticut's "assault weapons" prohibition without prior notice and in direct contravention to the position taken by the Defendants over the past many years regarding "others." **Exhibit A, ¶ 15; Exhibit B, ¶ 17; Exhibit C, ¶ 17; Exhibit D, ¶ 17.**

The practical effect of this new legal landscape is that "others" no longer fall within the legal safe harbor that once existed in federal and Connecticut law. The Plaintiffs now face a choice between risking prosecution as felons or the surrender and destruction of firearms that they have a constitutional right to keep and bear.

There is no remedy, save emergency injunctive relief, that can prevent them from having to make such a choice in derogation of their Second Amendment rights. Thus, emergency injunctive relief is appropriate and necessary in this case.

## II.     Efforts Made to Give Notice

The Defendants appeared by counsel in this action on November 17, 2022. The Court's electronic filing system immediately notifies every party whose counsel has appeared of a new filing. Parties and the Court routinely treat these notifications from the Court's filing system as actual service of documents and pleadings. There is no reason that the undersigned know of that renders this filing any different. Thus, they submit to the Court that the Court's electronic filing system has provided the notice to the Defendants required by Fed. R. Civ. P. 65.

**CONCLUSION**

For the foregoing reasons, the undersigned certify that emergency injunctive relief is appropriate and necessary in this matter.

Dated: 2/3/2023                                    Respectfully submitted,

                                                  //s//   *Doug Dubitsky*
                                                  Doug Dubitsky, Esq.
                                                  (ct21558)
                                                  LAW OFFICES OF DOUG DUBITSKY
                                                  P.O. Box 70
                                                  North Windham, CT 06256
                                                  Telephone: 860.933.9495
                                                  Facsimile: 866.477.1120
                                                  Email: doug@lawyer.com

                                                  //s//  *Craig C. Fishbein*
                                                  Craig C. Fishbein, Esq.
                                                  (ct25142)
                                                  FISHBEIN LAW FIRM, LLC
                                                  100 South Main Street
                                                  P.O. Box 363
                                                  Wallingford, Connecticut 06492
                                                  Telephone: 203.265.2895
                                                  Facsimile: 203.294.1396
                                                  E-mail: ccf@fishbeinlaw.com

                                                  //s//  *Cameron L. Atkinson*
                                                  Cameron L. Atkinson, Esq.
                                                  (ct31219)
                                                  ATKINSON LAW, LLC
                                                  122 Litchfield Rd., Ste. 2
                                                  P.O. Box 340
                                                  Harwinton, CT 06791
                                                  Telephone: 203.677.0782
                                                  Facsimile: 203.672.6551
                                                  Email: catkinson@atkinsonlawfirm.com

                                                  *Attorneys for the Plaintiff*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/