DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE GRANT, JR., *et al* | : | CIVIL NO. 3:22-CV-01223 (JBA) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| LAMONT, *et al.,* | : | |
| *Defendants*. | : | FEBRUARY 8, 2023 |

## DEFENDANTS' MOTION TO DISMISS

Plaintiffs seek to enjoin enforcement of Conn. Gen. Stat. §§ 53-202a-c—Connecticut's assault weapons ban—which has been in place for over a decade. But Plaintiffs have not sued the proper parties, and thus claims against all but four Defendants must be dismissed for lack of subject matter jurisdiction. Specifically, the Eleventh Amendment bars these claims. Plaintiff purports to avoid Eleventh Amendment immunity by invoking the *Ex parte Young* doctrine, seeking injunctive and declaratory relief only. *Ex parte Young*, 209 U.S. 123 (1908). But Defendants Lamont, Griffin, Kelley, Applegate, Corradino, Shannon, Gailor, Ferencek, Watson, Gedansky, Platt, and Mahoney are not proper parties for purposes of *Ex parte Young* because they lack the requisite connection to the enforcement of § 53-202a-c.

For this reason, as explained more fully in the accompanying memorandum of law, the Court lacks subject matter jurisdiction over all claims against those Defendants, and all claims against them should be dismissed.

                                        DEFENDANTS
                                        Lamont et al.

                                        WILLIAM TONG
                                        ATTORNEY GENERAL

                                        __/s/ *Janelle R. Medeiros*
                                        Janelle R. Medeiros

1

Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30514
E-Mail: janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5590

_____
James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar No. ct30449
E-Mail: james.belforti@ct.gov

## **CERTIFICATION**

I hereby certify that on February 8, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  /s/ *Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General