UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE GRANT, JR., *et al* | : | CIVIL NO. 3:22-CV-01223 (JBA) |
|     *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| LAMONT, *et al.,* | : | |
|     *Defendants*. | : | FEBRUARY 13, 2023 |

**DEFENDANTS' MOTION FOR SCHEDULING CONFERENCE RE: PLAINTIFF'S MOTION FOR EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (DOC. #28.)**

Pursuant to Fed. R. Civ. P. 16(b), Local Rules 7(a)(6) and 16(a), the Defendants respectfully request a conference to consider scheduling of Defendants' responses to Plaintiffs' Emergency Motion for a Temporary Restraining Order (TRO) and Preliminary Injunction. On February 3, 2023, Plaintiffs filed their Motion seeking "an emergency, *ex parte*, Temporary Restraining Order ordering the Defendants and their subordinates to refrain from enforcing Connecticut's 'assault weapon' ban in regard to any firearm previously designated as an 'other,' and a Preliminary Injunction, upon an expedited opportunity for Defendants to be heard, enjoining the Defendants and their subordinates from enforcing Connecticut's 'assault weapon' ban." (Doc. #28-1 at 3.)

Plaintiffs' claimed "emergency" is a change in how the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) have classified so-called "others" or "other firearms" that do not meet the Connecticut statutory definition of either a pistol, a rifle, or a shotgun, thereby not falling under the ambit of Connecticut's law prohibiting assault weapons, Conn. Gen. Stat. §§ 53-202a-c. Plaintiffs claim that ATF's new designation of such weapons as "short-barreled rifles"—pursuant to a January 31, 2023 amendment to 27 C.F.R. 479.11—places them at risk of

being prosecuted under Connecticut's assault weapons law, despite the fact that there has been no change to Connecticut's statutes regarding so-called "others."

On February 8, 2023, the Department of Emergency Services and Public Protection's (DESPP) Special Licensing and Firearms Unit (SLFU) issued a memo regarding the ATF's new final rule and published it publicly on its website. https://portal.ct.gov/-/media/DESPP/SLFU/ATF-Final-Rule-Memo_2-8-23_Final.pdf.  The memo explained that those who lawfully possessed a "CT-Other in its original configuration as of 1-31-2023" were not "in violation of the Connecticut assault weapon ban."  On February 9, 2023, the undersigned provided a link to this memo to Plaintiffs' counsel.  The undersigned further represented that the Division of Criminal Justice has taken the same position as DESPP as to this issue, meaning neither Plaintiffs nor anyone else in Connecticut is now, or has ever been, considered to be in violation of state law due to the new ATF rule.

Defendants believe this resolves the TRO and the "emergency" as Plaintiffs' have described it, leaving only the request for the preliminary injunction as to the broader assault weapons ban still at issue.  Plaintiffs' disagree, pointing to the fact that the SLFU memo uses the phrase "at this time" in several places.  Nevertheless, both sides agree that the parties need a scheduling conference in order to discuss the path forward in this case.  Currently, the parties 26(f) report is not due until 7 days after the Court rules on Defendants' pending Motion to Dismiss (Doc. #27.)  However, given Plaintiffs' response to the pending Motion to Dismiss (Doc. #29) is not due until March 1, 2023, the undersigned submits that a scheduling conference in necessary to address the Plaintiffs' Emergency Motion, particularly as Defendants' response to said Motion is currently due on February 24, 2023.  (Doc. #28.)  Given the current schedule

and Plaintiffs' characterization of their TRO as an "emergency," Defendants respectfully request that the scheduling conference be held sometime this week, between February 14-17, 2023.

                          DEFENDANTS
                          Lamont et al.

                          WILLIAM TONG
                          ATTORNEY GENERAL

BY: _____
                          James M. Belforti
                          Assistant Attorney General
                          110 Sherman Street
                          Hartford, CT  06105
                          Tel:  (860) 808-5450
                          Fax:  (860) 808-5591
                          Federal Bar No. ct30449
                          E-Mail:  james.belforti@ct.gov

By: *Janelle R. Medeiros*
                          Janelle R. Medeiros
                          Assistant Attorney General
                          Federal Bar No. ct30514
                          110 Sherman Street
                          Hartford, CT  06105
                          Telephone: (860) 808-5450
                          Fax No.: (860) 808-5591
                          E-Mail:  Janelle.medeiros@ct.gov

## **CERTIFICATION**

       I hereby certify that on February 13, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____
James M. Belforti
Assistant Attorney General