UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE GRANT, JR., *et al*<br>*Plaintiffs,* | : <br> : <br> : | CIVIL NO. 3:22-CV-01223 (JBA) |
| v. | : <br> : | |
| LAMONT, *et al.,*<br>*Defendants.* | : <br> : | MARCH 10, 2023 |

## DECLARATION OF PATRICK GRIFFIN

I, PATRICK GRIFFIN, DO DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT AND IS BASED UPON MY PERSONAL KNOWLEDGE:

1. I am over the age of eighteen years old and believe in the obligations of an oath.

2. I am an attorney licensed to practice law in the State of Connecticut.

3. I currently serve as the Chief State's Attorney for the State of Connecticut. I have served in the role since May of 2022.

4. In this role, I serve as the head of the Division of Criminal Justice. The thirteen individual State's Attorneys for the thirteen judicial districts in the State of Connecticut are part of the Division of Criminal Justice.

5. The federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") recently issued a regulation or a regulatory rule clarifying that, in its view, the statutory phrase "designed, redesigned, made or remade, and intended to be fired from the shoulder" from 26 U.S.C. § 5845 (c) includes a weapon that is equipped with "an accessory, component, or other rearward attachment (e.g., a 'stabilizing brace') that provides surface area that allows the weapon to be

Exhibit 2 at 001

fired from the shoulder, provided other factors, as listed in the definition, indicate the weapon is designed and intended to be fired from the shoulder."

6. Connecticut Statutes do not define "rifle" in this manner. Connecticut Statutes also do not adopt or incorporate by reference the federal definition of "rifle."

7. The ATF regulatory rule did not amend or alter Connecticut law.

8. Connecticut's laws addressing assault weapons, Conn. Gen. Stat. §§ 53-202a-c, do not ban or prohibit so-called "other" weapons. Therefore, anyone lawfully in possession of a so-called "other" weapon is not violating Connecticut law.

9. The Division of Criminal Justice has never applied and is not currently applying Conn. Gen. Stat. §§ 53-202a-c to ban or criminalize possession of so-called "others." The recent ATF regulatory rule mentioned above has not changed this.

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

I, Patrick Griffin, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct to the best of my belief and based upon my personal knowledge. Executed on March 10th 2023.

_____
Patrick Griffin, *Esq.*,

Exhibit 2 at 002