UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grant, et al.,
    *Plaintiffs*,

    *v.*       Civil No. 3:22cv1223 (JBA)

Lamont, et al.,
    *Defendants.*

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 3/3/23, the following schedule is ordered:

1. Defendants' reply to Plaintiff's Motion for a Temporary Restraining Order regarding jurisdiction shall be filed by 3/10/23.
2. Plaintiffs' response shall be filed by 3/17/23.
3. Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction (facial challenge to Conn. Gen. Stat. § 53-202(a)-(e)) shall be filed 21 days from ruling on temporary restraining order application; Plaintiffs' reply shall be filed 7 days thereafter.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  March 13, 2023