UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in her official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, <br><br> Defendants. | CIV. NO. 3:22-cv-01223-JBA <br><br><br> June 21, 2023 <br><br><br><br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME (DKT. 44)** |

The undersigned – counsel for the Plaintiffs in this matter – respectfully submit this response to the Defendants' Emergency Motion for Extension of Time. Plaintiffs do not object to the Court granting the Defendants' emergency motion for an extension of time. Plaintiffs also apologize to the Court and counsel for any confusion about the Plaintiffs' filing their amended complaint.

1

Counsel for the Plaintiffs did tell counsel for the Defendants that Plaintiffs would be seeking the Court's permission to file a second amended complaint and to amend their motion for a preliminary injunction (Dkt. 28), and that Plaintiffs' counsel anticipated doing so by Tuesday, June 20, 2023. Plaintiffs took substantial steps to do so, but the exigencies of time and busy practices intervened. In particular, all three of the undersigned are appellate counsel in the matter of *Connecticut Citizens Defense League, Inc., et al. v. Thody, et al.*, No. 23-0724 (2d Cir.), and they devoted most of their energies to perfecting a merits brief due on June 21, 2023 over the past week. Each of the undersigned also had substantial other responsibilities, including criminal court appearances on June 20, 2023, that impacted their ability to communicate with each other and counsel for the Defendants. Notwithstanding these responsibilities, the undersigned had prepared a draft amended complaint but were unable within their schedules to finalize and file it by Tuesday, June 20, 2023.

The undersigned certainly did not intend to mislead counsel for the Defendants, and apologize for any confusion.

Concurrent to this response, Plaintiffs will file a motion for leave to amend their complaint with a proposed amended complaint. That motion will also seek leave to amend Plaintiffs' motion for a preliminary injunction within one week due to counsel's need to obtain supplemental affidavits from each of the individual Plaintiffs.

To that end, Plaintiffs have no objection to Defendants' request for an additional three weeks to respond from the date that Plaintiffs file their amended motion for a preliminary injunction.

.

Dated: June 21, 2023              Respectfully submitted,

    _//s//   Doug Dubitsky_
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

    _//s//   Craig C. Fishbein_
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    _//s//   Cameron L. Atkinson_
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson/s/