UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in her official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, <br><br> Defendants. | CIV. NO. 3:22-cv-01223-JBA <br><br> June 21, 2023 <br><br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND FOR LEAVE TO AMEND MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Fed. R. Civ. P. 15, the Plaintiffs respectfully move for leave to file a second amended complaint and to amend their motion for a preliminary injunction (Dkt. 28). Their proposed amendment is necessary to protect their rights from the restrictions imposed by the newly enacted Conn. Public Act No. 23-53 and to promote the efficient resolution of the

common issues of law that arise from both the laws complained of in this matter and the new provisions of Conn. Public Act No. 23-53. To facilitate this amendment, the Plaintiffs request that the Court grant them leave to file the attached amended complaint immediately and to file their amended motion for a preliminary injunction within seven (7) days.

In support thereof, the undersigned represent as follows:

1. On June 6, 2023, Defendant Lamont signed Conn. Public Act No. 23-53 – some of its provisions taking effect immediately.

2. Conn. Public Act No. 23-53, § 23 expands the definition of "assault weapons" as defined in Conn. Gen. Stat. § 53-202a to include firearms that the Plaintiffs own (i.e., firearms that are neither a rifle, pistol, revolver, nor shotgun – colloquially known as "any other firearm" or simply "others"), thus subjecting Plaintiffs to a registration requirement under Connecticut law and prohibiting them from purchasing new and additional "others."

3. Conn. Public Act No. 23-53, § 23's inclusion of "others" in the definition of "assault weapons" is subject to the same legal arguments and challenge brought by the Plaintiffs in this action.

4. To adequately pursue their challenge to Connecticut's now-revised "assault weapons" ban, the Plaintiffs must state additional factual allegations in their complaint that arise from Conn. Public Act No. 23-53, and they must amend their motion for a preliminary injunction to include their challenge to Conn. Public Act No. 23-53, § 23.

5. The Plaintiffs' proposed amendment will not substantially alter the legal arguments that the Plaintiffs have advanced in this case as the same legal standard applies.

6. To properly amend the Plaintiffs' motion for a preliminary injunction, counsel for the Plaintiffs will need to obtain supplemental affidavits from each individual Plaintiff indicating their intent to purchase "others" in the future. Counsel estimates needing a week to do so.

7. Counsel for the Plaintiffs have already discussed the need to amend both their complaint and their motion for a preliminary injunction with counsel for the Defendants, and the nature of those discussions show that both parties believe that this amendment is necessary to adequately address the issues in this case.

8. For these reasons, the Plaintiffs ask the Court for leave to file a second amended complaint and for one week to file an amended motion for a preliminary injunction.

Dated: June 21, 2023                           Respectfully submitted,

                                                               *//s//  Doug Dubitsky*
                              Doug Dubitsky, Esq. (ct21558)
                              LAW OFFICES OF DOUG DUBITSKY
                              P.O. Box 70
                              North Windham, CT 06256
                              Telephone: 860.933.9495
                              Facsimile: 866.477.1120
                              Email: doug@lawyer.com

                                                     *//s//  Craig C. Fishbein*
                              Craig C. Fishbein, Esq. (ct25142)
                              FISHBEIN LAW FIRM, LLC
                              100 South Main Street
                              P.O. Box 363
                              Wallingford, Connecticut 06492
                              Telephone: 203.265.2895
                              Facsimile: 203.294.1396
                              E-mail: ccf@fishbeinlaw.com

                                             *//s//  Cameron L. Atkinson*
                              Cameron L. Atkinson, Esq. (ct31219)
                              ATKINSON LAW, LLC
                              122 Litchfield Rd., Ste. 2
                              P.O. Box 340
                              Harwinton, CT 06791
                              Telephone: 203.677.0782
                              Email: catkinson@atkinsonlawfirm.com

                              *Attorneys for the Plaintiffs*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson/s/