# Exhibit B

GUNS IN AMERICA

# Pregnant Florida woman uses AR-15 to fatally shoot armed intruder

Two armed men broke into the house and pistol whipped husband, before wife pulled out their legally possessed weapon and opened fire.



Police respond at the scene of a home invasion in Lithia, Fla.   WFLA

f  🐦  ✉  💬  |  🔖 SAVE

Nov. 4, 2019, 10:32 AM EST / Updated Nov. 4, 2019, 12:27 PM EST
By David K. Li

A pregnant Florida woman, armed with a semi-automatic rifle, gunned down one of two home invaders who had broken in and were pistol whipping her husband, officials said Monday.

The deadly confrontation happened at about 9 p.m Wednesday on Old Welcome Road in Lithia, Florida, about 25 miles southeast of downtown Tampa, Hillsborough County Sheriff's

spokeswoman Amanda Granit told NBC News.

After the woman fired one shot from the family's AR-15-style rifle, both men fled and the mortally wounded robber collapsed in a drainage ditch outside where he died, according to deputies and her husband.



Hillsborough County Sheriff's Office was live · Follow

Share

Deputies were still searching for the other robber on Monday. The dead robber was described by deputies as a man in his late 20s, but he was not immediately identified.

"Two unknown males broke in and made demands of them. The male victim, who is the homeowner, began to get pistol-whipped and beat up," Hillsborough County Sheriff's Maj. Frank Losat told reporters on the scene.

## Get the Morning Rundown
Get a head start on the morning's top stories.

| Enter your email | SIGN UP |

THIS SITE IS PROTECTED BY RECAPTCHA PRIVACY POLICY | TERMS OF SERVICE

"During that incident, the female homeowner retrieved a firearm, which was in the house legally, and fired one round which struck the male victim that was deceased in the ditch."

Homeowner Jeremy King said he'd be dead if not for his fast-thinking, eight-months-pregnant wife. He said both home invaders had pistols and they fired one shot.

"Them guys came in with two normal pistols and my AR stopped it," King told Bay News 9. "(My wife) evened the playing field and kept them from killing me."

King suffered a fractured eye socket, a fractured sinus cavity and a concussion to go along with 20 stitches from the attack.

The husband, whose 11-year-old daughter was at home during the home invasion, said he and wife did not know their attackers.

"We also know this was not a random act," Losat said. "This family was probably targeted."



David K. Li

David K. Li is a breaking news reporter for NBC News.

## Sponsored Stories

by Taboola

S VEGAS DEALS | SPONSORED SEARCHES
npty Las Vegas Suites That Overlook The Strip

ND ATTORNEY | SEARCH ADS
ne Most Successful Lawyers In Harwinton. See the List

ILLINI
omeowners Are Trading in Their Doorbell Cams for This.

EETTH
ne Best Walking Shoes For Women To Wear All Day Long Without Discomfort



SPONSORED / LAS VEGAS DEALS | SPONSORED SEARCHES

## Empty Las Vegas Suites That Overlook The Strip

SPONSORED / $2.99 - GAMEFOOLS.COM

## Buccaneer: The Pursuit of Infamy [PC Download]
$2.99 Set sail across the seas and become the world's greatest pirate captain.

SPONSORED / FIND ATTORNEY | SEARCH ADS

### The Most Successful Lawyers In Harwinton. See the List

SPONSORED / KEILLINI

### Homeowners Are Trading in Their Doorbell Cams for This.

SPONSORED / SWEETTH

### The Best Walking Shoes For Women To Wear All Day Long Without Discomfort

SPONSORED / TAONGA: THE ISLAND FARM

### The most relaxing farm game of 2022. No Install
Enjoy farming, stock up and make friends. Taonga is a whole world full of adventure!

SPONSORED / COOLGIFTS

### Here Are 23 of the Coolest Gifts for This 2022

23 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

SPONSORED / BALLSHOT

### We are selling off our remaining magic metal windmills. Great garden decor.

SPONSORED / VACATION DEALS | SEARCH ADS

### Overwater Bungalow Vacations On Clearance

SPONSORED / ALASKA CRUISE DEALS | SPONSORED SEARCHES

### Empty Alaska Cruise Cabins Cost Almost Nothing

SPONSORED / TOOL

### Seal Every Gap & Keep The Water Where It Belongs!

SPONSORED / THE NEW HYUNDAI IONIQ EV

### The New Hyundai Ioniq EV Is Nearly Unrecognizable

SPONSORED / TOP SALES | SEARCHES

### Pottery Barn Clearance Sales Are Happening Now. Beds, Sofas, Patio & More

SPONSORED / LAPTOP DEALS | SEARCH ADS

### Harwinton: Unsold Never-Used Laptops Are Almost Being Given Away: See Prices

| | |
|---|---|
| ABOUT | CA NOTICE |
| CONTACT | TERMS OF SERVICE |
| HELP | NBC NEWS SITEMAP |
| CAREERS | ADVERTISE |
| AD CHOICES | SELECT SHOPPING |
| PRIVACY POLICY | SELECT PERSONAL FINANCE |
| DO NOT SELL MY PERSONAL INFORMATION | |

© 2022 NBC UNIVERSAL

NEWS          MSNBC          TODAY