Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK Liana Barry         RPTR/ECRO/TAPE Corinne Thomas

TOTAL TIME: 0 hours 23 minutes
DATE: 6/28/2023    START TIME: 1:09    END TIME: 1:32
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:22-cv-01223-JBA

Grant et al                                                  Cameron Lee Atkinson
                                                             Plaintiff's Counsel
         vs
Lamont et al                                                 James Michael Belforti, Janelle Medeiros
                                                             Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing TSC

☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐…..#____Motion_____ ☐granted ☐denied ☐advisement
☐….. Oral Motion_____ ☐granted ☐denied ☐advisement
☐….. Oral Motion_____ ☐granted ☐denied ☐advisement
☐….. Oral Motion_____ ☐granted ☐denied ☐advisement
☐…. Oral Motion_____ ☐granted ☐denied ☐advisement
☐….. ☐Briefs(s) due _____ ☐Proposed Findings due _____ Response due _____
☐………… _____ ☐filed ☐docketed
☐………… _____ ☐filed ☐docketed
☐………… _____ ☐filed ☐docketed
☐………… _____ ☐filed ☐docketed
☐………… _____ ☐filed ☐docketed
☐………… _____ ☐filed ☐docketed
☐………… _____Hearing continued until _____ at _____