UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grant, et al.,
    *Plaintiffs*,

    v.                                        Civil No. 3:22cv1223 (JBA)

Lamont, et al.,
    *Defendants*.

## SCHEDULING ORDER

    Pursuant to the colloquy with counsel on the record 6/28/23, Plaintiffs' Motion for Leave to File a Second Amended Complaint and for Leave to Amend Motion for Preliminary Injunction [Doc. # 46] is granted and the following schedule is ordered:

1. Plaintiffs' Amended Motion for Preliminary Injunction will be filed by 7/5/23; Defendants' opposition will be filed by 7/26/23; Plaintiffs' reply shall be filed by 8/2/23.
2. Defendants' motion to dismiss remains fully joined.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    June 29, 2023