# Exhibit D

## AFFIDAVIT OF EDDIE W. GRANT, JR.

I, Eddie W. Grant, Jr., being duly sworn, deposes and says:

1. I am over 18 years of age and understand the obligations of an oath.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

3. I am a retired Connecticut Department of Corrections officer, and I maintain my permanent residence in Meriden, Connecticut.

4. I am one of the individual Plaintiffs in *Grant et al v. Lamont et al.,* 3:22-cv-01223-JBA. I submit this affidavit in support of the Plaintiffs' Emergency Motion for A Temporary Restraining Order and Preliminary Injunction in *Grant v. Lamont*.

5. I have held a Connecticut pistol permit for over 30 years, and I meet all the legal qualifications under federal and state law to acquire and possess firearms, ammunition, and magazines.

6. I am a member of both the Connecticut Citizens Defense League, Inc. ("CCDL") and the Second Amendment Foundation, Inc. ("SAF").

7. I served as a uniformed Corrections officer for twenty-one years, and I retired in 2011. During my service, I worked at facilities such as Cheshire Correctional Institution (a Level 4 facility); Manson Youth Institution (a Level 4 facility); Carl Robinson Correctional Institution (a Level 3 facility); and Webster Correctional Institution (a Level 2 facility).

8. During my career as a Corrections Officer, my responsibilities included conducting armed transports of high-risk inmates and serving as an armed Perimeter Officer. To carry out both responsibilities, the Department of Corrections trained me on the safe and effective use of AR-15-platform firearms, and it required me to qualify annually as a safe and effective user of AR-15-platform firearms. I repeatedly qualified as a safe and effective user during my career.

1

9. I wish, and intend, to lawfully purchase, possess a modern sporting arm, such as an AR-15-platform firearm for defensive and recreational purposes in Connecticut. Connecticut law prohibits me from doing so though.

10. I believe that Connecticut's "assault weapons" ban gives criminals and attackers a strong tactical advantage over me, and my own heritage makes me strongly desire an equal chance to defend myself. As an African-American, my parents instilled in me a strong respect for the struggles that we have faced in the United States. My mother grew up in the Deep South during the 1950s-60s, and she witnessed church burnings and experienced racially motivated killings that victimized her family and friends. She instilled in me a respect for the private ownership of effective defensive firearms based on African-Americans' use of them to defend their lives and their civil rights in that tumultuous time.

11. I own no firearms listed or described in Conn. Gen. Stat. § 53-202a because I am prohibited by Conn. Gen. Stat. § 53-202c from buying or possessing any such firearms, and the risk that the Defendants will enforce Conn. Gen. Stat. § 53-202c against me.

12. I would like to be able to lawfully purchase and possess one or more of the firearms listed or described in Conn. Gen. Stat. § 53-202a for defensive purposes.

13. I am aware that the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has promulgated and published a new rule which redesignates certain firearms, which had previously been considered "any other firearm," or "others" as either rifles or pistols.

14. ATF's new rule was published in the Federal Register, and thus became effective, on Tuesday, January 31, 2023.

15. I currently own firearms that have previously been classified as "others" in Connecticut, which are subject to the ATF's new rule.

16. Despite my efforts to inform myself on the issue, I am unable to determine if this federal redesignation changes the legal status of my firearms, as of January 31, 2023, from perfectly legal "others" in Connecticut, to banned and illegal "assault weapons" under Conn. Gen. Stat. § 53-202a.

17. The difference between them is the difference between remaining a law-abiding citizen, and being a felon, all without me taking any affirmative action.

18. I wish, and intend, to lawfully keep my Connecticut "others" for the purposes of self-defense and recreation as I have done since I purchased them.

19. I ask that the Court issue a Temporary Restraining Order restraining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against me and the many thousands of other people who own or would like to own firearms that were previously designated as "others."

20. I further ask that the Court issue a Preliminary Injunction enjoining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against me and the many thousands of other people who own or would like to own firearms listed or described in Conn. Gen. Stat. § 53-202a.

21. Further affiant sayeth not.

_____
Eddie W. Grant, Jr.

Subscribed and sworn to, before me
this 3rd day of February, 2023

_____
Notary / Commissioner of the Superior Court
Craig C. Fishbein, Esq.

3