# Exhibit F

## AFFIDAVIT OF MICHAEL STIEFEL

I, Michael Stiefel, being duly sworn, deposes and says:

1. I am over 18 years of age and understand the obligations of an oath.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

3. I maintain my permanent residence in Montville, Connecticut.

4. I am one of the individual Plaintiffs in *Grant et al v. Lamont et al.*, 3:22-cv-01223-JBA. I submit this affidavit in support of the Plaintiffs' Emergency Motion for A Temporary Restraining Order and Preliminary Injunction in *Grant v. Lamont*.

5. I have been the holder of a Connecticut pistol permit for over thirty years, and am legally eligible under federal and state law to acquire and possess firearms, ammunition, and magazines.

6. I am a member of both the Connecticut Citizens Defense League, Inc. ("CCDL") and the Second Amendment Foundation, Inc. ("SAF").

7. I served twenty years as a uniformed Corrections Officer with the Connecticut Department of Corrections, during which time I conducted armed transports of high-risk inmates, and was an armed Perimeter Officer carrying an AR-15-platform firearm.

8. During my service with the Department of Corrections, I was trained and qualified by the State of Connecticut in the safe and effective use of AR 15-platform firearms.

9. AR15-platform firearms are among the modern sporting arms listed or described in Conn. Gen. Stat. § 53-202a and effectively "banned" by Conn. Gen. Stat. § 53-202c.

10. I retired from the Department of Corrections in 2010.

11. I own no firearms listed or described in Conn. Gen. Stat. § 53-202a because I am prohibited by Conn. Gen. Stat. § 53-202c from buying or possessing any such firearms.

1

12. I would like to be able to lawfully purchase and possess one or more of the firearms listed or described in Conn. Gen. Stat. § 53-202a for defensive purposes, but I am prohibited from doing so by Conn. Gen. Stat. § 53-202c and the risk that the Defendants will enforce Conn. Gen. Stat. § 53-202c against me.

13. I am aware that the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has promulgated and published a new rule which redesignates certain firearms, which had previously been considered "any other firearm," or "others" as either rifles or pistols.

14. ATF's new rule was published in the Federal Register, and thus became effective, on Tuesday, January 31, 2023.

15. I currently own firearms that have previously been classified as "others" in Connecticut, which are subject to the ATF's new rule.

16. Despite my efforts to inform myself on the issue, I am unable to determine if this federal redesignation changes the legal status of my firearms, as of January 31, 2023, from perfectly legal "others" in Connecticut, to banned and illegal "assault weapons" under Conn. Gen. Stat. § 53-202a.

17. The difference between them is the difference between remaining a law-abiding citizen, and being a felon, all without me taking any affirmative action.

18. I wish, and intend, to lawfully keep my Connecticut "others" for the purposes of self-defense and recreation as I have done since I purchased them.

19. I ask that the Court issue a Temporary Restraining Order restraining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against me and the many thousands of other people who own or would like to own firearms that were previously designated as "others."

20. I further ask that the Court issue a Preliminary Injunction enjoining the Defendants in *Grant v. Lamont*, and those working under them, from taking any action to enforce the state's "assault weapon" ban against me and the many thousands of other people who own or would like to own firearms listed or described in Conn. Gen. Stat. § 53-202a.

21. Further affiant sayeth not.

_____
Michael Stiefel

Subscribed and sworn to, before me
this **3rd** day of **February**, 2023

_____
~~Notary~~ / Commissioner of the Superior Court