# Exhibit G

## <u>DECLARATION OF SALAM FATOHI</u>

I, Salam Fatohi, being duly sworn, deposes and says:

1. I, Salam Fatohi, am over the age of 18, a citizen of the United States, and I am fully aware of the obligations of the oath.

2. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

3. I am making this declaration pursuant to 28 U.S.C. § 1746, and I understand that the same obligations that apply to statements made under oath apply to the statements that I make herein.

4. I am currently employed by the National Shooting Sports Foundation (NSSF) – a firearms industry trade association headquartered in Shelton, Connecticut. I am currently NSSF's Manager for research, and I have held that position since August 2022. Prior to that, I was employed by NSSF as its Manager for Legislative and Policy Research.

5. My responsibilities include, and have included since my employment at NSSF, supervising the collection and compilation of NSSF's statistical research pertaining to the United States' firearms industry.

6. Since 1990, the NSSF has tracked the overall domestic production, importation, and exportation of firearms in the United States in its normal course of business.

7. To track the overall domestic production, importation, and exportation of firearms, NSSF relies on publicly available data from the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), various state reporting tools, and data supplied by various private industry manufacturers and distributors. The data that NSSF relies on includes:

  a. Information from the ATF'S Annual Firearms Manufacturing and Exportation Report (AFMER);

     b. Data from the U.S. International Trade Commission.

8. Based on my experience as Manager of Research for the NSSF, it is impossible to develop an exact number of how many firearms are owned in the United States, how many people own them, and who owns them. This is due, in large part, to the following factors:

     a. No reliable reporting system is available for historic manufacturing of firearms throughout the United States, which is the biggest hurdle to any estimates.

     b. Detailed reporting systems for firearms ownership are not universal throughout the United States.

     c. No reliable reporting systems exist for determining how many firearms are self-manufactured every year.

     d. No reliable reporting systems exist for determining how many firearms are removed from ownership by private citizens through gun buyback programs, destruction in judicial processes, and other government programs.

9. Based on my experience and the institutional knowledge that I inherited from my predecessors at NSSF, the most reliable estimates of circulating firearms in the United States are derived from statistics pertaining to overall domestic production, importation, and exportation.

10. Additionally, since NSSF only began tracking the overall domestic production, importation, and exportation of firearms in the United States in 1990, the actual number of circulating firearms in the United States is likely higher than NSSF's estimates due to the fact that older firearms may still be in circulation today.

11. The latest industry estimate that NSSF produced for the number of firearms in circulation in the United States was released December 2022. A true and accurate copy of that industry estimate is attached as **Exhibit 1**.

12.    NSSF's industry estimate reports that, since 1990, there are approximately 254,752,987 firearms in circulation in the United States.

13.    Of those 254.8 million, 77.1 million are rifles. 40.6 million are shotguns. 137.1 million are pistols. Our estimates do not track firearms characterized as "any other firearm" by federal or state governments.

14.    Rifles comprise approximately 30.3 percent of firearms in circulation in the United States.

15.    NSSF categorizes AR-15-platform and AK-47-platform firearms and other similar variants as "modern sporting rifles," and its research has regularly tracked their overall domestic production, importation, and exportation in the United States.

16.    The latest industry estimate that the NSSF produced for the number of modern sporting rifles in circulation in the United States was released on July 20, 2022. A true and accurate copy of that industry estimate is attached as **Exhibit 2**.

17.    NSSF's industry estimate reports that, since 1990, approximately 24,446,000 modern sporting rifles have entered circulation in the United States. *See* **Exhibit 2.**

18.    Modern sporting rifles comprise approximately 10 percent of firearms in circulation in the United States.

19.    Further declarant sayeth not.


I, Salam Fatohi, declare under penalty of perjury that the foregoing is true and correct.


Executed on February 3, 2023

Salam Fatohi

# Exhibit 1

# Total Firearm Units Produced for the United States Market Annually

| YEAR | Handguns Produced in U.S. | Handguns Imported into U.S. | Handguns Exported out of U.S. | Total Hand-guns | Rifles Produced in U.S. | Rifles Imported into U.S. | Rifles Exported out of U.S. | Total Rifles | Shotguns Produced in U.S. | Shotguns Imported into U.S. | Shotguns Exported out of U.S. | Total Shotguns | TOTAL HANDGUNS, RIFLES & SHOTGUNS | % Change YoY | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 1,841,922 | 682,974 | 191,446 | 2,333,450 | 1,211,664 | 272,709 | 130,952 | 1,353,421 | 855,970 | 81,228 | 155,957 | 781,241 | 4,468,112 | - | 1990 |
| 1991 | 1,835,218 | 692,282 | 223,248 | 2,304,252 | 883,482 | 348,765 | 152,647 | 1,079,600 | 828,426 | 98,645 | 165,574 | 761,497 | 4,145,349 | -7.2% | 1991 |
| 1992 | 2,138,950 | 876,314 | 210,358 | 2,804,906 | 1,001,833 | 407,643 | 152,062 | 1,257,414 | 1,018,204 | 325,345 | 157,109 | 1,186,440 | 5,248,760 | 26.6% | 1992 |
| 1993 | 2,655,654 | 1,169,123 | 170,378 | 3,654,399 | 1,173,694 | 749,433 | 125,694 | 1,797,433 | 1,148,939 | 132,502 | 175,563 | 1,105,878 | 6,557,710 | 24.9% | 1993 |
| 1994 | 2,590,748 | 1,383,279 | 195,031 | 3,778,996 | 1,316,607 | 733,277 | 131,034 | 1,918,850 | 1,254,924 | 142,590 | 163,031 | 1,234,483 | 6,932,329 | 5.7% | 1994 |
| 1995 | 1,722,948 | 825,127 | 218,826 | 2,329,249 | 1,441,120 | 286,218 | 106,504 | 1,620,834 | 1,176,958 | 136,733 | 125,387 | 1,188,304 | 5,138,387 | -25.9% | 1995 |
| 1996 | 1,486,472 | 663,801 | 193,647 | 1,956,626 | 1,424,315 | 234,931 | 101,961 | 1,557,285 | 925,732 | 145,676 | 115,555 | 955,853 | 4,469,764 | -13.0% | 1996 |
| 1997 | 1,406,505 | 1,316,931 | 146,846 | 2,576,590 | 1,251,341 | 266,869 | 106,838 | 1,411,372 | 915,978 | 142,067 | 105,814 | 952,231 | 4,940,193 | 10.5% | 1997 |
| 1998 | 1,284,755 | 590,661 | 124,295 | 1,751,121 | 1,345,899 | 229,051 | 85,755 | 1,489,195 | 1,036,520 | 163,663 | 136,652 | 1,063,531 | 4,303,847 | -12.9% | 1998 |
| 1999 | 1,331,230 | 677,757 | 116,467 | 1,892,520 | 1,569,685 | 313,980 | 69,389 | 1,814,276 | 1,106,995 | 335,489 | 82,046 | 1,360,438 | 5,067,234 | 17.7% | 1999 |
| 2000 | 1,281,861 | 712,661 | 80,249 | 1,914,273 | 1,583,042 | 321,316 | 67,188 | 1,837,170 | 898,442 | 332,704 | 95,782 | 1,135,364 | 4,886,807 | -3.6% | 2000 |
| 2001 | 946,979 | 710,958 | 86,041 | 1,571,896 | 1,284,554 | 322,201 | 83,671 | 1,523,084 | 679,813 | 428,308 | 123,430 | 984,691 | 4,079,671 | -16.5% | 2001 |
| 2002 | 1,088,584 | 971,135 | 82,338 | 1,977,381 | 1,515,286 | 458,684 | 102,588 | 1,871,382 | 741,325 | 498,535 | 133,559 | 1,106,301 | 4,955,064 | 21.5% | 2002 |
| 2003 | 1,121,024 | 762,764 | 73,337 | 1,810,451 | 1,430,324 | 517,509 | 102,429 | 1,845,404 | 726,078 | 498,677 | 95,299 | 1,129,456 | 4,785,311 | -3.4% | 2003 |
| 2004 | 1,022,610 | 838,856 | 69,316 | 1,792,150 | 1,325,138 | 491,932 | 236,525 | 1,580,545 | 731,769 | 507,050 | 94,854 | 1,143,965 | 4,516,660 | -5.6% | 2004 |
| 2005 | 1,077,630 | 878,172 | 80,882 | 1,874,920 | 1,431,372 | 448,862 | 142,252 | 1,737,982 | 709,313 | 546,261 | 115,083 | 1,140,491 | 4,753,393 | 5.2% | 2005 |
| 2006 | 1,403,329 | 1,164,973 | 90,944 | 2,477,358 | 1,496,505 | 516,127 | 150,493 | 1,862,139 | 714,618 | 607,894 | 130,310 | 1,192,202 | 5,531,699 | 16.4% | 2006 |
| 2007 | 1,610,998 | 1,387,428 | 133,774 | 2,864,652 | 1,610,923 | 612,837 | 220,593 | 2,003,167 | 645,231 | 725,635 | 157,536 | 1,213,330 | 6,081,149 | 9.9% | 2007 |
| 2008 | 1,819,024 | 1,468,062 | 151,290 | 3,135,796 | 1,746,139 | 538,283 | 264,114 | 2,020,308 | 630,710 | 535,960 | 171,360 | 995,310 | 6,151,414 | 1.2% | 2008 |
| 2009 | 2,415,815 | 2,184,417 | 162,951 | 4,437,281 | 2,253,103 | 697,800 | 199,417 | 2,751,486 | 752,699 | 558,679 | 123,209 | 1,188,169 | 8,376,936 | 36.2% | 2009 |
| 2010 | 2,646,504 | 1,747,635 | 201,231 | 4,192,908 | 1,830,556 | 466,799 | 205,950 | 2,091,405 | 743,378 | 509,792 | 150,956 | 1,102,214 | 7,386,527 | -11.8% | 2010 |
| 2011 | 3,037,112 | 1,707,313 | 247,738 | 4,496,687 | 2,305,854 | 656,256 | 263,223 | 2,698,887 | 862,401 | 530,564 | 172,770 | 1,220,195 | 8,415,769 | 13.9% | 2011 |
| 2012 | 3,978,438 | 2,591,117 | 220,923 | 6,348,632 | 3,109,940 | 1,039,716 | 315,783 | 3,833,873 | 949,010 | 704,828 | 180,634 | 1,473,204 | 11,655,709 | 38.5% | 2012 |
| 2013 | 5,039,832 | 3,055,329 | 268,024 | 7,827,137 | 3,996,673 | 1,313,678 | 363,950 | 4,946,401 | 1,203,072 | 937,952 | 146,624 | 1,994,400 | 14,767,938 | 26.7% | 2013 |
| 2014 | 4,346,624 | 2,151,591 | 234,329 | 6,263,886 | 3,379,009 | 706,362 | 431,890 | 3,653,481 | 935,411 | 648,592 | 158,471 | 1,425,532 | 11,342,899 | -23.2% | 2014 |
| 2015 | 4,437,613 | 2,423,182 | 201,390 | 6,659,405 | 3,701,443 | 708,436 | 328,395 | 4,081,484 | 777,273 | 644,274 | 101,656 | 1,319,891 | 12,060,780 | 6.3% | 2015 |
| 2016 | 5,562,218 | 3,614,057 | 240,642 | 8,935,633 | 4,198,692 | 676,987 | 266,589 | 4,609,090 | 848,615 | 736,443 | 81,689 | 1,503,369 | 15,048,092 | 24.8% | 2016 |
| 2017 | 4,411,923 | 3,194,599 | 278,082 | 7,328,440 | 2,821,945 | 519,400 | 346,936 | 2,994,409 | 667,350 | 631,998 | 79,854 | 1,219,494 | 11,542,343 | -23.3% | 2017 |
| 2018 | 4,507,176 | 2,896,353 | 400,172 | 7,003,357 | 2,905,178 | 607,209 | 309,312 | 3,203,075 | 536,119 | 706,634 | 71,994 | 1,170,759 | 11,377,191 | -1.4% | 2018 |
| 2019 | 3,626,610 | 2,560,935 | 230,262 | 5,957,283 | 2,062,966 | 592,146 | 292,464 | 2,362,648 | 480,735 | 743,474 | 65,619 | 1,158,590 | 9,478,521 | -16.7% | 2019 |
| 2020 | 6,502,261 | 3,996,554 | 458,150 | 10,040,665 | 2,761,297 | 775,852 | 239,096 | 3,298,053 | 476,682 | 1,490,783 | 60,027 | 1,907,438 | 15,246,156 | 60.8% | 2020 |
| 2021 Int. | 7,911,658 | 5,214,791 | 320,163 | 12,806,286 | 3,933,398 | 1,140,642 | 83,962 | 4,990,078 | 675,450 | 2,816,308 | 246,849 | 3,244,909 | 21,041,273 | 38.0% | 2021 Int. |
| TOTAL | 88,090,225 | 55,111,131 | 6,102,770 | 137,098,586 | 65,302,977 | 17,971,910 | 6,179,656 | 77,095,231 | 26,654,140 | 18,045,283 | 4,540,253 | 40,559,170 | 254,752,987 | | TOTAL |

# Exhibit 2

# Estimated Modern Sporting Rifles in the United States 1990 – 2020

| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 332,000 | 2,798,000 |
| TOTALS | 18,901,000 | 5,545,000 | 24,446,000 |

Source: ATF AFMER, US ITC, Industry estimates