# Exhibit L

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in his official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, <br><br>Defendants. | CIV. NO. 3:22-cv-01223-JBA <br><br><br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL STIEFEL PURSUANT TO 28 U.S.C. § 1746** |

I, Michael Stiefel, being duly sworn, deposes and says:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am making this supplemental declaration pursuant to 28 U.S.C. § 1746, and I understand that the same obligations that apply to statements made under oath apply to the statements that I make herein.

3. I am one of the individual Plaintiffs in *Grant et al v. Lamont et al.*, 3:22-cv-01223-JBA. I submit this supplemental declaration in further support of the Plaintiffs' Amended Motion for Preliminary Injunction in *Grant v. Lamont*.

4. I currently own firearms that are legally considered to be "others" – firearms that are not rifles, pistols, or shotguns.

5. It has been my intention to acquire a custom built ".300 Blackout" in a Connecticut "other" configuration for quite some time.

6. On July 3, 2023, I contacted Swamp Yankee Arms, LLC to discuss them building a custom .300 Blackout in a Connecticut "other" configuration for me. Specifically, this custom .300 Blackout would have had a pistol grip and a fore grip.

7. I was informed that Swamp Yankee Arms, LLC could not build or sell me a .300 Blackout in a Connecticut "other" configuration because it is now considered to be an illegal "assault weapon" under Connecticut law.

8. I still intend to acquire a custom .300 Blackout in a Connecticut "other" configuration with the features I described above, and I want the ability to do so lawfully and without fear of criminal prosecution.

9. Further affiant sayeth not.

I, Michael Stiefel, declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2023

_____
Michael Stiefel