UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDDIE GRANT, JR., *et al* | : | CIVIL NO. 3:22-CV-01223 (JBA) |
|    *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| LAMONT, *et al.,* | : | |
|    *Defendants*. | : | JULY 14, 2023 |

### MOTION FOR LEAVE TO FILE EXCESS PAGES AS TO THE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7 (a) Defendants respectfully move for leave to file excess pages in their memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction (ECF # 51). Plaintiffs have no objection to this motion.

Defendants seek leave of the Court to file an opposition brief in excess of the forty-page limit. Specifically, they seek leave to file a brief of sixty (60) pages long, excluding the certification and signature pages. Good cause exists for a brief of this length. Though the Defendants have endeavored to keep their briefing concise, the complicated claim in this matter requires significant briefing to properly present the issues and facts to the Court. Indeed, Defendants will be submitting many exhibits in support of their opposition to Plaintiffs' motion. Further, a large portion of the pertinent analysis requires an in-depth historical review that involves numerous facts and consideration of historical laws and tradition, and thus requires additional space in the brief.

Additionally, Plaintiffs' claim has expanded since their initial filing of their motion for preliminary injunction, including additional arguments and claims in their amended complaint and amended motion for preliminary injunction. These additional claims have led to additional discovery, including depositions of each individual Plaintiff. Accordingly, Defendants require

additional space in their brief to respond to these additional claims and present additional discovery in response to Plaintiff's additional arguments.

Plaintiffs seek an extraordinary remedy in their motion, and Defendants require the requested additional pages in order to properly address the Plaintiffs' motion which could have significant negative implications to public safety if granted. To ensure the Court has all relevant arguments and facts before it, the Defendants respectfully request the aforementioned excess pages for their opposition.

For all the foregoing reasons, the Defendants respectfully request their motion for excess pages be granted.

        DEFENDANTS
        Lamont, et. al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY:

        */s/ Janelle R. Medeiros*
        Janelle R. Medeiros
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct30514
        E-Mail: janelle.medeiros@ct.gov
        Tel.: (860) 808-5450
        Fax: (860) 808-5590

        _____
        James M. Belforti
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Tel: (860) 808-5450

Fax:  (860) 808-5591<br>
Federal Bar No. ct30449<br>
E-Mail:  james.belforti@ct.gov

### **CERTIFICATION**

I hereby certify that on July 14, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General