# EXHIBIT A

## Declaration of Detective Brindiana Warenda

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN | : | CIVIL NO. 3:22-CV-01118(JBA) |
| RIGHTS, ET. AL. | : | : |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, ET AL., | : | JULY 25, 2023 |
| *Defendant.* | | |

<u>AFFIDAVIT OF BRINDIANA WARENDA</u>

I, Brindiana Warenda, having been duly sworn, testifies and affirms as follows:

1.    I am over eighteen years of age and understand the obligations of an oath.

2.    I have been employed as a Trooper with the Connecticut State Police (CSP) since 2012. The CSP is a division within the Connecticut Department of Emergency Services and Public Protection (DESPP).

3.    I am presently assigned to the Special Licensing & Firearms Unit (SLFU) as a Detective and have been since September 2018. There are several different detective sections within SLFU including but not limited to Revocations, the Firearms Vault, Boxing/MMA, and Special Licensing (e.g. Bail Bondsmen, Security Guards, Armed Security Guards, etc.). From September 2018 to October 2019, I was assigned to Revocations. In October 2019, I was reassigned to the Firearms Vault and I am currently the primary detective at the Firearms Vault.

4.    In my capacity as a Detective at the Firearms Vault, I specialize in firearm destruction and firearm legality. The Firearms Vault is the clearinghouse for firearm destruction in the State of Connecticut and processes over 3,000 firearms per year for destruction.  However, we maintain a collection of firearms to primarily aid the judicial system with examples of firearms that are enumerated in statute. I also assist local, State and Federal law enforcement, as well as Federal Firearm Licensed (FFL) dealers and public, with Connecticut State Statutes regarding firearm legality within the State of Connecticut.

5.    While I am directly assigned to the Firearms Vault, I assist on a regular basis with Revocations. Revocation duties include, but are not limited to revoking pistol permits for statutory prohibitors, making the determination if a person is suitable for a pistol permit, interacting with law enforcement agencies in the State of Connecticut and Federal, State and local law enforcement agencies throughout the United States, preparing Board of Firearms Permit Examiners (BFPE) hearing packets for DESPP's Legal Affairs Unit, and explaining firearms laws/regulations to various agencies, organizations and citizens.

6.      I am certified by the Police Officer Standards and Training Council (P.O.S.T.) to instruct in "Weapons and Permits." The purpose of "Weapons and Permits" is to familiarize recruits and sworn law enforcement with the Connecticut State Statutes and federal laws relative to various firearms and firearms permits. One of the performance objectives is to identify the Connecticut Statutes relative to the illegal sale, carrying of, and safe securing of various firearms such as rifles, shotguns, and handguns. I am re-certified every three years by P.O.S.T.

7.      I have received extensive training with respect to the use and safe handling of firearms.  In addition, I have been trained and certified as an "armorer" on specific firearm platforms. An armorer is someone who is authorized by the manufacturer to repair and replace parts of firearms.

8.      In 2020, I attended an armorer school established by Glock, Inc., a firearm manufacturer, and became a certified armorer on all Glock model pistols, excluding the G18 select fire models. I was trained to take apart a Glock pistol and replace/repair any defective part to make the firearm functional. In 2022, I attended a similar armorer school established by Smith & Wesson, another firearm manufacturer, where I became certified in repairing Smith & Wesson M&P 2.0 pistols.

9.      I am also certified by the International Firearm Specialist Academy (IFSA) as a Certified Firearm Specialist. The training included, but was not limited to rules of safe handling, clearing procedures, safety precautions, classification of firearms pursuant to the Gun Control Act (GCA), firearm markings, nomenclature (identification of parts necessary to safety and/or marking locations), ammunition components, mechanical types of operations (e.g. semiautomatic versus fully automatic), and National Firearms Act (NFA) items.

10.     Since I have been assigned to the Firearms Vault, I have had an opportunity to work with thousands of different types of firearms beyond what is issued to me by CSP. This handling of non-CSP issued firearms is invaluable because, not only do I need to know how to make firearms safe, but I also need to be able to identify features that could make a firearm illegal in the State of Connecticut.

11.     In 1993, the Connecticut State Legislature passed Public Act 93-306 which prohibited possessing, selling, or transporting assault weapons with limited exceptions. The act defined an assault weapon as: 1. Any selective-fire firearm capable of fully automatic, semiautomatic or burst fire at the option of the user, including but not limited to AK-47 type, MAC-type, Auto-Ordnance Thompson-Type, and Colt AR-15; 2. any of a list of named firearms; 3. A part or combination of parts designed or intended to convert a firearm into an assault weapon or from which an assault weapon may be rapidly assembled if they are in the possession or under the control of the same person.

12.     In 2001, the Connecticut State Legislature passed Public Act 01-130 which expanded the definition of assault weapon to include semiautomatic firearms with certain features.  The features that were added consisted of the following: 1. semiautomatic rifle that can accept a detachable magazine if the rifle has any two of the following features: (a) a folding or telescoping stock, (b) a pistol grip that protrudes conspicuously beneath the action of the

weapon, (c) a bayonet mount, (d) a flash suppressor or threaded barrel designed to accommodate a flash suppressor, or (e) a grenade launcher; 2. semiautomatic pistol that can accept a detachable magazine if the pistol has any two of the following features: (a) an ammunition magazine that attaches to the pistol outside of the pistol grip; (b) a threaded barrel that can accept a barrel extender, flash suppressor, forward handgrip, or silencer; (c) a shroud attached to, or partially or completely encircling, the barrel that permits the shooter to hold the firearm with the non-trigger hand without being burned; (d) a manufactured weight of 50 ounces or more when unloaded; and (e) a semiautomatic version of an automatic firearm; 3. semiautomatic shotgun with any two of the following features: (a) a folding or telescoping stock, (b) a pistol grip protruding conspicuously beneath the action of the weapon, (c) a fixed magazine capacity over five rounds, and (d) the ability to accept a detachable magazine; and 4. part or parts in one person's possession either designed or intended to convert any firearm into one of the newly covered assault weapons or from which one may be assembled rapidly.

13.   In 2013, the Connecticut State Legislature passed Public Act 13-3 which made extensive changes to the firearm laws. Three of the major changes were significantly expanding the assault weapon ban, banning the sale, purchase, or transfer of large capacity magazines (LCMs) and requiring a state issued permit or eligibility certificate to purchase long guns.

14.   Public Act 13-3 (Conn. Gen. Stat. § 53-202a) retained the list of firearms banned by name in Public Act 93-306 but added additional semiautomatic firearms by name and created a new features test for firearms not banned by name.   The new features were: 1. semiautomatic centerfire rifles that can accept a detachable magazine and at least one of five specified features (folding/telescoping stock, any grip of the weapon that would result in any finger on the trigger hand being directly below that action of the weapon when firing, a forward pistol grip, a flash suppressor, or grenade/flare launcher); 2. semiautomatic centerfire rifles that have a fixed magazine that can accept more than 10 rounds of ammunition; 3. Semiautomatic centerfire rifles that are less than 30 inches long; 4. Semiautomatic pistols with a fixed magazine that can accept more than 10 rounds of ammunition; 5. Semiautomatic pistols that can accept a detachable magazine and have at least one of four specified features (ability to accept a detachable magazine outside of pistol grip, a threaded barrel, a shroud permitting the shooter to fire the firearm without being burned, or a second hand grip); 5. semiautomatic shotguns that have both of the following features: a folding or telescoping stock and any grip of the weapon that would result in any finger on the trigger hand being directly below that action of the weapon when firing; 6. semiautomatic shotgun that can accept a detachable magazine; and 7. a shotgun with a revolving cylinder.

15.   A telescoping stock or collapsible stock is a stock that can retract into and shorten itself to make a firearm more compact.

16.   A flash suppressor is a device attached to the muzzle of a firearm that reduces its visible signature while firing.

17.   A forward pistol grip or second pistol grip is a grip on the front of the firearm or simply a second grip on a firearm.

3

18.   On June 6, 2023, Governor Lamont signed Public Act 23-53 (Connecticut Substitute House Bill No. 6667 As Amended by House Amendment Schedules "A" and "B") into law which made extensive changes to the firearms laws. While most of the changes do not go into effect until on or after October 1, 2023, the "2023 Assault Weapon" ban went into effect upon passage.

19.   Public Act 23-53 retained the list of firearms banned by name and the features tests in Public Acts 93-306 and 13-3. However, Public Act 23-53 also bans any semiautomatic firearm that meets the features tests of Public Acts 93-306 and 13-3 that was manufactured prior to September 13, 1994. These firearms are commonly referred to as pre-ban firearms. Additionally, Public Act 23-53 added an additional features test for any semiautomatic firearm other than a pistol, revolver, rifle, or shotgun. These firearms are known colloquially as "CT Others."

20.   Under the new features test, a "CT Other" is considered an assault weapon if it has at least one of the following: 1. any grip of the weapon that would result in any finger on the trigger hand being directly below that action of the weapon when firing; 2. the ability to accept a detachable magazine outside of the pistol grip; 3. A fixed magazine with the ability to accept more than 10 rounds of ammunition; 4. A flash suppressor or silencer, or threaded barrel capable of accepting a flash suppressor or silencer; 5. a shroud permitting the shooter to fire the firearm without being burned; 6. a second hand grip; or 7. an arm brace or other stabilizing brace that could allow the firearm to be fired from the shoulder, with or without a strapped designed to attach to an arm.

21.   The "2023 Assault Weapon" ban was designed to close a loophole in the CT assault weapons ban and is similar to a rule change enacted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") in January of 2023 in C.F.R. 479.11. Before Public Act 23-53, a "CT Other" did not meet the Connecticut statutory definition of either a pistol, a rifle, or a shotgun, and therefore did not meet the statutory definition of an "assault weapon" pursuant to Conn. Gen. Stat. § 53-202a-c. Under the new features test, such firearms may be assault weapons.

22.   Conn. Gen. Stat. § 53a-3(16) defines a rifle, in part, as a weapon designed or redesigned, made or remade, and intended to be fired from the shoulder. Firearms equipped with an arm or stabilizing brace instead of a traditional stock were deemed not to be a rifle since manufacturers claimed these devices were not intended to be shouldered. As such, firearms that had an arm or stabilizing brace were potentially excluded from the 1993 and 2013 Assault Weapon bans despite being functionally similar to firearms captured until the original ban. Public Act 23-53 now captures such firearms with arm or stabilizing braces.

23.   Public Act 93-306 and Public Act 13-3 allowed individuals who possessed assault weapons as defined by Connecticut law to obtain a Certificate of Possession by specific dates to retain the firearms lawfully.

24. Similarly to Public Acts 93-306 and 13-3, Public Act 23-53 allows individuals who possess "2023 Assault Weapons" to obtain a Certificate of Possession by May 1, 2024 to retain the firearms lawfully.

25. Since the passage of Public Acts 93-306 and 13-3 and as of June 7, 2023, prior to the effective date of Public Act 23-53, the total number of Certificate of Possessions that had been issued was 82,351.

26. The number of Certificate of Possessions increased by 369 since January 30, 2023. The increase is due to exemptions in the Conn. Gen. Stat. § 53-202b, which allows members of the military and law enforcement to purchase assault weapons.

27. The assault weapons banned in Connecticut are a sub-category of the larger group of all semiautomatic weapons. A semiautomatic weapon fires one round for each squeeze of the trigger. After each shot, the firearm automatically loads the next round in the chamber and arms the firing mechanism for the next shot, thereby permitting a faster rate of fire as compared to manually operated guns.

28. In contrast to semiautomatic weapons, fully automatic weapons (e.g. machine guns) fire continuously for as long as the trigger is pressed. A federal tax stamp is required to legally possess a machine gun in Connecticut. Further, Connecticut State law requires that anyone that owns a machine gun to register it with DESPP within 24 hours of acquiring it and annually thereafter.

29. Assault weapons listed in § 53-202a are essentially civilian versions of military weapons used by armed forces across the world. The most prolific military firearms in the world are the M-16/AR-15 and the AK-47. The primary difference between these military weapons and those assault weapons listed in the Public Acts is that the civilian commercial version does not have the fully automatic selective-fire option. Selective-fire allows the operator to choose between semiautomatic and fully automatic.

30. The assault rifle provision of Conn. Gen. Stat. § 53-202a(1)(B) only covers semiautomatic, centerfire rifles, except for the Remington Tactical 7615, which is a pump action rifle. Centerfire rifles are designed for centerfire cartridges which are more powerful projectiles because they have a larger bullet, higher velocity, greater range, and more "foot pounds of energy" or stopping power, than other cartridges such as rimfire or pistol ammunition. An example of a centerfire cartridge would be a .223 round that is often used in an AR-15 type assault rifle.

31. Conn. Gen. Stat. § 53-202a(1)(B) lists 49 assault rifles by name. Based upon my experience and expertise, the majority of the firearms specifically named in the statutes are semiautomatic versions of the original selective-fire AR-15/M-16, the AK-47, or variants of these weapon platforms in an assortment of calibers.

32. Of these 49 assault rifles, nineteen (19) are variants of the AK-47; thirteen (13) are variants of the AR-15/M-16; and three (3) are variants of the HK 91 or FN type.

33.   The remaining twelve (12) rifles listed are types of rifles that are unique and different from the AK-47, M-16/AR-15 and HK91. It would be fair to say that although 49 rifles are listed in the Act, only fifteen (15) distinct types of rifles are covered by the Act: semiautomatic versions of AK-47s, M-16/AR-15s, HK91, and the twelve (12) distinct rifles that are unique and not of "a type."

34.   The Avtomat Kalashnikov AK-47 type, simply known as AK-47, is a 7.62 x 39mm rifle that originates from Russia. The firearm was developed by Mikhail Kalashnikov in 1947 as a select-fire rifle and was initially intended to replace rifles and submachines guns carried by Soviet forces at the end of World War II. The AK-47 became the Soviet military standard issue infantry weapon from 1949 until 1959. By the end of the 1950s, the technology to manufacture firearms in the Soviet Union had expanded greatly. As a result, a modernized AK-47, the 7.62 Modernizirovannia Avtomat Kalashnikova (AKM), was designed in 1959 and fully developed by 1960.  The AKM was regularly encountered by American Forces in Vietnam. Modern versions of the AK-47 are still in use throughout the world due to is simplicity, reliability and affordability. It is also one of the most recognizable rifles in the world.

35.   In 1989 (pre-Federal Assault Weapons Ban of 1994), ATF banned the importation of several semi-automatic versions of military firearms due to the firearms failing to meet the sporting purposes test of the Gun Control Act of 1968.  One of the 43 firearms banned in 1989 was the AK-47 type.

36.   Four examples that the Firearms Vault has in its collection of the nineteen (19) variants of the AK-47 listed in Conn. Gen. Stat. § 53-202a(1)(B) are the Norinco Type 56S, Poly Technologies AKS, WASR-10 and VEPR.

37.   The Norinco Type 56 is a 7.62 x 29mm select-fire rifle that originates from China. Mechanically, this firearm is similar to an AK-47 and entered operation service in 1956. The Norinco Type 56S is the semi-automatic only civilian version of the Type 56.



Overall View: Left Side of Norinco Type 56S



Overall View: Right Side of Norinco Type 56S



Close-up View: Left side of Norinco Type 56S

38.     The Poly Technologies AKS-762, typically referred to as AKS, is a 7.62 x 39mm rifle that originates from China. The AKS is a Chinese-made version of the AK-47.



Overall: Left Side of Firearm



Overall: Right Side of Firearm with Stock Collapsed



Close-up: Left Side of Firearm

39.     The Cugir WASR-10 is a 7.62 x 39mm semi-automatic rifle that originates from Romania. The WASR-10 is the Romania's civilian version of their military AKM-type rifle (Pistol Mitraliera 1963/1965). The WASR-10 was imported by Century Arms and modified to conform with the Public Safety and Recreational Firearms Use Protection Act, also known as the Federal Assault Weapons Ban of 1994.



Overall View: Right side of WASR-10



Overall View: Left side of WASR-10



Close-up View:  Left side of WASR-10



Close-up View: Right Side of WASR-10

40.    The Molot-Oruzhie VEPR is a semi-automatic rifle that originates from Russia and is modeled after the AK.  The VEPR is offered in various calibers including, but not limited to 7.62 x 39mm, 7.62 x 54R and .308.



Overall View: Left Side of VEPR



Overall View: Right Side of VEPR



Close-up View: Left Side of VEPR

41.     The AR-15 originally was manufactured as a selective-fire machine gun and was adopted by the United States military as the M-16 machine gun during the Vietnam War. The M16 rifle was designed by Eugene Stoner of ArmaLite Corporation in response to a request from

the U.S. military for an improved infantry weapon in the 1950s. The ArmaLite AR-15, the predecessor firearm to the M16, first went into mass production in June 1959.

42. Colt Manufacturing Company retained the AR-15 trademark for its semiautomatic version of the AR-15, which it began selling to the civilian market in the early 1960s. The AR-15 is now the civilian commercial term for the M-16, without the fully automatic fire option. Two examples of the thirteen (13) are variants of the AR-15/M-16 are the Bushmaster XM-15 and Smith & Wesson M&P-15.

43. Two examples that the Firearms Vault has in its collection of the thirteen (13) AR-15/M-16 variants are the Smith & Wesson M&P-15 and the Bushmaster XM-15.

44. The Smith & Wesson M&P-15 is a 5.56 x 45mm AR-15 style semi-automatic rifle that originates from the United States. Smith & Wesson first introduced the M&P-15 at SHOT Show in 2006. Smith & Wesson designed the firearm for police and consumer markets.



Overall View: Left Side of the M&P-15



Overall View: Right Side of the M&P-15



Close-Up View: Left Side of M&P-15



Close-Up View: Right Side of M&P-15

45.    The Bushmaster XM-15 is a 5.56 x 45mm AR-15 style semi-automatic rifle that originates
       from the United States.  The Bushmaster XM-15 was notably used in the December 2012
       Sandy Hook Elementary School shooting.



Overall View: Left Side of XM-15



Overall View: Right Side of XM-15



Close-up View: Left Side of XM-15

46.  Other examples of assault rifles that the Firearms Vault has in its collection that are banned, but not of a "type" are the Keltec Sub-2000 and Beretta Storm.

47.  The Keltec Sub-2000 is a 9 mm or .40 Smith & Wesson semi-automatic rifle that originates from the United States.  This Sub-2000 is unique since it folds in half and has a slimmer profile compared with other rifles. When the Sub-2000 is in the folded position, it can be locked with a key for added safety. It cannot be fired when in the folded position.

14



Overall View: Right Side of Keltec Sub2000



Overall View: Left Side of Keltec Sub2000



Close-up View: Right Side of Keltec Sub2000



Close-up View: Left Side of Keltec Sub2000

48.   The Beretta Storm is a pistol-caliber semi-automatic rifle that originates from Italy. The rifle is available in 9 mm, .40 Smith & Wesson, .45 ACP and 9 x 21mm calibers. The Beretta Storm was first introduced in 2003 and designed as a sporting or personal defense firearm.



Overall View: Left Side of Beretta Storm



Overall View: Right Side of Beretta Storm



Close-Up View: Left Side of Beretta Storm



Close-Up View: Right Side of Beretta Storm

49.   Conn. Gen. Stat. § 53-202a also banned certain semi-automatic pistols listed.  A pistol is defined under Connecticut law as any firearm that has a barrel under twelve inches in length (Connecticut General Statute § 29-27). Of the 22 assault pistols listed in the Act, six (6) are variants of the AK-47 and seven (7) are variants of the M-16/AR-15.  The remaining nine (9) pistols are unique and not of "a type."

50.   Two examples that the Firearms Vault maintains in its collection of semi-automatic pistols are the Intratec TEC-DC9 and Mini-Draco AK-47.

51.   The Intratec TEC-DC9 is a 9mm semi-automatic pistol that originates from the United States. However, the design of the firearm was based upon Swedish firearms manufacturer Interdynamic AB's MP-9 submachine gun.  Due to a poor market in Sweden, a subsidiary company was established in Miami, Florida to manufacture Interdynamic firearms for the civilian market in the United States. Intratec began produced the TEC-9, the predecessor of the TEC-DC9, in 1984 then rebranded the firearm in 1990 to TEC-DC9.  In 1994, the TEC-9 and TEC-DC9 were banned nationally under the Federal Assault Weapons Ban.

17



Overall View: Left side of Intratec TEC=DC9



Overall View: Right side of Intratec TEC=DC9



Close-up View: Left Side of Intratec TEC-DC9

52.   The Cugir Mini Draco is a 7.62 x 39mm semi-automatic AK-type pistol that originates from Romania. Despite the small size (overall length of approximately 17.5 inches), the receiver is the same size as a standard AK.



Overall View: Left Side of Mini-Draco



Overall View: Right Side of Mini-Draco



Close-Up View: Left Side of Mini-Draco



Close-Up View: Right Side of Mini-Draco

53.     There is only one shotgun specifically listed in Public Act 13-3: the IZHMASH SAIGA 12
        shotgun.  Although it is a shotgun, the IZHMASH is based on an AK-47 platform.

54.     The Izhmash Saiga 12 is a 12-gauge semi-automatic shotgun that originates from Russia. The Saiga 12 designed is based on the basic design of the AK, but with changes to accommodate shot shells.



Overall View: Left Side of Saiga 12



Overall View: Right Side of Saiga 12



Close-Up View: Right Side of Saiga 12



Close-Up View: Left Side of Saiga 12

55.    The Remington Tactical 7615 is a pump action rifle, not a semiautomatic. It uses detachable magazines that can accept more than ten rounds of ammunition. However, in 2015, the United States Court of Appeals for the Second Circuit decided in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Cuomo*, 804 F.3d 242 (2d Cir. 2015) that the ban on the Remington Tactical 7615 pump action rifle was unconstitutional.

56.    The Firearms Vault also maintains several firearms in its collection that were banned under Public Act 93-306 and listed in Conn. Gen. Stat. § 53-202a(1)(A). The firearms in the collection include but are not limited to the Auto-Ordnance Thompson-Type, HK-91, HK-94, UZI Carbine, UZI Pistol, Feather AT-9, and Franchi SPAS-12.

57.    The Auto-Ordnance Thompson type, colloquially known as a "Tommy gun," is a .45 caliber submachine gun that originates from the United States. There are several models of the Thompson-type including, but not limited to Model of 1921 and Model of 1927. Model 1921 was the first quantitative production model of the Thompson submachine guns with approximately 15,000 produced and was manufactured as select-fire. Model 1927 was based on the Model 1921, but was manufactured as semi-automatic only. There are several variations for the Model 1927 including but not limited to the 1927A1. Model 1927A1 was the semi-automatic version produced for the civilian market and production is still ongoing today.



Overall View: Left side of Thompson M1927A1



Overall View: Right side of Thompson M1927A1



Close-up View: Right Side of Thompson M1927A1



Close-up View: Left Side of Thompson M1927A1

58.   The Heckler & Kock HK-91 is a 7.62 x 51mm (i.e., .308 Winchester) semi-automatic rifle that originates from Germany. The HK-91 is the civilian version of the German Army's service rifle, the Heckler & Koch G3, which is select-fire rifle.  The HK-91 was part of 1989 ban and less than 50,000 were imported into the United States.



Overall View: Left Side of HK-91



Overall View: Right Side of HK-91



Close-up View: Left Side of HK-91



Close-up View: Right Side of HK-91

59.     The Heckler & Koch HK-94 is a 9mm semi-automatic rifle that originates from Germany. The HK-94 is the civilian version of the Heckler & Koch MP5, a submachine gun developed in the mid-1960s for the German Federal Police and German special forces. Similar to the HK-91, the HK-94 was banned from importation into the United States in 1989.



Overall View: Left Side of HK-94



Overall View: Right Side of HK-94



Close-up View: Left Side of HK-94



Close-up View: Right Side of HK-94



Overall View: Top of HK-94



Close-up View: Top of HK-94

60.     The UZI is a series of submachine guns and machine pistols that originate from Israel and
        have been exported to over 90 countries. The UZI was adopted by the Israel Defense Forces
        in 1954 and retired by the Israel Defense Force in 2003. UZI made several civilian variants
        that are semi-automatic only including but not limited to the UZI Model A carbine and UZI
        Pistol.

61.     The UZI Carbine is a 9mm semi-automatic rifle that was imported into the United States
        by Action Arms from Israel. There are two variants of the UZI Carbine: Model A and
        Model B. The Model A was imported from 1980 to 1983 and the Model B was imported
        from 1983 until 1989.  Importation of the UZI Carbine ceased in 1989 when ATF deemed
        that the UZI Carbine failed the sporting purposes test and permanently banned it from being
        imported into the United States.



Overall View: Left Side of UZI Carbine Model A

28


Overall View: Right Side of UZI Carbine Model A


Close-up View: Left Side of UZI Carbine Model A


Close-up View: Right Side of UZI Carbine Model A

62.   The UZI pistol is a 9mm semi-automatic pistol that was first manufactured in 1984 and produced until 1993.



Overall View: Left Side of UZI Pistol



Overall View: Right Side of UZI Pistol



Close-up View: Left Side of UZI Pistol



Close-up View: Right Side of UZI Pistol

63.     The Feather AT-9 is a 9mm semi-automatic rifle that originates from the United States. The firearm was designed in the early 1990's and was produced until Feather Industries went out of business in 1995. Feather Industries developed the AT-9 to be more compact and cheaper version of an Armalite AR-7, which had the ability to be taken apart to make it easier to transport and conceal (i.e., a takedown rifle).



Overall View: Left Side of AT-9



Overall View: Right Side of AT-9



Close-up View: Right Side of AT-9

64.     The Franchi SPAS (Special Purpose Automatic Shotgun) 12 is a 12-gauge shotgun that originates from Italy. The SPAS 12 is a dual-function firearm meaning that it is capable of operating with pump action or as semi-automatic.  The firearm has an eight (8) round tubular magazine.



Overall View: Left Side of Franchi SPAS 12



Overall View: Right Side of Franchi SPAS 12



Close-up View: Right Side of Franchi SPAS 12



Close-up View: Left Side of Franchi SPAS 12

65.    There are many different manufacturers and types of arm braces and stabilizing braces available in the United States including, but not limited to SB Tactical SBPDW arm brace and Shockwave Technologies Blade Pistol Stabilizer. The SB Tactical SBPDW is a three-position adjustable stabilizing arm brace that is compatible with AR-type buffers.  The Shockwave Technologies Blade Pistol Stabilizer incorporates a vertical fin and fits a standard AR-type buffer tube.

66.    The Firearms Vault also maintains several firearms in its collection that were banned under the "2023 Assault Weapon" ban in Public Act 23-53. The firearms in the collection include but are not limited to an Aero Precision X15, New Frontier CM-9 and Kalashnikov Komrad.

67.     Aero Precision, LLC manufactures quality and reliable lower receivers and complete upper receivers for civilians to build a firearm. One type of lower receiver that Aero Precision manufactures is an AR-15 type. Although a civilian is not required to utilize an Aero Precision upper receiver on an Aero Precision lower receiver, Aero Precision manufactures upper receivers for their AR-15 type lower receivers chambered in 5.56 x 45mm, .300 Blackout, 6.5 Grendel, .350 Legend, .223 Wylde, and .224 Valkyrie. Since AR-type lower receivers can accept multiple calibers, Aero Precision stamps their firearms as "multi" to meet Federal marking regulations.

68.     While 6.5 Grendel and .224 Valkyrie calibers require specific bolt carrier groups, 5.56 x 45mm, .300 Blackout, .350 Legend and .223 Wylde utilize the standard 5.56 bolt carrier group. In other words, the only difference between a 5.56 x 45mm AR-15 type build and .300 Blackout AR-15 type build would be the barrel is chambered in a different caliber. The remaining parts including, but not limited to the bolt carrier group, buffer and buffer tube are the same.

69.     The Aero Precision semi-automatic "CT Other" that the Firearms Vault maintains in its collection is an Aero Precision X15 with an AT3 Tactical barrel chambered in 5.56 x 45mm. The X15 is equipped with an SB Tactical SBPDW arm brace and vertical forward grip (i.e. second hand grip). The arm brace is equipped at the rear of the firearm.



Overall View: Left Side of Aero Precision X15



Overall View: Right Side of Aero Precision X15



Close-Up View: Left Side of Aero Precision X15



Close-Up View: Left Side of SB Tactical Arm Brace on Aero Precision X15



Close-Up View: Right Side of AT3 Tactical 5.56 x 45mm Barrel on Aero Precision X15

70.     New Frontier Armory was founded in 2009 and is a full-service firearms dealer, distributor and manufacturer located in Las Vegas, Nevada. Like Aero Precision, New Frontier manufactures various lower and upper receivers. One of the lower receivers that New Frontier manufactures is a C9, which is a pistol caliber carbine build. The lower receiver

can accept double stack Glock magazines in various pistol calibers including, but not limited to 9mm, .40 Smith & Wesson, and .357 SIG.  As such, the lower receiver is stamped with "multi" to meet Federal marking regulations.

71.    The New Frontier semi-automatic "CT Other" that the Firearms Vault maintain in its collection is a New Frontier C-9 chambered in 9mm. The C-9 is equipped with a Shockwave Technologies Blade Stabilizer and vertical forward grip (i.e. second hand grip).



Overall View: Left Side of New Frontier C-9



Overall View: Left Side of New Frontier C-9



Close-Up View: Left Side of New Frontier C-9



Close-Up View: Right Side of New Frontier C-9



Close-Up View: Left Side of Shockwave Technologies Blade Stabilizer on New Frontier C-9



Close-Up View: Right Side of Shockwave Technologies Blade Stabilizer on New Frontier C-9

72.   The Kalashnikov Komrad is a 12-gauge semi-automatic firearm that originates from the United States.  The Komrad is based on the Russian Saiga series.  The Komrad is equipped with an SB Tactical adjustable arm brace, vertical forward grip and a threaded barrel.



Overall View: Left Side of Kalashnikov Komrad



Overall View: Right Side of Kalashnikov Komrad



Overall View: Bottom of Kalashnikov Komrad



Close-up View: Bottom of Kalashnikov Komrad

73.    Notwithstanding the assault weapons prohibited by Connecticut General Statute § 53-202a and Public Act 23-53, there remain more than one thousand firearms that Connecticut residents can purchase for responsible and lawful uses like self-defense, home defense, and other lawful purposes such as hunting and sport shooting.

74.    There are many resources such as "Guns and Ammo" and "Gun Digest" that identify numerous firearms (including rifles, pistols, revolvers and shotguns) that remain legal in Connecticut. Many of these firearms are suitable for home and self-defense.

75.    Conservatively speaking, I would expect that a gun purchaser could identify over a thousand firearms he/she could purchase as an alternative to those banned in Connecticut.

76.    Conn. Gen. Stat. § 53-202w defined an LCM as any firearm magazine, belt, drum, feed strip, or similar devices that can be readily restored or converted to accept more than 10 rounds of ammunition with limited exceptions.

77.    A magazine, sometimes incorrectly referred to as a "clip," is a container that holds ammunition for a firearm. Typically, they hold bullets and feed the ammunition into the firearm. There are both fixed and detachable magazines. Detachable magazines may be removed from the firearm and replaced quickly with another fully loaded magazine. Fixed magazines are typically reloaded by reloading bullets into a magazine that is attached to the firearm.

78.    A magazine contains no firing mechanism.

79.     Ordinary ammunition magazines extend perpendicularly from the frame of the firearm and are fed with one round on top of the other.  Tubular magazines, by contrast, generally are fixed magazines that run horizontally along the length of the barrel and are fed with cartridges end to end. Tubular magazines are only typically designed for lever action rifles, rimfire rifles and shotguns.

80.     Magazines are manufactured for all types of firearms, including handguns, rifles, and shotguns. Large capacity magazines, as defined by the statute, are those which can hold more than 10 rounds of ammunition at a time. Large capacity magazines have been manufactured for a variety of firearms, including handguns, rifles, and shotguns.

81.     Most firearms that accept large capacity magazines can also function using a magazine that has a capacity of under ten rounds.

82.     Beginning April 1, 2014, Conn. Gen. Stat. § 29-37a required anyone purchasing or receiving a long gun to hold a valid state-issued permit to carry a pistol or revolver, handgun eligibility certificate or long gun eligibility certificate with limited exceptions (e.g. peace officer).  Under prior law, no credential was required to buy long guns.

83.     As of January 30, 2023, there are 328,502 active permits to carry a pistol or revolver, 187 active handgun eligibility certificates and 1,886 long gun eligibility certificates.

84.     There is no statutory requirement to "register" the majority of privately owned firearms with DESPP in CT. The amount of firearms in the CT firearms registry does not capture all privately owned firearms in CT.

DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed on July 25, 2023

Brindiana Warenda