# EXHIBIT E

## Declaration of Dr. Martin Schreiber

## <u>DECLARATION OF DR. MARTIN A. SCHREIBER</u>

I, Dr. Martin A. Schreiber, MD, FACS, FCCM, COL, MC, USAR, declare under penalty of perjury that the following is true and correct:

1.    This declaration is based on my personal knowledge and experience, and if I am called as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2.    I hold my opinions to a reasonable degree of medical and scientific certainty, based on my education, training, research and clinical experience, as well as my knowledge of relevant medical literature and the application of scientific principles to wounding ballistics.

3.    Also relevant to the formation of my opinions is my knowledge of accepted standards of medical practice as they apply to emergency medicine.

4.    I further base my opinions on my experience as a trauma surgeon both for military and civilian patients and as a soldier who has received weapons training and is required to carry weapons on deployment, which I discuss in more detail below. My curriculum vitae, which is attached as **Exhibit A**, documents my educational and professional experience in detail.

5.    I am being compensated at a rate of $250/hour.

6.    During the past four years, I have participated as an expert witness in over 30 cases, the vast majority of which were malpractice cases involving trauma and emergency general surgery patients. I have attached a list of cases for which I have provided expert testimony in the last four years as **Exhibit B**. In addition, I am currently an expert witness in *National Association for Gun Rights v. City of Highland Park, Illinois*, Case No. 1:22-cv-04774 (N.D. Ill.).

7.      I have been retained by the Office of the Attorney General of Connecticut to provide expert testimony in litigation challenging various aspects of Conn. Gen. Stat. § 202 et. seq. and Connecticut Public Act 23-53. As of the date of this declaration, the scope of my engagement includes providing expert testimony in the following cases: *Grant v. Lamont*, docket no. 3:22-CV-01223 (JBA).  I have reviewed the provisions of Public Act 23-53 being challenged in this case.

## BACKGROUND AND QUALIFICATIONS

8.      I am board-certified in general surgery and surgical critical care and a Colonel in the United States Army Reserve. I have been a soldier for nearly 40 years. I joined the United States Army Reserves in 1984, completing my Army Officer Basic Training Course at the Silas B. Hays Army Hospital in 1985.

9.      I have been a surgeon in a number of military settings, including Chief of Surgery for the 31st Combat Support Hospital and a general surgeon and Medical Director of the Surgical Intensive Care Unit at William Beaumont Army Medical Center.

10.      When the United States went to war in Afghanistan and Iraq, I volunteered for active duty and deployment. I was deployed three times, serving in Iraq in 2005 and Afghanistan in 2010 and 2014.

11.      During my deployment to Iraq, I was the Chief of Surgery for the 228th Combat Support Hospital in Tikrit, Iraq.

12.     During my deployments to Afghanistan, I was Director of the Joint Theater Trauma System, United States Central Command in Bagram, Afghanistan, and a surgeon with the 932nd Forward Surgical Team in Shank, Afghanistan.

13.     While deployed, I have cared for countless casualties (in the hundreds), including casualties to U.S. service men and women, soldiers of our allies, residents of host nations, and soldiers of our enemies.

14.     As a soldier, I have been required to qualify with a 9mm Beretta handgun on a targeted shooting range on numerous occasions. I have also qualified with the M-16 assault rifle, which bears a close resemblance to an AR-15, on a targeted shooting range. I have also fired an M2 50-caliber machine gun on training exercises at Shank, Afghanistan with a special forces unit while on deployment in 2014.

15.     I am also the Chief of the Division of Trauma, Critical Care & Acute Care Surgery and Professor of Surgery at Oregon Health & Science University ("OHSU") as well as the trauma medical director. OHSU has the only academic Level 1 trauma center in Oregon. It is internationally recognized in trauma research, named among the nation's best programs by the American College of Surgeons. OHSU cares for approximately 4,000 trauma patients per year, approximately 8% of whom suffer penetrating injuries. 163 patients injured by gunshot wounds were treated at OHSU last year alone.

16.     As a trauma surgeon at OHSU, I am personally involved in the care of trauma patients, including those who have suffered from gunshot wounds, throughout their in-hospital care and recovery. I am present at their arrival and accompany them to the intensive care unit or operating room as appropriate. I also care for trauma patients on the ward and in clinic, and in their late care as needed.

17.     I received my Bachelor of Arts in Chemistry from the University of Chicago in 1984 and my Medical Degree from Case Western Reserve University in 1988. I completed a surgical internship at the Madigan Army Medical Center in Fort Lewis, Washington and a surgical residency at the University of Washington Seattle in Seattle, Washington. I completed a fellowship in Trauma and Critical Care at the University of Washington Seattle, as well. I am a Fellow in the American College of Surgeons and a Fellow of Critical Care Medicine.

18.     In light of the fact that I have cared for hundreds of patients injured by handguns and assault rifles, I am very familiar with how wounds from these weapons differ and their relative killing capacity.

## OPINIONS

### I.     The Killing Potential Of Assault Weapons.

19.     During each of my three deployments, I was deployed as a surgeon with the United States Army. For deployment, the Army required me to qualify on a targeted shooting range and carry a 9mm Beretta essentially at all times for self-defense. While I received training on other weapons, such as an M-16, my Army-issued weapon was a handgun because I was a surgeon and needed a weapon for self-defense. The deployed warfighter, by contrast, carried, at a minimum, an M-4 assault weapon, with the capacity to kill numerous enemy combatants rapidly, because the warfighter's job, unlike the surgeon's, is to kill the enemy. The U.S. military's judgment that handguns, not assault rifles, are the right weapon for self-defense, while assault rifles, not handguns, are the right weapon for killing enemy combatants speaks volumes.

20.     The killing capacity of a weapon is primarily determined by the kinetic energy imparted by the bullet, its effective range, and the rate at which the weapon fires projectiles. Kinetic energy is determined by the following equation:[1]

$$E = \frac{1}{2} \; mass \; x \; velocity^2$$

21.     The muzzle velocity of an AR-15 is approximately 3200 feet per second[2] compared to 1200 feet per second for a 9mm Beretta.[3]

22.     The kinetic energy of a 9mm Beretta is estimated to be approximately 400 foot pounds[4] compared to 1303 foot pounds for an AR-15.[5]

23.     When a projectile fired from a firearm penetrates the human body, it creates a temporary and, eventually, permanent cavity. Holding all else equal, the larger the cavity, the more severe the injury.

---

[1] Stefanopoulos PK, Mikros G, Pinialidis DE, et al. Wound Ballistics of Military Rifle Bullets: An Update on Controversial Issues and Associated Misconceptions. Journal of Trauma and Acute Care Surgery. 2019;87:696.

[2] "ArmaLite/Colt AR-15," Military Factory (May 22, 2018), https://www.militaryfactory.com/smallarms/detail.php?smallarms_id=383.

[3] "M9 9mm Beretta Pistol," FAS Military Analysis Network (Jan. 20, 1999), https://man.fas.org/dod-101/sys/land/m9.htm.

[4] A foot pound is a unit of energy equal to the amount required to raise one pound a distance of one foot.

[5] Rhee PM, Moore EE, Joseph B, et al. Gunshot Wounds: A Review of Ballistics, Bullets, Weapons and Myths. Journal of Trauma and Acute Care Surgery. 2016;80:856.

24.     The large kinetic energy and force produced from an AR-15-style weapon means that a round fired by such a weapon typically creates a relatively large temporary cavity in a human body, with devastating effects to tissue and surrounding organs.[6]

25.     Assault weapons, especially when equipped with large-capacity magazines, can also fire more shots faster than other types of weapons, causing more victims and injuries per event. Assault weapons can fire hundreds of rounds per minute in automatic mode. Even in semi-automatic mode, the self-loading feature of the weapon allows it to fire dozens of shots per minute. For example, unlike a bolt-action hunting rifle, which requires the shooter to pull the bolt back before firing each round, an assault weapon allows the shooter to fire each round without manually cycling the weapon. When combined with a large-capacity magazine, an assault weapon can fire more rounds per minute than a handgun, shotgun, or hunting rifle.

26.     Assault weapons are also highly accurate at great distances. The effective range of an AR-15 is approximately 400–500 yards compared to up to 50 yards for a typical handgun. I have personally witnessed a soldier instantly killed by an assault weapon fired from hundreds of yards away by a single bullet that penetrated his mouth and spinal cord.

27.     Assault weapons also tend to be lightweight and highly maneuverable, and have low recoil, which allows people intent on inflicting mass casualties to move around easily before, during, and after shooting the weapon. In addition, due to their low recoil, assault weapons allow the shooter to continue firing without having to re-sight (i.e., re-aim) the weapon at the target. Rather, the shooter is able to keep the assault weapon still and produce a consistently straight line of fire.

---

[6] *See* Stefanopoulos PK et al., *supra*, n.1 at 692.

28.     The combination of high kinetic energy, the ability to fire rounds rapidly, deadly accuracy at great distance, a high degree of maneuverability, and low recoil results in maximum killing potential.

29.     This is exemplified by the 2017 Las Vegas shooting, during which a single individual was able to fire hundreds of rounds each minute for 10 minutes, killing 58 people and wounding over 800 from a 32nd floor suite at a local hotel firing into a crowd at an open-air concert at a distance of more than 1,000 feet.[7] The weapons utilized were primarily assault weapons utilizing bump stocks allowing them to fire at a rate similar to automatic weapons.[8] This was the most lethal mass shooting in U.S. history. Many of the doctors, including multiple military surgeons, described the injuries as "injuries you would see in a war zone."[9]

30.     While Las Vegas was especially lethal, there are numerous other mass shootings that have had devastating effects on communities in mere seconds. For example, in Highland Park, Illinois, a single mass shooter armed with a Smith & Wesson M&P15, climbed on a roof and killed seven people and injured another 48 with 83 shots fired in only a very short period of time.[10] Doctors who were on the scene to enjoy the parade with their families, ran toward the

---

[7] Federal Emergency Management Agency. 1 October After-Action Report of August 24, 2018 events; Thomas L. Las Vegas Shooting: Answering 4 Common Questions. The Spectrum. October 5, 2017.

[8] Alex Horton. *The Las Vegas Shooter Modified a Dozen Rifles to Shoot Like Automatic Weapons,* The Washington Post (Oct. 3, 2017), https://www.washingtonpost.com/news/checkpoint/wp/2017/10/02/video-from-las-vegas-suggests-automatic-gunfire-heres-what-makes-machine-guns-different/.

[9] Tim Craig, *'Something we would see in a war zone': Military surgeons on the wounds they treated in Las Vegas*, The Washington Post (Oct. 5, 2017), https://www.washingtonpost.com/news/post-nation/wp/2017/10/05/something-we-would-see-in- a-war-zone-military-surgeons-on-the-wounds-they-treated-in-las-vegas/.

[10] Dakin Andone, Steve Almasy, & Curt Devine, *What we know about the Highland Park shooting suspect*, CNN (July 7, 2022), https://www.cnn.com/2022/07/05/us/robert-e-crimo-

victims, encountering a scene that looked like a "war zone." For example, according to press reports and interviews, a local doctor, who provided assistance to some of the victims, commented that he saw those killed with "horrific injuries," the kind that "happen when bullets can blow bodies up."[11] He also saw a horrific traumatic head injury, performed CPR on a young child who was severely injured, and described the injuries he encountered as those that one would see in war.[12] Doctors, including a trauma surgeon, and nurses at the Highland Park Hospital, where victims arrived in the emergency room after the shooting, likewise described the wounds they saw on the patients they treated as "war wounds" and "devastating."[13]

## II.    Treating Wounds From Assault Rifles.

31.    The descriptions of the injuries observed during the Las Vegas and Highland Park shootings are consistent with my own experience treating wounds caused by assault weapons.

---

highland-park-suspect/index.html; *see also The Highland Park shooting suspect is indicted on 117 charges*, NPR (July 28, 2022) https://www.npr.org/2022/07/28/1114207587/the-highland-park-shooting-suspect-is-indicted-on-117-charges.

[11] Phil Rogers, *'Bodies were down': Witness breaks down scene of mass shooting at Illinois Fourth of July parade*, NBC News (July 4, 2022) https://www.nbcnews.com/video/illinois-doctor-recalls-moments-he-saw-bodies-down-at-fourth-of-july-parade-shooting-143393349888; *see also* Jason Hanna, *'Those are wartime injuries': Doctor describes the horrific scene at the Highland Park shooting*, CNN (July 5, 2022), https://www.cnn.com/2022/07/05/us/illinois-highland-park-shooting-doctor/index.html.

[12] *Id.*; *see also* Brett Chase, *At Highland Park Parade Mass Shooting, Doctors Went From Watching to Treating the Wounded, Chicago Sun Times* (July 8, 2022), https://chicago.suntimes.com/2022/7/8/23196922/highland-park-parade-mass-shooting-fourth-july-doctors-loren-schechter-dave-baum.

[13] Czink & Bair, *'They Just Kept Coming': Highland Park Medical Staff Recalls Parade Shooting*, WGN TV (July 12, 2022), https://wgntv.com/news/highland-park-parade-shooting/they-just-kept-coming-highland-park-medical-staff-recalls-parade-shooting/; *see also* Lisa Schencker, *Highland Park Hospital Doesn't See Many Victims of Gun Violence. Then July Fourth Happened. Here's How the Day Unfolded, Chicago Tribune* (Aug. 14, 2022), https://www.chicagotribune.com/business/ct-biz-highland-park-hospital-july-4-shooting-20220814-3pclhoiv3zcp7itrd2riy6g6wq-story.html.

32.     As a trauma surgeon in both the civilian and military context, I have personally treated hundreds of patients suffering from handgun wounds and assault weapon wounds.

33.     The assault weapon wounds that I have seen in a civilian context are virtually identical in nature to the wounds that I saw in combat. These wounds differ substantially from those caused by other firearms, notably handguns, both in impact on the body and their relative fatality and complication rates.

34.     In my experience, assault weapon blasts to the head, neck, or trunk are usually lethal, especially in the absence of personal protective equipment like a Kevlar helmet and body armor.

35.     Assault weapon blasts to the abdomen tend to cause greater damage to the muscles, bones, soft tissue, and vital organs than handguns. Inside a human body, one assault weapon round can destroy organs in a way that looks like an explosion has happened. Bones may also be shattered and soft tissue shredded. For example, during my time in Afghanistan I treated civilians that were injured when terrorists fired assault weapons at them while waiting in line to vote. One civilian had their entire upper left quadrant exploded with a single bullet, destroying the pancreas, spleen, and kidney and necessitating partial removal of the pancreas, and the entire spleen and kidney.

36.     Not only do patients with assault weapon injuries frequently have multiple organs injured, they also often have major blood vessels or arteries severely damaged. They frequently require massive blood transfusions due to tremendous blood loss, and they often require a series of operations instead of just one, unlike with handguns. When they do survive, they typically require prolonged hospitalizations and follow-up, face higher complication rates, and suffer much greater disability, which frequently persists for the rest of their shortened lives.

9

37.    Assault weapon blasts to the extremities frequently result in amputations.

38.    Due to lower kinetic energy, handgun injuries produce much less harm to the human body and are generally survivable unless the bullet penetrates a critical organ or major blood vessel. Most lethal injuries from handguns occur from very short distances and in the civilian setting are suicidal in nature.

39.    Additionally, a handgun wound is much more likely to affect only one organ as compared to multiple organs, unlike with wounds caused by assault weapons.

40.    In my experience, many patients with handgun injuries have minor injuries that do not require any surgery, and they are discharged from the emergency department. Patients with handgun injuries who require operative therapy have a very high survival rate.

41.    Assault weapons are designed for the purpose of maximum killing in wartime settings. They are deadly accurate weapons with enormous destructive capacity and can be fired at a rate of hundreds of rounds per minute. The mass casualties produced by assault weapons frequently exceed the capacity of civilian trauma systems and trauma surgeons to treat and have a very high mortality rate, as in the case of the Las Vegas shooting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2023 at Joint Base  Lewis McChord, WA.

_/s_      _____      MD FACS FCCM

# Exhibit A

**CURRICULUM VITAE**
**MARTIN A. SCHREIBER, MD FACS FCCM**
**UPDATED 01/25/23**

**Personal Information**

| | |
|---|---|
| Home Address: | 11 Garibaldi Street |
| | Lake Oswego, OR 97035 |
| Business Phone: | (503) 494-6518 |
| Business Fax: | (503) 494-6519 |
| Business Address: | Trauma, Critical Care and Acute |
| | Care Surgery Division |
| | Oregon Health & Science University |
| | 3181 SW Sam Jackson Park Road |
| | Mail Code L611 |
| | Portland, OR 97239 |
| Birthdate: | 4/24/62 |
| Birthplace: | Cleveland, OH |

**EDUCATION**

University of Chicago - Chicago, Illinois 1980-1984
Bachelor of Arts - Chemistry

Case Western Reserve University - Cleveland, OH 1984-1988
Medical Degree

**RESIDENCY TRAINING**

Surgical Internship - Madigan Army Medical Center Fort Lewis, WA 1988-1989
Surgical Residency - University of Washington Seattle, WA 1989 - 1993
Chief Residency - University of Washington Seattle, WA 1993 - 1994

**FELLOWSHIPS**

Trauma and Critical Care - University of Washington Seattle, WA 1994- 1995

**BOARD CERTIFICATION**

Federal Licensure Examination - 1989
Qualifying Examination of the American Board of Surgery - 10/94
Certifying Examination of the American Board of Surgery - 6/95
Examination for Certification of Added Qualifications in Surgical Critical Care - 10/96

**APPOINTMENTS**

Acting Instructor - Dept of Surgery, University of Washington, 7/94-6/95
Assistant Professor of Surgery - Texas Tech University Health Science
Center, 3/96-10/99
Clinical Assistant Professor of Surgery - Uniformed Services University of the
Health Sciences, 2/96-Present
Assistant Professor of Surgery – Baylor College of Medicine, 10/99-11/01
Professor of Surgery – Oregon Health & Science University, 7/08-Present
Major United States Army Reserve 2004 – 2007
Lieutenant Colonel United States Army Reserve 2007- 2012
Colonel United States Army Reserve 2012 – Present
Professor Physiology and Pharmacology – Oregon Health & Science University,
2014 – Present
Senior Scientist in the OHSU Center for Regenerative Medicine under the Senior
Vice President for Research, 2014 – Present
Adjunct Professor of Surgery, Uniformed Services of the Health Sciences, 2021 -
Present

**LICENSURE**

To Practice Medicine in the State of Oregon – MD23540

**MILITARY TRAINING**

Army Officer Basic Course - Silas B. Hays Army Hospital Fort Ord, California
1985
US ARMY Airborne Course - Fort Benning, GA 1986
ATLS - Fort Sam Houston, TX 1989
ATLS Instructor - Fort Carson, CO 1996
ATLS Director - Fort Sam Houston, TX 1997
ATLS State Faculty – WBAMC 1999
Armed Forces Combat Casualty Care Course - Fort Sam Houston, TX 1989
Instructor Bushmaster Course - Camp Bullis, TX 1996
Combat Trauma Surgical Team - Ben Taub General Hospital September 1998
Commander Combat Trauma Surgical Team – Ben Taub General Hospital
February 1999
Director Army Military Civilian Trauma Team Training Program (AMCT3)–
Oregon Health & Science University 2018 - Present

**PROFESSIONAL SOCIETY MEMBERSHIPS**

Alpha Omega Alpha Honor Society
American College of Surgeons - Fellow
Washington State Chapter of the American College of Surgeons 1994-1995
The Henry N. Harkins Surgical Society
Associate Member of the American College of Surgeons Washington

Committee on Trauma 1994-1995
Member of Harborview Medical Center Trauma Council 1994-1995
Eastern Association for the Surgery of Trauma
American Association for the Surgery of Trauma
American Trauma Society
Association for Academic Surgery – Active Member
Society of Critical Care Medicine
The Shock Society
Oregon State Chapter of the American College of Surgeons
President – Oregon Chapter of the Society of Critical Care Medicine 2003 – 2004
Western Trauma Association
Society of University Surgeons
Secretary - Treasurer Portland Surgical Society 2004 - 2008
Pacific Coast Surgical Association
North Pacific Surgical Association
President - Portland Surgical Society 2008 – 2009
Society of Clinical Surgeons
American Surgical Association
Western Surgical Association
International Surgical Society
International Association for Trauma Surgery and Critical Care

**COMMITTEE MEMBERSHIPS**

Special Care Line Action Team - William Beaumont Army Medical Center  1995-1999
Chief, Trauma Committee – William Beaumont Army Medical Center  1997-1999
Human Use Subcommittee - William Beaumont Army Medical Center  1995-1999
Institutional Animal Care and Use Committee – William Beaumont Army Medical Center  1995-1999
Breast Cancer Prevention and Detection Action Team, Military Region VII  1995-1996
Trauma Research Program - William Beaumont Army Medical Center 1996-1999
Far West Texas and Southern New Mexico Regional Area Council on Trauma 1996-1999
Chairman Hospital Audit Committee of the Far West Texas and Southern New Mexico Regional Area Council on Trauma  1997-1999
Executive Board of the Far West Texas and Southern New Mexico Regional Area Council on Trauma  1997-1999
Research Committee - R. E. Thomason General Hospital 1997-1999
Military Combat Trauma Surgical Committee 1997-1999
Publication Committee for Gary P. Wratten Surgical Symposium 1999

Chairman, Trauma Morbidity and Mortality Committee Ben Taub General Hospital 1999 – 2001

Trauma Executive Committee Ben Taub General Hospital 1999 – 2001

Pharmacy and Therapeutic Committee Harris County Hospital District 1999 – 2001

Southeast Texas Regional Advisory Committee 1999 – 2001

Process Improvement Subcommittee of the Southeast Texas Trauma Regional Advisory Committee 1999 – 2001

Chairman of the Grants Committee of the Southeast Texas Trauma Regional Advisory Committee 2000 – 2001

Trauma Center Grant Steering Committee – Baylor College of Medicine 2000 – 2001

Baylor College of Medicine's Graduate Medical Education Committee 2000 – 2001

American College of Surgeons South Texas Committee on Trauma 2001

Member of the Policy on House Staff Review Subcommittee of the Baylor College of Graduate Medical Education Committee  2001

Residency Internal Review Subcommittee of the Baylor College of Medicine's Graduate Medical Education Committee  2001

Eastern Association for the Surgery of Trauma Practice Guideline Committee on Endpoints of Resuscitation 2001 – 2003

Trauma Committee – Oregon Health & Science University 2002 – Present

Trauma Peer Review Subcommittee - Oregon Health & Science University 2002 – Present

Department of Surgery Peer Review Committee – Oregon Health & Science University 2002 - Present

Eastern Association for the Surgery of Trauma Practice Guideline Committee on Hypothermia 2002 – 2004

Oregon Committee on Trauma 2002 – Present

Restraint and Seclusion Committee – Oregon Health & Science University 2002 – 2004

ICU Executive Management Committee – Oregon Health & Science University 2002 – 2014

Radiology Task Force Committee – Oregon Health & Science University 2003

Faculty Senate – Oregon Health & Science University 2003 - 2006

Data Safety Monitoring Board - Dr. Eileen Bulger, The Effect of Hypertonic Resuscitation for Blunt Trauma. IND Number: 10292 2003 - 2005

Area Trauma Advisory Board One in Oregon 2003 - 2005

Oregon State Trauma Advisory Board 2004 – Present

Research Committee – Oregon Health & Science University 2004 – Present

Sedation Oversight Committee - Oregon Health & Science University 2005 – 2007

Eastern Association for the Surgery of Trauma Publications Committee 2005 – 2007

Publications Committee - Western Trauma Association 2005 - 2007

Steering Committee for the U.S. Army Institute of Surgical Research Clinical Trials Program, U.S. Army Medical Research and Materiel Command, Fort Detrick, Maryland 2005 - Present

Eastern Association for the Surgery of Trauma Taskforce on Research Related Issues 2006 –2010

State Chair for the Oregon Committee on Trauma 2006 – 2012

American College of Surgeons Committee on Trauma 2006 – 2018

Transfusion Committee – Oregon Health & Science University 2006 – 2008

American College of Surgeons Subcommittee on ATLS 2006 – Present

Clinical Resource Management Committee – Oregon Health & Science University 2010 - Present

American College of Surgeons Ad Hoc Committee on Trauma System Evaluation and Planning 2006 – Present

8CSI Best Practice Committee – Oregon Health & Science University 2006 – 2009

Oregon State Trauma Advisory Board Legislative Subcommittee 2006 - Present

Trauma Audit Group, Area Trauma Advisory Board 1 2006 – Present

Dean's Pathology Advisory Group – Oregon Health & Science University 2007

Eastern Association for the Surgery of Trauma Military Committee 2007 – Present

Chairman of the Eastern Association for the Surgery of Trauma Task Force on Research Related Issues 2008 – 2011

American Association for the Surgery of Trauma Acute Care Surgery Committee 2009 – Present

Western Trauma Association Program Committee 2009 – 2010

OHSU Department of Surgery Promotion and Tenure Committee 2009 – Present

Department of Surgery Quality Executive Committee 2008 – Present

Eastern Association of Trauma Practice Management Guidelines Committee 2010 – 2011

Promotion and Tenure Committee, Department of Surgery – Oregon Health & Science University 2010 – Present

Clinical Resource Management Committee – Oregon Health & Science University 2010 - Present

Eastern Association for the Surgery of Trauma – Nominations Committee 2011

Chairman of the ICU Management Committee – Oregon Health & Science University 2011 – 2013

American Association for the Surgery of Trauma Ad Hoc Educational Development/MOC Committee 2011 – 2013

Chief, Region X Committee on Trauma 2012 – Present

Western Trauma Association Board of Directors 2013 - 2016

Trauma Center Association of America Board of Directors 2013 – Present

Oregon District #1 Committee on Applicants of the American College of Surgeons 2014 – Present

Board of Governors of the American College of Surgeons 2014 – 2020

Shock Society – Publications Committee, 2015 – Present

Patient Blood Management Standards Committee, American Association of Blood Banks, 2016 – 2019
Committee on Surgical Combat Casualty Care, 2016 – Present
Vice-Chair Grassroots Advocacy Engagement Workgroup, American College of Surgeons, Board of Governors, 2016 – 2017
Chair Grassroots Advocacy Engagement Workgroup, American College of Surgeons, Board of Governors, 2017 – 2019
Chairman Military-Civilian Subcommittee, Trauma Center Association of America, 2017 – 2019
Chairman Advocacy Committee, Board of Governors, American College of Surgeons, 2019 - 2020
Member Blood Product Advisory Council, FDA, 2018 – Present
Member Tactical Combat Casualty Care Subject Matter Expert Panel, 2018 – Present
Chairman, Research Committee, Committee on Surgical Combat Casualty Care 2019 - Present
Chairman Trauma Center Association of America, 2020 – 2022
Chairman Donald D. Trunkey Center for Civilian and Combat Casualty Care Executive Committee, 2020 – Present
Committee on Accelerating Progress in TBI Research and Care, National Academy of Science, Engineering and Medicine, 2020 – 2021
Clotting Anticoagulation Transfusion Committee, OHSU, 2022 – Current


## POSITIONS HELD

Chief, Dept of Surgery, Joint Task Force – Bravo Honduras, C.A. 1997
Chief of Surgery 31st Combat Support Hospital 1998 - 1999
General Surgery Staff- William Beaumont Army Medical Center, Medical Director of the Surgical Intensive Care Unit and Chief of Trauma William Beaumont Army Medical Center  1995-1999
General Surgery Staff – Ben Taub General Hospital 1999 - 2001
Trauma Medical Director, Ben Taub General Hospital 1999 – 2001
General Surgery Staff – Oregon Health & Science University 2002 - 2003
Director of Surgical Critical Care, Oregon Health & Science University 2002 – 2007
Program Director of the Surgical Critical Care Fellowship, Oregon Health & Science University 2003 - 2010
Surgeon - International Medical Surgical Team West 2004 - Present
Chief of Trauma, 228th Combat Support Hospital – Tikrit, Iraq 2005
Chief of Trauma and Surgical Critical Care, Oregon Health & Science University 2007 – 2009
Chief and Founder Division of Trauma, Critical Care and Acute Care Surgery, Oregon Health & Science University 2009 – Present
Director of Adult ICUs, Oregon Health & Science University 2010 – 2014

Director of the Joint Theater Trauma System, United States Central Command in Iraq and Afghanistan stationed in Bagram, Afghansitan  2010
Surgeon, 932nd Forward Surgical Team, Shank, Afghanistan 2014
Director Donald D. Trunkey Center for Civilian and Combat Casualty Care 2020 – Present
Chair, Division Chief search for Transplant Surgery at OHSU 2022

## HONORS AND AWARDS

High School - National Honor Society
Undergraduate - Dean's List 1980 - 1984
Graduated from University of Chicago With Honors 1984
Effects of IL - 2 and IFN on Hepatic Metastases - American Cancer Society Student Fellowship 1988
Lubrizol Award for Excellence in Patient Care - Case Western 1988
Henry N. Harkins Award for Excellence in Preparation of the Annual Residents' Paper - Washington State Chapter of the ACS 1989
Bulldog Award - Children's Hospital 1992
Joint Service Commendation Award - Honduras 1997
Army Achievement Medal - For being WBAMC's Project Officer for the Ben Taub Combat Trauma Surgical Training Program  1999
Army Achievement Medal - Quality Improvement Award 1999
Army Achievement Medal - For Patient Care 1999
Meritorious Service Medal – For Establishing a Verified and Designated Level 2 Trauma Center at William Beaumont Army Medical Center 1999
National Leadership Award – Honorary Co-Chairman of The Physician's Advisory Board  2001
Army Commendation Medal – For Service as Chief of Trauma of the 228th CSH Tikrit, Iraq 2005
Iraqi Campaign Medal – For Service in Operation Iraqi Freedom 2005
Army Reserve Medal with M device – For 10 years of service in the Army Reserves with Mobilization to Iraq  2005
American Association for the Surgery of Trauma Honorary Medal for Combat Surgical Care  2005
Meritorious Unit Commendation Award – For Meritorious Service of the 228th Combat Support Hospital During Operation Iraqi Freedom III  2006
Oregon Health & Science University Faculty Senate Certificate of Appreciation, In recognition of vision, leadership and support of the faculty 2006
Veterans of Oregon Honorable Service Medal  2006
Distinguished Faculty Award – Oregon Health & Science University Dept of Surgery  2007
World Journal of Surgery Best Paper of 2007 – Coagulopathy: Its Pathophysiology and Treatment in the Injured Patient
Portland Monthly Magazine Top Doctors 2010, 2012, 2013
Non-Article 5 NATO Medal for Service with NATO in Relation to International Security Afghanistan Forces August 2010

Afghanistan Campaign Medal in Recognition of Service in the Country of Afghanistan in Direct Support of Operation Enduring Freedom August 2010

Global War on Terrorism Service Medal-For support of the Global War on Terrorism August 2010

Joint Service Commendation Medal-For Meritorious Service Rendered During Operation Enduring Freedom August 2010

Certificate of Achievement-Task Force 62 Medical-For Outstanding Performance while Serving as Director, Joint Theater Trauma System, United States Central Command in Iraq and Afghanistan August 2010

The "A" Proficiency Designator in recognition of outstanding qualification in the field of General Surgery and continued demonstration of exceptional professional ability June 2011

Marquam Hill Faculty Teaching Award – Oregon Health & Science University, Department of Surgery  2011

Professional Staff Chair's Award for Outstanding Contributions to Development of Interdisciplinary Teams – Oregon Health & Science University 2011

Inducted into The Order of Military Medical Merit for Distinguished Military Service September 2012

Army Achievement Medal for meritorious service while serving as a Burn Surgeon at the US Army Institute of Surgical Research 2013

Army Commendation Medal for exceptionally meritorious service as a General Surgeon while deployed in support of Operation Enduring Freedom June 2014

Afghanistan Campaign Medal in Recognition of Service in the Country of Afghanistan in Direct Support of Operation Enduring Freedom June 2014

Technology Transfer & Business Development Award for Oregon Procedure Quality Reporting System (OPQRS) and Healthcare Team Learning Management Platform October 2015

Asmund S. Laerdal Memorial Lecture Award for Extensive Involvement in Resuscitation Research and Publishing. Society of Critical Care Medicine February 2016

Journal of Trauma – Outstanding Reviewer Award, 2016

Marquam Hill Distinguished Service Award – Oregon Health & Science University Dept of Surgery 2017

2018 Lifetime Achievement Award in Trauma Resuscitation Science – American Heart Association

Meritorious Service Medal for Creating the Army Military Civilian Trauma Training Team at OHSU  2019

OHSU Continuing Professional Development Clinical Star Award 2018 – 2019, Awarded 2020

Robert Danis Prize – Given to the **surgeon**, author of the most important and personal work in connection with surgical treatment of fractures (orthopedic treatment excluded) and in connection with techniques, clinics or experimentation of fracture treatment and with the pathophysiology of trauma in general. 2022

John. P. Pryor, MD FACS Distinguished Service Award in Military Casualty Care. 2023

## EDITORIAL BOARD MEMBERSHIPS

Journal of Trauma and Acute Care Surgery
Shock
Current Trauma Reports – 2017 – 2019
PLOS Medicine

## AD HOC REVIEWER FOR JOURNALS

Critical Care Medicine
Pediatric Blood and Cancer
World Journal of Surgery
Anesthesiology
Journal of the American College of Surgeons
Journal of Thrombosis and Hemostasis
New England Journal of Medicine
Resuscitation
Critical Care
Annals of Surgery
American Journal of Surgery
Transfusion
Injury
Plos One

## INSTRUCTOR COURSES

Advanced Trauma Life Support – National Faculty
Definitive Surgical Trauma Care Course – Course Director
Stop the Bleed
Fundamental Critical Care Support

## REVIEWER FOR GRANTS

American Institute of Biological Sciences
NIH Surgery, Anesthesia, Trauma Review Section, Special Member
ZRG1 ETTN-U 82 S, Special Topics: USU Intramural High Priority Research
Awards, National Institutes of Health, Bethesda, MD

## MEMBER DATA SAFETY MONITORING BOARD

The Effect of Hypertonic Resuscitation for Blunt Trauma, Primary Investigator -
Dr. Eileen Bulger, IND Number: 10292.

Chair DSMB, Control of Major Bleeding after Trauma (COMBAT) Study: A
Prospective Randomized Comparison of Fresh Frozen Plasma Versus Standard

Crystalloid Intravenous Fluid for Initial Resuscitation. Primary Investigator – Dr. Eugene Moore.

## ONGOING RESEARCH SUPPORT

US Army Medical Research Acquisition Activity W81XWH-14-2-0003 Gregory (PI)
**Armed Forces Institute for Regenerative Medicine (AFIRM) II Program**
The goal of this study is determine the efficacy of infused bone marrow derived stem cells on regeneration of muscle tissue in patients with compartment syndrome.
Role on Project: Co-investigator (2014 – 2023)

BA150560 US Army Medical Research Acquisition Activity
**Mesenchymal Stem Cells for the Prevention of Acute Respiratory Distress Syndrome after Pulmonary Contusion and Hemorrhagic Shock.**
The goal of this research is to determine if mesenchymal stem cells infused intravenously can prevent ARDS in a model of hemorrhagic shock and unilateral pulmonary contusion.
Role on Project: Principal Investigator (2016 – 2023)

DM160342 US Army Medical Research Acquisition Activity
**Prothrombin Complex Concentrate for Prolonged Field Care of War Casualties**
The purpose of this research is to determine of prothrombin complex concentrate can prevent ARDS in a swine model of hemorrhagic shock and pulmonary contusion.
Role on Project: Principal Investigator (2017 – 2024)

W81XWH-16-R-0033 Department of Defense, Joint Program Committee-6 Combat Casualty Care.
**Linking Investigations in Trauma and Emergency Services (LITES)**
The purpose of this research is to create a network of trauma centers to execute trauma research of interest to the Department of Defense.
Role on Project: Co-Principal Investigator (2016 – 2023)

RFA-NS-16-016 NIH
**Network for Emergency Care Clinical trials: Strategies to Innovate Emergency Care Clinical Trials Network (SIREN) – Network Clinical Center (HUB) (U24)**
This is a network of major medical centers designed to execute NIH funded trials in the areas of emergency medicine and trauma.
Role on Project: Trauma Principal Investigator (2017 – 2023)

W81XWH-17-1631 US Army Medical Research and Materiel Command
**Mesenchymal Stem Cells for Treatment of ARDS Following Trauma**
This is a multicenter randomized trials comparing mesenchymal stem cells to placebo for the treatment of ARDS in critical care patients.
Role on Project: Site Principal Investigator (2017 – 2020)

CSL Behring
**Prothrombin Complex for the Treatment of Prehospital Traumatic Hemorrhagic Shock**
This is an investigator initiated multicenter trial comparing prothrombin complex concentrate to placebo for the prehospital care of patients with traumatic hemorrhagic shock. Role on Project: Principal Investigator (2017 – 2021)


**COMPLETED RESEARCH SUPPORT**

US Army Medical Research and Materiel Command DAMD17-01-1-0693
1999-2001
**The Effect of Recombinant Factor VIIa and Fibrinogen on Bleeding from Grade V Liver Injuries in Coagulopathic Swine**
This study is designed to evaluate the efficacy of Factor VIIa in swine models of hemorrhagic shock.
Role on Project: Principal Investigator (1999 – 2001)


5 M01 RR00334 (GCRC-772)
**Coagulation Parameters after Splenectomy in Trauma Patients**
This study is designed to determine the effects of splenectomy on coagulation parameters both early after injury and at 6 weeks.
Role on Project: Principal Investigator (2005 – 2008)

Office of Naval Research
**The Characterization of a Novel Fibrinogen Hemostatic Agent in Animal Models**
This study is designed to test the efficacy of a novel fibrinogen agent in stopping bleeding from a rat liver injury.
Role on Project: Co-Investigator (2006 – 2008)

Entek Manufacturing, Inc.
**The Efficacy of a Novel Hemostatic Bandage for Control of Hemorrhage from a Severe Grade V Liver Injury in Swine.**
The purpose of this study is to test the efficacy of a new highly porous, silica based dressing in stopping bleeding from a Grade V Liver Injury in Swine
Role on Project: Primary Investigator (2006 – 2008)

SAM Medical                                                                                    2009
**A Comparison of Hemostatic Dressings in a Severe Groin Injury Model in Swine**
The purpose of the proposed study is to perform a randomized controlled trial comparing Combat Gauze to Celox-Gauze to Celox-D to standard gauze for hemorrhage control of a severe groin injury created in Yorkshire crossbred swine
Role on Project: Principal Investigator  (2009)

U. S. Army Medical Research and Materiel Command W81XWH-04-1-0104
**The Effect of Hypotensive Resuscitation and Fluid Type on Mortality, Bleeding, Coagulation and Dysfunctional Inflammation in a Swine Grade V Liver Injury Model**

The purpose of this study is to determine the optimal resuscitation strategy in terms of resuscitation endpoints and fluids in an uncontrolled hemorrhage model in swine.
Role on Project: Principal Investigator (2003 – 2011)

5 M01 RR00334 (GCRC-946)
**Can TEG be used in place of anti-factor Xa levels to assess enoxaparin levels in patients with co-morbidities?**
This project is designed to determine if thrombelastograms can be used to determine the effect of lovenox in a diverse patient population to include patients with renal failure and obesity
Role on Project: Principal Investigator (2005 – 2011)

U.S. Army Medical Research Acquisition Act W81XWH-08-C-0712 (subcontract)
**Prospective Observational Multicenter Massive Transfusion Study (PROMMTT)**
The purpose of this study is to observe and document clinical practice for major trauma patients admitted to the ED who are at risk of massive transfusion.
Role of project: Site Principal Investigator, Chairman of the Publication Committee (2009 – 2012)

US Air Force Material Command/AFMC FA8650-09-2-6047
**Efficacy and Safety of Frozen Blood for Transfusion in Trauma Patients**
The purpose of this study is to evaluate tissue oxygenation, nitric oxide, and morbidity and mortality with use of cryopreserved blood compared to standard blood.
Role of project: Principal Investigator (2009 – 2012)

Medical Research Foundation of Oregon
**Thrombelastography-Based Dosing of Enoxaparin for Thromboprophylaxis: A Prospective Randomized Trial**
This project is designed to determine if thrombelastograms can be used to determine the effect of lovenox in a diverse patient population to include patients with renal failure and obesity.
Role on project: Co-Investigator (2005 – 2012)

US Air Force Material Command/AFMC FA8650-10-2-6143
**Efficacy and Safety of Frozen Blood for Transfusion in Trauma Patients – A Multi-Center Trial**
The purpose of this study is to evaluate tissue oxygenation, nitric oxide, and morbidity and mortality with use of cryopreserved blood compared to standard blood at 6 clinical sites.
Role of project: Principal Investigator (2010 – 2014)

CORA/MED
**Trauma Equivalency Study of the CORA® and TEG® 5000 Systems**
The purpose of this study is to compare the novel CORA (Coagulation Resonance Analyzer) system with the standard commercially available TEG 5000 system in trauma patients with a broad variety of coagulopathies.
Role on Project: Primary Investigator (2015)

**Thrombelastography (TEG) Based Dosing of Enoxaparin for Thromboprophylaxis: A Prospective Randomzed Trial** This is a multicenter prospective randomized trial designed to determine if TEG based dosing of enoxaparin is superior to standard dosing with respect to a reduction of thromboembolic complications without an increase in bleeding complications. Role on Project: Principal Investigator  (2011-2015)

U01 HL077863-06S2 National Institute of Health Lung and Blood Institute (NIHLBI) Holcomb (PI)
**Prospective, Randomized Optimal Platelet and Plasma Ratios (PROPPR)**
This is a multi-center project being performed in a prospective randomized format comparing the efficacy and safety of plasma, platelets and packed red blood cells given in a 1:1:1 ratio versus a 1:1:2 ratio.
Role on Project: Primary Investigator, OHSU (2011 – 2016)

1549586 National Science Foundation (NSF)
**Tissue Factor-Impregnated Dressing for Hemorrhage Control**
The goal of this research is to determine if the utilization of tissue factor as a procoagulant on gauze is superior to dressings currently in use for hemorrhage control.
Role on Project: Principal Investigator (2016)

HL-04-001, National Heart, Lung and Blood Institute (NHLBI) Daya (PI)
**Portland Emergency Prehospital Investigative Consortium (EPIC)**
This is a multicenter trial designed to conduct a series of studies related to the initial management of trauma and cardiac arrest patients.
Role on Project: Trauma Primary Investigator (2004 – 2018)

U10 National Institutes of Neurological Disorders and Stroke (NINDS) Barsan (PI)
**Brain Research/Acute Interventions: Neurological Emergencies Treatment Trial**
This is a multicenter project designed to perform pivotal trials evaluating therapeutics with the potential to improve outcomes after neurological emergencies.
Role on project: Co-Investigator (2009 – 2018)

US Army Medical Research Acquisition Activity ERMS #1333504
**Prehsopital Tranexamic acid Use for Traumatic Brain Injury**
This is a multi-center project designed to determine the efficacy of tranexamic acid in improving outcomes after traumatic brain injury.
Role on Project: Clinical Principle Investigator (2013 – 2018)

HHSN263210300003C National Institutes of Health (NIH)
**Predictors of Post-Traumatic Stress Disorder**
This is a multi-center study that is designed to identify patients who are at risk for developing PTSD. This study includes an epigenetic component seeking to find biochemical markers predictive of the development of PTSD.
Role on Project: Primary Investigator (2013 – 2018)

U01 HL077863 National Heart Lung and Blood Institute (NHLBI) May (PI)
**Prehospital Resuscitation on Helicopter Study**
This is a prospective, observational, multi-center trial designed to determine the benefits of delivering blood products in the pre-hospital setting during air transport. Air ambulances that carry blood products will be compared to those that do ot.
Role on Project: Primary Investigator, OHSU (2014 – 2018)

Grifols Investigator Sponsored research
**Is Anti-Thrombin III Deficiency Associated with Deep Vein Thrombosis in Surgical and Trauma Patients?**
This is a prospective observational study designed to determine if anti-thrombin III is associated with deep vein thrombosis in trauma patients.
Role on Project: Primary Investigator (2015 – 2018)

**Trauma/Critical Care Fellows Trained**

1. Samual Rob Todd, MD  2002 - 2003
2. Danetta Sue Slone, MD  2002 - 2003
3. Jennifer Watters, MD 2004 - 2005
4. Miko Enomoto, MD 2004 – 2005
5. Bruce Ham, MD 2005 – 2006
6. Nicole Vanderhayden, MD PhD 2005 – 2006
7. Susan Rowell, MD  2006 – 2007
8. Laszlo Kiraly, MD  2006 – 2007
9. Arvin Gee, MD 2007 – 2008
10. David Shapiro, MD 2007 – 2008
11. Richard Nahouraii, MD 2008-2009
12. Stephanie Gordy, MD  2008-2009
13. Carrie Allison, MD  2008-2009
14. Michael Englehart, MD  2009-2010
15. Dan Anderson, MD  2009-2010
16. Mary Claire Sarff, MD  2009-2010

**Laboratory Residents Mentored**

1. Jennifer Watters, MD 2003 - 2004
2. Rebecca Sawai, MD 2004 - 2005
3. Tracy Wiesberg, MD 2004 – 2005
4. Laszlo Kiraly, MD  2005 – 2006
5. Brandon Tieu, MD  2005 – 2007
6. Michael Englehart, MD 2005 – 2007
7. Arvin Gee, MD 2006 – 2007
8. Melanie Morris, MD 2006 – 2007
9. David Cho, MD 2006 – 2008
10. Carrie Hink, MD 2007 – 2008
11. Karen Zink, MD 2007 – 2008

12. Chitra Sambasivan, MD 2008 – 2009
13. Nicholas Spoerke, MD 2008 – 2009
14. Philbert Van, MD 2008 – 2010
15. Modjgan Keyghobadi, MD 2009 – 2010
16. Gordon Riha, MD 2010 – 2011
17. Nicholas Kunio, MD 2010 – 2011
18. Tim Lee, MD 2011 – 2013
19. Jeffrey Barton, MD  2011 – 2012
20. Loic Fabricant, MD  2011 – 2012
21. David Hampton, MD 2012 – 2013
22. Sean McCully, MD 2012 – 2014
23. Scott Louis, MD 2012 – 2013
24. Alexis Moren, MD 2013 – 2014
25. Kelly Fair, MD 2013 – 2014
26. David Martin, MD 2013 – 2015
27. Mackenzie Cook, MD 2013 – 2014
28. Vicente Undurraga, MD 2013 – 2015
29. Christopher Connelly, MD 2014 – 2015
30. Davis Yonge, MD 2014 – 2015
31. Justin Watson, MD 2014 - 2015
32. Aravind Bommiasamy, MD 2015 – 2016
33. Brandon Behrens, MD 2016 – 2017
34. Sawyer Smith, MD 2016 – 2018
35. Alix Dixon, MD 2018 – 2019
36. Sarayu Subramania 2019 – 2021
37. Marissa Beiling, MD 2021 – 2022
38. Samantha Durbin, MD 2022 - 2023

**Laboratory Fellows and Post-Docs Mentored**

1. Modjgan Keyghobadi, MD 2004 – 2006
2. Ayhan Karahan, MD 2006 – 2007
3. Gopal Singh, MD 2007 – 2008
4. Igor Kremenevskiy, MD, PhD  2008-2012
5. Dinh-Tuan Le, MD  2012
6. Belinda McCully, PhD 2012 – 2018
7. Amonpon Kanlerd, MD 2018 – 2019

## PUBLICATIONS

1. Samuels, R. **Schreiber MA**, Patel, N, Hemobilia After a Gunshot Injury to the Liver. American Journal of Radiology 1996; 166:1304.

2. **Schreiber MA**, Gentilello LM, Rhee P, Jurkovich GJ, Maier RV, Limiting Computed Tomography to Patients With Peritoneal Lavage Positive Results

Reduces Cost and Unneccessary Celiotomies in Blunt Trauma. Arch Surg 1996; 131:954-959.

3.  **Schreiber MA**, Gentilello LM, Rhee P, Jurkovich GJ, Maier RV, Blunt Trauma: Limiting CT to Patients with Peritoneal Lavage, Reducing Costs and Unnecessary Celiotomies. Chirurgia International 1997;4:14-16.

4.  **Schreiber MA**, Pusateri AE, Veit BC, Smiley RA, Morrison CA, Harris A, Timing of Vaccination Does not Affect Antibody Response or Survival Following Pneumococcal Challenge in Splenectomized Rats. The Journal of Trauma 1998; 45:692-699.

5.  Morrison CA, **Schreiber MA**, Olsen SB, Hetz SP, Acosta MM, Femoral Venous Flow Dynamics During Intraperitoneal and Preperitoneal Laparoscopic Insufflation. Surgical Endoscopy 1998; 12: 1213-1216.

6.  Nessen S, Holcomb JB, Tonkinson B, Hetz SP, **Schreiber MA**, Early Laparoscopic Nissen Fundoplication for Recurrent Reflux Esophagitis: A Cost Effective Alternative to Omeprazole. Journal of the Society of Laparoscopic Surgery 1999; 3: 103-106.

7.  Gerhardt RT, Stewart T, De Lorenzo RA, Gourley EJ, **Schreiber MA**, McGhee JS. Air Medical Transport by a US Army Air Ambulance Unit Under the Military Assistance to Safety and Traffic (MAST) Program in El Paso, Texas: A Cross-sectional Study and Program Review. Prehospital Emergency Care 2000;4:136-143.

8.  Taylor SF, Kopchinski B, **Schreiber MA**, Singleton L,. Trauma Patient Outcome in an Army Deployable Medical Systems Environment Compared with a Medical Center. Military Medicine; 2000; 165:867-869.

9.  Gourley EJ, **Schreiber MA**, Gerhardt RT, Stewart TR. Military Assistance to Safety and Traffic (MAST) Services in El Paso: A Retrospective Analysis. Military Medicine; 2000; 165:870-874.

10. Granchi TS, Schmittling ZC, Vasquez J, **Schreiber MA**, Wall MJ.   Prolonged Use of Intraluminal Arterial Shunts Without Systemic Anticoagulation. The American Journal of Surgery; 2000; 180:493-497.

11. Aoiki N, Wall MJ, Demsar J, Zupan B, Granchi T, **Schreiber MA**, Holcomb JB, Byrne M, Liscum K, Goodwin G, Beck JR, Mattox K. Predictive Model for Survival at the Conclusion of a Damage Control Laparotomy. The American Journal of Surgery; 2000; 180:540-545.

12. **Schreiber MA**, Coburn M, Penetrating Pellet Injury of the Kidney Presenting with Complete Urinary Obstruction. The Journal of Trauma. 2001;50:1144-1146.

13. Gerhardt RT, Stewart T, De Lorenzo RA, McGhee JS, Gourley EJ, **Schreiber MA**. US Army Air Ambulance Operations in El Paso, Texas: A Descriptive Study and System Review. Military Medicine; 2001; 166:102-107.

14. **Schreiber MA**, Holcomb JB, Hedner U, Brundage SI, Macaitis JM, Hoots K. The Effect of Recombinant Factor VIIa on Coagulopathic Pigs with Grade V Liver Injuries. Journal of Trauma.  2002;53:252-259.

15. Brill SA, Stewart TR, Brundage SI, **Schreiber MA**. Base Deficit Does not Predict Mortality When it is Secondary to Hyperchloremic Acidosis.  Shock. 2002;17:459-62.

16. **Schreiber MA,** Holcomb JB, Conaway CW, Campbell KD, Wall M, Mattox KL. Military Trauma Training Performed in a Civilian Trauma Center. Journal of Surgical Research. 2002;104:8-14.

17. **Schreiber MA**, Aoki N, Scott BG, Beck JR. Determinants of Mortality in Patients with Severe Blunt Head Injury. Archives of Surgery. 2002; 137:285-290.

18. Tyroch AH, Kaups KL, Lorenzo Manuel, Solis D, **Schreiber MA**. Routine Chest Radiograph is not Indicated After Open Tracheostomy: A Multi-center Perspective. The American Surgeon. 2002; 68:80-82.

19. **Schreiber MA,** Holcomb JB, Hedner U, Brundage SI, Macaitis JM, Aoki N, Meng ZH, Tweardy DJ, Hoots K. The Effect of Recombinant Factor VIIa on Non-Coagulopathic Pigs with Grade V Liver Injuries. Journal of the American College of Surgeons. 2003; 196:691-697.

20. Brundage SI, **Schreiber MA**, Holcomb JB, Zautke N, Mastrangelo MA, Xu XQ, Macaitis JM, Tweardy DJ. Amplification of the Pro-Inflammatory Transcription Factor Cascade Increases with Severity of Uncontrolled Hemorrhage in Swine. Journal of Surgical Research. 2003; 113:74-80.

21. **Schreiber MA**. Damage Control Surgery. Critical Care Clinics. 2004; 20:101-118.

22. Watters JM, Brundage SI, Todd SR, Zautke NA, Stefater JA, Lam JC, Muller PJ, Malinoski D, **Schreiber MA**. Resuscitation with Lactated Ringer's Does Not Increase Inflammatory Response in a Swine Model of Uncontrolled Hemorrhagic Shock. Shock. 2004; 22:283-287.

23. Brundage SI, Zautke NA, Watters JM, Stefater JA, Todd SR, Lam JC, **Schreiber MA.** Lactated Ringer's Does Not Increase Inflammation after Shock. 6th World Congress on Trauma, Shock, Inflammation and Sepsis. 2004; EC302C0210:151-155.

24. Tisherman SA, Barie P, Bokhari F, Bonadies J, Daley B, Eachempati S, Kurek S, Luchette F, Puyana JC, **Schreiber MA**, Simon R. Clinical Practice Guideline: Endpoints of Resuscitation. Journal of Trauma. 2004; 57:898-912.

25. **Schreiber MA**, Differding J, Thorborg P, Mayberry JC, Mullins RJ. Hypercoagulability is Most Prevalent Early After Injury and in Female Patients. Journal of Trauma. 2005; 58:475-481.

26. Dorlac WC, Debakey ME, Holcomb JB, Fagan SP, Kwong KL, Dorlac GR, **Schreiber MA**, Persse DE, Moore FA, Mattox KL. Mortality from Isolated Civilian Penetrating Extremity Injury. Journal of Trauma. 2005;59:217-222.

27. Macht M, Rizvi A, **Schreiber MA**, Wilson WS. Impalement with Spinal Cord Injury Requiring Intraoperative Division of a Reinforced Steel Bar. European Journal of Trauma. 2005;31:503-507.

28. Malinoski DJ, Todd SR, Slone S, Mullins RJ, **Schreiber MA**. Correlation of Central Venous and Arterial Blood Gas Measurement in mechanically Ventilated Trauma patients. Archives of Surgery. 2005;140:1122-1125.

29. **Schreiber MA**. Coagulopathy in the Trauma Patient. Current Opinions in Critical Care. 2005;11:590-597.

30. **Schreiber MA**, Holcomb JB, Rojkjaer R. Preclinical Trauma Studies of Recombinant Factor VIIa. Critical Care. 2005; 9 Supplement 5:S25-S28.

31. Todd SR, Malinoski DJ, Muller PJ, **Schreiber MA**. Hextend Attenuates Hypercoagulability Following Severe Injury in Swine. Journal of Trauma. 2005;59;589-594.

32. McHenry TP, Mirza SK, Wang J, Wade CE, O'keefe GE, Dailey AT, **Schreiber MA,** Chapman JR. Risk factors for respiratory failure following operative stabilization of thoracic and lumbar spine fractures. Journal of Bone and Joint Surgery of America. 2006;88:997-1005.

33. Kiraly LN, Differding JA, Enomoto TM, Sawai RS, Muller PJ, Diggs B, Tieu BH, Englehart MS, Underwood S, Wiesberg TT, **Schreiber MA**. Resuscitation with Normal Saline (NS) vs. Lactated Ringers Modulates Hypercoagulability and Leads to Increased Blood Loss in an Uncontrolled Hemorrhagic Shock Swine Model. Journal of Trauma. 2006:61;57-65.

34. Watters JM, Tieu BH, Differding JA, Muller PJ, **Schreiber MA**. A Single Bolus of 3% Hypertonic Saline with 6% Dextran Provides Optimal Initial Resuscitation after Uncontrolled Hemorrhagic Shock. Journal of Trauma.  2006;61;75-81.

35. Watters JM, Tieu BH, Todd SR, Jackson T, Muller PJ, Malinoski DJ, **Schreiber MA.** Fluid Resuscitation Increases Inflammatory Gene Transcription Following Traumatic Injury. Journal of Trauma.  2006;61;300-309.

36. Malinoski DJ**,** Mullins RJ, **Schreiber MA**. Venous Blood Oxygen Saturation – Reply. Archives of Surgery.  2006;141:716.

37. Rizvi AZ, Slone DS, **Schreiber MA**. Modulation of the Coagulation Cascade Using Recombinant Factor VIIa and Activated Protein C in a Severely Injured Trauma Patient. European Journal of Trauma.  2006;32;399-403.

38. **Schreiber MA**. Invited Commentary, "Re: A Brief Overview of the Acute Respiratory Distress Syndrome". World Journal of Surgery.  2006;30:1835.

39. Englehart M, **Schreiber MA.** Measurement of Acid Base Resuscitation Endpoints: Lactate, Base Deficit, Bicarbonate or What? Current Opinion in Critical Care.  2006;12:569-574.

40. Karmy-Jones R, Jurkovich GJ, Velmahos GC, Burdick T, Spaniolas K, Stodd SR, McNally M, Jacoby RC, Link D, Janczyk RJ, Ivascu FA, McCann M, Obeid F, Hoff WS, McQuay N Jr, Tieu BH, **Schreiber MA**, Nirula R, Brasel K, Dunn JA, Gambrell D, Huckfeldt R, Harper J, Schaffer KB, Tominaga GT, Vinces FY, Sperling D, Hoyt D, Coimbra R, Rosengart MR, Forsyth R, Cothren C, Moore EE, Haut ER, Hayanga AJ, Hird L, White C, Grossman J, Nagy K, Livaudais W, Wood R, Zengerink I, Korthbeek JB. Practice Patterns and Outcomes of Retrievable Vena Cava Filters in Trauma Patients. An AAST Multicenter Study. Journal of Trauma.  2007;62:17-25.

41. Holcomb JB, Jenkins D, Rhee P, Johannigman J, Mahoney P,Mehta S, Cox ED, Gehrke MJ, Beilman GJ, **Schreiber MA**, Flaherty SF, Grathwohl KW, Spinella PC, Perkins JG, Beekley AC, McMullin NR, Park MS, Gonzez EA, Wade CE, Dubick MA, Schwab W, Moore FA, Champion HR, Hoyt DB, Hess JR.  Damage Control Resuscitation: Directly Addressing the Early Coagulopathy of Trauma. Journal of Trauma 2007;62:307-310.

42. Todd SR, Malinoski DJ, Muller PJ, **Schreiber MA**. Lactated Ringer's is Superior to Normal Saline in the Resuscitation of Hemorrhagic Shock. Journal of Trauma. 2007;62:636-639.

43. Tieu BH, Holcomb JB, **Schreiber MA**. Coagulopathy: Its Pathophysiology and Treatment in the Injured Patient. World Journal of Surgery.  2007;31:1055-1065.

44. Teh SH, Sheppard BC, Mullins RJ, **Schreiber MA**, Mayberry JC. Diagnosis and Management of Blunt Pancreatic Ductal Injury in the Era of High-Resolution Computed Axial Tomography. American Journal of Surgery. 2007;193:641-643.

45. Perkins JG, **Schreiber MA**, Wade CE, Holcomb JB. Early Versus Late Recombinant Factor VIIa in Combat Trauma Patients Requiring Massive Transfusion. Journal of Trauma. 2007;62:1095-1101.

46. **Schreiber MA**, Perkins J, Kiraly L, Underwood S, Wade C, Holcomb JB. Early Predictors of Massive Transfusion in Combat Casualties. Journal of the American College of Surgeons. 2007;205:541-545.

47. **Schreiber MA**, Tieu B. Hemostasis in Operation Iraqi Freedom III. Surgery. 2007;142;S61-S66.

48. **Schreiber MA**, Zink K, Underwood SA, Sullenberger L, Kelly M, Holcomb JB. A Comparison Between Patients Treated at a Combat Support Hospital in Iraq and a Level 1 Trauma Center in the United States. Journal of Trauma. 2008;64:S118-122.

49. Gee AC, Sawaii RS, Differding J, Muller P, Underwood S, **Schreiber MA**. The Influence of Sex Hormones on Coagulation and Inflammation in the Trauma Patient. Shock. 2008;29;334-341.

50. **Schreiber MA**, Differding J, Esposito TJ. Research: Questions and Answers from Academic Trauma Surgeons. Journal of Trauma. 2008;64:1113-1118.

51. Morris MS, Gee AC, Cho SD, Limbaugh K, Underwood S, Ham B, **Schreiber MA**. Management and Outcome of Pneumatosis Instestinalis. American Journal of Surgery. 2008;195:679-683.

52. Kortbeck JB, Al Turki SA, Ali J, Antoine JA, Bouillon B, Brasel K, Brenneman F, Brink PR, Brohi K, Burris D, Burton RA, Chapleau W, Cioffi W, Collet e Silva Fde S, Cooper A, Cortes JA, Eskesen V, Fildes J, Gautam S, Gruen RL, Gross R, Hansen KS Henny W, Hollands MJ, Hunt RC, Jover Navalon JM, Kaufmann CR, Knudson P, Koestner A, Kosir R, Larsen CF, Livaudais W, Luchette F, MaoP, McVicker JH, Meredith JW, Mock C, Mori ND, Morrow C, Park SN, Pereira PM, Pogetti RS, Ravn J, Rhee P, Salamone JP, Schipper IB, Schoettker P, **Schreiber MA**, Smith RS, Svendsen LB, Taha W, van Wijnagaarden-Stephens M, Varga E, Voiglio EJ, Williams D, Winchell RJ, Winter R. Advanced Trauma Life Support, 8th Edition, The Evidence for Change. Journal of Trauma. 2008;64:1638-1650.

53. Holcomb JB, Wade CE, Michalek JE, Chisholm GB, Zarzabal LA, **Schreiber MA**, Gonzalez EA, Pomper GJ, Perkins JG, Spinella PC, Williams KL, Park MS. Increased Plasma and Platelet to Red Blood Cell Ratios Improves Outcome in 466

Massively Transfused Civilian Trauma Patients. Annals of Surgery. 2008;248:447-458.

54. Englehart MS, Allison CE, Tieu BH, Kiraly LN, Underwood SA, Muller PJ, Differding JA, Sawai RS, Karahan A, **Schreiber MA**. Ketamine-based Total Intravenous Anesthesia Versus Isoflurane Anesthesia in a Swine Model of Hemorrhagic Shock. Journal of Trauma.  2008;65:901-908.

55. Englehart MS, Cho SD, Tieu BH, Morris MS, Underwood SA, Karahan A, Muller PJ, Differding JA, Farrell DH, **Schreiber MA**. A Novel Highly Porous Silica and Chitosan-based Hemostatic Dressing is Superior to HemCon and Gauze Sponges. Journal of Trauma.  2008;65:884-890.

56. Tieu BH, ChoSD, Luem N, Riha G, Mayberry J, **Schreiber MA**. The use of the Wittmann Patch Facilitates a High Rate of Fascial Closure in Severely Injuired Trauma Patients and Critically Ill Emergency Surgery Patients. Journal of Trauma.  2008;65:865-870.

57. Shuja F, Shults C, Duggan M, Tabbara M, Butt MU, Fischer TH, **Schreiber MA**, Tieu B, Holcomb JB, Sondeen JL, Demoya M, Velmahos GC, Alam HB. Development and Testing of Freeze-dried Plasma for the Treatment of Trauma-associated Coagulopathy. Journal of Trauma.  2008;65:975-985.

58. Cho SD, Holcomb JB, Tieu BH, Englehart MS, Morris MS, Karahan ZA, Underwood SA, Muller PJ, Prince MD, Medina L, Sondeen J, Shults C, Duggan M, Tabbara M, Alam HB, **Schreiber MA**. Reproducibility of an Animal Model Simulating Complex Combat-Related Injury in a Multiple-Institution Format. Shock. 2009;31:87-96.

59. Sambasivan CN, Cho SD, Zink KA, Differding JA, **Schreiber MA**. A Highly Porous Silica and Chitosan-Based Hemostatic Dressing is Superior in Copntrolling Hemorrhage in a Severe Groin Injury Model in Swine.  American Journal of Surgery.  2009;197:576-580.

60. Zink KA, Sambasivan CN, Holcomb JB, Chisholm G, **Schreiber MA**. A High Ratio of Plasma and Platelets to Packed Red Blood Cells in the First 6 Hours of Massive Transfusion Improves Outcomes in a Large Multicenter Study. American Journal of Surgery.  2009;197:565-570.

61. Phillips CR, Vinecore K, Hagg DS, Sawai RS, Differding JA, Watters JM, **Schreiber MA**. Resuscitation of Hemorrhagic Shock with Normal Saline vs Lactated Ringer's: Effects on Oxygenation, Extravascular Lung Water, and Hemodynamics. Critical Care. 2009;13:R30.  [Epub]

62. Englehart MS, Cho SD, Morris MS, Gee AC, Riha G, Underwood SJ, Differding JA, Luem ND, Wiesberg TT, Boshkov LK, **Schreiber MA**. Use of

Leukoreduced Blood does not Reduce Infection, Organ Failure, or Mortality Following Trauma. World Journal of Surgery. 2009;33:1626-1632.

63. Biffl WL, Kaups KL, Cohthren C, Brasel KJ, Dicker RA, Bullard MK, Haan JM, Jurkovich GJ, Harrison P, Moore FO, **Schreiber M**, Knudson MM, Moore EE. Management of Patients with Anterior Abdominal Stab Wounds: A Western Trauma Association Multicenter Trial. Journal of Trauma.  2009;66:1294-1301.

64. Van PY, Cho SD, Undedrwood SJ, Morris MS, Watters JM, **Schreiber MA.** Thrombelastography versus AntiFactor Xa Levels in the Assessment of Prophylactic-dose Enoxaparin in Critically Ill Patients. Journal of Trauma. 2009;66:1509-1515.

65. Kiraly LN, Underwood S, Differding JA, **Schreiber MA**. Transfusion of Aged Packed Red Blood Cells Results in Decreased Tissue Oxygenation in Critically Injured Trauma Patients. Journal of Trauma. 2009;67:29-32.

66. Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, **Schreiber MA**, Warden C, Rea TD, Emerson S; ROC Investigators. The Availability and Use of Out-of-Hospital Physiologic Information to Identify High-Risk Injured Children in a Multi-Site Population-Based Cohort.  Prehospital Emergency Care.  2009;13:420-431.

67. Sambasivan CN, **Schreiber MA**. Emerging Therapies in Traumatic Hemorrhage Control. Current Opinion in Critical Care. 2009; 15:560-568.

68. Spoerke N, Zink K, Cho SD, Differding J, Muller P, Karahan A, Sondeen J, Holcomb JB, **Schreiber MA**. Lyophilized Plasma for Resuscitation in a Swine Model of Severe Injury. Archives of Surgery.  2009;144:829-834.

69. Alam HB, Bice LM, Butt MU, Cho SD, Dubick MA, Duggan M, Englehart MS, Holcomb JB, Morris MS, Prince MD, **Schreiber MA**, Shults C, Sondeen JL, Tabbara M, Tieu BH, Underwood SA; Hemostatic Resuscitation Research Group. Testing of Blood Products in a Polytrauma Model: Results of a Multi-Institutional Randomized Pre-clinical Trial. Journal of Trauma. 2009;67:856-864.

70. Morris M, **Schreiber MA**, Ham B. Novel Management of Closed Degloving Injuries. Journal of Trauma.  2009;67:E121-E123.

71. Cox ED, **Schreiber MA**, McManus J, Wade CE, Holcomb JB. New Hemostatic Agents in the Combat Setting. Transfusion. 2009;49 Suppl 5:248S-255S.

72. Bromberg WJ, Collier BC, Diebel LN, Dwyer KM, Holevar MR, Jacobs DG, Kurek SJ, **Schreiber MA**, Shapiro ML, Vogel TR. Blunt Cerebrovascular Injury

Practice Management Guidelines: The Eastern Association for the Surgery of Trauma. Journal of Trauma.  2010;68:471-477.

73. Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; **ROC Investigators**. A Critical Assessment of the Out-Of-Hospital Trauma Triage Guidelines for Physiologic Abnormality. Journal of Trauma.  2010;68:452-462.

74. Cho SD, Kiraly LN, Flaherty SF, Herzig DO, Lu KC, **Schreiber MA**. Management of Colonic Injuries in the Combat Theater. Diseases of the Colon and Rectum.  2010;53:728-734.

75. Spoerke N, Underwood S, Differding J, Van P, Sambasivan C, Shapiro D, **Schreiber M**. Effects of Ethanol Intoxication and Gender on Blood Coagulation. Journal of Trauma.  2010;68:1106-1111.

76. Watters JM, Sambasivan, Zink K, Kremenevskiy I, Englehart MS, Underwood SJ, **Schreiber MA**. Splenectomy Leads to a Persistent Hypercoagulable State after Trauma. The American Journal of Surgery.  2010;199:646-651.

77. Minei JP, Schmicker RH, Kerby JD, Stiell IG, **Schreiber MA**, Bulger E, Tisherman S, Hoyt DB, Nichol G; the ROC Investigators. Severe Traumatic Injury: Regional Variation in Incidence and Outcome. Annals of Surgery. 2010;252:149-157.

78. Van PY, Sambasivan CN, Wade CE, Jones JA, Holcomb JB, **Schreiber MA**, Blackbourne LH. High Transfusion Ratios are not Associated with Increased Complication Rates in Patients with Severe Extremity Injuries. Journal of Trauma. 2010;69:Supl 1:S64-68.

79. Sambasivan CN, Underwood SJ, Cho SD, Kiraly LN, Hamilton GJ, Kofoed JT, Flaherty SF, Dorlac WC, **Schreiber MA**. Comparison of Abdominal Damage Control Surgery in combat Versus Civilian Trauma. Journal of Trauma.  2010;69 Suppl 1:S168-S174.

80. Kiraly L, **Schreiber M**. Management of the Crushed Chest. Critical Care Medicine. 2010;38(9 Supplement):S469-477.

81. **Schreiber MA**. Invited Crtique: Is Transfusion of ABO-Compatible Nonidentical Plasma Truly Associated with an Increased Risk of Complications? Archives of Surgery.  2010;145:906.

82. Bulger EM, May S, Brasel KJ, **Schreiber MA**, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Combra R, Emerson S, Minei JP, Bardarson B,

Kudenchuk P, Baker A, Christenson J, Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams, Banek J, Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB, ROC Invetigators. Out-of-Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury. JAMA.  2010;304:1455-1464.

83. Spoerke NJ, Van PY, Differding JA, Zink KA, Cho SD, Muller PJ, Karahan ZA, Sondeen JL, Holcomb JB, **Schreiber MA**. Red Blood Cells Accelerate the Onset of Clot Formation in Polytrauma and Hemorrhagic Shock. Journal of Trauma. 2010;69:1054-1061.

84. Gordy SD, Rhee P, **Schreiber MA**. Military Applications of Novel Hemostatic Devices. Expert Review of Medical Devices.  2010;8:41-47.

85. Moore EE, Knudson MM, Burlew CC, Inaba K, Dicker RA, Biffl WL, Malhotra AK, **Schreiber MA**, Browder TD, Coimbra R, Gonzalez EA, Meredith JW, Livingston DH, Kaups KL; the WTA Study Group. Defining the Limits of Resuscitative Emergency Department Thoracotomy: A Contemporary Western Trauma Association Perspective. Journal of Trauma. 2011;70:334-339.

86. Bulger EM, May S, Kerby JD, Emerson S, Stiell IG, **Schreiber MA**, Brasel KJ, Tisherman SA, Combra R, Rizoli S, Minei JP, Hata JS, Sopko G, Evans DC, Hoyt DB; for the ROC investigators. Out-of-Hospital Hypertonic Resuscitation After Traumatic Hypovolemic Shock:  A Randomized, Placebo Controlled Trial. Annals of Surgery.  2011;253:431-441.

87. Holcomb JB, Weiskopf R, Champion H, Gould SA, Sauer RM, Brasel K, Bochicchio G, Bulger E, Cotton BA, Davis D, Dutton R, Hauser CJ, Hess JR Hides GA, Knudson P, Mackenzie E, McGinnis RL, Michalek J, Moore FA, Omert L, Pollock BH, Tortella B, Sugarman J, **Schreiber MA**, Wade CE. Challenges to Effective Research in Acute Trauma Resuscitation: Consent and Endpoints. Shock. 2011;35:107-113.

88. Van PY, Riha GM, Cho SD, Underwood SJ, Hamilton GJ, Anderson R, Ham B, **Schreiber MA.** Blood Volume Analysis can Distinguish True Anemia from Hemodilution in Critically Ill Patients. Journal of Trauma.  2011;70:646-651.

89. Differding JA, Underwood SJ, Van PY, Khaki RA, Spoerke NJ, **Schreiber MA**. First Place Residents' Competition: Trauma Induces a Hypercoagulable State That is Resistant to Hypothermia as Measured by Thrombelastogram. American Journal of Surgery.  2011;201:585-589.

90. **Schreiber MA**. The Use of Normal Saline for Resuscitation in Trauma. Journal of Trauma.  2011;70:S13-S15.

91. McSwain NE, Champion HR, Fabian TC, Hoyt DB, Wade CE, Eastridge BJ, Rasmussen TE, Roussel RR, Butler FK, Holcomb JB, **Schreiber MA**, Shackford SR, Blackbourne LH. State of the Art of Fluid Resuscitation 2010: Prehospital and Immediate Transition to the Hospital.  2011;70:S2-S10.

92. Zink KA, Mayberry JC, Peck EG, **Schreiber MA**. Lidocaine Patches Reduce Pain in Trauma Patients with Rib Fractures. American Surgeon. 2011;77:438-442.

93. Watters JM, Van PY, Hamilton GJ, Sambasivan C, Differeding JA, **Schreiber MA**. Advanced Hemostatic Dressings are not Superior to Gauze for Care Under Fire Scenarios. Journal of Trauma.  2011;70:1413-1419.

94. Mayberry J, Fabricant L, Anton A, Ham B, **Schreiber M**, Mullins R. Management of Full-thickness Duodenal Laceration in the Damage Control Era: Evolution to Primary Repair Without Diversion or Decompression. American Surgeon.  2011;77:681-685.

95. Van PY, Hamilton GJ, Kremenevskiy IV, Sambasivan C, Spoerke NJ, Differding JA, Watters JM, **Schreiber MA**. Lyophilized Plasma Reconstituted with Ascorbic Acid Suppresses Inflammation and Oxidative DNA Damage. Journal of Trauma.  2011;71:20-25.

96. King DR, **Schreiber MA**. The mRDH Bandage Provides Effective Hemostasis in Trauma and Surgical Hemorrhage. Journal of Trauma. 2011;71(2 Supplement):S167-S170.

97. Hamilton GJ, Van PY, Differding JA, Kremenevskiy IV, Spoerke NJ, Sambasivan C, Watters JM, **Schreiber MA**. Lyophilized Plasma with Ascorbic Acid Decreases Inflammation in Hemorrhagic Shock. Journal of Trauma. 2011;71:292-298.

98. Sambasivan CN, Kunio NR, Nair PV, Zink KA, Michalek JE, Holcomb JB, **Schreiber MA** and the Trauma Outcomes Group. High Ratios of Plasma and Platelets to Packed Red Blood Cells do not Affect Mortality in Nonmassively Transfused Patients. Journal of Trauma.  2011;71:S329-S336.

99. Brown LM, Call MS, Knudson MM, Cohen MJ, **Trauma Outcomes Group**. A Normal Platelet count May not be Enough: The Impact of Admission oF Admission Platelet Count on Mortality and Transfusion in Severely Injured Trauma Patients. Journal of Trauma. 2011;71(2 Suppl 3):S337-S342.

100.      Spinella PC, Wade CE, Blackbourne LH, Borgman MA, Zarzabal LA, Du F, Perkins JG, Maegele M, **Schreiber M**, Hess JR, Jastrow KM, Gonzalez EA,

Holcomb JB, Kozar R, and the Trauma Outcomes Group. The Association of Blood Component Use Ratios with the Survival of Massively Transfused Trauma Patients with and without Severe Brain Injury. Journal of Trauma. 2011;71:S343-S352.

101.    Rowell SE, Barbosa RR, Diggs BS, **Schreiber MA** and the Trauma Outcomes Group. Effect of High Product Ratio massive Transfusion on Mortality in Blunt and Penetrating Trauma Patients. Journal of Trauma. 2011;71:S353-S357.

102.    Barbosa RR, Rowell SE, Diggs BS, **Schreiber MA** and the Trauma Outcomes Group. Profoundly Abnormal Initial Physiologic and Biochemical Data cannot be Used to Determine Futility in Massively Transfused Trauma Patients. Journal of Trauma.  2011;71:S364-S39.

103.    Barbosa RR, Rowell SE, Sambasivan CN, Diggs BS, Spinella PC, **Schreiber MA** and The Trauma Outcomes Group. A Predictive Model for Mortality in Massively Transfused Trauma patients. Journal of Trauma. 2011;71:S370-S374.

104.    Rowell SE, Barbosa RR, Allison CE, Van PY, **Schreiber MA** and the Trauma Outcomes Group. Gender-Based Differences in Mortality in Response to High Product Ratio Massive Transfusion. Journal of Trauma. 2011;71:S375-S379.

105.    Spoerke N, Michalek J, **Schreiber M** and the Trauma Outcomes Group. Crystalloid Resuscitation Improves Survival in Trauma Patients Receiving Low Ratios of Fresh Frozen Plasma to Packed Red Blood Cells. Journal of Trauma. 2011;71:S380-S383.

106.    Rowell SE, Barbosa RR, Diggs BS, **Schreiber MA** and the Trauma Outcomes Group. Specific Abbreviated Injury Scale Values are Responsible for the Underestimation of Mortality in Penetrating Trauma Patients by the Injury Severity Score. Journal of Trauma.  2011;71:S384-S388.

107.    **Schreiber MA**, Hole in the Heart: Is an Echocardiogram Really Indicated 1 Month Later? Comment on "Postdischarge Complications after Penetrating Cardiac Injury. Archives of Surgery.  2011;146:1066-1067.

108.    **Schreiber MA**, Neveleff DJ. Achieving Hemostasis with Topical Hemostats: Making Clinically and Economically Appropriate Decisions in the Surgical and Trauma Settings. Association of Perioperative Registered Nurses Journal.  2011;94:S1-S20.

109.     Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Calaway CW, Pepe PE; **Resuscitation Outcomes Consortium Investigators**. Socioeconomic Status and Incidence of Sudden Cardiac Arrest. Canadian Medical Association Journal. 2011;183:1705-1712.

110.     Riha GM, Kunio NR, Van PY, Hamilton GJ, Anderson R, Differding JA, **Schreiber MA**. Hextend and 7.5% Hypertonic Saline with Dextran are Equivalent to Lactated Ringer's in a Swine Model of Initial Resuscitation of Uncontrolled Hemorrhagic Shock. Journal of Trauma. 2011;71:1755-1760.

111.     Sambasivan CN, Underwood SJ, Kuehn RB, Cho SD, Kiraly LN, Hamilton GJ, Flaherty SF, Dorlac WC, **Schreiber MA**. Management and Outcomes of Traumatic Colon Injury in Civilian and Military Patients. American Surgeon. 2011;77:1685-1691.

112.     **Schreiber MA**. The Beginning of the End for Damage Control Surgery. British Journal of Surgery. 2012;99(Suppl 1):10-11.

113.     Rahbar MH, Fox EE, del Junco DJ, Cotton BA, Podbielski JM, Matijevic N, Cohen MJ, **Schreiber, MA**, Zhang J, Mirhaji P, Duran SJ, Reynolds RJ, Benjamin-Garner R, Holcomb JB, The PROMMT Investigators. Coordination and Management of Multicenter Clinical Studies in Trauma: Experience from the Prospective Observational Multicenter Major Trauma Transfusion (PROMMT) Study. Resuscitation. 2012;83:459-464.

114.     Kunio NR, Differding JA, Watson KM, Stucke RS, **Schreiber MA**. Thrombelastography-identified Coagulopathy is Associated with Increased Morbidity and Mortality after Traumatic Brain Injury. American Journal of Surgery. 2012;203:584-588.

115.     Riha GM, Van PY, Differding JA, **Schreiber MA**; The Oregon Health & Science University Research Group. Incidence of Deep Vein Thrombosis is Increased with 30 mg Twice Daily Dosing of Enoxaparin Compared with 40 mg Daily. American Journal of Surgery. 2012;203:593-602.

116.     Nakamura Y, Daya M, Bulger EM, **Schreiber M**, Mackersie R, Hsia RY, Mann NC, Holmes JF, Staudenmayer K, Sturges Z, Liao M, Haukoos J, Kupperman N, Barton ED, Newgard CD, and the Western Investigators. Evaluating Age in the Field Triage of Injured Persons. Annals of Emergency Medicine. 2012; 60::335-345.

117.     **Schreiber MA**. The Death of Another Sacred Cow: Comment on "Radiologic Evaluation of Alternative Sites for Needle Decompression of Tension Pneumothorax". Archives of Surgery. 2012;147:818-819.

118.     Gruen RL, Brohi K, **Schreiber M**, Balogh ZJ, Pitt V, Narayan M, Maier RV. Haemorrhage Control in Severely Injured Patients. Lancet. 2012;380:1099-1108.

119.     Weisbrod AB, Rodriguez C, Bell R, Neal C, Armonda R, Dorlac W, **Schreiber M**, Dunne JR. Long-term Outcomes of Combat Casualties Sustaining Penetrating Traumatic Brain Injury. Journal of Trauma. 2012; 73:1523-1528.

120.     Mastracci TM, Bhandari M, Mundi R, Rizole SB, Nascimento BA, **Schreiber M**, Evidence-Based Reviews in Surgery Group. Operative Blood Loss, Blood Transfusion and 30-day Mortality in Older Patients after Major Noncardiac Surgery. Canadian Journal of Surgery.  2012;55:426-428.

121.     DuBose, J, Rodriguez C, Martin M, Nunez T, Dorlac W, King D, **Schreiber M**, Vercruysse G, Tien H, Brooks A, Tai N, Midwinter M, Eastridge B, Holcomb J, Pruitt B and The Eastern Association for the Surgery of Trauma Military Ad Hoc Committee. Preparing the Surgeon for War: Present Practices of US, UK and Canadian Militaries and Future Directions for the US Military. Journal of Trauma.  2012;73:S423-S430.

122.     Callcut RA, Cotton BA, Muskat P, Fox EE, Wade CE, Hocomb JB, **Schreiber MA**, Rahbar MH, Cohen MJ, Knudson MM, Brasel KJ, Bulger EM, Del Junco DJ, Myers JG, Alarcon LH, Robinson BR; on Behalf of the PROMMTT Study Group. Defining When to Initiate Massive Transfusion: A Validation Study of Individual Massive Transfusion Triggers in PROMMTT Patients. Journal of Trauma and Acute Care Surgery. 2013;74:59-68.

123.     Lee TH, Van PY, Spoerke NJ, Hamilton GJ, Cho SD, Watson K, Differding J, **Schreiber MA**. The Use of Lyophilized Plasma in a Severe Multi-injury Pig Model. Transfusion. 2013;53(Suppl 1):72S-79S.

124.     Hampton DA, **Schreiber MA**. Near Infrared Spectroscopy: Clinical and Research Uses. Transfusion. 2013;53(Suppl 1):52S-58S.

125.     Riha GM, Kiraly LN, Diggs BS, Cho D, Fabricant LJ, Flaherty SF, Kuehn R, Underwood SJ, **Schreiber MA**. Management of the Open Abdomen During the Global War on Terror. Archives of Surgery.  2013;148:59-64.

126.     Lee TH, Alonzo BJ, Differding J, Underwood SJ, Hamilton G, Kremenevskiy I, McNamara S, **Schreiber MA**. The Effects of Location and Low-molecular-wieght Heparin Administration on Deep Vein Thrombosis

Outcomes in Trauma Patients. Journal of Trauma and Acute Care Surgery. 2013;74:476-481.

127.    Fabricant L, Kiraly L, Wiles C, Differding J, Underwood S, Deloughery T, **Schreiber M**. Cryopreserved Deglycerolized Blood is Safe and Achieves Superior Tissue Oxygenation Compared with Refrigerated Red Blood Cells: A Prospective Randomized Pilot Study. Journal of Trauma and Acute Care Surgery. 2013;74:371-377.

128.    Holcomb JB, Del Junco DJ, Fox EE, Wade CE, Cohen MJ, **Schreiber MA**, Alarcon LH, Bai Y, Brasel KJ, Bulger EM, Cotton BA, Majtijevic N, Muskat P, Myers JG, Phelan HA, White CE, Zhang J, Rahbar MH; for the PROMMT Study Group. The Prospective, Observational, Multicenter, Major Trauma Transfusion (PROMMTT) Study: Comparative Effectiveness of a Time-Varying Treatment with Competing Risks. JAMA Surgery. 2013;148:127-136.

129.    Riha G, **Schreiber MA**. Update and New Developments in the Management of the Exsanguinating Patient. Journal of Intensive Care Medicine. 2013;28:46-57.

130.    Barton JS, Riha GM, Differding JA, Underwood SJ, Curren JL, Sheppard BC, Pommier RF, Orloff SL, **Schreiber MA**, Billingsley KG. Hepatobiliary. Coagulopathy After a Liver Resection: Is it Over Diagnosed and Over Treated? 2013;15:865-871.

131.    Wong VW, Gordy SD, **Schreiber M**, Tieu BH. Penetrating Neck Injury to the Superior Thoracic Artery Managed by Video-assisted Thoracoscopic Surgery. Case Reports in Surgery. 2013; Feb 7, 413462.  [Epub].

132.    Lee TH, McCully BH, Underwood SJ, Cotton BA, Cohen MJ, **Schreiber MA**. Correlation of Conventional Thrombelastography and Rapid Thrombelastography in Trauma. American Journal of Surgery. 2013;205:521-527.

133.    Kunio NR, Riha GM, Watson KM, Differding JA, **Schreiber MA**, Watters JM. Chitosan Based Advanced Hemostatic Dressing is Associated with Decreased Blood Loss in a Swine Uncontrolled Hemorrhage Model. American Journal of Surgery.  2013;205:505-510.

134.    Advanced Trauma Life Support (ATLS): The Ninth Edition. ATLS Subcommittee; American College of Surgeons' Committee on Trauma; International ATLS Working Group. Journal of Trauma Acute Care Surgery. 2013;74:1363-1366.

135.     Cheatham ML, Demetriades D, Fabian TC, Kaplan MJ, Miles WS, Schreiber MA, Holcomb JB, Bochicchio G, Sarani B, Rotondo MF. Prospective Study Examining Clinical Outcomes Associated with a Negative Pressure Wound Therapy System and Barker's Vacuum Packing Technique. World Journal of Surgery.  2013;37:2018-2030.

136.     Napolitano LM, Cohen MJ, Cotton BA, **Schreiber MA**, Moore EE. Tranexamic Acid in Trauma: How Should We Use It? Journal of Trauma and Acute Care Surgery.  2013;74:1575-1586.

137.     Elterman J, Brasel K, Brown S, Bulger E, Christenson J, Kerby JD, Kannad D, Lin S, Minei JP, Rizoli S, Tisherman S, **Schreiber MA**; The Resuscitation Outcomes Consortium Investigators. Transfusion of Red Blood Cells in Patients with a Prehospital Glasgow Coma Scale score of 8 or Less and No Evidence of Shock is Associated with Worse Outcomes. Journal of Trauma and Acute Care Surgery.  2013;75:8-14.

138.     Duchesne JC, Heaney J, Guidry C, McSwain N Jr, Meade P, Cohen M, **Schreiber M**, Inaba K, Skiada D, Demetriades D, Holcomb J, Wade C, Cotton B. Diluting the Benefits of Hemostatic Resuscitation: A Multi-institutional Analysis. Journal of Trauma and Acute Care Surgery.  2013;75:76-82.

139.     Riha GM, Kunio NR, Van PY, Kremensvskiy I, Anderson R, Hamilton GJ, Differding JA, **Schreiber MA**. Uncontrolled Hemorrhagic Shock Results in a Hypercoagulable State Modulated by Initial Fluid Resuscitation Regimens. Journal of Trauma and Acute Care Surgery.  2013;75:129-134.

140.     Holcomb JB, Fox EE, Wade CE; PROMMT Study Group. The Prospective Observational Multicenter Major Trauma Transfusion (PROMMT) Study. Journal of Trauma and acute Care Surgery. 2013:75:Number 1:July Supplement:  S1-S2.

141.     Fox EE, Bulger EM, Dickerson AS, del Junco DJ, Klotz P, Podbielski J Matijevic N, Brasel KJ, Holcomb JB, **Schreiber, MA,** Cotton BA, Phelan H, Cohen MJ, Myers JG, Alarcon LH, Muskat P, Wade CE, and Rahbar MH, on behalf of the PROMMT Study Group, Houston, Texas. Waiver of consent in noninterventional, observational emergency research; The PROMMT experience. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement: S3-S8.

142.     Hampton DA, Fabricant L, Differding JA, Diggs B, Underwood S, De La Cruz D, Holcomb JB, Brasel KJ, Mitchell JC, Fox EE, Alarcon LH, Rahbar MH, Phelan HA, Bulger EM, Muskat P, Myers JG, del Junco DJ, Wade CE, Cotton

BA, and **Schreiber MA** on behalf of the PROMMT Study Group, Portland, OR. Prehospital intravenous fluid is associated with increased survival in trauma patients. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S9-S15.

143.      Rahbar E, Fox EE, del Junco DJ, Harvin JA, Holcomb JB, Wade CE, **Schreiber MA,** Rahbar MH, Bulger EM, Phelan HA, Brasel KJ, Alarcon LH, Myers JG, Cohen MJ, Muskat P and Cotton BA on behalf of the PROMMTT Study Group, Houston, Texas. Early resuscitation intensity as a surrogate for bleeding severity and early mortality in the PROMMTT study. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S16-S23.

144.      del Junco DJ, Holcomb JB, Fox EE, Brasel KJ, Phelan HA, Bulger EM, **Schreiber MA,** Muskat P, Alarcon LH, Cohen MJ, Cotton BA, Wade CE, Myers JG, Rahbar MH on behalf of the PROMMTT Study Group, Houston, Texas. Resuscitate early with plasma and platelets or balance blood products gradually: Findings form the PROMMTT study. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S24-S30.

145.      Holcomb JB, Fox EE, Zhang X, White N, Wade CE, Cotton BA, del Junco DJ, Bulger EM, Cohen MJ, **Schreiber MA,** Myers JG, Brasel KJ, Phelan HA, Alarcon LH, Muskat P, and Rahbar MH on behalf of the PROMMTT Study Group, Houston, Texas. Cryoprecipitate use in the PROMMTT study. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S31-S39

146.      Cohen MJ, Kutcher M, Redick B, Nelson M, Call M, Knudson MM, **Schreiber MA,** Bulger EM, Muskat P, Alarcon LH, Myers JG, Rahbar MH, Brasel KJ, Phelan HA, del Junco DJ, Fox EE, Wade CE, Holcomb JB, Cotton BA, and Matijevic N, on behalf of the PROMMTT Study Group, San Francisco, California. Clinical and mechanistic drivers of acute traumatic coagulopathy. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S40-S47

147.      Barbosa RR, Rowell SE, Fox EE, Holcomb JB, MD, Bulger EM, Phelan HA, Alarcon LH, Myers JG, Brasel KH, Muskat P, del Junco DJ, Cotton BA, Wade CE, Rahbar MH, Cohen MJ, and **Schreiber MA** on behalf of the PROMMTT Study Group, Portland, Oregon. Increasing time to operation is associated with decreased survival in patients with a positive FAST examination requiring emergent laparotomy. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S48-S52

148.      Hubbard A, Munoz ID, Decker A, Holcomb JB, **Schreiber MA,** Bulger EM, Brasel KJ, Fox EE, del Junco DJ, Wade CE, Rahbar MH, Cotton BA, Phelan

HA, Myers JG, Alarcon LH, Muskat P, and Cohen MJ on behalf of the PROMMTT Study, Group Berkeley, California. Time-dependent prediction and evaluation of variable importance using super learning in high-dimensional clinical data. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S53-60.

149.    Robinson BRH, Cotton BA, Pritts TA, PhD, Branson R, Holcomb JB, Muskat P, Fox EE, Wade CE, del Junco DJ, Bulger EM, Cohen MJ, **Schreiber MA,** Myers JG, Brasel KH, Phelan HA, Alarcon LH, Rahbar MH, and Callcut RA on behalf of the PROMMTT Study Group, Cincinnati, Ohio. Application of the Berlin definition in PROMMTT patients: The impact of resuscitation on the incidence of hypoxemia. The Journal of Trauma and Acute Care Surgery. 2013:75:Number1:July Supplement 2013:S61-S67.

150.    Trickey AW, Fox EE, del Junco DJ, Ning J, Holcomb JB, Brasel KJ, Cohen MJ, **Schreiber MA,** Bulger EM, Phelan HA, Alarcon LH, Myers JG, Muskat P, Cotton PA, Charles E. Wade, Rahbar MH on behalf of the PROMMTT Study Group, Houston, Texas. The impact of missing trauma data on predicting massive transfusion. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S68-S74.

151.    Fuchs PA, del Junco DJ, Fox EE, Holcomb JB, Rahbar MH, Wade CE, Alarcon LH, Brasel KJ, Bulger EM, Cohen MJ, Myers JG, Muskat P, Phelan HA, **Schreiber MA** and Cotton BA on behalf of the PROMMTT Study Group, Houston, Texas. Purposeful variable selection and stratification to impute missing Focused Assessment with Sonography for Trauma data in trauma research. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S75-S81.

152.    Rahbar MH, del Junco DJ, Huang H, Ning J, Fox EE, Zhang X, **Schreiber MA,** Brasel KJ, Bulger EM, Wade CE, Cotton BA, Phelan HA, Cohen MJ, Myers JG, Alarcon LH, Muskat P, and Holcomb JB on behalf of the PROMMTT Study Group, Houston, Texas. A latent class model for defining severe hemorrhage: Experience from the PROMMTT study. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S82-S88.

153.    Wade CE, del Junco DJ, Fox EE, Cotton BA, Cohen MJ, Muskat P, **Schreiber MA**, Rahbar MH, Sauer RM, Brasel KJ, Bulger EM, Myers JG, Phelan HA, Alarcon LH and Holcomb JB on behalf of the PROMMTT Study Group, Houston , Texas. Do-not-resuscitate orders in trauma patients may bias mortality-based effect estimates: An evaluation using the PROMMTT study. The Journal of Trauma and Acute Care Surgery. 2013:75:Number 1:July Supplement 2013:S89-S96.

154.	del Junco DJ, Fox EE, Camp EA, Rahbar MH, and Holcomb JB on behalf of the **PROMMTT Study Group**, Houston, Texas. Seven deadly sins in trauma outcomes research: An epidemiologic post mortem for major causes of bias. The Journal of Trauma and Acute Care Surgery. 2013:75:Number1:July Supplement 2013:S97-S103.

155.	Napolitano LM, Cohen MJ, Cotton BA, **Schreiber MA**, Moore EE. Re: Is Viscoelstic Evidence of Hyperfibrinolysis the Ideal Indicator for Tranexamic Acid Administration in Trauma? Journal of Trauma and Acute Care Surgery. 2013;75:743-744.

156.	Lett TH, Ouellet JF, Cook M, **Schreiber MA**, Kortbeek JB. Pericardiocentesis in Trauma: A Systematic Review. Journal of Trauma and Acute Care Surgery. 2013;75:543-549.

157.	**Schreiber MA**. Evaluating the Role of Computed Tomography: Have They Gone Far Enough? JAMA Surgery. 2013;148:816.

158.	Lee TH, Watson K, Fabricant L, Barton J, Differding J, Kremenevskiy I, Sands C, Wiles C, Watters JM, **Schreiber MA**. Hyperosmolar Reconstituted Lyophilized Plasma is an Effective Low-volume Hemostatic Resuscitation Fluid for Trauma. Journal of Trauma and Acute Care Surgery. 2013;75:369-375.

159.	Brockamp T, Maegele M, Gaarder C, Goslings JC, Cohen MJ, Lefering R, Joosse P, Naess PA, Skaga NO, Groat T, Eaglestone S, Borgman MA, Spinella PC, **Schreiber MA**, Brohi K. Comparison of the Predictive Performance of the BIG, TRISS and PS09 Score in an Adult Trauma Population Derived from Multiple International Trauma Registries. Critical Care Medicine. 2013;17:R134.

160.	McCully SP, **Schreiber MA**. Traumatic Brain Injury and Its Effect on Coagulopathy. Seminars in Thrombosis and Hemostasis. 2013;39:896-901.

161.	McCully SP, Fabricant LJ, Kunio NR, Groat TL, Watson KM, Differding JA, Deloughery TG, **Schreiber MA.** The International Normalized Ratio Overestimates Coagulopathy in Stable Trauma and Surgical Patients. Journal of Trauma and Acute Care Surgery. 2013;75:947-953

162.	Bandle J, Shackford SR, Sise CB, Dnudson MM: **CLOTT Study Group**. Variability is the Standard: The Management of Venous Thromboembolic Disease Following Trauma. Journal of Trauma and Acute Care Surgery. 2014;76:213-216.

163. Louis SG, Van PY, Riha GM, Barton JS, Kunio NR, Underwood SJ, Differding JA, Rick E, Ginzberg E, **Schreiber MA**. Thromboelastogram-Guided Enoxaparin Dosing Does Not Confer Protection From Deep Venous Thrombosis: A Randomized Controlled Pilot Trial. Journal of Trauma and Acute Care Surgery. 2014;76:237-943.

164. Wang HE, Brown SP, MacDonald RD, Dowling SL, Davis D. **Schreiber MA**. Powell J, van Heest R, Daya M. Association of Out-of-hospital Advanced Airway Management with Outcomes after Traumatic Brain Injury and Hemorrhagic Shock in the ROC Hypertonic Saline Trial. Emergency Medicine Journal. 2014;31:186-191.

165. Jenkins DH, Rappold JF, Badloe JF, Berseu O, Blackbourne L, Brohi KH, Butler FK, Cap AP, Cohen MJ, Davenport R, Depasquale M, Doughty H, Glassberg E, Hervig T, Hooper TJ, Kozar R, Maegale M, Moore EE, Murdock A, Ness PM, Pati S, Rasmussen T, Sailliol A, **Schreiber MA**, Sunde GA, van de Watering LM, Ward KR, Weiskopf RB, White NJ, Strandeness G, Spinella PC. THOR Position Paper on Remote Damage Control Resuscitation: Definitions, Current Practice and Knowledge Gaps. Shock. 2014;41 Suppl 1:3-12..

166. Lee TH, McCully SP, McCully BH, Sands C, Hampton DA, Louis SG, Rick B, Anderson N, Differding J, **Schreiber MA**. Comparison of the Hemostatic Efficacy of Low-volume Lyophilized Plasma Reconstituted Using Sterile Water, Lactated Ringer's, Normal Saline and Hextend Solutions. Journal of Trauma and Acute Care Surgery. 2014;76:264-271.

167. McCully BH, Fabricant L, Geraci T, Greebaum A, **Schreiber MA**, Gordy SD. Complete Cervical Spinal Cord Injury Above C6 Predicts the Need for Tracheostomy. American Journal of Surgery. 2014;207:664-668.

168. Louis SG, Sato M, Geraci T, Anderson R, Cho SD, Van PY, Barton JS, Riha GM, Underwood S, Differding J, Watters JM, **Schreiber MA**. Correlation of Missed Doses of Enoxaparin with Increased Incidence of Deep Vein Thrombosis in Trauma and General Surgery Patients. JAMA Surgery. 2014;149:365-370.

169. Hampton DA, Lee TH, Diggs BS, McCully SP, **Schreiber MA**. A Predictive Model of Early Mortality in Trauma Patients. American Journal of Surgery. 2014;207:642-647.

170. Porta CR, Robins R, Eastridge B, Holcomb J, **Schreiber M**, Martin M. The Hidden War: Humanitarian Surgery in a Combat Zone. American Journal of Surgery. 2014;207:766-772.

171.     Louis SG, Barton JS, Riha GM, Orloff SL, Sheppard BC, Pommier RF, Underwood SJ, Differding JA, **Schreiber MA**, Billingsley KG. The International Normalized Ratio Overestimates Coagulopathy in Patients after Major Hepatectomy. American Journal of Surgery. 2014;207:723-727

172.     Holcomb JB, Fox EE, Scalea TM, Napolitano LM, Albarado R, Gill B, Dunkin BJ, Kirkpatrick AW, Cotton BA, Inaba K, DuBose JJ, Cohen AM, Azzizzadeh A, Brenner M, Cohen MJ, Wade CE, Lumsden AB, Andrassy R, Rhee PM, Bass BL, Mattox KL, Britt LD, Eastman AB, Hoyt DB, Rasmussen TE; **Catheter-Based Hemorrhage Control Study Group**. Current Opinion on Catheter-Based Hemorrhage Control in Trauma Patients. Journal of Trauma and Acute Care Surgery.  2014;76:888-893.

173.     Lee TH, Hampton DA, Diggs BS, McCully SP, Kutcher M, Redick BJ, Podbielski J, Cotton BA, Cohen M, **Schreiber MA**. Traumatic Brain Injury is not Associated with Coagulopathy out of Proportion to Injury in Other Regions. Journal of Trauma and Acute Care Surgery.  2014;77:67-72.

174.     Hampton DA, Wiles C, Fabricant LJ, Kiraly L, Differding J, Underwood S, Le D, Watters J, **Schreiber MA**. Cryopreserved Red Blood Cells are Superior to Standard Liquid Red Blood Cells. Journal of Trauma and Acute Care Surgery. 2014;77:20-27.

175.     Pommerening MJ, Schwartz DA, Cohen MJ, **Schreiber MA**, Del Junco DJ, Camp EA, Wade CE, Holcomb JB, Cotton BA. Hypercoagulability after Injury in Premenopausal Females: A Prospective, Multicenter Study. Surgery. 2014;156:439-447.

176.     Matijevic N, Wang YW, Wade CE, Holcomb JB, Cotton BA, **Schreiber MA**, Muskat P, Fox EE, Del Junco DJ, Cardenas JC, Rahbar MH, Cohen MJ; on behalf of the PROMMT Study Group. Cellular Microparticle and Thrombogram Phenotypes in the Prospective Observational Multicenter Major Trauma Transfusion (PROMMTT) Study: Correlation with Coagulopathy. Thrombosis Research.  2014;134:652-658.

177.     Gordon NT, **Schreiber MA**. Frozen Blood and Lessons Learned from 9/11. Journal of Trauma and Acute Care Surgery.  2014;77:479-485.

178.     **Schreiber MA**. Is Any Test 100% Specific and 100% Sensitive for Serious Injury? JAMA Surgery. 2014;149:940.

179.     Butler FK, Holcomb JB, **Schreiber MA**, Kotwal RS, Jenkins DA, Champion HR, Bowling F, Cap AP, Dubose JJ, Dorlac WC, Dorlac GR, McSwain NE, Timby JW, Blackbourne LH, Stockinger ZT, Standenes G,

Weiskopf RB,Gross KR, Bailey JA. Fluid Resuscitation for Hemorrhagic Shock in Tactical Combat Casulty Care: TCCC Guidelines Change 14-01 – 2 June 2014. Journal of Special Operations Medicine. 2014 Fall;14:13-38.

180.     Hampton DA, Fabricant LJ, **Schreiber MA**. Response: The Need for a Definitive Clinical Trial of Cryopreserved Red Blood Cells. Journal of Trauma and Acute Care Surgery.  2014;17:1004-1005.

181.     McCully BH, Dean RK, McCully SP, **Schreiber MA**. Diet –induced Obesity Prevents the Development of Acute Traumatic Coagulopathy. Journal of Trauma and Acute Care Surgery. 2014;77:873-878.

182.     Karmy-Jones R, Namias N, Coimbra R, Moore EE, **Schreiber MA**, McIntyre R, Croce M, Livingston DH, Sperry JL, Malhotra AK, Biffl WL. Western Trauma Association Critical Decisions in Trauma: Penetrating Chest Trauma.  2014;77:994-1002.

183.     Rowell SE, Barobsa RR, Lennox TC, Fair KA, Rao AJ, Underwood SJ, **Schreiber MA**. Moderate Elevations in International Normalized Ratio Should not Lead to Delays in Neurosurgical Intervention in Patients with Traumatic Brain Injury. Journal of Trauma and Acute Care Surgery.  2014;77:846-851.

184.     Baraniuk S, Tilley BC, Del Junco DJ, Fox EE, van Belle G, Wade CE, Podbielski JM, Beeler AM, Hess JR, Bulger EM, **Schreiber MA**, Inaba K, Fabian TC, Kerby JD, Cohen MJ, Miller CN, Rizoli S, Scalea TM, O'Keefe T, Brasel KJ, Cotton BA, Muskat P, Holcomb JB; the PROPPR Study Group. Pragmatic Randomized Optimal Platelet and Plasma Ratios (PROPPR) Trial: Design, Rationale and Implementation. Injury. 2014; Jun 10. [Epub ahead of print].

185.     Jenkins DH, Rappold JF, Badloe JF, Berseus O, Blackbourne L, Brohi KH, Butler FK, Cap AP, Cohen MJ, Davenport R, DePasquale M, Doughty H, Glassberg E, Hervig T, Hooper TJ, Kozar R, Maegele M, Moore EE, Murdock A, Ness PM, Pati S, Rasmussen T, Sailliol A, **Schreiber MA**, Sunde GA, va de Watering LM, Ward KP, Weiskopf RB, White NJ, Strandenes G, Spinella PC. Trauma Hemostasis and Oxygenation Research Position Paper on Remote Damage Control Resuscitation: Definitions, Current Practice, and Knowledge Gaps. Shock. 2014;41 Suppl 1:3-12.

186.     Collins PW, Solomon C, Sutor K, Crispin D, Hochleitner G, Rizoli S, Schochl H, **Schreiber M**, Ranucci M. Theoretical Modelling of Fibrinogen Supplementation with Therapeutic Plasma Cryoprecipitate or Fibrinogen Concentrate. British Journal of Anaesthesia.  2014;113:585-595.

187.     Martin DT, Gries H, Diggs BS, Koh JL, Selden NR, **Schreiber MA**, Kuang AA. Implementation of Tranexamic Acid to Reduce Blood Loss During Cranial Vault Remodeling for Craniosynostosis at a Single Institution. Plastic and Reconstructive Surgery. 2014;134(4 Suppl 1):22.

188.     Martin DT, Schreiber MA. Modern Resuscitation of Hemorrhagic Shock: What is on the Horizon? European Journal of Trauma and Emergency Surgery. 2014;40:641-656.

189.     Bulger EM, Maier RV, Sperry J, Joshi M, Henry S, Moore FA, Modawer LL, Demetriades D, Talving P, **Schreiber M**, Ham B, Cohen M, Opal S, Segalovcich I, Maislin G, Kaempfer R, Shirvan A, JAMA Surgery. A Novel Drug for Treatment of Necrotizing Soft-Tissue Infections: A Randomized Clinical Trial. JAMA Surgery.  2014;149:528-536.

190.     Van PY, **Schreiber MA**. Hematologic Issues in the Geriatric Surgical Patient. Surgical Clinics of North America.  2015;95:129-138.

191.     Hinson HE, Rowell S, **Schreiber M**. Clinical Evidence of Inflammation Driving Secondary Brain Injury: A Systematic Review. Journal of Trauma and Acute Care Surgery.  2015;78:184-191.

192.     Cook MR, Louis SG, McCully SP, Stucke RS, Fabricant SP, **Schreiber MA.** Positive Blood Alcohol is Associated with Reduced DVT in Trauma. Injury.  2015;46:131-135.

193.     Wright DW, Yeatts SD, Silbergleit R, Palesch YY, Hertzberg VS, Frankel M, Goldstein FC, Caveney AF, Howlett-Smith H, Bengelink EM, Manley GT, Merck LH, Janis LS, Barsan WG; **NETT Investigators**. Very early administration of progesterone for acute traumatic brain injury. New England Journal of Medicine.  2014;371:2457-2466.

194.     Holcomb JB, Tille BC, Baraniuk S, Fox EE, Wade CE, Podbielske JM, del Junco DJ, Brasel KJ, Bulger EM, Callcut RA, Cohen MJ, Cotton BA, Fabian TC, Inaba K, Kerby JD, Muskat P, O'Keeffe T, Rizoli S, Robinson BR, Scalea TM, **Schreiber MA**, Stein DM, Weinberg JA, Callum JL, Hess JR, Matijevic N, Miller CN, Pittet JF, Hoyt DB, Pearson GD, Leroux B, van Belle G; PROPPR Study Group. Transfusion of Plasma, Platelets, and Red Blood Cells in a 1:1:1 vs a 1:1:2 Ratio and Mortality in Patients with Severe Trauma: The PROPPR Randomized Clinical Trial. Journal of the American Medical Association. 2015;313:471-482.

195.     **Schreiber MA**, Meier EN, Tisherman SA, Kerby JD, Newgard CD, Brasel K, Egan D, Witham W, Williams C, Daya M, Beeson J, McCully BH,

Wheeler S, Kannas D, May S, McKNight B, Hoyt DB; ROC Investigators. A Controlled Resuscitation Strategy is Feasible and Safe in Hypotensive Trauma Patients: Results of a Prospective Randomized Pilot Trial. Journal of Trauma & Acute Care Surgery.  2015;78:687-697.

196.     Newgard CD, Meier EN, McKnight B, Drennan IR, Richardson D, Brasel K, **Schreiber M**, Kerby JD, Kannas D, Austin M, Bulger EM; ROC Investigators. Understanding traumatic shock: out-of-hospital hypotension with and without other physiologic compromise. Journal of Trauma & Acute Care Surgery. 2015;78:342-351.

197.     McCully SP, Lee TH, McCully BH, Sands CL, Rick EA, Dean RK, Anderson NW, Hampton DA, Louis SG, Differding JA, **Schreiber MA**. Reconstitution Fluid Type Does not Affect Pulmonary Inflammation or DNA Damage Following Infusion of Lyophilized Plasma. Journal of Trauma and Acute Care Surgery.  2015;78:231-239.

198.     Fair KA, Gordon NT, Barbosa RR, Rowell SE, Watters JM, **Schreiber MA**. Traumatic Diaphragmatic Injury in the American College of Surgeons National Trauma Data Bank: Anew Examination of a Rare Diagnosis.  American Journal of Surgery.  2015;209:864-869.

199.     Cook MR, Holcomb JB, Rahbar MH, Fox EE, Alarcon LH, Bulger EM, Brasel KJ, **Schreiber MA**; PROMMT Study Group. An Abdominal Computed tomography May be Safe in Selected Hypotensive Trauma Patients with Positive Focused Assessment with Sonography in Trauma Examination. American Journal of Surgery.  2015;209:834-840.

200.     Cook MR, Fair KA, Burg J, Cattin L, Gee A, Arbabi S, **Schreiber M**; Northwest Trauma Research Collaboration. American Journal of Surgery. Cirrhosis Increases Mortality and Splenectomy Rates Following Splenic Injury. 2015;209:841-847.

201.     Gordon N, Riha G, Billingsley K, **Schreiber M**. Malignancy Does not Dictate the Hypercoagulable State Following Liver Resection. American Journal of Surgery.  2015;209:870-874.

202.     Pommerening MJ, Goodman MD, Holcomb JB, Wade CE, Fox EE, Del Junco DJ, Brasel KJ, Bulger EM, Cohen MJ, Alarcon LH, **Schreiber MA**, Myers JG, Phelan HA, Muskat P, Rahbar M, Cotton BA; MPH on Behalf of the PROMMT Study Group. Clinical Gestalt and the Prediction of Massive Transfusion after Trauma. Injury.  2015;46:807-813.

203.	Undurraga PV, Diggs B, Ham B, **Schreiber M**. Does Surgery Residency Prepare Residents to Work at Critical Access Hospitals. American Journal of Surgery.  2015;209:828-833.

204.	Novak DJ, Bai Y, Cooke RK, Marques MB, Fontaine MJ, Gottschall JL, Carey PM, Scanlan RM, Fiebig EW, Shulman IA, Nelson JM, Flax S, Duncan V, Daniel-Johnson JA, Callum JL, Holcomb JB, Fox EE, Baraniuk S, Tilley BC, **Schreiber MA**, Inaba K, Rizoli S, Podbielski JM, Cotton BA, Hess JR; PROPPR Study Group. Making Thawed Universal Donor Plasma Available Rapidly for Massively Bleeding Trauma Patients; Experience from the Pragmatic, Randomized Optimal Platelets and Plasma Ratios (PROPPR) Trial. Transfusion. 2015;55:1331-1339.

205.	Tisherman SA, Schmicker RH, Brasel KJ, Bulger EM, Kerby JD, Minei JP, Powell JL, Reiff DA, Rizoli SB, **Schreiber MA**. Detailed Description of all Deaths in both the Shock and Traumatic Brain Injury Hypertonic Saline Trials of the Resuscitation Outcomes Consortium. Annals of Surgery. 2015;261:586-590.

206.	Mesar T, Martin D, Lawlesss R, Podbielski J, Cook M, Underwood S, Larentzakis A, Cotton B, Fagenholz P, **Schreiber M**, Holcomb JB, Marini J, Sharma U, Rago AP, King DR. Human Dose Confirmation for Self-expanding Intra-abdominal Foam: A Translational, Adaptive, Multicenter Trial in Recently Deceased Human Subjects. Journal of Trauma and Acute Care Surgery. 2015;79:39-49.

207.	McCully SP, Martin DT, Cook MR, Gordon NT, McCully BH, Lee TH, Dean RK, Rick EA, Moren AM, Fair KA, Undarraga VJ, Watson KM, Anderson NW, **Schreiber MA**. Effect of Ascorbic Acid Concentrations on Hemodynamics and Inflammation Following Lyophilized Plasma Transfusion. Journal of Trauma and Acute Care Surgery.  2015;79:30-38.

208.	Schroll R, Smith A, McSwain NE Jr, Myers J, Rocchi K, Inaba K, Siboni S, Vercruysse GA, Ibrahim-Zada I, Sperry JL, Martin-Gill C, Cannon JW, Holland SR, **Schreiber MA**, Lape D, Eastman AL, Stebbins CS, Ferrada P, Han J, Meade P, Duchesne JC. A Multi-institutional Analysis of Prehospital Tourniquet Use. Journal of Trauma and Acute Care Surgery.  2015;79:10-14.

209.	**Schreiber MA**, McCully BH, Holcomb JB, Robinson BR, Minei JP, Stewart R, Kiraly L, Gordon NT, Martin DT, Rick EA, Dean RK, Wiles C, Anderson N, Sosnovske D, Houser B, Lape D, Cotton B, Gomaa D, Cripps MW, DeRosa M, Underwood SJ. Transfusion of Cryopreserved Packed Red Blood Cells is Safe and Effective After Trauma: A Prospective Randomized Trial. Annals of Surgery. 2015;262:426-433.

210.    Andrusiek DL, Szydlo D, May S, Brasel KJ, Minei J, van Heest R, MacDonald R, **Schreiber M**. A Comparison of Invasive Airway Management and Rates of Pneumonia in Prehospital and Hospital Settings. Prehospital Emergency Care. 2015;19:475-481.

211.    Pommerening MJ, Rahbar E, Minei K, Holcomb JB, Wade CE, **Schreiber MA**, Cohen MJ, Underwood SJ, Nelson M, Cotton BA. Splenectomy is Associated with Hypercoagulable Thrombelastography Values and Increased Risk of Thromboembolism. Surgery. 2015;158:618-626.

212.    Moore SE, Decker A, Hubbard A, Callcut RA, Fox EE, Del Junco DJ, Holcomb JB, Rahbar MH, Wade CE, **Schreiber MA**, Alarcon LH, Brasel KJ, Bulger EM, Cotton BA, Muskat P, Myers JG, Phelan HA, Cohen MJ; PROMMT Study Group. PLoS One. 2015;Aug 21;10(8)E0136438.

213.    Elterman J, Zonies D, Stewart I, Fang R, **Schreiber M**. Rhabdomyolysis and Acute Kidney Injury in the Injured Warfighter. Journal of Trauma and Acute Care Surgery. 2015;79:S171-S174.

214.    Gaskin D, Kroll NA, Ochs AA, **Schreiber MA**, Pandalai PK. Far Forward Anesthesia and Massive Blood Transfusion: Two Cases Revealing the Challenge of Damage Control Resuscitation in an Austere Environment. AANA Journal. 2015;83:337-343.

215.    Barton CA, Johnson NB, Case J, Warden B, Hughes D, Zimmerman J, Roberti G, McMillan WD, **Schreiber M**. Risk of Thromboembolic Events after Protocolized Warfarin Reversal with 3-Factor Prothrombin Complex Concentrate and Factor VIIa. American Journal of Emergency Medicine. 2015;33:1562-1566.

216.    Connelly CR, Schreiber MA. Endpoints in Resuscitation. Current Opinion in Critical Care. 2015;21:512-519.

217.    Gaskin D, Kroll NA, Ochs AA, **Schreiber MA**, Pandalai PK. Far Forward Anesthesia and Massive Blood Transfusion: Two Cases Revealing the Challenge of Damage Control Resuscitation in an Austere Environment. American Association of Nurse Anesthetists Journal. 2015;83:337-343.

218.    Moren AM, Hampton D, Diggs B, Kiraly L, Fox EE, Holcomb JB Rahbar MH, Brasel KJ, Cohen MJ, Bulger EM, **Schreiber MA**, on Behalf of the PROMMT Study Group. Recursive Partitioning Identifies Greater Than 4 U of Packed Red Blood Cells per Hour as an Improved Massive Transfusion Definition. Journal of Trauma and Acute Care Surgery. 2015;79:920-924.

219.    Biffl W, Moore EE, Feliciano DV, Albrecht RA, Croce M, Karmy-Jones R, Namias N, Rowell S, **Schreiber M**, Shatz DV, Brasel K. Western Trauma Association Critical Decisions in Trauma: Diagnosis and Management of Esophageal Injuries. Journal of Trauma and Acute Care Surgery. 2015;79:1089-1095.

220.    Malhotra A, Biffl WL, Moore EE, **Schreiber M**, Albrecht RA, Cohen M, Croce M, Karmy-Jones R, Namias N, Rowell S, Shatz DV, Brasel KJ. Western Trauma Association Critical Decision in Trauma: Diagnosis and Management of Duodenal Injuries. Journal of Trauma and Acute Care Surgery. 2015;79:1096-1101.

221.    Crawford JD, Allan KM, Patel KU, Hart KD, **Schreiber MA**, Azarbal AF, Liem TK, Mitchell EL, Moneta GL, Landry GJ. The Natural History of Indeterminate Blunt Cerebrovascular Injury. JAMA Surgery. 2015;150:841-847.

222.    **Schreiber MA**. Determining Outcomes after Traumatic Brain Injury. JAMA Surgery. 2015;150:973.

223.    Martin MJ, Eckert MJ, **Schreiber MA**. Relationship of a Mandated 1-Hour Evacuation Policy and Outcomes for Combat Casualties. 2016;315:293-294.

224.    Schreiber MA, Reviewer. Selected Readings in General Surgery. 2016;42:e1. http://web2.facs.org/SRGS Connect/wysk/wysk0316.cfm. Accessed March 7, 2016. Review of: Pollack CV, Jr., Reilly PA, Eikelboom j, et al. Idarucizumab for Dabigatran Reversal.

225.    Pati S, Potter DR, Baikamunova G, Farrell DH, Holcomb JB, **Schreiber MA**. Modulating the Endotheliopathy of Trauma: Factor Concentrate vs. Fresh Frozen Plasma. Journal of Trauma and Acute Care Surgery. 2016;80:576-585.

226.    Undurraga Perl VJ, Leroux B, Cook MR, Watson J, Fair K, Martin DT, Kerby JD, Williams C, Inaba K, Wade CE, Cotton BA, Del Junco DJ, Fox EE, Scalea TM, Tilley BC, Holcomb JB, **Schreiber MA**; PROPPR Study Group. Damage-control Resuscitation and Emergency Laparotomy: Findings from the PROPPR Study. 2016;80:568-574.

227.    Yonge JD, **Schreiber MA**. The Pragmatic Randomized Optimal Platelet and Plasma Ratios Trial: What Does it Mean for Remote Damage Control Resuscitation? Transfusion. 2016;56 Suppl 2:S149-S156.

228.    Pusateri AE, Given MB, **Schreiber MA**, Spinella PC, Pati S, Kozar RA, Khan A, Dacorta JA, Kupferer KR, Prat N, Pidcoke HF, Macdonald VW, Mallow

WW, Saillol A, Cap AP. Dried Plasma: State of the Science and Recent Developments. Transfusion. 2016;56 Suppl 2:S128-S139.

229.     Gordon NT, **Schreiber MA**. Pulmonary Emboli and Deep Vein Thromboses: Are They Always Part of the Same Disease Spectrum. Military Medicine. 2016;181:5 Suppl:104-110.

230.     Connelly CR. Kemp Bohan PM, Cook MR, Moren AM, **Schreiber MA**, Kiraly LN. A Night Float Week in a Surgical Clerkship Improves Student Team Cohesion. American Journal of Surgery.  2016;211:913-918.

231.     Connelly CR, Laird A, Barton JS, Fischer PE, Krishnaswami S, **Schreiber MA**, Zonies DH, Watters JW. A Clinical Tool for the Prediction of Venous Thromboembolism in Pediatric Trauma Patients. JAMA Surgery. 2016;151:50-57.

232.     Rowell SE, Fair KA, Barbosa RR, Watters JM, Bulger EM, Holcomb JB, Cohen MJ, Rahbar MH, Fox EE, **Schreiber MA**. The Impact of Pre-Hospital Administration of Lactated Ringer's Solution Versus Normal Saline in Patients with Traumatic Brain Injury. Journal of Neurotrauma.  2016;33:1054-1059.

233.     Rao AJ, Laurie A, Hilliard C, Fu R, Lennox T, Barbosa R, **Schreiber M**, Rowell S. The Utility of Thromboelastography for Predicting the Risk of Progression of Intracranial Hemorrhage in Traumatic Brain Injury Patients. Neurosurgery. 2016;63 Suppl 1:173-174.

234.     Connelly CR, Yonge JD, Eastes LE, Bilyeu PE, Kemp Bohan PM, **Schreiber MA**, Azarow KS, Watters JM, Jafri MA. Performance Improvement and Patient Safety Program (PIPS) Guided Quality Improvement Initiatives can Significantly Reduce CT Imaging in Pediatric Trauma Patients. Journal of Trauma and Acute Care Surgery. 2016; 81:278-284.

235.     Evans CC, Petersen A, Meier EN, Buick JE, **Schreiber M**, Kannas D, Austin MA, and the Resuscitation Outcomes Consortium Investigators. Prehospital Traumatic Cardiac Arrest: Management and Outcomes from the Resuscitation Outcomes Consortium Epistry-Trauma and PROPHET Registries. Journal of Trauma and Acute Care Surgery. 2016; 81:285-293.

236.     Rizoli S, Petersen A, Bulger E, Coimbra R, Kerby JD, Minei J, Morrison L, Nathens A, **Schreiber M**, deOliveira Manoel AL; ROC Investigators. Early Prediction of Outcome after Severe Traumatic Brain Injury: A Simple and Practical Model. BMC Emergency Medicine.  2016;16:32.

237.     Martin DT, Gries H, Esmonde N, Diggs B, Koh J, Selden NR, **Schreiber MA,** Kuang AA. Implementation of a Tranexamic Acid Protocol To Reduce Blood Loss During Cranial Vault Remodeling for Craniosynostosis. Journal of Craniofacial Surgery. 2016;27:1527-1531.

238.     Liu NT, Salinas J, Fenrich CA, Serio-Melvin ML, Kramer GC, Driscoll IR, **Schreiber MA,** Cancio LC, Chung KK. Predicting the Proportion of Full-thickness Involvement for any Given Burn Size Based on Burn Resuscitation Volumes. Journal of Trauma and Acute Care Surgery. 2016;81:S144-S149.

239.     Undurraga Perl VJ, John H, **Schreiber M**. Re: Female Plasma Donors, Plasma, and Platelet Processing in the PROPPR Study. Journal of Trauma and Acute Care Surgery. 2016;81:991-992.

240.     Van PY, **Schreiber MA**. Contemporary Thromboprophylaxis of Trauma Patients. Current Opinion in Critical Care. 2016:22;607-612.

241.     Brasel KJ, Moore EE, Albrecht RA, DeMoya M, Karmy-Jones R, Mamias N, Rowell S, **Schreiber M**, Cohen M, Shatz DV, Biffl WL. Management of Rib Fractures: A Western Trauma Association Critical Decisions Algorithm. Journal of Trauma and Acute Care Surgery. 2016;82:200-203.

242.     Gerhardt CR, Glassberg E, Holcomb JB, Mabry RL, **Schreiber MA**, Spinella PC. 2016 Military Supplement Tactical Study of Care Originating in the Prehospital Environment (TACSCOPE): Acute Traumatic Coagulopathy on the Contemporary Battlefield. Shock. 2016;46(3 Suppl 1):104-107.

243.     Undurraga Perl V, Holcomb J, **Schreiber M**. Re: Female Plasma Donors, Plasma, and Platelet Processing in the PROPPR Study. Journal of Trauma Acute Care Surgery. 2016;80:568-574.

244.     Undurraga Perl VJ, Leroux B, Cook MR, Watson J, Fair K, Martin DT, Kerby JD, Williams C, Inaba K, Wade CE, Cotton BA, Del Junco DJ, Fox EE, Scalea TM, Tilley BC, Holcomb JB, **Schreiber MA**; PROPPR Study Group. Damage-Control resuscitation and Emergency Laparotomy: Findings from the PROPPR Study. Journal of Trauma and Acute Care Surgery. 2016;80:568-574.

245.     Watson JJ, Pati S, **Schreiber MA**. Plasma Transfusion: History, Current Realities and Novel Improvements. Shock. 2016;46:468-479.

246.     Chang AL, Hoehn RS, Jernigan P, Cox D, **Schreiber M**, Pritts TA. Previous Cryopreservation Alters the Natural History of the Red Blood Cell Storage Lesion. Shock. 2016;46 (3 Suppl 1):89-95.

247.     Tran TL, Brasel KJ, Karmy-Jones R, Rowell S, **Schreiber MA**, Shatz DV, Albrecht RM, Cohen MJ, DeMoya MA, Biffl WL, Moore EE, Namias N. Western Trauma Association Critical Decisions in Trauma: Management of Pelvic Fracture with Hemodynamic Instability. Journal of Trauma and Acute Care Surgery.  2016;81:1171-1174.

248.     Connelly CR, Van PY, Hart KD, Louis SG, Fair KA, Erickson AS, Rick EA, Simeon EC, Bulger EM, Arbabi S, Holcomb JB, Moore LJ, **Schreiber MA**. Thrombelastography-Based Dosing of Enoxaparin for Thromboprophylaxis in Trauma and Surgical Patients: A Randomized Clinical Trial. JAMA Surgery. 2016; Oct 19;151(10)e162069.

249.     Vitko HA, Sekula LK, **Schreiber MA**. Probiotics for Trauma Patients: Should We Be Taking a Precautionary Approach. Journal of Trauma Nursing. 2017;24:46-62.

250.     Watson JJ, Nielsen J, Hart K, Srikanth P, Yonge JD, Connelly CR, Kemp Bohan PM, Sosnovske H, Tilley BC, van Belle G, Cotton BA, O'Keeffe TS, Bulger EM, Brasel KJ, Holcomb JB, **Schreiber MA**. Damage Control Laparotomy Utilization Rates are Highly Variable Among Level 1 Trauma Centers: Pragmatic, Randomized Optimal Platelet and Plasma Ratios Findings. Journal of Trauma and Acute Care Surgery.  2017;82:481-488.

251.     **Schreiber MA**, reviewer. *Selected Readings in General Surgery*. 2017:43(1):e1. http://web2.facs.org/SRGS_Connect/wysk/wysk0217.cfm. Accessed February 23, 2017. Review of: Singer GA, Riggi G, Karcutskie CA, et al. Anti-Xa-guided enoxaparin thromboprophylaxis reduces rate of deep venous thromboembolism in high-risk trauma patients.

252.     Rowell SE, Biffl WL, **Schreiber MA**, Albrecht RA, Cohen MJ, DeMoya M, Karmy-Jones R, Moore EE, Namias N, Shatz DV, Moore FA, Brasel K. Western Trauma Association Critical Decisions in Trauma: Management of Adult Blunt Splenic Trauma – 2016 Updates. Journal of Trauma and Acute Care Surgery.  2017;82:787-793.

253.     Davis BL, Martin MJ, **Schreiber MA**. Military Resuscitation:  Lessons from Recent Battlefield Experience. Current Trauma Reports. 2017;May 18: DOI 10.1007/s40719-017-0088-9.

254.     Connelly CR, Yonge JD, McCully SP, Hart KD, Hilliard TC, Lape DE, Watson JJ, Rick B, Houser B, Deloughery TG, **Schreiber MA**, Kiraly LN. Assessment of Three Point-of-Care Platelet Function Assays in Adult Trauma Patients. Journal of Surgical Research.  2017;212:260-269.

255.     Fair KA, Connelly CR, Hart KD, **Schreiber MA**, Watters JM. Splenectomy is Associated with Higher Infection and Pneumonia Rates Among Trauma Laparotomy Patients. American Journal of Surgery. 2017;213:856-861.

256.     Kemp Bohan PM, Connelly CR, Crawford J, Bronson NW, **Schreiber MA**, Lucius CW, Hunter JG, Kiraly LN, Ham B. Early Analysis of Laparoscopic Common Bile Duct Exploration Simulation. American Journal of Surgery. 2017;213:888-894.

257.     Undurraga Perl VJ, Dodgion C, Hart K, Ham B, **Schreiber M**, Martin DT, Zonies D. The Affordable Care Act and its Association with Length of Stay and Payer Status for Trauma Patients. American Journal of Surgery. 2017;213:870-873.

258.     Watson JJ, Kemp Bohan PM, Ramsey K, Yonge JD, Connelly CR, Mullins RJ, Watters JM, **Schreiber MA**, Kiraly LN. Optimizing Physician Skill Development for Medical Students: The Four-Part Assessment. American Journal of Surgery.  2017;213:906-909.

259.     Martin MJ, Bush LD, Inaba K, Byerly S, **Schreiber M**, Peck KA, Barmparas G, Menaker J, Hazelton JP, Coimbra R, Zielinski MD, Brown CVR, Ball CG, Cherry-Bukowiec JR, Burlew CC, Dunn J, Minshall CT, Carrick M, Berg GM, Demetriades D, Long W; WTA C-Spine Study Group. Cervical Spine Evaluation and Clearance in the Intoxicated Patient: A Propsective Western Trauma Association Multi-Institutional Trial and Survey. Journal of Trauma and Acute Care Surgery. 2017;83:1032 – 1040.

260.     Kobayashi L, Barmparas G, Bosarge P, Brown CV, Bukur M, Carrick MM, Catalano RD, Holly-Nicolas J, Inaba K, Kaminski S, Klein AL, Kopelman T, Ley EJ, Martinez EM, Moore FO, Murry J, Nirula R, Paul D, Quick J, Rivera O, **Schreiber M**, Coimbra R; AAST Multicenter Prospective Observational Study of Trauma Patients on Oral Anticoagulants Study Group. Novel Oral Anticoagulants and Trauma: The Results of a Prospective American Association for the Surgery of Trauma Multi-Institutional Trial. Journal of Trauma and Acute Care Surgery.  2017;82:827-835.

261.     Brohi K, Schreiber M (2017) The New Survivors and a New Era for Trauma Research. PLoS Med 14(7): e1002356.   https://doi.org/10. 1371/journal.pmed. 1002354

262.     McCully BH, Connelly CR, Fair KA, Holcomb JB, Fox EE, Wade CE, Bulger EM, **Schreiber MA**; PROPPR Study Group. Onset of Coagulation Function Recovery is Delayed in Severely Injured Trauma Patients With Venous

Thromboembolism. Journal of the American College of Surgeons. 2017;225:42-52.

263.　　Asehnoune K, Balogh Z, Citerio G, Cap A, Billiar T, Stocchetti N, Cohen MJ, Pelosi, P, Curry N, Gaarder C, Gruen R, Holcomb J, Hunt BJ, Juffermans NP, Maegele M, Midwinter M, Moore FA, O'Dwyer MO, Pittet J, Schochl H, Schreiber M, Spnella PC, Stanworth S, Winfield R, Brohi K. The Research Agenda for Trauma Critical Care. Intensive Care Medicine. 2017;DOI 10.1007/s00134-017-4895-9.

264.　　Harvin JA, Maxim T, Inaba K, Martinez-Aguilar MA, King DR, Choudhry AJ, Zielinski MD, Akinyeye S, Todd SR, Griffin RL, Kerby JD, Bailey JA, Livingston DH, cunning ham K, Stein DM, Cattin L, Bulger EM, Wilson A, Undurraga Perl VJ, **Schreiber MA**, Cherry-Bukowiec JR, Alam HB, Holcomb JB. Mortality Following Emergent Trauma Laparotomy: A Multicenter, Retrospective Study: Mortality after Emergent Trauma Laparotomy. Journal of Trauma and Acute Care Surgery. 2017;83:464 – 468.

265.　　Case JJ, Khan N, Delrahim M, Dizdarevic J, Nichols DJ, Schreiber MA, Deloughery TG, Khan A. Association of massive transfusion for resuscitation in gastrointestinal bleeding with transfusion-related acute lung injury. Indian Journal of Critical Care Medicine.  2017;21:506-13.

266.　　Hinson HE, Schreiber MA, Laurie AL, Baguley IJ, Bourdette D, Ling GS. Early Fever As a Predictor of Paroxysmal Sympathetic Hyperactivity in Traumatic Brain Injury. Journal of Head Trauma Rehabilitation. 2017; Sep/Oct;32(5):E50 – E54.

267.　　Holcomb JB, Swartz MD, DeSantis SM, Greene TJ, Fox EE, Stein DM, Bulger EM, Kerby JD, Goodman M, **Schreiber MA**, Zielinski MD, O'Keeffe T, Inaba K, Tomasek JS, Podbielski JM, Appana S, Yi M, Wade CE; PROHS Study Group. Multicenter Observational Prehospital Resuscitation on Helicopter Study. Journal of Trauma and Acute Care Surgery. 2017;83(1 Supp 1):S83-91.

268.　　Chang R, Fox EE, Greene TJ, Eastridge BJ, Gilani R, Chung KK, DeSantis SM, DuBose JJ, Tomasek JS, Fortuna GR Jr, Sams VG, Todd SR, Podbielski J, Wade CE, Holcomb JB; **NCTH Study Group**. Multicenter Retrospective Study of Noncompressible Tors Hemorrhage: Anatomic Locations of Bleeding and Comparison of Endovascular Versus Open Approach. Journal of Trauma and Acute Care Surgery. 2017;83:11-18.

269.　　Rao A, Lin A, Hilliard C, Fu R, Lennox T, Barbosa R, **Schreiber M**, Rowell S. The Utility of Thromboelastography for Predicting the Risk of Progression of Intracranial Hemorrhage in Traumatic Brain Injury Patients. Neurosurgery. 2017;64(CN_suppl_1):182-187.

270.     Galvagno SM Jr, Fox EE, Appana SN, Baraniuk S, Bosarge PL, Bulger EM, Callcut RA, Cotton BA, Goodman M, Inaba K, O'Keeffe T, **Schreiber MA**, Wade CE, Scalea TM, Holcomb JB, Stein DM. Outcomes Following Concomitant Traumatic Brain Injury and Hemorrhagic Shock: A Secondary Analysis from the PROPPR Trial. Journal of Trauma and Acute Care Surgery. 2017;83:668-674.

271.     Shackford SR, Dunne, Casey E. Karmy-Jones R; Long W, Desarom MD, **Schreiber MA**, Watson J; Watson Cheri, McIntyre RC, Ferrigno L, Shapiro ML, Southerland K, Dunn JA, Reckard P, Scalea TM, Brenner M, Teeter W. The Evolution of Care Improves Outcome in Blunt Thoracic Aortic Injury: A Western Trauma Association Multicenter Study. Journal of Trauma and Acute Care Surgery.  2017;83:1006-1013.

272.     Martin MJ, Bush LD, Inaba K, Byerly S, **Schreiber MA**, Peck KA, Barmparas G, Menaker J, Hazelton JP, Coimbra R, Zielinski MD, Brown CVR, Ball CG, Cherry-Bukowiec JR, Burlew CC, Dunn J, Minshall CT, Carrick MM, Berg GM, Demetriades D, Long W and the WTA C-Spine Study Group.  Journal of Trauma and Acute Care Surgery.  2017;83:1032-1040.

273.     Van PY, Holcomb JB, **Schreiber MA**. Novel Concepts for Damage Control Resuscitation in Trauma. Current Opinion in Critical Care. 2017;23:498-502.

274.     Schochl H, Grottke O, Sutor K, Dony K, **Schreiber M**, Ranucci M, Collins PW. Theoretical Modeling of Coagulation Management with Therapeutic Plasma or Prothrombin Complex Concentrate. Anesthesia Analgesia. 2017;125:1471 - 1474.

275.     Asehnoune K, Balogh Z, Citerio G, Cap A, Billiar T, Stocchetti N, Cohen MJ, Pelosi P, Currn N, Gaarder C, Gruen R, Holcomb J, Hunt BJ, Juffermans NP, Magele M, Midwinter M, Moore FA, O'Dwyer M, Pittet JF, Schochl H, **Schreiber M,** Spinella PC, Staanworth S, Winfield R, Brohi K. The Research Agenda for Trauma Critical Care. Intensive Care Medicine. 2017;43:1340 – 1351.

276.     Yonge JD, Bohan PK, Watson JJ, Connelly CR, Eastes L, **Schreiber MA**. The Respiratory Rate: A Neglected Triage Tool for Pre-hospital Identification of Trauma Patients. World Journal of Surgery.  2017;42:1321-1326.

277.     McCully BH, Underwood SJ, Kiraly L, Holcomb JB, Robinson BRH, Minei JP, Stewart RM, Cotton BA, Gordon NT, Martin DT, Rick EA, Dean RK, Wiles C, Anderson N, **Schreiber MA**. The Effects of Cryopreserved Red Blood

Cell Transfusion on Tissue Oxygenation in Obese Trauma Patients. Journal of Trauma and Acute Care Surgery. 2018;84:104-111.

278.     Taylor JR 3rd, Fox EE, Holcomb JB, Rizoli S, Inaba K, **Schreiber MA**, Brasel K, Scalea TM, Wade CE, Bulger E, Cotton BA. The Hyperfibrinolytic Phenotype is the Most Lethal and Resource Intense Presentation of Fibrinolysis in Massive Transfusion Patients. Journal of Trauma and Acute Care Surgery. 2018;84:25-30.

279.     Hinson HE, Rowell S, Morris C, Lin AL, **Schreiber MA**. Early Fever after Trauma: Does it Matter? Journal of Trauma and Acute Care Surgery. 2018;84:19-24.

280.     Chang R, Holcomb JB, Johansson PI, Pati S, **Schreiber MA**, Wade CE. Plasma Resuscitation Improved Survival in a Cecal Ligation and Puncture Rat Model of Sepsis. Shock.  2018;49:53-61.

281.     Ferrada P, Callcut RA, Skarupa DJ, Duane TM, Garcia A, Inaba K, Khor D, Anto V, Sperry J, Turay D, Nygaard RM, **Schreiber MA**, Enniss T, McNutt M, Phelan H, Smith K, Moore FO, Tabas I, Dubose J; AAST Multi-Instittuional Trials Committee. Circulation First – The Time Has Come to Question the Sequencing of Care in the ABCs of Trauma: An American Association for the Surgery of Trauma Multicenter Trial. World Journal of Emergency Surgery. 2018 Feb 5;13:8. eCollection 2018.

282.     Potter Dr, Miyazawa BY, Gibb SL, Deng X, Togaratti PP, Croze RH, Srivastava AK, Trivedi A, Matthay M, Holcomb JB, **Schreiber MA**, Pati S. Mesenchymal Stem Cell Dereived Extracellular Vesicles Attenuate Pulmonary Vascular Permeability and Lung Injury Induced by Hemorrhagic Shock and Trauma. Journal of Trauma and Acute Care Surgery. 2018;84:104 – 111.

283.     Cardenas JC, Zhang X, Fox EE, Cotton BA, Hess JR, **Schreiber MA**, Wade CE, Holcomb JB; PROPPR Study Group. Platelet Transfusions Improve Hemostasis and Survival in a Substudy of the Prospective, Randomized PROPPR Trial. Blood Advances. 2018;2:1696 – 1704.

284.     Hodgman EI, Cripps MW, Mina MJ, Bulger EM, **Schreiber MA**, Brasel KJ, Cohen MJ, Muskat PC, Myers JG, Alarcon LH, Rahbar MH, Holcomb JB, Cottton BA, Fox EE, Del Junco DJ, Wade Ce, Phelan HA; PROMMTT Study Group. External Validation of a Smartphone App Model to Predict the Need for Massive Transfusion Using Five Different Definitions. Journal of Trauma and Acute Care Surgery. 2018;84:397 – 402.

285.     Smith S, McCully B, Bommiasamy A, Murphy J, Behrens B, Pati S, Goodman A, **Schreiber M**. A Combat Relevant Model for the Creation of Acute Lung Injury in Swine. Journal of Trauma and Acute Care Surgery. 2018;85:S39-S43.

286.     Robinson BRH, Cohen MJ, Holcomb JB, Pritts TA, Gomaa D, Fox EE, Branson RD, Callcut RA, Cotton BA, **Schreiber MA**, Brasel KJ, Pittet JF, Inaba K, Kerby JD, Scalea TM, Wade CE, Bulger EM; PROPPR Study Group. Risk Factors for the Development of Acute Respiratory Distress Syndrome Following Hemorrhage. Shock. 2018;50:258-264.

287.     Cap AP, Pidcoke HF, Spinella P, Strandenes G, Borgman MA, **Schreiber M**, Holcomb J, Tien HC, Beckett AN, Doughty H, Woolley T, Rappold J, Ward K Reade M, Prat N, Ausset S, Kheirabadi B, Benov A, Griffin EP, Corley JB, Simon CD, Fahie R, Jenkins D, Eastridge BJ, Stockinger Z. Damage Control Resuscitation. Military Medicine. 2018;183(suppl_2):36-43.

288.     Cap A, Badloe J, Woolley T, Prat N, Gonzales R, Malloy W, Taylor A, Corley J, Pidcoke H, Reade M, **Schreiber M**. The Use of Frozen and Deglycerolized Red Blood Cells. Military Medicine. 2018;183(suppl_2):52-54.

289.     Ferrada P, Callcut RA, Skarupa DJ, Duane TM, Garcia A, Inaba K, Khor D, Ano V, Sperry J, Turay D, Nygaard RM, **Schreiber MA**, Enniss T, McNutt M, Phelan H, Smith K, Moore FO, Tabas I, Dubose, J AAST Multi-Institutional Trials Committee. Circulation First – The Time Has Come to Question the Sequencing of Care in the ABCs of Trauma: An American Association for the Surgery of Trauma Multicenter Trial. World Journal of Emergency Surgery. 2018 Feb 5;13:8. Doi:10.1186/s13017-018-0168-3. eCollection 2018.

290.     Byrge N, Heilburn M, Winkler N, Sommers D, Evans H, Cattin LM, Scalea T, Stein DM, Neideen T, Walsh P, Sims CA, Brahmbhatt TS, Galante JM, Phan HH, Malhotra A Stovall RT, Jurkovich GJ, Combra R, Berndtson AE, O'Callaghan TA, Gaspard SF, **Schreiber MA**, Cook MR, Demetriades D, Rivera O, Velmahos GC, Zhao T, Park PK, Machado-Aranda D, Ahmad S, Lewis J, Hoff WS, Suleiman G, Sperry J, Zolin S, Carrick MM, Mallory GR, Nunez J, Colonna A, Enniss T, Nirula R. AN AAST-MITC Analysis of Pancreatic Trauma: Staple or Sew? Resect or Drain? Journal of Trauma and Acute Care Surgery. 2018;85:435-443.

291.     Khan M, Jehan F, Bulger EM, O'Keeffe T, Holcomb JB, Wade CE, **Schreiber MA**, Joseph B; PROPPR Study Group. Severely Injured Trauma Patients with Admission Hyperfibrinolysis: Is There a Role of Tranexamic Acid? Findings from the PROPPR Trial. Journal of Trauma and Acute Care Surgery. 2018;85:851-857.

292.     Biffl WL, Moore EE, Feliciano DV, Albrecht RM, Croce MA, Karmy-Jones R, Namias N, Rowell SE, **Schreiber MA**, Shatz DV, Brasel KJ. Management of Colorectal Injuries: A Western trauma Association Critical Decisions Algorithm.  Journal of Trauma and Acute Care Surgery. 2018;85:1016-1020.

293.     Wang Y, Pati S, **Schreiber M**. Cellular therapies and Stem Cell Applications in Trauma. American Journal of Surgery. 2018:215:963 – 972.

294.     Wei S, Gonzalez-Rodriguez E, Chang R, Holcomb JB, Kao LS, Wade CE, **PROPPR Study Group**. Elevated Syndecan-1 After Trauma and Risk of Sepsis: A Secondary Analysis of Patients from the Pragmatic, Randomized Optimal Platelet and Plasma Ratios (PROPPR) Trial. Journal of the American College of Surgeons.  2018;227:587-595.

295.     Condron M, Scanlan M, **Schreiber M**. Massive Transfusion of Low-titer Cold-stored O-Positive Whole Blood in a Civilian Trauma Setting. Transfusion. 2018;9999;1-4.

296.     Rowell SE, Barbosa RR, Holcomb JB, Fox EE, Barton CA, **Schreiber MA**, On behalf of the PROMMTT Study Group. The Focused Assessment with Sonography in Trauma (FAST) in Hypotensive Injured Patients Frequently Fails to Identify the Need for Laparotomy: A Multi-institutional Pragmatic Study. Trauma Surgery & Acute Care Open.  2019;4:e000207.

297.      Bommiasamy AK, Connelly C, Moren A, Dodgion C, Bestall K, Cline A, Martindale RG, **Schreiber MA**, Kiraly LN. Institutional Review of the Implementation and Use of a Clostridium Difficile Infection Bundle and Probioticsin Adult Trauma Patients. American Journal of Surgery.  2018;215:825 - 830.

298.     Chang R, Fox EE, Green TJ, Swartz MD, DeSantis SM, Stein DM, Bulger EM, Melton SM, Goodman MD, **Schreiber MA**, Zielinski MD, O'Keeffe T, Inaba K, Tomasek JS, Podbielski JM, Appana S, Yi M, Johansson PI, Henriksen HH, Stensaballe J, Steinmetz J, Wade CE, Holcomb JB; PROHS Study Group. Abnormalities of Laboratory Coagulation Tests Versus Clinically Evident Coagulopathic Bleeding: Results from the Prehospital Resuscitation on Helicopters Study (PROHS). Surgery. 2018;163:819 – 826.

299.     Bommiasamy AK, Opel D, McCallum R, Yonge JD, Perl VU, Connelly CR, Friess D, **Schreiber MA**, Mullins RJ. Conscious Sedation Versus Rapid Sequence Intubation for the Reduction of Native Traumatic Hip Dislocation. American Journal of Surgery. 2018;216:869 – 873.

300.    Zilberman-Rudenko J, Zhao FZ, Reitsma SE, Mitrugno A, Pang J, Shatzel JJ, Rick B, Tyrrell C, Hasan W, McCarty OJT, **Schreiber MA**. Effect of Pneumatic Tubing System on Platelet Apheresis Units. Cardiovascular Eng Technol. 2018;9:515 – 527.

301.    Kobayashi LM, Brito A, Barmparas G, Bosarge P, Brown CV, Bukur M, Carrick MM, Catalano RD, Holly-Nicolas J, Inaba K, Kaminski S, Klein AL, Ley EJ, Martinez EM, Moore FO, Murry J, Nirula R, Paul D, Quick J, Rivera O, **Schreiber M**, Combra R. Laboratory Measures of Coagulation Among Trauma patients on NOAs: Results of the AAST-MIT.  Trauma Surgery Acute Care Open. 2018;Oct15;3(1):e000231.

302.    Pati S, **Schreiber M**, Rappold J. Introduction to the Supplement on Cellular Therapies in Trauma in Trauma and Critical Care Medicine. Transfusion.  2019;59:831-833.

303.    Lester ELW, Fox EE, Holcomb JB, Brasel KJ, Bulger EM, Cohen MJ, Cotton BA, Fabian TC, Kerby JD, O'Keefe T, Rizoli SB, Scalea TM **Schreiber MA**, Inaba K and The PROPPR Study Group. The Impact of Hypothermia on Outcomes in Massively Transfused Patients. Journal of Trauma and Acute Care Surgery.  2019;86:458-463.

304.    Trivedi A, Miyazawa B, Gibb S, Valanoski K, Vivona L, Lin M, Potter D, Stone M, Norris PJ, Murphy J, Smith S, **Schreiber M**. Bone Marrow Donor Selection and Characterization of MSCs is Critical for Pre-clinical and Clinical Cell Dose Production. Journal of Translational Medicine.  2019;17:128.

305.    Cardenas JC, Wade CE, Cotton Ba, George MJ, Holcomb JB, **Schreiber MA**, White NJ; PROPPR Study Group. TEG Lysis Shutdown Represents Coagulopathy in Bleeding Trauma Patients: Analysis of the PROPPR Cohort. Shock.  2019;51:273-283.

306.    Ballou J, Wang Y, **Schreiber M**, Kiraly L. 10 Years of Laparoscopic Common Bile Duct Exploration: A Single Tertiary Institution Experience. American Journal of Surgery. 2019;217:970 – 973.

307.    Smith S, Fair K, Goodman A, Watson J, Dodgion C, **Schreiber M**. Consumption of Alcohol Leads to Platelet Inhibition in Men. American Journal of Surgery. 2019;217:868 – 872.

308.    Miyazawa B, Trivedi A, Togarrati PP, Potter D, Baimukanova G, Vivona L, Lin M, Lopez E, Callcut R, Srivastava AK, Kornblith LZ, Fields AT, **Schreiber MA**, Wade CE, Holcomb JB, Pati S. Regulation of Endothelial Cell

Permeability by Platelet-Derived Extracellular Vesicles. Journal of Trauma and Acute Care Surgery. 2019;86:931 – 942.

309.     **National Heart, Lung and Blood Institute PETAL Clinical Trials Network**, Moss M, Huang DT, Brower RG, Ferguson ND, Ginde AA, Gong MN, Grissom CK, Grundel S, Hayden D, Hite RD, Hou PC, Hough CL, Iwasyna, Khan A, Lik KD, Talmor D, Thompson BT, Ulysse CA, Yealy DM, Angus DC. Early Neuromuscular Blockade in the Acute Respiratory Distress Syndrome. NEJM. 2019;380:1997 - 2008.

310.     Martin MJ, Holcomb J, Polk T, Hannon , Eastridge B, Malik SZ, Blackman V, Galante JM, Grabo D, **Schreiber M**, Gurney J, Butler FK, Shackelford S. The "Top 10" Research and Development Priorities for Battlefield Surgical Care: Results from the Committee on Surgical Combat Casualty Care Research Gap Analysis. Journal of Trauma and Acute Care Surgery. 2019;87:S14 – S21.

311.     Chang R, Kerby JD, Kakwarf KJ, Van Belle G, Fox EE, Cotton BA, Cohen MJ, **Schreiber MA**, Brasel K, Bulger EM, Inaba K, Rizoli S, Podbielski JM, Wade CE, Holcomb JB; PROPPR Study Group. Earlier Time to Hemostasis is Associated with Decreased Mortality and Rate of Complications; Results from the Pragmatic Randomized Optimal Platelet and Plasma Trial. Journal of Trauma and Acute Care Surgery. 2019;87:342 – 349.

312.     Barton CA, Hom M, Johnson NB, Case J, Ran R, **Schreiber M**. Protocolized Warfarin Reversal with 4-Facctor Prothrombin Complex Concentrate Versus 3-Factor Prothrombin Complex Concentrate with Recombinant Factor VIIa. American Journal of Surgery. 2018;215:775 – 779.

313.     Rowell SE, Barbosa RR, Holcomb JB, Fox EE, Barton CA, **Schreiber M**. The Focused Assessment with Sonography in Trauma (FAST) in Hypotensive Patients Frequently Fails to Identify the Need for Laparotomy: A Multi-institutional Pragmatic Study. Trauma Surgery Acute Care Open. 2019; Jan 24.

314.     Miskimins R, Pati S, **Schreiber M**. Barriers to Clinical Research in Trauma. Transfusion. 2019 Feb, 59(S1):846-853.

315.     Lester ELW, Fox EE, Holcomb JB, Brasel KJ, Bulger EM, Cohen MJ, Cotton BA, Fabian TC, Kerby JD, O'Keefe T, Rizoli S, Scalea TM, **Schreiber MA**, Inaba K; PROPPR Study Group. The Impact of Hypothermia on Outcomes in Massively Transfused Patients. Journal of Trauma and Acute Care Surgery. 2019 Mar; 86(3):458-463.

316.    Condron M, Scanlan , Schreiber M. Massive Transfusion of Low-titer Cold-stored Whole Blood in A Civilian Trauma Setting. Transfusion. 2019 Mar,59(3):927-930.

317.    Jones AR, Patel RP, Marques MB, Donnelly JP, Griffin RL, Pittet JF, Kerby JD, Stephens SW, Desantis SM, Hess JR, Wang HE; **PROPPR Study Group**. Older Blood is Associated with Increased Mortality and Adverse Events in Massively Transfused Patients: Secondary Analysis of the PROPPR Trial. Annals of Emergency Medicine. 2019 Jun;73(6):650-661.

318.    Myers SP, Brown JB, Leeper CM, Kutcher ME, Chen X, Wade CE, Holcomb JB, Schreiber MA, Cardenas JC, Rosengart MR, Neal MD; PROPPR Study Group. Early Versus Late Venous Thromboembolism: A Secondary Analysis of Data from the PROPPR Trial. Surgery. 2019;166:416 - 422.

319.    Smith SG, Dewey EN, Eastes LE, **Schreiber MA**. Efficacy of Prehospital Criteria in Identifying Trauma patients Susceptible to Undertriage. JAMA Surgery. 2019;154:973 – 974.

320.    Fair K, McCully B, Rick E, Dewey EN, Hilliard C, Dean R, Lin AL, Hinson HE, Barbosa RR, **Schreiber M**, Rowell SE. Fibrinolytic Activation in Patients with Progressive Intracranial Hemorrhage after Traumatic Brain Injury. Journal of Neurotrauma. 2019; Aug 6. [Epub ahead of print].

321.    Vasileiou G, Eid Al Qian S, Pust GD, Rattan R, Naimias N, Laretzakis A, Kaafarani HMA, Yeh DD; **EAST Appendicitis Study Group**. Appendicitis in Pregnancy: A Post-Hoc Analysis of an EAST Multicenter Study. Surgical Infections (Larchmt). 2019;87:134 – 139.

322.    Farrell DH, Rick EA, Dewey EN, **Schreiber MA**, Rowell SE.  Gamma Prime Fibrinogen Levels are Associated with Clot Strength in Traumatic Brain Injury Patients. American Journal of Surgery. 2020;220:459 – 463.

323.    Neal MD, Moore EE, Walsh M, Thomas S, Callcut RA, Kornblith LZ, Schreiber M, Ekeh AP, Singer AJ, Lottenberg L, Foreman M, Evans S, Winfield RD, Goodman MD, Freeman C, Millia D, Saillant N, Hartmann J, Achneck HE. A Comparison Between The TEG6S and TEG 5000 Analyzers to Assess Coagulation in Trauma Patients. Journal of Trauma and Acute Care Surgery. 2020;88:279 – 285.

324.    Cunningham AJ, Condron M, **Schreiber MA**, Azarow K, Hamilton NA, Downie K, Long WB, Maxwell BG, Jafri MA. Rotational Thromboelastometry

(ROTEM) Predicts Transfusion and Disability in Pediatric Trauma. Journal of Trauma and Acute Care Surgery. 2020;88:134-140.

325.     Schellenberg M, Brown CVR, Trust MD, Sharpe JP, Musonza T, Holcomb J, Bui E, Bruns B, Hopper HA, Truitt MS, Burlew CC, Inaba K, Sava J, Vanhorn J, Eastridge B, Cross AM, Vasak R, Vercuysse G, Curtis EE, Haan J, Coimbra R, Bohan P, Gale S, Bendix PG; **AAST Contemporary Management of Rectal Injuries Study Group**. Rectal Injury After Foreign Body Insertion: Secondary Analysis from the AAST Contemporary Management of Rectal Injuries Study Group. Journal of Surgical Research. 2020;247:541 – 546.

326.     Cunningham AJ, Dewey E, Lin S, Haley KM, Burns ED, Connelly CR, Moss L, Downie K, Hamilton NA, Krishnaswami S, **Schreiber MA**, Jafri MA. Pediatric Trauma Venous Thromboembolism Prediction Algorithm Outperforms Current Anticoagulation Prophylaxis Guidelines: A Pilot Study. Pediatric Surgery International. 2020;36:373 - 381.

327.     Moore HB, Gando S, Iba T, Kim PY, Yeh CH, Brohi K, Hunt BJ, Levy JH, Draxler DF, Stanworth S, Gorlinger K, Neal MD, **Schreiber MA**, Barrett CD, Medcalf RL, Moore EE, Mutch NJ, Thachil J, Urano T, Thomas S, Scarlatescu E, Walsh M; Subcommittees on Fibrinolysis, Disseminated Intravascular Coagulation and Perioperative and Critical Care Thrombosis and Hemostasis. Defining Trauma-Induced Coagulopathy with Respect to Future Implications for Patient Management: Communication from the SSC of the ISTH. Journal of Thrombosis and Haemostasis. 2020;18:740 – 747.

328.     Cunningham AJ, Dewey, Hamilton NA, **Schreiber MA**, Krishnaswami S, Jafri MA. Validation of a Venous Thromboembolism Prediction Algorithm for Pediatric Trauma: A National Trauma Data Bank (NTDB) Analysis. Journal of Pediatric Surgery. 2020;55:1127 – 1133.

329.     Smith S, Behrens B, McCully B, Murphy J, Bommiasamy A, Goodman A, Dewey E, Pati S, **Schreiber M**. Aggressive Treatment of Acute Kidney Injury and Hyperkalemia Improves Survival in a Combat Relevant Trauma Model in Swine. American Journal of Surgery. 2020;219:860 – 864.

330.     Smith S, Dewey E, VanSandt M, **Schreiber M**. Liquid Plasma Reduces Waste and Healthcare Expenses Compared to Thawed Plasma at a Level 1 Trauma Center. Journal of Trauma and Acute Care Surgery. 2020;89:867 - 870.

331.     Rogers CJ, Harman RJ, Bunnell BA, Schreiber MA, Xiang C, Wang FS, Santidrian AF, Minev BR. Rational for the Clinical Use of Adipose-Derived Mesenchymal Stem Cells for COVID-19 Patients. Journal of Translational Medicine.  2020;18:203.

332.     Qian S, Vasileiou G, Dodgion C, Ray-Zack MD, Zakrison T, Rattan R, Namias N, Yey DD, **East Appendicitis Group**. Narrow – Versus Broad – Spectrum Antibiotics for Simple Acute Appendicitis Treated by Appendectomy: A Post Hoc Analysis of EAST Mustang Study. Journal of Surgical Research. 2020;254:217 – 22.

333.     De Assis RR,Jain A, Nakajima R, Jasinskas A, Felgner J, Obiero JM, Adenaiye O, Tai S, Hong F, Norris P, Stone M, Simmons G, Bagri A, **Schreiber M**, Buser A, Holbro A, Battegay M, Milton DK, Prometheus Study Group; Davies H, Corash LM, Busch MP, Felgner PL, Khan S. Analysis of SARS-CoV-2 Antibodies in COVID-19 Convalescent Plasma Using a Coronovirus Antigen Microarray. Nature Communications. 2021;12:6. Apr 17:2020.04.15.043364.

334.     Zilberman-Rudenko J, Behrens B, McCully B, Dewey EN, Smith SG Murphy JM, Goodman A, Underwood SJ, Rick EA, Madtson BM, Thompson ME, Glser JJ, Holcomb JB, **Schreiber MA**. Use of Bilobed Partial Resuscitative Endovascular Balloon Occlusion of the Aorta (pREBOA) is Logistically Superior in Prolonged Management of a Highly Lethal Aortic Injury. Journal of Trauma and Acute Care Surgery. 2020;89:464 – 473.

335.     Cunningham AJ, Tobias J, Hamilton NA, **Schreiber MA**, Azarow KS, Jafri MA. Significant Practice Variability Exists in the Prevention of Venous Thromboembolism in Injured Children: Results from a Joint Survey of the Pediatric Trauma Society and the Trauma Center Association of America. Pediatric Surgery International.  2020;36:809-815.

336.     Nguyen M, Pirracchio R, Kornblith L, Callcut R, Fox EE, Wade CE, **Schreiber M**, Holcomb JB. Coyle J, Cohen M, Hubbard A. Dynamic Impact of Transfusion Ratios on Outcomes in Severely Injured Patients Targeted Machine Learning Analysis of the PROPPR Randomized Clinical Trial. Journal of Trauma and Acute Care Surgery. 2020;89:505 – 513.

337.     Gallaher JR, Dixon A, Cockroft A, Grey M, Dewey E, Goodman BS, **Schreiber M**. Large Volume Transfusion with Whole Blood is Safe Compared with Component Therapy. Journal of Trauma and Acute Care Surgery. 2020;89:238 – 245.

338.     Hauschildt KE, Seigworth C, Kamphuis LA, Hough CL, Moss M, McPeake JM, Iwashyna TJ: **National Heart, Lung, and Blood Institute (NHLBI) Prevention and Early Treatment of Acute Lung Injury (PETAL) Network**. Financial Toxicity after Acute Respiratory Distress Syndrome: A National Qualitative Cohort Study. Critical Care Medicine. 2020;48:1103 – 1110.

339.     Potter DR, Trivedi A, Lin M, Miyazawa BY, Vivona LR, McCully B, Nair A, **Schreiber MA**, Pati S. The Effects of Human Prothrombin Complex Concentrate on Hemorrhagic Shock Induced Lung Injury in Rats: Implications for Testing Human Blood Products in Rodents. Journal of Trauma and Acute Care Surgery. 2020;89:1068 – 1075.

340.     Naar L, Kim P, Byerly S, Vasileiou G, Zhang H, Yeh DD, Kaafarani HMA; **EAST Appendicitis Study Group**. Surgery. 2020;168:701-706.

341.     Smith A, Onyiego A, Duchesne J, Tatum D, Harris C, Moreno-Ponte O, Strumwasser A, Inaba K, O'Keeffe T, Black J, Quintana MT, Gupta S, Brocker J, Schreiber M, Pickett ML, Cripps MW, Guidry C. A Multi-Institutional Analysis of Damage Control Laparotomy in Elderly Trauma Patients: Do Geriatric Trauma Protocols Matter? **American Surgeon**. 2020;86:1135-1143.

342.     Dixon AL, McCully BH, Rick EA, Dewey E, Farrell DH, Morrison LJ, McMullan J, Robinson BRH, Callum J, Tibbs B, Dries DJ, Jui J, Gandhi RR, Garrett JS, Wwisfeldt ML, Wade CE, Aufderheide TP, Frascone RJ, Tallon JM, Kannas D, Williams C, Rowell SE, **Schreiber MA**, TXA in TBI Study Team. TXA Administration in the Field Does not Affect Admission TEG after Traumatic Brain Injury. Journal of Trauma and Acute Care Surgery. 2020;89:900 - 907.

343.     Anderson TN, Hinson HE, Dewey EN, Rick EA, **Schreiber MA**, Rowell SE. Early Tranexamic Acid Administration after Traumatic Brain Injury is Associated with Reduced Syndecan-1 and Angiopoietin-2 in Patients with Traumatic Intracranial Hemorrhage. Journal of Head Trauma Rehabilitation. 2020;35:317 – 323.

344.     De Roulet A, Kerby J, Weinberg J, Lewis R, Hudgins J, Shulman I, Fox EE, Holcomb JB, Brasel K, Buger E, Cohen M, Cotton B, Fabian T, O'Keeffe T, Rizoli S, Scalea T, **Schreiber M**, Inaba K; PROPPR Investigators. Group A Emergency Release Plasma in Trauma Patients Requiring Massive Transfusion. Journal of Trauma and Acute Care Surgery. 2020;89:1061 – 1067.

345.     Rowell SE, Meier EN, McKnight B, Kannas D, May S, Sheehan K, Bulger EM, Idris AH, Christenson J, Morrison LJ, Frascone RJ, Bosarge PL, Colella MR, Johannigman J, Cotton BA, Callum J, McMullan J, Dries DJ, Tibbs B, Richmond NJ, Weisfeldt ML, Tallon JM, Garrett JS, Zielinski MD, Aufderheide TP, Gandhi RR, Schlamp R, Robinson BRH, Jui J, Klein L, Rizoli S, Gamber M, Fleming M, Hwang J, Vincent LE, Williams C, Hendrickson A, Simonson R, Klotz P, Sopko G, Witham W, Ferrara M, **Schreiber MA**. Effect of Out-of-Hospital Tranexamic Acid vs Placebo on 6-Month Functional Neurologic Outcomes in Patients with

Moderate or Severe Traumatic Brain Injury. Journal of the American Medical Association. 2020;324:961 – 974.

346.    Drew B, Auten JD, Cap AP, Deaton TG, Donham B, Dorlac WC, DuBose JJ, Fisher AD, Ginn AJ, Hancock J, Holcomb JB, Knight J, Koerner AK, Littlejohn LF, Martin MJ, Morey JK, Morrison J, **Schreiber MA**, Spinella PC, Walrath B, Butler FK. The Use of Tranexamic Acid in Tactical Combat Casualty Care: TCCC Proposed Change 20-02. Journal of Special Operations Medicine. 2020;Fall;20:36 – 43.

347.    Holcomb JB, Moore EE, Sperry JL, Jansen JO, **Schreiber MA**, Del Junco DJ, Spinella PC, Sauaia, A, Brohi K, Bulger EM, Cap AP, Hess JR, Jenkins D, Lewis R, Neal MD, Newgard C, Pati S, Pusateri AE, Rizoli S, Russell RT, Shackelford SA, Sten DM, Steiner M, Wang H, Ward KR, Young P. Evidence Based and Clinically Relevant Outcomes for Hemorrhage Control Trauma Trials. Annals of Surgery. 2021;273:395 – 401.

348.    Trivedi A, Potter DR. Miyazawa BY, Lin M, Vivona LR, Khakoo MA, Antebi B, Lee A, Ishler B, Dickerson M, Kozar R, **Schreiber MA**, Holcomb JB, Fitzpatrick GM, Pati S. Freeze Dried Platelets Promote Clot Formation, Rescue Thrombin Induced Endothelial Cell Permeability, and Decrease Pulmonary Vascular Leak in a Murine Model of Hemorrhagic Shock. Journal of Trauma and Acute Care Surgery. 2021;90:203 - 214.

349.    Dixon A, Underwood S, **Schreiber M**. Implementing Thrombelastography: Experiences from a Level 1 Trauma Institution. Transfusion. 2020:60:S29 – S32.

350.    Velmahos GC, Demetriades D, Mahone E, Burke P, Davis K, Larentzakis A, Fikry K, El Moheb M, Kovach S, **Schreiber M**, Hassan M, Albrecht R, Dennis A. The Worst-Case Scenario: Bridging Repair with a Biologic Mesh in High-Risk Patients with Very Large Abdominal Wall Hernias – A Prospective Multicenter Study. Surgery.  2020:169:318-324.

351.    Jawas KA, Cioci A, Urrechaga E, Zhang H, Byerly S, Rattan R, Put GD, Namias N, Yeh DD, EAST **Appendicitis Research Group**. Impact of Delay in Appendectomy on the Outcome of Appendicitis: A Post Hoc Analysis of an EAST Multicenter Study. Surgical Infection.  2020;23:463-468.

352.    Yeh DD, Eid AI, young KA, Wild J, Kaafarani HMA, Raz-Zack M, Kana'an T, Lawless R, Cralley AL, Crandall M, EAST **Appendicitis Study Group**. Multicenter Study of the Treatment of Appendicitis in America Acute, Perforated and Gangrenous (MUSTANG), an EAST Multicenter Study. Annals of Surgery. 2021;273:545 – 556.

353.     Kruse M, Perez M, Blatt M, Zielonka T, Dolich M, Keric N, **Schreiber M**, Bini John, Hofmann L, Cohn Stephen. Marijuana Legalization and Rates of Crashing Under the Influence of Tetrahydrocannabinol and Alcohol. American Surgeon. 2021;Feb 15: [Epub ahead of print].

354.     McCully BH, Wade CE, Fox EE, Inaba K, Cohen MJ, Holcomb JB, **Schreiber MA**; and the PROPPR Study Group. Temporal Profile of the Pro- and Anti-inflammatory Responses to Severe Hemorrhage in Patients with Venous Thromboembolism: Findings from the PROPPR Trial. Journal of Trauma and Acute Care Surgery.  2021:90:845-852.

355.     Qian S, Vasileiou G, Pust GD, Zakrison T, Rattan R, Zielinski M, Ray-Zack M, Zeeshan M, Namias N, Yeh DD; **East Appendicitis Study Group**. Prophylactic Drainage after Appendectomy for perforated Appendicitis in Adults: A Post Hoc Analysis of an EAST Multi-Center Study. Surgical Infection (Larchmt). 2021 Apr 20: [Epub ahead of print].

356.     Brito AMP, **Schreiber M**. Prehospital Resuscitation. Trauma and Acute Care Surgery Open. 2021; May 10:e000729. Doi: 10.1136/tsaco-000729. eCollection 2021.

357.     Pati S, Fennern E, Holcomb JB, Barry M, Trivedi A, Cap AP, Martin MJ, Wade C, Kozar R, Cardenas JC, Rappold JF, Spiegel R, **Schreiber MA**.  Treating the Endotheliopathy of SARS-CoV-2 Infection with Plasma: Lessons Learned from Optimized Trauma Resuscitation with Blood Products. Transfusion. 2021;61:S336 – S347.

358.     Holcomb JB, Spinella PC, Apelseth TO, Butler FK, Cannon JW, Cap AP, Corley JB, Doughty H, Fitzpatrick M, **Schreiber MA**, Shinar E, Yazer M. Civilian Walking Blood Bank Emergency Preparedness Plan. Transfusion. 2021;61:S313 – S325.

359.     Hall C, Nagengast AK, Knapp C, Behrens B, Dewey EN, Goodman A, Bommiasamy A, **Schreiber M**. Massive Transfusions and Severe Hypocalcemia: An Opportunity for Monitoring and Supplementation Guidelines. Transfusion. 2021;61:S188 – S194.

360.     Nichol G Zhuang R, Russell R, Holcomb JB, Kudenchuk PJ, Aufderheide TP, Morrison L, Sugarman J, Ornato JP, Callaway CW, Vaillancourt C, Bulger E, Christenson J, Daya MR, **Schreiber M**, Idris A, Podbielski JM, Sopko G, Wang H, Wade CE, Hoyt D, Weisfeldt ML, May S. Variation in Time to Notification of Enrollment and Rates of Withdrawal in Resuscitation Trials Conducted Under Exception from Informed Consent. Resuscitation. 2021 Aug 9; [Epub ahead of print].

361. Tobias J, Cunningham A, Krakauer K, Nacharaju D, Moss L, Galindo C, Robets M, Hamilton NA, Olsen K, Emmons M, Quakenbush J, **Schreiber MA**, Burns BS, Sheridan D, Hoffman B, Gallardo A, Jafri MA. Injury and Epidemiology. 2021 Sep 13;8(Suppl 1):31.doi: 10.1186/s40621-021-00318-2.

362. Cannon JW, Dias JD, Kumar MA, Walsh M, Thomas SG, Cotton BA, Schuster JM, Evans SL, Schreiber MA, Adam EH Zacharowski K, Hartmann J, Schochl H, Kaplan LI. Use of Thromboelastography in the Evaluation and Management of Patients With Traumatic Brain Injury: A Systematic Review and Meta-Analysis. Critical Care Explorations. 2021;3:e0526. Doi: 10.1097/CCE.000000000526. eCollection 2021 Sep.

363. Martin CA, Vorn R, **Schreiber M**, Lai C, Yun S, Kim H, Gill J. Identification of DNA Methylation Changes that Predict Onset of Post-Traumatic Stress Disorder and Depression Following Physical Trauma. Frontiers in Neuroscience.  2021;15:doi:10.3389/fnins.2021.73847.

364. Anderson TN, **Schreiber MA**, Rowell SE. Viscoelastic Testing in Brain Injury: Key Research Insights. Transfusion Medicine Review. 2021; Sep 4; Doi:10.1016. Online ahead of print.

**365.** Barton CA, Oetken HJ, Roberti GJ, Dewey EN, Goodman A, **Schreiber M**. Thromboelastography with Platelet Mapping: Limited Predictive Ability in Detecting Preinjury Antiplatelet Agent Use. Journal of Trauma and Acute Care Surgery. 2021;91:803 – 808.

366. Chiang E, Case J, Cook MR, **Schreiber M**, Sorenson C, Barton C. Sedation and Analgesia Needs in Methamphetamine Intoxicated patients:  Much Ado About Nothing. Injury. 2021 Nov 1:S0020-1383(21)00893-7. DOI: 10.1016/J.Injury. 2021.10.021. [Online ahead of print].

367. Saillant NN, Kornblith Z, Moore H, Barrett C, **Schreiber MA**, Cotton B Neal MD, Makar R, Cap AP. The National Blood Shortage – An Impetus for Change. Annals of Surgery. 2022 Jan 25. [Online ahead of print].

368. Harmer J, Dewey EN, Meier EN, Rowell SE, **Schreiber MA**.  Tranexamic Acid is not Inferior to Placebo with Respect to Adverse Events in Suspected TBI Patients not in Shock with a Normal Head CT: A Retrospective Study of a Randomized Trial. Journal of Trauma and Acute Care Surgery.  2022;93:98 – 105. Mar 30. doi: 10.1097/TA.0000000000003635. [Online ahead of print].

369. Gurney JM, Jensen SD, Gavitt BJ, Edson TD, Brown SR, Cunningham CW, Drew BG, Eckert MJ, Hall AB, Holcomb JB, Knipp BS, Lesperance RN, Polk TM, **Schreiber MA**, Tadlock MD, Shackelford SA. Committee on Surgical Combat Casualty Care Position Statement on the Use of Single Surgeon Teams and Invited Commentaries. Journal of Trauma and Acute Care Surgery. 2022; 93:S6 – S11.

370.     Medrano NW, Villarreal CL, Mann NC, Price MA, Nolte, KB, MacKenzie, EJ, Bixby P, Eastridge BJ, **MIMIC Study Group**. Activation and on-scene intervals for severe trauma EMS interventions: An analysis of the NEMSIS database, Prehospital Emergency Care. 2022; April. Doi: 10.1080/10903127.2022.2053615. [Online ahead of print].

371.     Tolles J, Beiling M, **Schreiber MA**, Del Junco DJ, McMullan JT, Guyette FX, Wang H, Jansen JO, Meurer WJ Mainali S, Yadav K, Lewis RJ. An Adaptive Platform Trial for Evaluating Treatments in Patients with Life-Threatening Hemorrhage from Traumatic Injuries: Rationale and Proposal. Transfusion. 2022; Aug;62 Suppl 1:S231 – S241. PMID: 35732508.

372.     Barton CA, Shapiro DS, Webb AJ, Gontarz B, **Schreiber M**. Safety of Prophylactic Anticoagulation During Bedside Procedures: A Prospective Multicenter Observational Study. 2022; July 19. Doi:10.1007/s00268-022-06666-2. PMID: 35854014.

373.     Dahn K, Karp DG Singhal M, Tankasala A, Gebhart D, de Jesus Cortez F, Tandel D, Robinson PV, Seftel D, Stone M, Simmons G, Bagri A, **Schreiber MA**, Buser A, Holbro A, Battegay M, Morris MK, Hanson C, Mills JR, Granger D, Theel ES, Stubbs JR, Corash LM, Tsai CT. Detection of Neutralizing Antibodies Against Multiple SARS-CoV-2 Strains in Dried Blood Spots Using Cell-Free PCR. Nature Communications. 2022; Jul 21:13(1):4212. doi: 10.1038/s41467-022-319321-y. PMID: 35864123

374.     Rizzo AG, Martin MJ, INaba K, **Schreiber M**, Brasel K, Sava JA, Ciesla D, Sperry JL, Kozar R, Brown CV, Moore EE. Pregnancy in Trauma – A Western Trauma Association Algorithm. Journal of Trauma and Acute Care Surgery. 2022;93: e139 – e142. Jul 8. doi: 10.1097/TA.0000000000003740. [Online ahead of print]. PMID: 35801805

375.     Gurney JM, Staudt AM, del Junco DJ, Holcomb J, Martin M, Spinella, Trevino JD, Corley JB, Taylor AL, Rohrer A, **Schreiber M**, Cap A. Determining Resuscitation Outcomes in Combat Casualties: Design of the Deployed Hemostatic Emergency Resuscitation of Traumatic Exsanguinating Shock (Deployed HEROES) Study. Journal of Trauma and Acute Care Surgery. 2022;93:S22 – S29.

376.     Webb AJ, Oetken HJ, Plott AJ, Knapp C, Munger DN, Gibson E, **Schreiber M**, Barton CA. The Impact of Low-Dose Aspirin in the Brain Injury Guideline on Outcomes in Traumatic Brain Injury: A Retrospective Cohort Study. Journal of Trauma And Acute Care Surgery. 2022; 94:320 – 327. PMID: 35999660

377.     Brito AMP, **Schreiber MA**, El Haddi J, Meier EN, Rowell SE. The Effects of Timing of Prehospital Tranexamic Acid on Outcomes after Traumatic Brain Injury; Sub Analysis of a Randomized Controlled Trial. Journal of Trauma and Acute Care Surgery. 2023;94:86-92. PMID 36138535

378.     Tobias J, Labuz DF, Cunningham A, Dixon A, Selesner L, Moss L, Dewe E, Haley KM, Burns E, **Schreiber M**, Wilson R, Hamilton NA, Jafri MA. Venous Thromboembolic Screening in Pediatric Trauma: A Prospective Cohort Study of Risk-stratified Ultrasonography. Journal of Trauma and Acute Care Surgery. 2023;94:107-112. PMID 36155609

379.     Hoyos Gomez, T, El Haddi SJ, Grimstead-Arnold SL, **Schreiber MA**. The Effect of the Belmont Rapid Infuser on Cold Stored Whole Blood Coagulability. Injury. 2022;Sep 27. doi: 10.1016/j.injury.2022.09/033. [Online ahead of print]. PMID 36180259

380.     Henry R, Liasidis PK, Olson B, Clark D, Gomez TH, Ghafil C, Ding L, Matsushima K, **Schreiber M**, Inaba K. Disparities in Care Among Gunshot Victims: A Nationwide Analysis. Journal of Surgical Research. 2022;283:59 – 69. PMID 56372028

381.     Gelbard RB, Nahmias J, Byerly S, Ziesmann M, Stein D, Haut ER, Smith JW, Boltz M, Zarzaur B, Callum J, Cotton BA, Cripps M, Gunter OL, Holcomb JB, Kerby J, Kornblith LZ, Moore EE, Riojas CM, **Schreiber M**, Sperry JL, Yeh DD. Establishing a Core Outcomes Set or Massive Transfusion: An EAST Modified Delphi Method Consensus Study. Journal of Trauma and Acute Care Surgery. 2023. DOI: 10.1097/TA.00000000000003884. [Online ahead of print].

## PUBLISHED ABSTRACTS

1.   Morrison CA, Capps R, Hoshow N, **Schreiber MA**, Simultaneous Hyperparathyroidism and Pancreatitis with Cholelithiasis in the Gravid Patient. Southern Medical Journal. 1996; 89:S122.

2.   **Schreiber MA**, Gentilello LM, Rhee P. Jurkovich GJ, Maier RV, Limiting Computed Tomography to Patients With Peritoneal Lavage Positive Results Reduces Cost and Unnecessary Celiotomies in Blunt Trauma. Journal of the American Medical Association.  1996;276;1702g.

3.   Parker MV, **Schreiber MA**, Substernal Goiter: Is Operative Management Mandatory. Southern Medical Journal. 1998;91;S104.

4.   Le DV, Ceruti RP, Nessen SC, **Schreiber MA**, Bradley JP, Giant Carcinomatous Lung Abscess. Southern Medical Journal.  1998;91;S18.

5.   **Schreiber MA**, Aoki N, Scott BG, Robertson C, Beck Jr, Valadka A, Determinants of Mortality in Patients with Severe Blunt Head Injury. Journal of Trauma.  2000;49:1165.

6.   **Schreiber MA**, Brill SA, Stewart T. Base Deficit Does not Predict Mortality When it is Secondary to Hyperchloremic Acidosis. Shock. 2001;Supplement to Volume 15:1.

7.   **Schreiber MA**, Charles N, Kopchinski B, Stewart T. The Effect of Urokinase on Bleeding and the Coagulation Cascade in a Pig Liver Injury Model. Supplement to The Journal of Thrombosis and Haemostasis, Abstract P407, July 2001 (ISSN 0340-6245)

8. **Schreiber MA,** Holcomb JB, Hedner U, Brundage SI, Macaitis J, Meng ZH, Aoki N, Tweardy D, Hoots K. The Effect of Recombinant Factor VIIa on Non-coaguopathic Pigs with Grade V Liver Injuries. Supplement to The Journal of Thrombosis and Haemostasis, Abstract OC 1762, July 2001 (ISSN 0340-6245)

9. **Schreiber MA,** Holcomb JB, Conaway CW, Campbell KD, Wall M, Mattox KL. Military Trauma Training Performed in a Civilian Trauma Center. Journal of Surgical Research. 2001;100:272.

10. **Schreiber MA,** Holcomb JB, Brundage SI, Macaitis JM, Tweardy DJ, Hedner U, Hoots K. The Effect of Recombinant Factor VIIa on Coagulopathic Pigs with Grade V Liver Injuries. Journal of Trauma.  2001;51:1233.

11. Brundage SI, **Schreiber MA**, Mastrangelo MA, Holcomb JB, Macaitis J, Moreno CE, Tweardy DJ. Uncontrolled Hemorrhagic Shock in Swine Causes Liver Injury Accompanied by Local Production of Interleukin-6 and Granulocyte Colony-Stimulating Factor mRNA. Journal of Trauma.  2001;51:1234.

12. Brundage SI, **Schreiber MA**, Holcomb JB, Zautke NA, Mastrangelo MA, Xu XQ, Macaitis JM, Tweardy DJ. Recombinant Activated VII for Adjunctive Hemorrhage Control Reduces Nuclear Factor Kappa Beta Activation in a Hypothermic Coagulopathic Swine Model of Uncontrolled Hemorrhagic Shock. Shock. 2003;Supplement to Volume 19:134.

13. Todd SR, Malinoski D, **Schreiber MA**. Lactated Ringer's is Superior to Normal Saline in Uncontrolled Hemorrhagic Shock. Shock. 2003;Supplement to Volume 19:169.

14. Todd SR, Malinoski D, **Schreiber MA**. Hextend Attenuates the Hypercoagulability Following Severe Liver Injury in Swine. Journal of Trauma. 2004;56:226.

15. Stefater, Brundage SI, Watters J, Zautke N, Todd SR, Lam, **Schreiber MA.** Lacated Ringer's does not Increase Inflammation after Shock. Shock 2004;Supplement to Volume 21:458.

16. **Schreiber MA**, Differding JA, Thorborg P, Mayberry JC, Mullins RJ. Hypercoagulability is Most Prevalent Early after Injury and in Females.  Journal of Trauma.  2004;57:445.

17. Differding JA, Watters JM, Muller PJ, **Schreiber MA**. The Correlation between Mean Arterial Blood Pressure and Tissue Oxygenation after Uncontrolled Hemorrhagic Shock. Journal of Surgical Research.  2004;126:336-337.

18. Watters JM, Jackson T, Muller PJ, Malinoski D, Todd SR, **Schreiber MA**. Fluid Resuscitation Increases Inflammatory Response to Traumatic Injury. Journal of Trauma.  2004;57:1378.

19. Watters JM, Differding JA, Muller PJ, **Schreiber MA**. A Single Bolus of 3% Hypertonic Saline with Dextran Provides Optimal Resuscitation after Uncontrolled Hemorrhagic Shock. Journal of Trauma.  2005;58:216.

20. Wiesberg TT, Differding JA, Enomoto TM, Sawai RS, Muller PJ, **Schreiber MA**. Resuscitation with Lactated Ringer's (LR) vs. Normal Saline (NS) Leads to a Hypercoagulable State in an Uncontrolled Hemorrhagic Shock Swine Model. Journal of Trauma.  2006;59:1538.

21. Sawai RS, Differding JA, Watters JM, **Schreiber MA.** Circulating Interleukin-8 is Predictive of Inflammatory Dysfunction in Trauma. Journal of Trauma. 2006;59:1541.

22. Englehart M, Tieu B, Kiraly L, Sawai R, **Schreiber MA**. The Influence of Anesthesia on a Swine Model of Hemorrhagic Shock. Shock.  2006;25:58.

23. Tieu B, Enomoto TM, Phillips C, Hagg D, Wiesberg T, Muller P, **Schreiber MA**. Resuscitation with Normal Saline (NS) Increased Volume Requirement, Increased Cardiac Output and Decreased Systemic Vascular Resistance compared to Lactated Ringers (LR) in an Uncontrolled Hemorrhagic Shock Model in Swine. Journal of the American College of Surgeons.  2006;32:S32.

24. Karmy-Jones R, Jurkovich GJ, Velmahos GC, Burdick T, Spaniolas K, Todd SR, McNally M, Jacoby RC, Link D, Janczyk RJ, Ivascu FA, McCann M, Obeid F, Hoff WS, McQuay N, Tieu BH, **Schreiber MA**, Niurla R, Brasel K, Dunn JA, Gambrell D, Huckfeldt R, Harper J, Schaffer KB, Tominaga GT, Vinces FY. Practice Patterns and Outcomes of Retrievable Vena Cava Filters in Trauma Patients: AAST Multi-Center Study. Journal of Trauma.  2006;61:491.

25. Perkins J, **Schreiber MA**, Wade CE, Holcomb JB. Early vs. Late Recombinant Factor VIIa Usage in Trauma patients Requiring Massive Transfusion in Combat Support Hospitals. Journal of Trauma.  2006;61:505.

26. Kiraly LN, Sawai RS, Watters JM, Differding JA, Wiesberg TT, Muller PJ, **Schreiber MA**. 7.5% Saline with Dextran Resuscitation Causes Dysfunctional Inflammation in Uncontrolled Hemorrhagic Shock. Journal of Trauma. 2006;61:1559.

27. Englehart MS, Kiraly LN, Tieu BH, Sawai RS, Underwood SA, Muller PJ, **Schreiber MA**. Ketamine-Based Total Intravenous Anesthesia (TIVA) is Superior to Isoflurane (ISO) in a Swine Model of Hemorrhagic Shock. Journal of Trauma.  2006;61:1559.

28. Norton RL, Mullins RJ, Hedges JR, **Schreiber MA**, Eastes L. Matching trauma team response to need in a level 1 trauma system. Presented at the 2006 ACEP Scientific Assembly (New Orleans, LA, October, 2006). Ann Emerg Med 2006;48(4, Suppl 1):S84.

29. Tieu B, Luem BS, Riha G, **Schreiber MA**. The Use of the Wittmann patch Facilitates a High Rate of Fascial Closure in Severely Injured Trauma Patients and Critically Ill Emergency Surgery Pateints. Journal of Trauma.  2007;62:273.

30. Gee A, Sawai R, Differding J, Underwood S, **Schreiber M**. The Influence of Sex Hormones on Coagulation & Inflammation in the Trauma Patient. Shock. 2007;27:67.

31. Sondeen J, Shults C, Holcomb J, Alam H, **Schreiber MA**. Reproducibility of a Complex Hemorrhage Shock Model and Tissue Injury in Swine at Three Academic Research Centers. Shock.  2007;27:74.

32. **Schreiber MA**, Esposito TJ. Research: Questions and Answers from Academic Trauma Surgeons. Journal of Trauma.  2007;63:484.

33. Englehart MS, Tieu BH, Cho SD, Morris MS, Underwood SJ, Muller PJ, **Schreiber MA**. A Novel Highly Porous Silica and Chitosan based Hemostatic Dressing is Superior to Hemcon and Gauze Sponges. Journal of Trauma. 2007;63:1429.

34. Phillips CR, Hagg DS, Tieu BH, Enomoto TM, Sawaii RS, Wiesberg TT, Differding JA, Watters JM, **Schreiber MA**. Early Resuscitation of Hemorrhagic Shock in Swine: A comparison of the Effects of Normal Saline And Lactated Ringer's on EVLW Formation, Osxygenation and Hemodynamics. Critical Care. 2007;11(supplement 2):406.

35. Kiraly LN, Englehart MS, Tieu BH, Differding JA, Underwood SJ, Singh G, **Schreiber MA**. Transfusion of Stored Bed Blood Cells Results in Decreased Tissue Oxygenation in Critically Injured Trauma Patients. Journal of Trauma. 2008;64:247.

36. Gee AC, Englehart MS, Tieu BH, Cho SD, Morris MS, Krahan A, Underwood, Muller PJ, **Schreiber MA**. Comparison of Inhaled and Intravenous Anesthetic Regimens on Hemodynamics and Inflammation in a Porcine Model of Goal-Directed Resuscitation of Hemorrhagic Sock. Journal of Surgical Research. 2008;144:425.

37. **Schreiber MA**. Point of Care Diagnostics for Assessment of Acute Coagulopathy. Inflammation Research.  2010;59:S114.

38. **Schreiber MA**. The Use of the Wittmann Patch Facilitates a High Rate of Fascial Closure in Severely Injured Trauma and Critically Ill Surgery Patients. Inflammation Research. 2010;59:S138.

39. **Schreiber MA**. Indications for and Use of Pre-thawed Fresh Frozen Plasma. Inflammation Research. 2010;59:S148.

40. Hamilton G, Spoerke N, Alexandridids A, Kremenevskiy I, Cho S, Zink K, Differding J, Karahan A, Watters J, Sondeen J, Holcomb J, **Schreiber M**. Lyophilized Plasma Decreases Pro-Inflammatory Cytokine Synthesis in Severe Hemorrhagic Shock. Shock. 2010;33:P62.

41. Van P, Holden W, Spoerke N, Sambasivan C, Differding J, Watters J, Phillips C, **Schreiber M**. Nitric Oxide Regulates Auto-Resuscitation in Hemorrhagic Shock. Shock. 2010;33:P105.

42. Riha GM, Kunio NR, Van PY, Kremenevskiy I, Anderson R, Hamilton GJ, Differding JA, **Schreiber MA**. Uncontrolled Hemorrhagic Shock Results in a Hypercoagulable State Modulated by Initial Fluid Resuscitation Regimens. Journal of the American College of Surgeons. 2011;213:S55.

43. Kunio NR, Riha GM, Watson KM, Kremenevkiy IV, Differding JA, **Schreiber MA**, Watters JM. Chitosan Based Hemostatic Dressing is Associated with Decreased Blood Loss in a Swine Uncontrolled Hemorrhage Model. Journal of the American College of Surgeons. 2012;215:S54.

44. Barton JS, Fischer PE, Underwood SJ, **Schreiber MA**, Watters JM. Pediatric Venous Thromboembolism Following Trauma: A Review of the National Trauma Data Bank. Journal of the American College of Surgeons. 2012;215:S77.

45. Barton JS, Fischer PE, Underwood SJ, **Schreiber MA**, Watters JM. Pediatric Venous Thromboembolism Following Trauma: A Review of the National Trauma Data Bank. Journal of the American College of Surgeons. 2012;215:S77.

46. Hampton DA, McCully BH, Lee TH, Kutcher M, Redick BJ, Podbielski J, Welch T, Cohen MJ, Cotton BA, **Schreiber MA**. Obese Patients are at Increased Risk for Venous Thromboembolism in Trauma. Journal of the American College of Surgeons. 2013;217:S51.

47. McCully SP, Hampton DA, Lee TH, Redick BJ, Kutcher ME, Podbielski JM, Diggs BS, Cotton BA, Cohen MJ, **Schreiber MA**. Hypotension, Anemia, and Abnormal Partial Thromboplastin Time Accutrately predict the Need for Massive Transfusion in Trauma Patients. Journal of the American College of Surgeons. 2014;219:S45.

48. Martin DT, Gries H, Diggs BS, Koh JL, Selden NR, **Schreiber MA**, Kuang AA. Implementation of Tranexamic Acid to Reduce Blood Loss During Cranial Vault Remodeling for Craniosynostosis at a Single Institution. Plastic Reconstructive Surgery. 2014;134(4 Supp 1):22.

49. Case J, Delrahim M, Dizdarevic J, Khan N, Khan A, **Schreiber M**, Nichols D, DeLoughery T. Association between TRALI and Massive Transfuion for Gastrointestinal Bleeding in a Tertiary MICU. Critical Care Medicine. 2014;42(12 Supp):420.

50. Barton C, Case J, Ferguson M, Johnson N, Roberti G, Zimmerman J, McMillian W, **Schreiber M**. Elevated Risk of Thromboembolic Events after Novel Anticoagulation Reversal Protocol. Critical Care Medicine. 2014;42(12 Supp):460.

51. Undurraga VJ, Ham B, Laird A, Mullins RJ, Diggs BS, **Schreiber MA**. Rural Trauma Team Development Course Decreases Transfer Times. Journal of the American College of Surgeons. 2015;221:S135.

52. Chang AL, Hoehn RS, Jernigan PL, **Schreiber M**, Robinson BR, Pritts TA. Previous Cryopreservation Accelerates Subsequent Liquid-Phase Development of the Red Blood Cell Storage Lesion. Shock. 2015;43:S169.

53. Cannon JW, Hurst K, Brostoff N, Namas R, Cotton B, **Schreiber M**, Chung S, Chang A, Cap A, Vodovotz Y. Trauma In Silico: A Computational Model of Acute Hemorrhage, Coagulopathy and Resuscitation. Shock. 2016;45:S90.

54. Connelly CR, Martin DT, Kemp Bohan, PM, Zeppenfeld D, Dean R, Rick ER, **Schreiber MA**, McCully BH. Obese Rats Demonstrate an Imbalance in Thrombomodulin to Endothelial Protein C Receptor Expression after Hemorrhagic Shock. Shock. 2017;47:S72.

55. Schreiber M. Prehospital Tranexamic Acid Improves Survival After Traumatic Brain Injury in Patients with Intracranial Hemorrhage. Shock. 2019;51:39.


## CHAPTERS

1. Hirshberg A, **Schreiber MA**. Crucial Controversies in Vascular Trauma. In: Schein M, Wise L (Editors) – Crucial Controversies in Surgery, Volume 4, Lippincott Williams & Wilkins, Philadelphia. pp 321-324, 2000.

2. **Schreiber MA**, Mattox KL. Visceral Vascular Injury. In: Yao JS, Pearce WH, (Editors) - Current Techniques in Vascular Surgery, McGraw-Hill. pp 401-418, 2000.

3. **Schreiber MA.** Approach to Penetrating Abdominal Trauma. In: Toy EC, Liu TH (Editors) - Case Files: Surgery, McGraw-Hill, New York. pp 149-156, 2004.

4. Mayberry JC, **Schreiber MA.** Guest Editors. Trauma. Critical Care Clinics, Volume 20, Saunders, Philadelphia. 2004.

5. **Schreiber MA**. Approach to Penetrating Trauma. In: Toy EC, Liu TH, Campbell AR (Editors) – Case Files 2nd Edition: Surgery, McGraw-Hill, New York. pp 121-127, 2006.

6. **Schreiber MA**, Tieu B, Kiraly L, Englehart M. Resuscitation Fluids. In: Asensio JA, Trunkey DD (Editors) – Current Therapy of Trauma and Surgical Critical Care. Mosby Elsevier, Philadelphia. pp 106-114, 2008.

7. Englehart M, Tieu B, **Schreiber MA**. Endpoints of Resuscitation. In: Asensio JA, Trunkey DD (Editors) – Current Therapy of Trauma and Surgical Critical Care. Mosby Elsevier, Philadelphia. pp 143-146, 2008.

8. Malinoski DJ, **Schreiber MA**, Mullins RJ. "Correlation of Central Venous and Arterial Blood Gas Measurements in Mechanically Ventilated Trauma Patients." International Respiratory Care Clinics and Technology: Update in Respiratory Care Technology. pp 508-513, 2008.

9. **Schreiber MA**. Approach to Penetrating Trauma. In: Toy EC, Liu TH, Campbell AR (Editors) – Case Files 3rd Edition: Surgery, McGraw-Hill, New York. pp 139 - 145, 2009.

10. Van PY, **Schreiber MA**. Initial Evaluation and Resuscitation of the Trauma Patient. In: Cameron JL, Cameron AM (Editors) – Current Surgical Therapy 10th Edition. Elsevier Saunders, Philadelphia. pp 891 – 895, 2011.

11. Nahooraii R, **Schreiber MA**. Postoperative Resuscitation. In: Martin MJ, Beekley AC (Editors) – Front Line Surgery 1st Edition: Springer, New York. pp 421 – 429, 2011.

12. Villalba MR, **Schreiber MA**. Coagulopathies, Thrombotic disorders and Blood Component Therapy. In: Roberts PR, Todd SR (Editors) – Comprehensive Critical Care: Adult 1st Edition: Society of Critical Care Medicine, Mount Prospect, Illinoi: pp 550 – 569, 2012.

13. Kunio NR, **Schreiber MA**. Topical Hemostatic Agents.  In:  Kitchens CS, Kessler CM, Konkle BA (Editors) – Consultative Hemostasis and Thrombosis 3rd Edtion: Elsevier Saunders, Philadelphia. pp 538 – 545, 2013.

14. Pharaon KS, **Schreiber MA**. Subclavian Artery and Vein Injuries. In: Dua A, Desai SS, Holcomb JB, Burgess AR, Freischlag JA (Editors) – Clinical Review of Vascular Trauma: Springer, Heidelberg, New York, Dordrecht, London. pp 169 – 180, 2014.

15. Fischer PE, DeLoughery TG, **Schreiber MA**. Hematologic Changes with Aging. In: Yelon JA, Luchette FA (Editors) – Geriatric Trauma and Critical Care. Springer, New York, Heidelberg, Dordrecht, London. pp 55 – 60, 2014.

16. Barbosa R, Tieu B, Kiraly L, Englehart M, **Schreiber M**, Rowell S. Resuscitation Fluids. In: Ascensio JA, Trunkey DT (Editors) – Current Therapy of Trauma and Surgical Critical Care 2nd Edition: Elsevier, Philadelphia. pp 70 – 76, 2016.

17. Rowell S, Barbosa R, Englehart M, Tieu B, **Schreiber M**. Endpoints of Resuscitation. Resuscitation Fluids. In: Ascensio JA, Trunkey DT (Editors) – Current Therapy of Trauma and Surgical Critical Care 2nd Edition: Elsevier, Philadelphia. pp 123 – 126, 2016.

18. Sherry SP, **Schreiber MA**. The Open Abdomen and Temporary Abdominal Closure Techniques. In: Taylor DA, Sherry SP, Sing RF. (Editors) – Interventional Critical Care. Springer, Switzerland. pp 339 – 348, 2016.

19. **Schreiber MA**. (Commentary) Authors: Norman H, Hong JJ. Large Bowel Obstruction. In: Cohn SM, Dolich MO, Inaba K. (Editors) – Acute Care Surgery and Trauma, Evidenced – Based Practice. CRC Press, Boca Raton, Florida.  p 536, 2016.

20. Lee T, **Schreiber MA**. Fluids and Electrolytes in Clinical Decision Support: Surgery, edited by Lillemoe K, de Moya M, House M, Hutter M. 2016.  Decision Support in Medicine, LLC. Wilmington, DE.

21. Yonge JD, Bohan PK, Connelly CR, **Schreiber MA**. An Initial Approach to the Bleeding Patient. In: Hemorrhagic Shock, Recognition, Pathophysiology and Management, edited by Pascual JL, Cannon JW. Nova Science Publishers, Inc. New York, NY. Pp 79-103, 2017.

22. Villalba MR, **Schreiber MA**. Coagulopathies, Thrombotic Disorders and Blood Component Thereapy. In: Roberts PR, Todd Sr. (Editors) - Comprehensive Critical Care, 2nd Edition: Adult, Society of Critical Care Medicine. Mount Prospect, IL. Chapter 31.  2017.

23. Nahoouraii R, **Schreiber M**, Bernard AC. Postoperative Resuscitation. In: Martin MJ, Beekley AC, Eckert MJ (Editors) – Front Line Surgery, 2nd Edition: Springer. Cham, Switzerland. pp 581 – 594. 2017.

24. Nielsen J, Van P, **Schreiber M**. Modern Combat Casualty Care. In: Moore EE, Feliciano DV, Mattox KL. Trauma, 8th Edition: McGraw Hill Education. New York, NY. pp 999 – 1018. 2017.

25. Davis BL, **Schreiber M**. Endpoints of Resuscitation. In: Salim A, Inaba K, Martin MJ. Surgical Critical Care Therapy, A Clinically Oriented Practical Approach. Springer. Cham, Switzerland. pp 107 – 113. 2018.

26. Smith S, **Schreiber MA**. Evaluating the Acute Abdomen. In: Brown CVR, Inaba K, Martin MJ Salim A. Emergency General Surgery. Springer. Cham, Switzerland. pp 13 – 26. 2019.

27. Gallaher JR, Grudziak J, **Schreiber MA**. Consideration of Anticoagulation: Surgical Care for the Elderly in Current Geriatrics Reports. In: Luchette F, Gonzalez R. Current Geriatrics Reports. Springer Science+Business Media, LLC, part of Springer Nature.  https://doi.org/10.1007/s13670-019-00290-w. 2019.

28. Van PY, Gurney JM, **Schreiber MA**. Modern Combat Casualty Care. In: Feliciano DV, Mattox KL, Moore EE, Alam HB, Ball CG, Inaba K, Kozar R, Livingston DH, **Schreiber MA**. Trauma. McGraw Hill. NY, NY. 1077 – 1098. 2020.

29. Gee AC, **Schreiber MA**. Colloids and Crystalloids. In: Spinella PC.  Damage Control Resuscitation. Springer. Cham, Switzerland. pp 245 – 257.  2020.

30. Wang Y, **Schreiber MA**. Frozen Red Blood Cells. In: Spinella PC.  Damage Control Resuscitation. Springer. Cham, Switzerland. pp 185 – 196.  2020.

31. Nair AB, **Schreiber MA**, Pati, S. Defining and Assessing the Endotheliopathy of Trauma and its Implications on Trauma-Induced Coagulopathy and Trauma-Related Outcomes. In: Moore HB, Moore EE, Neal MD. Trauma Induced Coagulopathy. Springer. Cham, Switzerland. pp 117 – 133.  2020.

32. Rittenhouse BA, **Schreiber MA**. Genitourinary Trauma. In: Dimick JB, Upchurch GR, Alam HB, Pawlik TM, Hawn MT, Sosa JA. Mulholland and Greenfield's Surgery Scientific Principles & Practice. Seventh Edition. Wolters Kluwer. Philadelphia, PA. pp 399 – 406.  2021.

33. Subramanian S, **Schreiber MA**. Resuscitation of Hemorrhagic Shock. In: Liu H, Kaye AD, Jahr JS. Blood Substitutes and Oxygen Biotherapeutics.  Springer. Cham, Switzerland. pp 409 – 420.  2022.

34. Duletzke N, **Schreiber M**. Coagulopathies, Thrombotic Disorders and Blood Component Therapy. In: Roberts PR, Todd SR. Comprehensive Critical Care: Adult. 3rd Edition. Society of Critical Care Medicine. Mount Prospect, IL, USA.

## INVITED COMMENTARY

1. **Schreiber MA.** War Surgery: Working with Limited Resources in Armed Conflict and Other Situations of Violence, by Christos Giannouand and Marco Baldan. World Journal of Surgery.  2010;34:197.
2. **Schreiber MA.** Commentary on "Mulitcenter, Randomized, Controlled Clinical Trial of Transfusion Requirements in Critical Care. In: Cohn SM, Feinstein AJ. 50 Landmark Papers Every Trauma Surgeon Should Know. CRC Press, Taylor and Francis Group. Boca Raton, London, New York. Chapter 45; 2019.

## AUDIO PUBLICATIONS

1. **Schreiber MA**. Frozen Blood. Audio-Digest General Surgery (Program Title: Transfusion/Vascular Surgery/Coagulation). Volume 60, Issue 14, July 21, 2013. ISSN 1047-6954.

2. **Schreiber MA.** Debate: Is Prehospital Tranexamic Acid Essential to Patient Well-being? AudioDigest General Surgery 67:03 (February 7) 2020.

3. **Schreiber MA**. DVT Prophylaxis in TBI, Spine and Solid Organ Injuries. AudioDigest General Surgery 68:15 (August 7) 2021.

4. **Schreiber M**. An Overview of Walking Blood Banks. AudioDigest General Surgery 68:20 (October 21) 2021.

5. **Schreiber M**. To Transfer or to Operate: Decisions in Rural Trauma Care. Audio Digest General Surgery 68:21 (November 7) 2021.

## POSTER PRESENTATIONS

1. Watters JM, Muller PJ, Differding JA, **Schreiber MA**, A Single Bolus of 3.5% Hypertonic Saline with Dextran Provides Optimal Resuscitation after Uncontrolled Hemorrhagic Shock - Presented at 2004 Advanced Technology Applications for Combat Casualty Care  2004

2. Malinoski DJ, Slater MS, **Schreiber MA,** Mullins RS. A CPK of 20,000 is a Sensitive Predictor of Myoglobinuric Renal Failure after Traumatic Rhabdomyolysis - Presented at the 62nd meeting of The American Association for the Surgery of Trauma.  2003

3. Brundage SI, **Schreiber MA**, Holcomb JB, Zautke NA, Mastrangelo MA, Xu XQ, Macaitis JM, Tweardy DJ. Recombinant Activated VII for Adjunctive

Hemorrhage Control Reduces Nuclear Factor Kappa Beta Activation in a Hypothermic Coagulopathic Swine Model of Uncontrolled Hemorrhagic Shock – Presented at the Twenty-Fifth Annual Conference on Shock.  2003

4.  Todd SR, Malinoski D, **Schreiber MA**. Lactated Ringer's is Superior to Normal Saline in Uncontrolled Hemorrhagic Shock - Presented at the Twenty-Fifth Annual Conference on Shock.  2003

5.  Brundage SI, **Schreiber MA,** Mastrangelo MA, Holcomb JB, Macaitis JM, Moreno CE, Tweardy DJ, Increased Magnitude of Shock in a Swine Model of Uncontrolled Hmorrhage Results in Increased Liver Damage and Local IL-6 and G-CSF Production – Presented at the Twenty-Fifth Annual Conference on Shock 2002

6.  Scott BG, Holcomb JB, Hess JR, **Schreiber MA**, Hudson KL, Wall MJ, Age of Packed Red Blood Cells did not Affect Mortality of Trauma Patients – Presented at The Southwest Surgical Congress May, 2001

7.  Dorlac WC, Holcomb JB, Fagan SP, Kwong KL, **Schreiber MA**, Moore FA, Mattox KL, Exsanguination from Isolated Civilian Extremity Injuries – Presented at The Southwest Surgical Congress May, 2001

8.  Aoki N, Scott BG, Holcomb JB, Zupan B, Demsar J, **Schreiber MA**, Brundage SI, Persse D, Beck JR, Wall MJ, Mattox KL, Prehospital Prognostic Factors for Patients with Penetrating Injury. Presented at The Southwest Surgical Congress May, 2001

9.  **Schreiber MA,** Holcomb JB, Brundage SI, Maciatis JM, Tweardy D, Hedner U, Hoots K. The Effect of rFVIIa on Coagulopathic Pigs with Grade V Liver Injuries. Presented at the 6th Novo Nordisk Symposium on the Treatment of Bleeding and Thrombotic Disorders Copenhagen, Denmark May, 2001

10. **Schreiber MA**, Charles NC, Kopchinski B, Stewart T, Aoki N. The Effect of Urokinase on Bleeding and the Coagulation Cascade in a Pig Liver Injury Model.

11. Presented at the 2001 International Society of Thrombosis and Haemostasis Paris, France July, 2001

12. **Schreiber MA**, Brill S, Stewart TR, Base Deficit is a Poor Predictor of Lactic Acidosis and Mortality in Critically Ill Patients – Presented at the Michael E. DeBakey International Surgical Society  2000

13. Tyroch A, Kaups K, Lorenzo M, Solis D, **Schreiber M**, Routine Chest Radiographs are Not Indicated After Open Tracheostomy: A Multi-Center Perspective – Presented at the American Association for the Surgery of Trauma 2000

14. **Schreiber MA**, Charles NC, Kopchinski B, Stewart T, The Effect of Urokinase on Bleeding and the Coagulation Cascade in a Pig Liver Injury Model - Presented at the American Association for the Surgery of Trauma 1999

15. Hardaway RM, Kwong KL, **Schreiber MA**, William C, A New Treatment for Acute Respiratory Failure - Presented at The American College of Surgeons Fall Meeting  1998

16. **Schreiber MA**, Pusateri AE, Veit BC, Smiley RA, Morrison CA, Harris RA, Timing of Vaccination Does not Affect Antibody Response or Survival Following Pneumococcal Challenge in Splenectomized Rats – Presented at the American Association for the Surgery of Trauma 1997

## CLINICAL PRESENTATIONS

1. Hemorrhagic Complications of Central Venous Catheterization - Presented at the 10th Annual Gary P. Written Surgical Symposium Tacoma, WA 1988

2. Penetrating Neck Trauma on Mount Rainier-Seattle Surgical Society 1995

3. Complimentary Use of Peritoneal Lavage and CT in the Management of Blunt Abdominal Trauma - Presented at the Pacific Coast Surgical Association Scientific Program 1996

4. Effect of Pre-peritoneal and Intra-peritoneal Insufflation on Femoral Venous Flow - Presented at the Washington State Chapter Meeting of the ACS 1996

5. Abdominal Compartment Syndrome - R. E. Thomason Hospital Trauma Grand Rounds, El Paso, Texas 1998

6. Penetrating Neck Trauma - Providence Memorial Hospital Trauma Grand Rounds, El Paso, Texas 1998

7. Cost Effective Evaluation of the Abdomen in Blunt Trauma - 4th Annual Army Symposium on Trauma, San Antonio, TX  1998

8. Cost Effective Evaluation of the Abdomen in Blunt Trauma - Ben Taub General Hospital Grand Rounds 1998

9. MAST Services in El Paso: A Retrospective Analysis and Comparison to the Major Trauma Outcome Study, Current - Winner Army Trauma Competition at Gary Wratten Symposium 1998

10. Hyperchloremic Metabolic Acidosis in the Critically Ill Trauma Patient, Current - Presented At Gary Wratten Symposium 1998

11. The Effect of Tricare on a Surgical Residency Program - Presented at Gary Wratten Symposium 1998

12. Substernal Goiter: Is Operative Management Mandatory? -Winner 3rd Place in Resident Competition at the 1998 Southern Medical Association Meeting The Effect of Urokinase on Bleeding and the Coagulation Cascade in a Pig Liver Injury Model - 2nd Place Army Trauma Competition, Gary Wratten Symposium 1999

13. Cost Effective Evaluation of the Abdomen in Blunt Trauma - University of Utah Trauma Conference 1999

14. Damage Control Surgery, Physiologic Considerations - Baylor College of Medicine Anesthesia Grand Rounds 1999

15. Damage Control Surgery, Physiologic Considerations - William Beaumont Army Medical Center Multidisciplinary Trauma Conference 1999

16. Damage Control Surgery, Physiologic Considerations – Baylor College of Medicine Surgery Grand Rounds 2000

17. Trauma at Ben Taub – Hermann Hospital Trauma Development Day 2000

18. Abdominal Compartment Syndrome – William Beaumont Army Medical Center Multidisciplinary Trauma Conference 2000

19. Abdominal Compartment Syndrome – Ben Taub General Hospital Multidisciplinary Trauma Conference 2000

20. Tackling Trauma Transfers – Trauma Care 2000, Warwick Hotel, Houston, TX September 2000

21. Recombinant Factor VIIa: A Novel Approach to Hemorrhage Control, Advanced Technology Applications to Combat Casualty Care, Ft Walton Beach, FL September 2000

22. Damage Control Surgery, Physiologic Considerations – University of California San Francisco at Fresno Surgical Grand Rounds, Fresno, CA November 2000

23. Determinants of Mortality in Patients with Severe Blunt Head Injury – Michael E. Debakey International Surgical Society, Houston, TX. November 2000

24. The Effects of Urokinase on Bleeding and the Coagulation Cascade in a Pig Liver Injury Model – Michael E. DeBakey International Surgical Society, Houston, TX. November 2000

25. Determinants of Mortality in Patients with Severe Blunt Head Injury – Eastern Association for the Surgery of Trauma, Tampa Bay, FL January 2001. Firearms in the US and at Ben Taub – Million Moms March, Greater Houston Area Chapter, Houston, TX March 2001

26. Modulation of the Coagulation Cascade in Trauma Patients – Oregon Health Sciences University Surgical Grand Rounds, Portland, OR May 2001

27. Base Deficit Does not Predict Mortality when it Secondary to Hyperchloremic Acidosis – The Shock Society, Marco Island, FL June 2001

28. The Effect of Recombinant Factor VIIa on Non-Coagulopathic Pigs with Grade V Liver Injuries – International Society on Thrombosis and Haemostasis, Paris, France July 2001

29. The Effect of Recombinant Factor VIIa on Coagulopathic Pigs with Grade V Liver Injuries – Advanced Technology Applications to Combat Casualty Care, Ft Walton Beach, FL September 2001

30. Diversion: A Necessity for Survival – The Harris County Hospital District Annual Trauma Workshop, Houston, TX October 2001

31. Adult Respiratory Distress Syndrome – Rio Grande Trauma Conference & Pediatric Trauma Update III, El Paso, TX November 2001

32. Military Trauma Training Performed in a Civilian Trauma Center – Association for Academic Surgery, Milwaukee, WI November 2001

33. The Effect of Recombinant Factor VIIa on Coagulopathic Pigs with Grade V Liver Injuries - Eastern Association for the Surgery of Trauma, Orlando, FL January 2002

34. Modulation of the Coagulation Cascade in Trauma Patients – 13th Annual Northwest states Trauma Conference, Bend, OR April 2002

35. Adult Respiratory Distress Syndrome – Oregon Health Sciences University Surgical Grand Rounds, Portland, OR October 2002

36. Modulation of the Coagulation Cascade in ICU Patients – 29th Annual Oregon Chapter of the Society of Critical Care Medicine Critical Care Symposium, Portland, OR November 2002

37. Management of the Severely Injured – 34th Annual Family Practice Review, Portland, OR February 2003

38. Modulation of the Coagulation Cascade in Trauma Patients - Grand Rounds, Brooke Army Medical Center, San Antonio, TX June 2003

39. Future Directions: Managing Anemia in the Surgical Patient - 39th Annual Meeting Oregon Chapter American College of Surgeons, Sunriver, OR September 2003

40. Modulation of the Coagulation Cascade - Grand Rounds, University of California San Francisco - East Bay, Oakland, CA October 2003

41. Abdominal Compartment Syndrome - 30th Annual Critical Care Symposium, Portland, OR October 2003

42. Resuscitation of Uncontrolled Hemorrhagic Shock - Anesthesia Grand Rounds, Oregon Health & Science University, Portland, OR January 2004

43. Management of the Severely Injured - 35th Annual Family Practice Review, Portland, OR February 2004

44. Recombinant Factor VIIa, Uses in Trauma - 33rd Critical Care Congress of the Society of Critical Care Medicine, Orlando, FL February 2004

45. Initial Resuscitation of the Trauma Patient, Hemoglobin Substitutes - 15th Annual Trauma Conference Harborview Medical Center, Seattle, WA March 2004

46. Resuscitation Pearls – 15th Annual Northwest States Trauma Conference, Sunriver, OR April 2004

47. Novel Methods of Hemorrhage Control – 15th Annual Northwest States Trauma, Conference, Sunriver, OR April 2004

48. Modulation of the Coagulation Cascade - Grand Rounds, University of Texas Houston, TX May 2004

49. Hypercoagulability is Most Prevalent Early after Injury and in Females - American Association for the Surgery of Trauma Maui, Hawaii October 2004

50. Resuscitation in 2004: Are We Doing it the Right Way? 2nd Annual Directors' Forum Maui, Hawaii October 2004

51. Catastrophic Bleeding. The American Red Cross Portland, OR October 2004

52. What's New in Resuscitation?, Novel Methods of Hemorrhage Control and Adult Respiratory Distress Syndrome in the Trauma Patient. Portneuf Trauma and Emergency Care Conference Pocatello, Idaho October 2004

53. Lactated Ringer's is Superior to Normal Saline for the Resuscitation of Hemorrhagic Shock - Grand Rounds, Oregon Health & Science University December 2004

54. Modulation of the Coagulation Cascade in Trauma Patients. St. Charles Medical Center Trauma Conference. Bend, Oregon January 2005.

55. Management of the Severely Injured - 36th Annual Family Practice Review, Portland, OR February 2005

56. Modulation of the Coagulation Cascade. Marin General Hospital Trauma Conference. Marin, California March 2005

57. An OHSU Surgeon Goes To War. 23rd Annual Northwest Winter Conference in Emergency Medicine. Sunriver, Oregon January 2006

58. Hemoglobin-Based Oxygen Carrier (HBOC) Use in Neurotrauma Care. Invited Discussant. Eastern Association for the Surgery of Trauma. Orlando, Florida January 2006

59. Control of Hemorrhage: It Pays to be Aggressive. 17th Annual Northwest States Trauma Conference. Sunriver, Oregon April 2006

60. The Iraqi Experience. 17th Annual Northwest States Trauma Conference. Sunriver, Oregon April 2006

61. Medical Care in Operation Iraqi Freedom III. Trauma Conference. Santa Rosa, CA June 2006

62. Medical Care in Operation Iraqi Freedom III. Surgical grand Rounds, Providence St. Vincent Medical Center. Portland, Oregon August 2006

63. Potential Benefits of Ketamine as a Battlefield Anesthetic. Advanced Technology Applications for Combat Casualty Care. St. Petersburg, Florida August 2006

64. Predictors of Massive Transfusion in Combat Casualties. Advanced Technology Applications for Combat Casualty Care. St. Petersburg, Florida August 2006

65. Airway Pressure Release Ventilation. Trends in Respiratory & Acute Care. Troutdale, Oregon September 2006.

66. Hemostasis in Military Casualties. Second Thrombin Symposium. Challenges in Surgical Hemostasis. Seattle, Washington September 2006.

67. Postmortem Computed Tomography (CATopsy) Predicts Cause of Death in Trauma Patients. Invited Discussant. American Association for the Surgery of Trauma. New Orleans, Louisiana September 2006.

68. Early vs. Late Recombinant Factor VIIa Usage in Trauma patients Requiring Massive Transfusion in Combat Support Hospitals. American Association for the Surgery of Trauma. New Orleans, Louisiana September 2006.

69. Early Coagulopathy after Traumatic Brain Injury: The Role of Hypoperfusion and the Protein C Pathway. Invited Discussant. American Association for the Surgery of Trauma. New Orleans, Louisiana September 2006.

70. Induction of Profound Hypothermia Improves Survival in a Swine Model of complex Vascular, Splenic, and coonic Injuries, without an Increase in Bleeding and Septic Complications. Invited Discussant. American College of Surgeons. Chicago, Illinois October 2006.

71. Comparison of Prolonged Hypotensive and Normotensive Resuscitation Strategies in a Porcine Model of Hemorrhagic Shock. Invited Discussant. American College of Surgeons. Chicago, Illinois October 2006.

72. Mesenteric Ischemia. American College of Surgeons. Chicago, Illinois October 2006.

73. Fluids and Their Effects on Hemostasis. American College of Surgeons. Chicago, Illinois October 2006.

74. Is Hypothermia after Major Injury Protective or Harmful? American College of Surgeons. Chicago, Illinois October 2006.

75. Medical Care in Operation Iraqi Freedom III. Portland Surgical Society. Portland, Oregon October 2006

76. Modulation of Coagulation. Trauma conference, Albany General Hospital. Albany, Oregon November  2006

77. Care of Patients in Operation Iraqi Freedom III. Thirty-third Annual Critical Care Symposium. Portland, Oregon November 2006

78. A Reserve Surgeon Goes to War. Annual Training Conference, 6th Medical Recruiting Battalion. Las Vegas, Nevada December 2006

79. Medical Care in Operation Iraqi Freedom III. Internal Medicine Grand Rounds, Oregon Health & Science University. Portland, Oregon January 2007

80. Endotoxin tolerance in Sepsis: Concentration Dependent Augmentation or Inhibition of LPWS-Stimulated Macrophage TNF Secretion by LPS Pretreatment. Invited Discussant. Eastern Association for the Surgery of Trauma. Fort Myers, Florida January 2007

81. Fibrin Sealants. Extremity War Injuries II. Washington DC, January 2007.

82. Novel Methods of Hemorrhage Control. 24th Annual Northwest Winter Conference in Emergency Medicine. Sunriver, OR, January 2007.

83. Novel Methods of Hemorrhage Control. Vascular Conference. Oregon Health & Science University, Portland, Oregon February 2007.

84. Resuscitation and Systemic Hemorrhage Control. 45th Critical Care, Trauma and Emergency Medicine Symposium, Las Vegas, NV February 2007.

85. Emergent Hemorrhage Control. 45th Critical Care, Trauma and Emergency Medicine Symposium, Las Vegas, NV February 2007.

86. Lessons Learned from Operation Iraqi Freedom III. 45th Critical Care, Trauma and Emergency Medicine Symposium, Las Vegas, NV February 2007.

87. The Abdominal Compartment Syndrome. 45th Critical Care, Trauma and Emergency Medicine Symposium, Las Vegas, NV February 2007.

88. Lessons Learned from Operation Iraqi Freedom III. Josephine County Medical Society Dinner, Grants Pass, Oregon May 2007.

89. Assessing the Medical Resource Needs of Combat Support Hospitals. Advanced Technology Applications for Combat Casualty Care, St. Petersburg, Florida August  2007.

90. Characterization of a novel Fibrinogen Hemostatic Agent in Animal Injury Models. Advanced Technology Applications for Combat Casualty Care, St. Petersburg, Florida August  2007.

91. Invited Discussant: Causes of Death and Injury Severity in Operation Iraqi Freedom and Operation Enduring Freedom: 2003-2004 vs. 2006. Advanced Technology Applications for Combat Casualty Care, St. Petersburg, Florida August  2007.

92. Invited Discussant: Blood Product Effect on Survival for Patients with Combat Related Injuries. Advanced Technology Applications for Combat Casualty Care, St. Petersburg, Florida August 2007.

93. Research: Questions and Answers from Academic Trauma Surgeons. American Association for the Surgery of Trauma, Las Vegas, NV September 2007.

94. Optimal Resuscitation Endpoints. American College of Surgeons. New Orleans, LA October 2007.

95. Invited Discussant: Induced Hypothermia is Associated with Improved Outcomes in Porcine Hemorrhagic Shock. American College of Surgeons. New Orleans, LA October 2007.

96. Closure of Paper. Management and Outcome of Pneumatosis Intestinalis. North Pacific Surgical Association. Victoria, British Columbia. November 2007.

97. Permissive Hypotension, Fluid Resuscitation and Coagulopathies in the Trauma Patient. Kadlec Hospital Grand Rounds. Richland, Washington. December 2007.

98. Lessons Learned in the War on Terror. East Bay Surgical Society.  Walnut Creek, California. February 2008.

99. The Effect of Fluid on Coagulation. Highland Hospital Surgical Grand Rounds. Oakland, California February 2008.

100.     The Use of Leukoreduced Blood does not Reduce Infection, Organ Failure, or Mortality Following Trauma. Senior Discussant. Pacific Coast Surgical Association, 79th Meeting. San Diego, California February 2008.

101.     Is There a Role for Aggressive use of Fresh Frozen Plasma in Massive Transfusion of Civilian Trauma Patients? Invited Discussant. Southwestern Surgical Congress. Acapulco, Mexico April 2008.

102.     Ongoing Medical Advances in the War on Terror. Northwest States Trauma Conference. Bend, Oregon April 2008.

103.     Blood Transfusions: Kindness or Murder. Northwest States Trauma Conference. Bend, Oregon April 2008.

104.     Good Drugs Gone Bad! Antithrombotic Agents and Their Reversal in Trauma. Adding Insult to Injury: The Role of Chronic Conditions in Acute Trauma Care. Billings, Montana May 2008.

105.     Fluid Modulates Coagulation after Trauma. Adding Insult to Injury: The Role of Chronic Conditions in Acute Trauma Care. Billings, Montana May 2008.

106.     Medical Advances Made in the War on Terror. Billings Clinic Grand Rounds. Billings, Montana May 2008.

107.     Fibrin Sealants to Stop Bleeding in Surgery. American College of Surgeons 94th Annual Congress. San Francisco, California October 2008.

108.     Modern Control of Hemorrhage. Balboa Naval Hospital Grand Rounds. San Diego, California January 2009.

109.     The Use of Lyophilized Plasma for Resuscitation in a Swine Model of Resuscitation. 80th Annual Meeting of the Pacific Coast Surgical Association. San Francisco, California February 2009.

110.     A Simplified Set of Trauma Triage Criteria Safely Reduces Over-Triage: A Prospective Study. Invited Discussant. 80th Annual Meeting of the Pacific Coast Surgical Association. San Francisco, California February 2009.

111.     Admission Ionized Calcium Levels Prdict the Need for Multiple Transfusions: A Prospective Study of 591 Critically-Ill Trauma Patients. Invited Discussant. American Association for the Surgery of Trauma. Pittsburgh, Pennsylvania October 2009.

112.     Activated Recombinant Factor VIIa Reduces Repeated Operations for Hemorrhage Following Major Abdominal Surgery. Invited Discussant. 80th Annual Meeting of the Pacific Coast Surgical Association. San Francisco, California February  2009.

113.     Progress with New Formulations of Lyophilized Plasma. Advanced Technology Applications for Combat Casualty Care, St. Petersburg, Florida August  2009.

114.     New Hemostatic Agents to Control Bleeding; Meet the Expert Luncheon. American College of Surgeons, Chicago, Illinois October  2009

115.     Surgical Resident Perceptions of Trauma Surgery as a Specialty.  Invited Discussant. American College of Surgeons, Chicago, Illinois October  2009

116.     Resuscitation of Hemorrhagic Shock in 2009. Detroit Trauma Symposium. Detroit, Michigan November  2009

117.     Modern Methods of Hemorrhage Control. Detroit Trauma Symposium. Detroit, Michigan November  2009

118.     Splenectomy May Lead to a Persistent Hypercoagulable State after Trauma. North Pacific Surgical Association. Portland, OR November  2009

119.        How Bad is Blood? 36th Annual Critical Care Symposium. Portland, OR November  2009.

120.        Normal Saline. Prehospital Fluid Conference. Dallas, Texas January 2010.

121.        Ethanol Consumption Increases Serum Testosterone in Healthy Volunteers. Pacific Coast Surgical Association. Maui, Hawaii February 2010.

122.        The Impact of ABO-Identical Versus ABO-Compatible, Nonidentical Plasma Transfusion in Trauma Patients. (Invited Discussant) Pacific Coast Surgical Association. Maui, Hawaii February 2010.

123.        Indications for and Risks of Pre-thawed Fresh Frozen Plasma. 8th World Congress on Trauma, Shock, Inflammation and Sepsis. Munich, Germany March 2010.

124.        The Use of the Wittmann Patch Facilitates a High Rate of Fascial Closure in Severely Injured Trauma Patients and Critically Ill Surgery Patients. 8th World Congress on Trauma, Shock, Inflammation and Sepsis. Munich, Germany March 2010.

125.        Point of Care Diagnostics for Assessment of Acute Coagulopathy. 8th World Congress on Trauma, Shock, Inflammation and Sepsis. Munich, Germany March 2010.

126.        Necrotizing Fasciitis. Trauma, Critical Care & Acute Care Surgery 2010. Las Vegas, Nevada March 2010.

127.        Blood Volume Repletion is Optimally Performed in the ICU.  Trauma, Critical Care & Acute Care Surgery 2010. Las Vegas, Nevada March 2010.

128.        The Effects of Systemic Trauma on Coagulation. Trans Agency Coagulopathy in Trauma Workshop. National Institutes of Health.  Bethesda, Maryland April 2010.

129.        The Joint Theater Trauma System. CENTCOM Surgeon's Conference. Qatar June 2010.

130.        Blood Transfusions, Kindness or Murder. Grand Rounds Craig Joint Theater Hospital. Bagram, Afghanistan July 2010.

131.        Joint Theater Trauma System, Applications to Civilian Systems. 96th Annual Congress of the American College of Surgeons. Washington DC, October  2010.

132.      The Joint Theater Trauma System. Vancouver General Hospital Trauma Rounds. Vancouver, Washington December 2010.

133.      Systemic Hemostatic Agents – Non-FDA Approved Uses. Public Workshop: Product Development Program for Interventions in Severe Bleeding Due to Trauma or Other Causes. FDA, Bethesda, Maryland December 2010.

134.      Acute Coagulopathy of Trauma. Combat Trauma Innovation. London, England January 2011.

135.      Pro-Coagulant Hemostatic Agents. Combat Trauma Innovation. London, England January 2011.

136.      Damage Control Resuscitation – Plasma and Plasma Products. London, England January 2011.

137.      Colon Injuries, What Would Ogilvie Say in 2011. Eastern Association for the Surgery of Trauma. Naples, Florida January 2011.

138.      Splenic Injuries – Is it Time for Conservative Management in Theater? Eastern Association for the Surgery of Trauma. Naples, Florida January 2011.

139.      Point:Counter Point – Operative Fixation of Flail Chest and Rib Fractures. Western Trauma Associaiton. Big Sky, Montana March 2011.

140.      Joint Theater Trauma System and the Blood Bank – 39th Annual Meeting of the Society of Armed Forces Medical Laboratory Scientists, Armed Services Blood Program Update. New Orleans, Louisiana March 2011.

141.      Make it Stick: Coagulopathy Management 2011 and the Future. Trauma, Critical Care & Acute Care Surgery 2011. Las Vegas, Nevada April 2011.

142.      Norma Saline: Is it Safe? Trauma, Critical Care & Acute Care Surgery 2011. Las Vegas, Nevada April 2011.

143.      Normal Saline Versus Lactated Ringer's: Would the FDA Approve Normal Saline for Use in 2011? University of Texas Grand Rounds. Houston, TX May 2011.

144.      The Joint Theater Trauma System – Washington, Oregon American College of Surgeons Chapter Meeting. Chelan, Washington June 2011

145.      The Joint Theater Trauma System and How 9/11 Influenced It. 9/11 Ten Years Later. What Have We Learned? New York University, New York, New York. September 2011.

146.	Blast Injuries: From the Field to the ICU, What You Need to Know. 9/11 Ten Years Later. What Have We Learned? New York University, New York, New York. September 2011.

147.	Controversies Concerning the Use of Fresh Whole Blood in the Military Setting. 22nd International Congress of the Israel Society of Anesthesiologists. Tel Aviv, Israel. September 2011.

148.	Conflicts in Iraq and Afghanistan: Lessons Learned. 22nd International Congress of the Israel Society of Anesthesiologists. Tel Aviv, Israel. September 2011.

149.	Blood Transfusions: The Rules Have Changed. 97th Annual American College of Surgeons Clinical Congress. San Francisco, California. October 2011.

150.	What is Lyophilized Plasma? 97th Annual American College of Surgeons Clinical Congress. San Francisco, California. October 2011.

151.	Novel Methods of Hemorrhage Control. 3rd Annual Southwest Trauma & Acute Care Symposium. Scottsdale, Arizona. November 2011.

152.	Novel Blood Products for Treatment of Hemorrhagic Shock 3rd Annual Southwest Trauma & Acute Care Symposium. Scottsdale, Arizona. November 2011.

153.	The Acute Coagulopathy of Trauma, Diagnosis and Treatment. Trauma Care 2011. Columbus, Ohio. November 2011.

154.	 What is the Difference Between Trauma Centers? Appropriate Triage of Trauma Patients. Trauma Care 2011. Columbus, Ohio. November 2011.

155.	The Year in Combat. Eastern Association for the Surgery of Trauma. Orlando, FL. January 2012.

156.	The Current Status of Hemostatic Dressings. Combat Trauma Innovation 2012. London, England. January 2012.

157.	The Acute Coagulopathy of Trauma and its Treatment in 2012.  Combat Trauma Innovation 2012. London, England. January 2012.

158.	Lyophilized Plasma: Coming to a Hospital Near You. Combat Trauma Innovation 2012. London, England. January 2012.

159.	Dilutional Coagulopathy, How to Measure and How to Correct.  41st Critical Care Congress. Houston, Texas. February 2012.

160.     Low Volume Fluid Resuscitation. Prehospital Trauma Symposium. Harborview Medical Center. Seattle, Washington. February 2012.

161.     The Acute Coagulopathy of Trauma: Pathophysiology, Diagnosis and Novel Treatments. University of Maryland, Department of Surgery and Division of Trauma Grand Rounds. Baltimore, Maryland. February 2012.

162.     Disasters Lessons Learned in the War on Terror. Trauma, Critical Care & Acute Care Surgery 2012. Las Vegas, Nevada. March 2012.

163.     Resuscitation Redefined. Trauma, Critical Care & Acute Care Surgery 2012. Las Vegas, Nevada. March 2012.

164.     Blast Injuries from Battlefield to ICU. Trauma, Critical Care & Acute Care Surgery 2012. Las Vegas, Nevada. March 2012.

165.     Lactaed Ringers versus Normal Saline for the Resuscitation of Hemorrhagic Shock. Current Topics in Trauma Care 2012. Midland, Texas, April 2012

166.     The Use of Lyophilized Plasma in a Multi-injury Pig Model. Remote Damage Control Resuscitation. Bergen, Norway, June 2012.

167.     Near Infrared Spectroscopy: Clinical and Research Uses. Remote Damage Control Resuscitation. Bergen, Norway, June 2012.

168.     The Way Forward in Resuscitation Research. FDA Workshop on Benefits and Risks of Hydroxyethyl Starch for Resuscitation. Bethesda, Maryland. September 2012.

169.     The Joint Theater Trauma System, The Greatest Trauma System Ever Created. Trauma Center Association of America. Charleston, South Carolina. October 2012.

170.     Modern Methods of Hemorrhage Control, 2012 and Forward. Trauma Center Association of America. Charleston, South Carolina. October 2012.

171.     Hypotensive Resuscitation; Death of Another Sacred Cow. American Heart Association. Los Angeles, CA. November 2012.

172.     The Acute Coagulopathy of Trauma. West Virginia University Department of Surgery Grand Rounds. Morgantown, West Virginia. November 2012.

173.     The Joint Theater Trauma System, The Greatest Trauma System Ever Created. OPALS Prehospital Research Group Meeting. Ottawa, Canada. November 2012.

174.     Hypotensive Resuscitation, Progress Report from the Resuscitation Outcomes Consortium. OPALS Prehospital Group Meeting. Ottawa, Canada. November 2012.

175.     Initial Management of the Trauma Patient. Trauma & Emergency Surgery. American Austrian Foundation. Salzburg, Austria. January 2013.

176.     Considerations in Penetrating Trauma. Trauma & Emergency Surgery. American Austrian Foundation. Salzburg, Austria. January 2013.

177.     Damage Control Surgery. Trauma & Emergency Surgery. American Austrian Foundation. Salzburg, Austria. January 2013.

178.     The Joint Theater Trauma System, The Greatest Trauma System Ever Created. February in Phoenix Trauma Symposium. February 2013.

179.     Blast Injury: What You Need to Know. February in Phoenix Trauma Symposium. Phoenix, Arizona February 2013.

180.     Frozen Deglycerolized Red Blood Cells are Superior to Standard Liquid Red Blood Cells. Transfusion 2013. Phoenix, Arizona March 2013.

181.     The Joint Theater Trauma System, The Greatest Trauma System Ever Created. Arkansas Trauma Conference. Little Rock, Arkansas April 2013

182.     Modern Methods of Hemorrhage Control. Arkansas Trauma Conference. Little Rock, Arkansas April 2013

183.     Major Venous Injuries Should Always be Repaired. Austin Trauma & Critical Care Conference. Austin, Texas May 2013

184.     Topical Hemostatic Agents. Austin Trauma & Critical Care Conference. Austin, Texas May 2013

185.     Novel Blood Transfusion Strategies. John Paul Pryor Oration, University of Pennsylvania. Philadelphia, Pennsylvania June 2013

186.     Novel Methods of Hemorrhage Control. University of Pennsylvania Trauma Grand Rounds. Philadelphia, Pennsylvania June 2013

187.     Resuscitation 2013. World Trauma Symposium. Las Vegas, Nevada September 2013

188.     Modern Methods of Hemorrhage Control. World Trauma Symposium. Las Vegas, Nevada September 2013

189.     Adjunctive Therapy for Coagulopathy is Superior. Trauma Quality Improvement Conference. Reno, Nevada November 2013

190.     The Use of Thrombelastography to Guide Treatment of Coagulopathy. Thrombelastography Symposium. Moscow, Russia November 2013

191.     Blood Transfusions 2014. Burlington Northern Visiting Lectureship in Trauma. University of Texas Southwestern Medical Center. Dallas, Texas. December 2013.

192.     Enoxaparin "Tis is Better to Miss a Dose or Never to Have Started it at All?" Trauma, Critical Care & Acute Care Surgery 2014. Las Vegas, Nevada. March 2014. Presented from Shank, Afghanistan.

193.     PCC and Fibrinogen, Better Than Plasma? Trauma, Critical Care & Acute Care Surgery 2014. Las Vegas, Nevada. March 2014. Presented from Shank, Afghanistan.

194.     Management of Coagulopathy in Trauma – What Do We Know and What is in Store? Critical Care Summer Session. University of California San Diego. San Diego, California. July 2014.

195.     Novel Blood Transfusion Strategies. 2nd Annual Richard B. Fratianne Endowed Lectureship in Trauma. MetroHealth Medical Center, Department of Surgery Case Western Reserve University. Cleveland, Ohio. July 2014.

196.     A Controlled Resuscitation Strategy is Feasible and Safe in Hypotensive Trauma Patients: Results of a Prospective Randomized Pilot Trial. Military Health Systems Research Symposium. Fort Lauderdale, Florida. August 2014.

197.     A Controlled Resuscitation Strategy is Feasible and Safe in Hypotensive Trauma Patients: Results of a Prospective Randomized Pilot Trial. American Association for the Surgery of Trauma. Philadelphia, Pennsylvania. September 2014.

198.     Is There a TEM Parameter Cut Off That Could Be Used To Withhold Transfusion of Blood Product? Consensus Conference on TEM Based Transfusion Guidelines for Early Trauma Resuscitation. Philadelphia, Pennsylvania. September 2014.

199.     Innovative Approaches to Hemorrhagic Shock. SEAHEC 26th Annual Trauma & Emergency Symposium. Wilmington, North Carolina. February 2015.

200.      Damage Control Resuscitation. University of British Columbia Grand Rounds. Vancouver, British Columbia. February 2015.

201.      Frozen Deglycerolized Red Blood Cells are Safe and Effective in Trauma Patients. American Surgical Association. San Diego, California, April 2015.

202.      Frozen as Fresh Red Blood Cells for Remote Damage Control Resuscitation. Trauma, Hemostasis & Oxygenation Research Conference. Bergen, Norway. June 2015.

203.      When and How Should Tranexamic Acid be Given in the Prehospital Environment? Resuscitation. Trauma, Hemostasis & Oxygenation Research Conference. Bergen, Norway. June 2015.

204.      The Advantages of Dried Plasma for Use in Austere Conditions. International Plasma Fractionation Association. Stellenbosch, South Africa. December 2015.

205.      Lessons from the Battlefield: How Military Trauma Care Transforms Civilian Care in the United States. Marquam Hill Lecture Series. Portland, OR. February 2016.

206.      Blood Transfusions: A Frontier We Have Just Begun to Explore. Laerdahl Memorial Award Lecture. Society of Critical Care Medicine. Orlando, FL. February 2016.

207.      Blood Transfusions 2016. Swiss Army Day. Bern, Switzerland. March 2016.

208.      Blood Transfusions: An Old Therapy with Exciting New Frontiers. Duke University Department of Surgery Grand Rounds. October 2016.

209.      Damage Control Resuscitation. International Society of Blood Therapies. Copenhagen, Denmark. June 2017.

210.      Blood Component Therapy and Major Trauma Transfusion. Combined US Army and Qatari Military Trauma Casualty Care Seminar. Doha, Qatar. February 2018.

211.      Novel Blood Products Now and Into the Future. R. Arnold Griswold MD Lectureship. Louisville, Kentucky. March 2019.

212.      TXA Randomized Comparative Trial Data Review from OHSU. Trauma, Hemostasis & Oxygenation Research. Bergen, Norway. June 2019.

213.     Prehospital Tranexamic Acid for Use in TBI. Tranexamic Acid in Trauma Symposium. Melbourne, Australia. July 2019.

214.     Dosing of Enoxaparin, Do We Know What We Are Doing.  International Association for Trauma and Intensive Care. Krakow, Poland. August 2019.

215.     A Randomized Trial Comparing Two Doses of TXA to Placebo in Patients with Moderate to Severe Traumatic Brain Injury. Royal London Hospital Trauma Masters Course. London, England. September 2019.

216.     The History of Blood Transfusion: Where Have We Been and Where are We Going? John Ryan Lectureship, Virginia Mason Hospital. Seattle, Washington. September 2019.

217.     Whole Blood Transfusion in Trauma. Mae Fae Yung University. Chiang Rai Thailand. November 2019.

218.     Blood Transfusion, Where Have We Been and Where are We Going. Royal Perth University Grand Rounds. Perth, Australia. November 2019

219.     Stem Cells in Trauma. Western Australia Trauma Symposium. Perth, Australia. Perth Australia. November 2019.

220.     Tranexamic Acid for Traumatic Brain Injury. Western Australia Trauma Symosium. Perth, Australia. November 2019.

221.     Stem Cells in Trauma. 12th Annual Founders' Basic Science Lecture. Western Trauma Association. Sun Valley, Idaho February 2020.

222.     Stem Cells in Trauma, the Dawn of a New Era. 3rd Annual Kenneth L. Mattox Annual Lecture. Baylor College of Medicine. Houston, TX  February 2021.

223.     Adjuncts to Massive Transfusion. Shock Society. Toronto, Canada  May 2022.

224.     Tranexamic Acid for Traumatic Brain Injury. Chichely Hall, England. July 2022.

225.     From Frogs to Boots on the Ground and Beyond. 24th Anthony R. Curreri Distinguished Surgical Lecture. Walter Reed Military Medical Center. January 2023.

## SECTION EDITOR

1. Batig TS, Batig AL. Obstetric Trauma and Surgical Emergencies in the Military Operational Environment. Curr Trauma Rep. 2018; 4:1-8.

2. Bhattacharya, B., Pei, K., Lui, F. et al. Caring for the Geriatric Combat Veteran at the Veteran Affairs Hospital. Curr Trauma Rep 2017; 3: 62-68.

3. Eastridge BJ. Injuries to the Abdomen from Explosion. Curr Trauma Rep. 2017; 3: 69-74.

4. Plackett TP. Performance Improvement in Combat Casualty CareCurr Trauma Rep. 2018; 4: 71-76.

5. Kuckelman J, Cuadrado D, Martin M. Thoracic Trauma: a Combat and Military Perspective.Curr Trauma Rep. 2018; 4: 77-87.

6. Kuckelman J, Derickson M, Long, WB, et al. MASCAL Management from Baghdad to Boston: Top Ten Lessons Learned from Modern Military and Civilian MASCAL Events. Curr Trauma Rep. 2018; 4: 138

7. Gurney JM, Holcomb JB. Blood Transfusion from the Military's Standpoint: Making Last Century's Standard Possible Today. Curr Trauma Rep. 2017; 3: 144-155.

8. Walker P, Bozzay J, Bell R, et al. Traumatic Brain Injury in Combat Casualties.Curr Trauma Rep. 2018; 4: 149-159.

9. Davis BL, Martin, MJ, Schreiber M. Military Resuscitation: Lessons from Recent Battlefield Experience.Curr Trauma Rep. 2017; 3: 156-163.

10. Mendoza J, Mallari-Ramos P, Thoren K, et al. Interventional Radiology in the Combat Environment. Curr Trauma Rep. 2017; 3: 249-256.

11. Yun HC, Blyth DM, Murray CK. Infectious Complications After Battlefield Injuries: Epidemiology, Prevention, and Treatment. Curr Trauma Rep. 2017; 3: 315-323.

**TEXTBOOK EDITOR**

1. Feliciano DV, Mattox KL, Moore EE, Alam HB, Ball CG, Inaba K, Kozar R, Livingston DH, **Schreiber MA**. Trauma. McGraw Hill. NY, NY. 2020

Exhibit B



OHSU

**CASES IN WHICH DR. MARTIN SCHREIBER PARTICIPATED AS A WITNESS, 2019 - 2023**

Department of Surgery
Division of Trauma, Critical Care &
Acute Care Surgery

tel     503.494.4707
fax     503.494.6519

Mail code: L611
3181 S.W. Sam Jackson Park Rd.
Portland, OR 97239

Martin A. Schreiber, MD, FACS
*COL, MC, USAR*
*Professor of Surgery*
*Chief, Trauma, Critical Care &*
*Acute Care Surgery*
*Director, Donald D. Trunkey Center*
*for Civilian and Combat Casualty*
*Care*

schreibm@ohsu.edu

**<u>2022</u>**

Cutberto Viramontes, et al. v. Cook County, et al
Court System: U.S. District Court for the Northern District of Illinois,
Eastern Division
Case Number: 21 CV 4595

Jones v The Regents of the University of California, et al.
Court System: Superior Court of California, County of Oregon
Case No: 30202201255972CUMMCJC

Jorge Mata, et al vs Kavita Kalra, et al
Court System: Circuit Court for Baltimore City - Civil System
Case No: 24C21000799

Durst, Lisa, et al. v Dimensions Health Corporation, et al
Court System: Circuit Court for Prince George's County - Civil System
Case No: CAL20-12015

Martin Mendoza v Dignity Health, et al
Court System: Superior Court of Arizona - Maricopa County
Case No: CV2021-002097

Linda Marie Bowen – Provided opinion

Chaston v. RCH Alexander
Court System: Multnomah County Circuit Court
Case No: 19CV01550

Jackson Memorial Hospital in Miami, FL – Asked by institution to review
quality of care

**<u>2021</u>**

Fritz – Did not go to trial

Babcock v. Legacy Emanuel Hospital & Health Center, et al.
Court System: Multnomah County Circuit Court
Case No: 21CV20733

Bauer v. Norfleet
Court System: Cook County Circuit Court – Illinois
Case No: 2017-L-010460

Williams – Did not go to trial

Roy Shaw vs. OSF Healthcare System d/b/a St. Francis Medical Center,
The Peoria Surgical Group, Ltd.
Court System: Peoria County Court – Illinois
Case No: 20-L-00171

Hulda Stebbins vs. OSF Healthcare System, Robin Alley, MD
Court System: Peoria County Court – Illinois
Case No: 20-L-00177

**2020**

Miller/Kristina M. Hull (closed case, no official case name available)
Court System: Clallam District Court II
Case No: 1A0509632

Martindale v Indiana University Health, et al
Court System: US District Court – Southern District of Indiana,
Indianapolis Division
Case No: 1:19-cv-00513-RLY-DML

Schiffbauer v OSF Healthcare System, et al
Court System: Cook County Circuit Court – Illinois
Case No: 2020L001298

John Sandstrom v Salem Health et al
Court System: Multnomah County Circuit Court
Case No: 19CV02923

Kelly White v Providence Health & Services – Oregon; et al
Court System: Multnomah County Circuit Court
Case No: 18CV19321

Nadrau v Bax MD
Court System: Spokane County Superior Court
Case No: 17-2-02562-8

**2019**

Gordon vs Reading Hospital and Medical Center, Wayne C Devos, MD,
Frank M Carter, MD, Berks Colorectal Surgical Associates
Court System: Berks County Court of Common Pleas
Case No: 12-17768

Welborn vs Sarah Bush Lincoln Health Center, et al
Court System: Coles County Circuit Court
Case No: 2016-L-8

Tatham vs Hualapai Mountain Medical Center LLC, Hualapai Emergency
Partners PLLC and Bruce K Adams, MD
Court System: Superior Court of Arizona - Maricopa County
Case No: CV2012-005215

Izenberg v. Scottsdale Hospital, et al
Court System: Superior Court of Arizona - Maricopa County
Case No: CV2010-000915

Vasily Kobel vs. City of Portland, James Botaitis, Steven Wuthrich, and
DOES 1-10
Court System: United States District Court for the District of Oregon
Case No: CV-08-986-KI

Hale v OSF Healthcare System, et al
Court System: Peoria County Court – Illinois
Case No: 17-L-7

Dametria Hartage vs Mark Zweban, MD and Delaware Cardiovascular
Associates and Wilmington Hospital/Christiana Care Health Services.
Court System: Superior Court of the State of Delaware – New Castle
County
Case No: N18C-06-005-CEB

Barbara Henry v PeaceHealth Southwest Medical Center – Did not go to
trial

Knutson v Erdman, et al
Court System: Superior Court of Washington – Kittitas County
Case No: 18-2-00115-6

Sharp v. OSF Healthcare System, et al
Court System: Peoria County Court – Illinois
Case No: 17-L-316