# EXHIBIT J

**Deposition Transcript of Michael Stiefel, Redacted**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


Eddie Grant, Jr. et. al.      )
             Plaintiffs       )        Civil No.
                              )        3:22-CV-01223(JBA)
v                             )
                              )
Lamont, et. al.               )
             Defendants       )




DEPOSITION OF: MICHAEL STIEFEL
DATE: July 10, 2023
HELD VIA:  Zoom




Reporter:  Emily Collette, CSR #502

**PLAINTIFF'S ATTORNEY NOTE**

**CONTAINS MATERIAL DESIGNATED AS
CONFIDENTIAL**

```
 1                      APPEARANCES:

 2


 3          Representing the Plaintiff:

 4
                Atkinson Law, LLC
 5              122 Litchfield Road
                P.O. Box 340, Suite 2
 6              Harwinton, Connecticut 06791
                By: Cameron Lee Atkinson, Esq.
 7

 8


 9              Fishbein Law Firm, LLC
                100 South Main Street
10              Wallingford, Connecticut 06492
                By: Craig Fishbein, Esq.
11

12              Doug Dubitsky
                P.O. Box 70
13              North Windham, Connecticut 06256
                By: Doug Dubitsky, Esq.
14

15          Representing the Defendants:

16
                Assistant Attorney General
17              110 Sherman Street
                Hartford, Connecticut  06105
18              By:  Janelle Medeiros, Esq.
                By:  James Belforti, Esq.
19              By:  Terrence O'Neill, Esq.
                james.belforti@ct.gov
20

21

22          Further Appearances:

23            Michael Stiefel

24            Jennifer Hamilton

25
```

Edward M. Grandont, M.D.

```
 1              S T I P U L A T I O N S

 2          It is stipulated by counsel for the

 3   parties that all objections are reserved until the

 4   time of trial, except those objections as are

 5   directed to the form of the question.

 6

 7          It is stipulated and agreed between

 8   counsel for the parties that the proof of the

 9   authority of the Notary Public before whom this

10   deposition is taken is waived, and that any defects

11   in the notice are waived.

12

13          It is further stipulated that the reading

14   and signing of the deposition transcript by the

15   witness may be signed before any Notary Public.

16

17

18

19          T R A N S C R I P T   L E G E N D

20

21   (Sic)          - Exactly as said.
     (Phonetic)     - Exact spelling not provided.
22   ( -- )         - Break in speech continuity and/or
                      interrupted sentence.
23   (. . .)        - Indicates omission or word[s]
                      when reading OR trailing off and
24                    not finishing a sentence

25
```

    Edward Charbonnet, Client    

```
 1                      I N D E X

 2   Examination                              Page

 3   MICHAEL STIEFEL

 4   Direct Examination by Mr. Belforti       6

 5

 6

 7                  E X H I B I T S

 8   No.                Description           Page

 9   Exhibit 1 -        Affidavit            13

10   Exhibit 2 -        Supplemental Affidavit   65

11      * Exhibits retained by Attorney James Belforti *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            (Deposition commenced at 3:54 p.m.)

 2            THE COURT REPORTER:  Usual stips?

 3            MR. ATKINSON:  Yes.

 4            THE COURT REPORTER:  And do you want a

 5      copy?

 6            MR. ATKINSON:  Yes, PDF.  Not the quad

 7      pages, the one to one.

 8            THE COURT REPORTER:  Okay.

 9            MR. ATKINSON:  And we do want to read and

10      sign for Mr. Stiefel as well.

11            MR. BELFORTI:  And PDF is fine for us.

12            THE COURT REPORTER:  Okay.  In proceeding

13      today, the parties agree and stipulate that the

14      court reporter shall administer the oath and

15      report the deposition stenographically from a

16      remote location; that the witness is testifying

17      under the penalty of perjury as if sworn in

18      person;  That the deposition will be admissible

19      in court, and that counsel will not object to

20      the admissibility of the transcript based on

21      proceeding in this way

22            Before we proceed, I will ask counsel to

23      state their name and agreement to the above

24      stipulation or state if there is any objection.

25            MR. BELFORTI:  This is Attorney James
```

```
 1        Belforti for the defendants, no objection.

 2              MR. ATKINSON:  This is Cameron Atkinson

 3        for the plaintiffs, no objection.

 4    (MICHAEL STIEFEL, having been duly sworn by Emily

 5   Collette, Notary Public, was examined and testified

 6                 under oath as follows:)

 7              THE COURT REPORTER:  Would you state your

 8        name for the record?

 9              THE WITNESS:  Michael Stiefel.

10   DIRECT EXAMINATION
     BY MR. BELFORTI:
11        Q    Good afternoon, Mr. Stiefel.

12        A    Good afternoon.

13        Q    Am I pronouncing your name correctly?

14        A    Stiefel, yes.

15        Q    Stiefel, okay.  Perfect.  Mr. Stiefel,

16   have you ever been deposed before?

17        A    No.

18        Q    Other than the affidavits you have

19   submitted in this case have you ever provided an

20   affidavit or a declaration before?

21        A    I'm not -- I'm not certain.

22        Q    Okay.  Have you ever been a party of a

23   lawsuit before?

24        A    Yes.

25        Q    I should be more clear.  Other than that
```

1    case?

2         A    Yes.

3         Q    How many?

4         A    One.

5         Q    What was the nature of that lawsuit?

6         A    It was a Small Claims Court, business, a

7    contract dispute.

8         Q    Okay.  Were you the plaintiff or the

9    defendant?

10        A    I was the one filing the suit, so that

11   means I was the plaintiff.

12        Q    Plaintiff, okay.  Do you remember when you

13   filed that lawsuit?

14        A    I don't have the exact date.  It was more

15   than ten years ago.

16        Q    Okay.  Was it in the state of Connecticut?

17        A    Yes.

18        Q    Do you remember what Courthouse it was in?

19        A    It was in New London County.

20        Q    Small Claims, New London County over ten

21   years ago?

22        A    Yes.

23        Q    Did you ever have to testify in Court

24   before, sir?

25        A    Other than the Small Claims?

```
 1          Q     Yes.

 2          A     No.

 3          Q     Okay.  What is your highest level of

 4    education?

 5          A     Twelfth.

 6          Q     Okay.  I think you were present for the

 7    other one, I'm going to kind of quickly go through

 8    some of these ground rules just to make sure we're

 9    good to go.

10          I assume since we are speaking that

11    English is your first language and you can

12    understand it and speak it perfectly fine?

13          A     Yes.

14          Q     Okay.  If I ask you a question and I, you

15    know, as you probably saw from the previous

16    deposition if you don't understand it please just

17    let me know and I'll do my best to rephrase it in a

18    way that you do understand it.  If you answer one of

19    my questions I'm going to assume that you understood

20    what I meant.  Is that fair?

21          A     Yes.

22          Q     Okay.  If for some reason, I don't think

23    we've been having this issue before, but if there's

24    something in terms of the audio that you can't hear

25    me just let me know and I'll speak up or I'll repeat
```

1    myself.

2              If you need a break, that's totally fine,

3    we've been here for a while, just please let me

4    know.  And I would just ask that you answer whatever

5    question is pending at the time before we take the

6    break.  Is that fair?

7        A    Yes.

8        Q    Okay.  Is there any reason you cannot

9    testify truthfully and completely here today?

10       A    No.

11       Q    Okay.  I believe, I might be wrong on

12   this, you also worked for the DOC, is that correct?

13       A    Yes.

14       Q    How many years did you work for the DOC?

15       A    A little over twenty years.

16       Q    Okay.  When did you retire?

17       A    I don't recall the exact month, but it was

18   either April or March of 2010.

19       Q    April or March of 2010, okay.  What was

20   your I guess rank when you retired from the DOC?

21       A    I was a correctional officer.

22       Q    Okay.  Did you have any specific duties

23   when you retired from the DOC as a correctional

24   officer?

25       A    I'm sorry, can you say the question again?

Michael Stiefel                                                    Job Date:7/10/2023

1      Q    Bad question.  I'm going to withdraw the

2   question.  So I believe in your affidavit you talked

3   about utilizing AR-15-platform firearms in the

4   context of your duties as a correctional officer, is

5   that true?

6            MR. ATKINSON:  Objection to form.  You can

7       answer.

8      A    Yes.

9      Q    Okay.  How often did you use or carry

10  AR-15-platform firearms as a DOC correctional

11  officer?

12     A    What time period would you be looking at?

13     Q    So I'm saying in your twenty years, was

14  this something like you would carry one every day?

15  Was it a once a month thing?  Was it just for

16  transport?  I'm just trying to get an idea of how

17  often you were carrying an AR-15-platform firearm.

18     A    I don't recall exactly.  It would depend

19  on the post whether or not you carry that platform.

20     Q    What post did you hold where you carried

21  it the most regularly?

22     A    Parameter.

23     Q    How long were you assigned on the

24  parameter post?

25     A    Are you asking what the shift hours were

1    or how long the posting was?

2         Q    What I'm asking is in your twenty years of

3    being with the DOC, give or take, what percentage of

4    your time would you spend as a parameter or guarding

5    the parameter of one of the facilities?

6         A    I am sorry, I can't recall exactly how

7    many times I had been posted out there.

8         Q    Okay.  Is it fair to say that you carried

9    an AR-15-platform style firearm while working for

10   the DOC more than ten times?

11        A    Yes.

12        Q    More than fifty times?

13        A    Yes.

14        Q    More than one hundred times?

15        A    I'm not -- I don't know.

16        Q    Okay.  So may be somewhere between fifty

17   and one hundred times?

18             MR. ATKINSON:  Objection to form.  You can

19        answer.

20        A    Again, I don't remember -- I cannot

21   remember how many times I have been posted on the

22   parameter.

23        Q    Okay.  What kind of training did -- or

24   well, I shouldn't assume.  Do you get any training

25   on the AR-15-platform style firearm from the

1  Department of Correction?

2      A    Can you clarify what you mean by training?

3      Q    I mean did you ever have an instructor or

4  any one teach you how to use an AR-15-platform style

5  firearm from the Department of Correction?

6      A    Yes.

7      Q    Okay.  Can you describe that training for

8  me?

9      A    Basically safety procedures, how to use

10  the firearm, training I mean and qualification on

11  the range.

12      Q    Okay.  How often did you have to qualify

13  on the AR-15?

14      A    I don't remember exactly if it was yearly

15  or biyearly.

16      Q    Okay.  So either --

17      A    I have been retired for quite a long time,

18  so...

19      Q    Fair enough.

20      A    Don't remember that.

21      Q    So either once a year or twice a year?

22          MR. ATKINSON:  Objection to form.  You can

23      answer.

24      A    Either once a year or once every two

25  years.

1      Q    Okay.

2      A    Like I said, I'm not -- I don't really

3  remember the exact time.

4      Q    Okay.  The training that you went through,

5  was that like a day long class?  Was that multiple

6  sessions?  How did that work?

7           MR. ATKINSON:  Objection to form.  You can

8      answer.

9      A    If I remember correctly, it was a two day

10  training.

11      Q    Two day training, okay.  Was it a one time

12  two day training or was it every year or every two

13  years you had the same two day training?

14      A    Every -- it was either every year or every

15  other year.

16      Q    Got it, okay.  I believe, you know what,

17  I'll just pull it up, that might make it easier.

18  I'm going to pull up your affidavit from February 3

19  of 2023 up on the screen.  I'm going to have that

20  marked as Exhibit 1.

21           (Whereupon, Affidavit marked Defendant's

22      Exhibit 1 for Identification.)

23      Q    Can you see that, sir?

24      A    Yes, I can see it on the screen.

25      Q    Going down to page four.  Is that your

Michael Stiefel                                                                                     Job Date:7/10/2023

```
1   signature right there, sir?

2       A    Yes.  It appears to be my signature.

3       Q    Okay.  Do you remember signing this on

4   February 3, 2023?

5       A    Yes.

6       Q    Is everything in it true and correct to

7   the best of your knowledge?

8            MR. ATKINSON:  Objection to form.

9       A    Without seeing it in person and giving you

10  a quick glance, yes.

11      Q    Okay.  Well, if there's any inaccuracies

12  in it that you notice as we're talking about it

13  please just let me know.  Okay?

14      A    Okay.

15      Q    All right.  So I believe in paragraph 5 it

16  says, "I have been the holder of a Connecticut

17  pistol permit for over thirty years, and I am

18  legally eligible under federal and state law to

19  acquire and possess firearms, ammunition, and

20  magazines."  Did I read that correctly?

21      A    Yes.

22      Q    Is that true?

23      A    Yes.

24      Q    When did you get your pistol permit in

25  Connecticut?
```

```
 1        A     I believe it was some time in 1990.

 2        Q     1990, okay.  Why did you get a pistol

 3   permit in 1990?

 4        A     I started working for the Department of

 5   Corrections.

 6        Q     Okay.  Did you -- were you required to

 7   maintain a pistol permit as a condition of your

 8   employment with the Department of Correction?

 9             MR. ATKINSON:  Objection to form.  You can

10        answer.

11        A     I don't recall.

12        Q     Okay.  So you answered because you started

13   working for the Department of Corrections, what I

14   was trying to figure out is if it was like it was a

15   mandatory work thing or if it was for some other

16   reason related to your service for the Department of

17   Correction, see what I am saying?

18        A     Yes.

19        Q     Okay.  Was it for a work thing or was it

20   for some other reason related to your service for

21   the Department of Corrections?

22        A     I don't recall.

23        Q     Okay.  How many firearms did you own at

24   the time you got your pistol permit?

25        A     None.
```

1       Q    None, okay.  When was the first time you

2   purchased a firearm?

3       A    Some time in 1990 after I got my permit.

4       Q    Okay.  Do you remember what kind of

5   firearm that was?

6       A    No, I do not.  I do not recall.

7       Q    Do you remember if it was a pistol?

8       A    Yes.

9       Q    Okay.  Do you remember if it was a

10  revolver or if it accepted a detachable magazine?

11          MR. ATKINSON:  Objection to form.  You can

12      answer.

13      A    It was a pistol.

14      Q    Okay.  Did it accept a detachable

15  magazine?

16      A    Yes.

17      Q    Do you remember what the capacity of the

18  magazine that you typically would put in that pistol

19  was?

20          MR. ATKINSON:  Objection to form.  You can

21      answer.

22      A    Fifteen rounds.

23      Q    Fifteen rounds, okay.  Do you remember

24  what kind of pistol that was, like if it had a brand

25  name or something?

```
 1        A    I don't recall.  It's been over thirty
 2   years.
 3        Q    Okay.  Do you still have that pistol?
 4        A    No.
 5        Q    Okay.  How many firearms do you currently
 6   own?
 7        A    To the best of my recollection, ██████.
 8        Q    ████████  Have you ever owned more than
 9   █████████firearms at one time?
10             MR. ATKINSON:  Objection to form.  You can
11        answer.
12        A    Are you talking about previously or
13   currently?
14        Q    What I'm trying to figure out is, so I
15   know currently you own about ████████ from the
16   answer to the question.  I'm trying to figure out if
17   there was ever a time where you owned more than
18   ████████ like let's say five years ago I owned
19   thirty, but now I own ████████  You see what I'm
20   saying?
21        A    Yes.
22        Q    Was there ever a time prior to right now
23   that you owned more than ████████ firearms?
24        A    No.
25        Q    Okay.  So is this the most firearms you
```

```
 1   have ever owned at one time, currently?

 2        A    Yes.

 3        Q    Okay.  Of those ▆▆▆▆ firearms that you

 4   own how many of them are pistols or handguns?

 5        A    To the best of my recollection, ▆▆▆

 6        Q    ▆▆, okay.  Of the remaining ▆▆▆ or so,

 7   how would you characterize those firearms?

 8        A    Can you clarify that?  In what way?

 9        Q    Sure.  If they're not pistols or handguns,

10   what are they?  Are they shotguns?  Are they rifles?

11   Are they others?  Are they something else?  And if

12   I'm using a term incorrectly, please correct me.

13   I'm just trying to get an idea of the firearms you

14   own.  How would we categorize them?

15        A    Based on your words, all ▆▆▆▆

16        Q    Based on my words all three, rifles,

17   shotguns and others?

18        A    Yes.

19        Q    Okay.  So I believe in your affidavit, let

20   me go down here, paragraph 15 on page three you say,

21   "I currently own firearms that have previously been

22   classifieds as "others" in Connecticut, which are

23   subject to the AFT's new rule."

24             Okay.  You use the term others in that

25   paragraph.  How many of the ▆▆▆▆ firearms that
```

```
 1    you currently own are others as you would use them

 2    in that paragraph?

 3              MR. ATKINSON:  Objection to form.  You can

 4        answer.

 5        A      ███████

 6        Q      ██████  okay.  So narrow this down.  We have

 7    ████  pistols, ██████other, that means there are ███████

 8    remaining firearms that you own, is that correct?

 9        A    To the best of my knowledge, yes.

10        Q    Approximately.  Okay.  Are those shotguns?

11        A    █████████yes.

12        Q    Okay.  So that gets us down to about

13    t██████  Those ██████ remaining, are they rifles?

14        A    Yes.

15        Q    Okay.  So I just want to make sure I have

16    it.  We got, give or take I realize it might be, you

17    know, an approximation.  We have████ pistols, ███████

18    others, ██████ rifles and █████shotgun?

19        A    Yes.  But like I said, I don't have an

20    exact -- I can't remember the exact count.  So...

21        Q    I understand.  Okay.  Of all of these

22    firearms that you own, do they all accept detachable

23    magazines?

24              MR. ATKINSON:  Objection to form.  You can

25        answer.
```

Michael Stiefel                                                    Job Date:7/10/2023

```
 1        A    I'm sorry, can you say that again?

 2        Q    Of the          or so firearms that you

 3   own, do they all accept detachable magazines?

 4             MR. ATKINSON:  Same objection.

 5        A    No.

 6        Q    Okay.  How many don't accept a detachable

 7   magazine?

 8        A    To the best of my knowledge,     of them.

 9        Q       of them, okay.  And are those      --

10   of those four categories that we used before,

11   pistol, others, rifles and shotguns,          that

12   don't accept a detachable magazine, what are they?

13        A       are rifles,     are revolvers.

14        Q       are rifles,     are revolvers?

15        A

16

17        Q    Oh, okay.

18        A    -- take a magazine.

19        Q    That's      then that don't accept

20   detachable magazines?

21        A    Yes.

22        Q    Okay.     rifles,    revolvers,

23

24        A    To the -- yes, to the best of my knowledge

25   at this time, yes.
```

1    Q    Thank you.  Okay.  Of those ▆▆▆▆▆ or so

2   firearms that accept detachable magazines, do you

3   have any magazines that can carry more than ten

4   rounds at a time?

5         MR. ATKINSON:  Objection to form.  You can

6      answer.

7    A    Yes.

8    Q    How many magazines do you own that can

9   carry more than ten rounds at a time?

10   A    I don't have an exact count.  They're

11  secured.  They're secured.

12   Q    Okay.  Do you have an estimate as to how

13  many detachable magazines overall that you own?

14   A    I don't have an exact count on that.

15   Q    Okay.  More than fifty?

16        MR. ATKINSON:  Objection to form.  You can

17     answer.

18   A    I can't give you -- I couldn't give you a

19  concrete answer on that.  I never really sat down

20  and counted all my magazines.

21   Q    Would it be fair to say that you have at

22  least one detachable magazine for every one of your

23  firearms that accepts a detachable magazine?

24   A    Yes.

25   Q    Okay.  Would it be fair to say that you

1  have more than one per weapon that accepts a

2  detachable magazine?

3          MR. ATKINSON:  Objection to form.  You can

4      answer.

5      A    Yes.

6      Q    Okay.  Of those magazines that you own

7  that can carry more than ten rounds at a time, what

8  is the highest capacity magazine that you own?

9      A    Thirty round mag.  Thirty rounds.

10     Q    Thirty rounds.  How many of the thirty

11  round magazines do you own?

12     A    I don't have an exact.  I'd have to count.

13  I didn't count them, so I don't know.

14     Q    Okay.  Would it be fair to say that you

15  registered those thirty rounds magazines-- well,

16  Withdrawn.

17          Of those magazines that you own that can

18  carry more than ten rounds at a time, have you

19  registered those with the state of Connecticut?

20     A    No, I did not.

21     Q    Okay.  When did you purchase those

22  magazines that can carry more than ten rounds at a

23  time?

24     A    I would -- over a period of quite a few

25  years.

1    Q    Okay.  When is the last time you purchased

2  a magazine that can carry more than ten rounds at a

3  time?

4    A    It was before 2013.

5    Q    Before 2013?

6    A    I don't recall the exact date, but I know

7  it was before 2013 because I didn't buy any after

8  2013.

9    Q    Have you ever registered a magazine of any

10  kind with the state of Connecticut?

11          MR. ATKINSON:  Objection to form.  You can

12      answer.

13    A    Can you clarify what size magazine you're

14  talking about?

15    Q    Okay.  Well I -- yeah, let's start with

16  any magazine.  I believe you already answered this

17  question but if I misunderstood the answer please

18  let me know.  I believe I asked before if you ever

19  registered any of the magazines that can carry more

20  than ten rounds at a time with the state of

21  Connecticut and I believe you answered no.

22    A    Correct.  Yes.

23    Q    So what I was asking is had you ever

24  registered any magazine with the state of

25  Connecticut?  So I guess that would be the remainder

1    of magazines, ones that are ten or less?

2        A    To my knowledge there's no -- there's no

3    such registration that I'm aware.  So...

4        Q    Understood.  But you are aware that there

5    is a registration for magazines that can carry more

6    than ten rounds at a time?

7            MR. ATKINSON:  Objection to form.  You can

8        answer.

9        A    Yes.

10       Q    And you were aware of that registration

11   back when the law changed in 2013?

12       A    I found out about it afterwards, yes.

13       Q    Okay.  When did you find out about it?

14       A    Probably about a year after the day it

15   passed.

16       Q    When you say it passed, you mean the, I

17   guess for lack of a better term, call it the assault

18   weapons ban of 2013, is that fair?

19           MR. ATKINSON:  Objection to form.  You can

20       answer.

21       A    Yes.

22       Q    Okay.  So would have been what, some time

23   in 2014 you would have become aware of that

24   registration requirement?

25       A    To the best of my knowledge, yes.  Best of

Michael Stiefel                                                                    Job Date: 7/10/2023

```
 1   my knowledge, yes.

 2        Q    Okay.  How did you become aware of that

 3   registration requirement?

 4        A    I believe I read it in the news.

 5        Q    Okay.  When you found out about that

 6   registration requirement did you talk to any one

 7   with the state of Connecticut about whether or not

 8   you were in compliance with the law?

 9             MR. ATKINSON:  Objection to form.  You can

10        answer.

11        A    No.

12        Q    Why not?

13        A    I didn't see the need to do it.

14        Q    You found out that there was a legal

15   requirement for you to register certain magazines,

16   correct?

17        A    Correct.

18        Q    You found out that there was one, right?

19        A    Yes.

20        Q    And you found out that you hadn't complied

21   with that legal requirement, right?

22        A    Correct.

23        Q    And you didn't seek to clarify with

24   anybody in the authorities as to whether or not

25   there was something you could do now to comply with
```

1    that legal requirement, right?

2            MR. ATKINSON:  Objection to form.  You can

3        answer.

4        A    I'm sorry, repeat that please?

5        Q    Sure.  Sure.  So the last question I asked

6    was you knew you hadn't complied with that legal

7    requirement by 2014, correct?

8        A    Yes.

9        Q    So even after finding out that you weren't

10   in compliance with you law you didn't seek

11   clarification from any one from the state of

12   Connecticut about whether or not you could continue

13   to own those magazines?

14       A    That's correct.  Yes.

15           MR. ATKINSON:  Jaime, can we have a break

16       please?

17           MR. BELFORTI:  Okay.  Yeah.  Sure.

18           (Whereupon, Off the record at 4:20 p.m.)

19           (Whereupon, Back on the record at 4:25

20       p.m.)

21   BY MR. BELFORTI:

22       Q    Mr. Stiefel, so we were talking about the

23   registration requirements on the magazines that can

24   hold more than ten rounds.

25           I believe you identified that you own some

```
 1   magazines that can hold up to thirty rounds.  Is

 2   that correct?

 3        A    Yes.

 4        Q    Okay.  More than one?

 5        A    Yes.

 6        Q    Okay.  Do you have any idea as to how

 7   many, like an estimate?

 8        A    I don't have an exact estimate of what I

 9   own.

10        Q    Okay.  Other than the magazines that can

11   carry more than up to thirty rounds, do you have any

12   other magazines that can carry more than ten rounds

13   but less than thirty?

14        A    No.

15        Q    Okay.  Of the            firearms that you

16   described earlier, which of them can accept those

17   thirty round magazines that you own?

18        A    The others.

19        Q    The others, okay.  Just to clarify again,

20   that was about       of them were others?

21        A    Yes.

22        Q    Okay.  Can you describe for me, well --

23   actually, since we have it I will share the thing

24   again.  I got your affidavit up again.  This is

25   Exhibit 1.  In paragraph 15 you say that you
```

1  currently own firearms that have been classified as

2  others.  Could you describe those          others to me

3  like what components do they have?

4      A    All of a sudden my brain just went bloop.

5      Q    That's okay.

6      A    A grip, forward, an SBA3 brace and

7  detachable magazine.

8      Q    Okay.  So you said a grip, do you mean a

9  pistol grip and a forward grip?

10      A    Well yeah.  Yeah.  Yes, a pistol grip.

11  Yes.  I'm sorry.  Yes, a pistol grip.

12      Q    So a pistol grip where the trigger would

13  be and then there's a forward grip on the barrel?

14      A    Yes.

15      Q    Okay.  Then you said there was a certain

16  kind of brace, could you say that one more time

17  again, sir?

18      A    I believe it's all SB3 brace.

19      Q    SB3 brace, okay.  Then it can accept a

20  detachable magazine, correct?

21      A    Yes.

22      Q    Okay.  When did you I guess first acquire

23  these others?

24      A    I am -- I don't recall.  I don't recall.

25  I don't recall the year that I got them.

1      Q    Okay.  Would it have been after 2013?

2      A    Yes.

3      Q    Okay.  Do you remember why you got these

4   others?

5      A    I wanted to collect a rifle that was good

6   for self-defense.

7      Q    Okay.  Anything else?

8      A    Fun to shoot.

9      Q    Okay.  Good for self-defense and fun to

10  shoot.  You said you wanted to collect a rifle that

11  was good for self-defense.  When you -- well, let me

12  start by this.  Have you ever fired your others

13  before?

14           MR. ATKINSON:  Objection to form.  You can

15      answer.

16      A    In what context?

17      Q    In any context?

18      A    Such as?

19      Q    So I'm going to start broad and then we'll

20  get narrow.  Have you ever fired your others at the

21  range before?

22      A    Yes.

23      Q    Okay.  Have you ever fired your others at

24  any place other than the range?

25      A    No.

```
 1        Q    Okay.  So you don't use them for hunting
 2   or anything like that, right?
 3        A    No.
 4        Q    Okay.  Have you ever had to use your
 5   others in self-defense?
 6        A    No.
 7        Q    Have you ever had to use your others in
 8   defense of a third-party?
 9        A    Okay.  Is -- I need you to clarify, are
10   you talking about my personal firearms or are you
11   talking about like when I was on duty?
12        Q    Fair enough.  Fair enough.  So I will ask
13   first about -- why don't we broaden it out and maybe
14   it will make it go quicker.  Have you ever had to
15   use any of the personal firearms that you personally
16   own in defense of a third person?
17        A    Okay.  So firearm, are you talking rifles,
18   shotguns, pistols?  I...
19        Q    So I think before we identified about
20   ▓▓▓▓▓▓▓ or so, right?
21        A    Correct.
22        Q    Were others, rifles, shotguns and pistols,
23   correct?
24        A    Uh-huh.  Yes.
25        Q    Of those ▓▓▓▓▓▓▓, have you ever had to
```

```
 1   use any of those in defense of yourself or of a

 2   third person?

 3           MR. ATKINSON:  Objection to form.  You can

 4       answer.

 5       A    No.

 6       Q    Okay.  Have you ever had to use any of the

 7   firearms that you carried while working for the DOC

 8   in defense of yourself and/or a third person?

 9       A    I'm -- no.

10       Q    Okay.  So is it fair to say that the only

11   time you use your private firearms is when you go to

12   the firing range?

13           MR. ATKINSON:  Objection to form.  You can

14       answer.

15       A    Can you say that again, please?

16       Q    Sure.  Do you only use your privately

17   owned firearms when you are at the firing range?

18           MR. ATKINSON:  Objection to form.  You can

19       answer.

20       A    No.

21       Q    Okay.  When else or where else do you use

22   your privately owned firearms?

23       A    I carry every day whenever I leave the

24   house.

25       Q    Fair enough.  Okay.  So let's talk about
```

```
 1   carrying then.  You say you carry every day,

 2   correct?

 3        A    Yes.

 4        Q    Are there any places that you will not

 5   carry a firearm?

 6        A    Post office.

 7        Q    Okay.

 8        A    State courthouses.

 9        Q    Okay.

10        A    State capital and basically anywhere that

11   the state has deemed that it's illegal.

12        Q    Is there any place that you do not carry

13   or will not carry a firearm where it would still be

14   legal to carry a firearm?  I can see that you're

15   confused by it, I'll try and rephrase it.

16             Before you answered the question about

17   carrying and the context of you don't carry in

18   places where it would be illegal to carry it, is

19   that correct?

20        A    I don't carry it in places -- yes, I do

21   not care where it's illegal.

22        Q    Okay.  Are there any places where you

23   voluntarily do not carry a firearm but it would

24   still be legal to carry a firearm?  Do you see what

25   I'm saying?
```

```
 1        A    No.

 2        Q    Okay.  So in other words, if it's legal to

 3   carry it there, you will always have a firearm with

 4   you, correct?

 5             MR. ATKINSON:  Objection to form.  You can

 6        answer.

 7        A    Yes.

 8        Q    Okay.  Is there a firearm of the ▓▓▓▓▓▓▓

 9   that we talked about that you typically carry on a

10   day-to-day basis?

11        A    It depends on where I'm going and --

12   depends on where I'm going.

13        Q    Okay.

14        A    It will depend on what firearm I will

15   carry.

16        Q    I'm sorry, did you have more?  I didn't

17   mean to cut you off.

18        A    Nope.

19        Q    Again, I am going back to that list of the

20   ▓▓▓▓▓▓▓ we talked about.  Do you ever carry ▓▓▓▓

21   ▓▓▓▓▓▓ on your person outside the home?

22        A    Can you clarify that, please?

23        Q    Sure.  Do you every carry ▓▓▓▓▓▓▓▓▓▓▓on

24   your person outside of the home other than to

25   transport it to a firing range?
```

1      A      No.

2      Q      Do you ever carry one of your ▓▓▓▓ rifles

3   outside the home other than to transport it to a

4   firing range?

5      A      I'd like to clarify that you're saying

6   like either carry or bring it to the range, there

7   are other places that you would bring the firearm

8   such as to like a gun smith to have, you know, have

9   work done, that type of stuff.  So...

10      Q      Understood.  So maybe I'll try to explain

11   maybe a little bit better.  Maybe I can clarify.  It

12   wasn't a completely clear question.

13            When I am talking about you carrying it on

14   your person outside of the home, I think this came

15   in the context of questions about using it for

16   self-defense, I'm talking about carrying a weapon

17   for self-defense, not to transport it to a range or

18   not to transport it to a gun smith and get it

19   repaired.  I'm talking about carrying it for the

20   purpose of defending yourself outside of the home.

21   Do you understand that?

22      A      Yes, I do.

23      Q      So in that context, carrying a firearm on

24   your person outside of the home for self-defense, do

25   you ever carry ▓▓▓▓▓▓▓▓ for that purpose?

1          A     I currently have not had to.

2          Q     Okay.  Do you ever carry or have ever

3     carried any of your ███ rifles for that purpose?

4          A     I have currently not had to.

5          Q     Have you ever carried or do you carry any

6     of your ███others for that purpose?

7                MR. ATKINSON:  Objection to form.  You can

8          answer.

9          A     I currently have not had to yet.

10         Q     Okay.  So would it be fair to say that up

11    until this point when you have carried a firearm on

12    your person for the purpose of self-defense it has

13    always been a pistol?

14               MR. ATKINSON:  Objection to form.  You can

15         answer.

16         A     No.

17         Q     It wouldn't be fair to say that?

18         A     You said pistol.

19         Q     Okay.  Maybe I should be clearer.  A

20    handgun?

21         A     Yes.

22         Q     And that term would be more precise,

23    handgun?

24         A     Yes.

25         Q     Okay.  And you know what, just so that we

1   can be clear, can you define for me what is the

2   difference between a pistol and a handgun as you

3   understand it?

4        A    To my understanding a pistol is a

5   semiautomatic firearm and you have also a revolver.

6        Q    Okay.

7        A    Which is a handgun also, but there's a

8   difference between revolver and semiautomatic.

9        Q    I understand that.  Thank you.  I'm sure

10  you know more about firearms than I do, so if I say

11  something stupid just correct me, I'd love to know

12  the difference.

13          So I want to be clear then, so the ▮▮▮

14  weapons that I was talking about before out of those

15  ▮▮▮▮▮, those are handguns, right?

16       A    To the best of my recollection, yes.

17       Q    Okay.  Of those ▮▮▮ handguns that you own,

18  how many are pistols and how many are revolvers?

19       A    ▮▮▮▮ are revolvers the rest are pistols.

20       Q    Got it, okay.  Of the revolvers I'm going

21  to assume that those carry six rounds at a time?

22          MR. ATKINSON:  Objection to form.  You can

23       answer.

24       A    Yes.

25       Q    Okay.  All right.  So when you are

 1    carrying a firearm on your person outside the home

 2    for purposes of self-defense up until this point it

 3    has always been a handgun, correct?

 4        A    Yes.

 5        Q    Okay.  What firearm are you carrying on

 6    your person right now?

 7        A    I am not carrying a firearm on my person

 8    right now.

 9        Q    Okay.  Is there a reason for that?

10        A    It's locked up in the safe.

11        Q    Okay.  Is that because you're in an office

12    that requires you to keep it locked in a safe?

13             MR. ATKINSON:  Objection to form.  You can

14        answer.

15        A    No.  It's just that I'm going in and out,

16    so it's easier to lock it in the safe before I leave

17    to go home.

18        Q    Okay.

19        A    Plus it's a little more comfortable than

20    sitting in a chair with the gun for hours at a time.

21        Q    Understood.  The firearm that you have

22    that's currently locked in the safe in the building

23    that you're in, what kind of firearm is that?

24        A    It's a Smith & Wesson.

25        Q    Okay.  Is that a pistol or a handgun,

```
 1    pistol or a revolver?
 2        A    It is a pistol.
 3        Q    Okay.  What capacity magazine is currently
 4    in that pistol?
 5        A    Ten rounds.
 6        Q    Okay.  Have you ever carried a firearm on
 7    your person for the purpose of self-defense outside
 8    of the home that had more than ten rounds in it at
 9    any time?
10             MR. ATKINSON:  Objection to form.  You can
11        answer.
12        A    Yes.
13        Q    When was that?
14        A    Before 2013.
15        Q    Okay.  Before 2013 would you still -- when
16    you were carrying a firearm on your person outside
17    the home for the purpose of self-defense it was
18    still always a handgun though, right?
19        A    Yes.
20        Q    Okay.  So is it fair to say -- I should
21    just ask you, did you previously own or possess
22    magazines for your pistols that could carry more
23    than ten rounds at a time?
24             MR. ATKINSON:  Objection to form.  You can
25        answer.
```

1        A    Previously to?

2        Q    2013.

3        A    Yes.

4        Q    Okay.  What did you do with -- do you

5    still own those magazines?

6        A    No.

7        Q    What did you do with those magazines?

8        A    To the best of my recollection I sold the

9    firearm that was with it and I -- the magazines went

10   with the firearm.

11       Q    Okay.  So there was one firearm that you

12   had that had I guess magazines capable of carrying

13   more than ten rounds that is associated with that

14   firearm?

15            MR. ATKINSON:  Objection to form.  You can

16       answer.

17       A    Yes.

18       Q    Okay.  Then you sold that firearm and the

19   magazines with it?

20       A    Yes.

21       Q    When did that happen?

22       A    Oh, I don't recall.

23       Q    Okay.  Did you sell that firearm and those

24   magazines in order to comply with the law?

25            MR. ATKINSON:  Objection to form.  You can

1          answer.

2          A     No.

3          Q     Why did you sell them?

4          A     To the best of my recollection I don't

5    think I -- to the best of my recollection I don't

6    think I liked -- I didn't like the gun as much as I

7    thought I was going to like it so I sold it to the

8    gun store and bought a different one.

9          Q     Okay.

10         A     Bought and sold.

11         Q     The one that you exchanged it for or

12   purchased when you gave that -- sold that one, did

13   that only come with a ten round magazine?

14         A     Yes.

15         Q     Okay.  Is there ever a time when you carry

16   one of your revolver on your person outside the home

17   for the purpose of self-defense?

18         A     Again, it depends on where I'm going and

19   it depends on where I'm going which necessitates

20   which firearm that I will use.

21         Q     I understand that, sir.  What I'm asking

22   is, is there ever an occasion where you would carry

23   a revolver on your person outside the home for

24   self-defense instead of a pistol?

25         A     Yes.

1    Q    Okay.  What kind of occasions would call

2  for a revolver instead of a pistol?

3    A    Say going to the beach.

4    Q    Going to the beach, okay.  Why?  I'm

5  sorry, I didn't meant to interrupt here, please

6  finish.

7    A    I'm sorry, like I said, it all depends on

8  where I'm going and I guess you'd say the mood that

9  I'm in whether or not I want to carry a pistol or I

10  want to carry a revolver.  It's not a set rule in

11  stone that I am here so I need to carry a revolver

12  or I need to carry a pistol.  It's basically what I

13  feel like carrying at the time.

14    Q    Okay.  What I'm trying to get at is sir,

15  and please correct me if I'm wrong, but it seems to

16  me that, like you just said, it depends on your

17  mood, right.  So is there a -- let me go back.

18         It depends on your mood what kind of

19  handgun you decide to carry on a given day, correct?

20    A    Yes.

21    Q    Okay.  Are there any I guess tactical or

22  self-defense reasons why you would choose one

23  handgun versus another handgun?

24    A    I'm sorry, repeat that?

25    Q    Sure.  Are there any tactical or

Michael Stiefel                                                          Job Date:7/10/2023

```
 1    self-defense reasons why you would choose to carry

 2    one of your handguns instead of another handgun when

 3    you are carrying it on your person outside the home

 4    for the purpose of self-defense?

 5         A    Okay.

 6         Q    Yeah.

 7         A    That's clarifying it.  Not really, no.

 8         Q
```





Michael Stiefel



Michael Stiefel



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      Q    Okay.   When is the last time you have
25   fired an other with a thirty round magazine?
```

1    A    I don't exact -- I don't recall the exact

2  year, but it was before 2013.

3    Q    Before --

4    A    I'm sorry, it was -- wait a minute.

5  Before -- yeah, it was before 2013.  I have not

6  fired a rifle with a thirty round magazine from 2013

7  to present.

8    Q    Okay.  If you haven't -- why haven't you

9  fired a rifle with a thirty round magazine from 2013

10  until present?

11        MR. ATKINSON:  Objection to form.  You can

12     answer.

13    A    Because I don't like taking them out of

14  the safe.

15    Q    Okay.  Are you concerned that if you were

16  to take them out of the safe that you could

17  potentially get in legal trouble?

18        MR. ATKINSON:  Objection to form.  You can

19     answer.

20    A    Yes.

21    Q    Okay.  Is there a reason why then you just

22  haven't gotten rid of those thirty round magazines?

23        MR. ATKINSON:  Objection to form.  You can

24     answer.

25    A    I was hoping we would overturn it and it

1    would become legal again.

2        Q    Okay.  You have been hoping that since

3    like 2014 or so?

4        A    Yes.

5        Q    Okay.  Were you aware of the decision from

6    2000 -- I think it was '15 that upheld Connecticut's

7    I guess ban on magazines that can carry more than

8    ten rounds at a time?

9            MR. ATKINSON:  Objection to form.  You can

10       answer.

11       A    2015, I don't recall that.  No.

12       Q    Okay.  So you're not aware that this

13   law -- the law I suppose banning magazines that can

14   carry more than ten rounds at a time had been

15   challenged in the past and had been upheld?

16           MR. ATKINSON:  Objection to form.  You can

17       answer.

18       A    I'm sorry, say that again?

19       Q    Sure.  Are you aware that the law in

20   Connecticut that bans magazines that can carry more

21   than ten rounds at a time has been challenged in

22   Court under the Second Amendment and upheld as

23   constitutional?

24           MR. ATKINSON:  Same objection.

25       A    No.  I wasn't aware of that.

 1        Q    Okay.  All right.  So I want to go back to

 2   your affidavit and I am looking at paragraph 12 on

 3   page three.  It says, "I would like to be able to

 4   lawfully purchase or possess or more firearms listed

 5   or described in Connecticut General Statute Section

 6   53-202a for defenses purposes but I am prohibited

 7   from doing so by Connecticut General Statute 53-202c

 8   and the risk of that Defendants will enforce

 9   Connecticut General Statute 53-202c against me."

10             Did I read that correctly?

11        A    Yes.

12        Q    Is that true?

13        A    Yes.

14        Q    Okay.  What firearms listed or described

15   in 53-202a would you like to purchase for defensive

16   purposes?

17             MR. ATKINSON:  Objection to form.  You can

18        answer.

19        A    There's a few of them that I would like to

20   get down the road.  There's quite a few that are

21   listed on that list, so it's kind of hard for me to

22   say I, you know, want to get this and I want to get

23   that because there's multiple ones that are out

24   there.

25        Q    Okay.

 1        A    That are on the list that I cannot buy.

 2        Q    I see.  So you said down the road.  So

 3   this is something that in the future you would like

 4   to purchase?

 5        A    No.

 6             MR. ATKINSON:  Objection to form.  You can

 7        answer.

 8        A    No.  I would buy them as soon as I could

 9   legally buy them from my gun store.

10        Q    Okay.

11        A    So...

12        Q    So can you give me an example of one?  In

13   like for example, I think your earlier in your

14   affidavit you talk about an AR-15-platform firearm,

15   is that one of the firearms you would want to

16   purchase but for the law?

17        A    Yes.

18        Q    Okay.  Why would you want to purchase an

19   AR-15-platform firearm?

20        A    I personally like the platform.  I like

21   the ease.  How easy it is to use.

22        Q    Okay.

23        A    That I can customize it to what I want.

24        Q    Okay.  Okay.  So, let me ask you this.  Of

25   those        others that you currently own, are those

1    similar in nature to an AR-15-platform firearm?

2          MR. ATKINSON:  Objection to form.  You can

3       answer.

4       A    Similar in what way?

5       Q    I would say I guess well, let me -- I'll

6    withdraw the question, I'll think of a better one.

7          Is there some way that an AR --

8          MR. ATKINSON:  Wait.  The attorneys here

9       are telling me we ourselves need a quick break.

10         MR. BELFORTI:  Okay.  That's fine.

11         MR. ATKINSON:  Five minutes, please?

12         MR. BELFORTI:  Sure.

13         (Whereupon, Off the record at 4:57 p.m.)

14         (Whereupon, Back on the record at 5:09

15      p.m.)

16   BY MR. BELFORTI:

17      Q    So Mr. Stiefel, I believe previously you

18   testified that you owned magazines that could carry

19   more than or up to thirty rounds in them at one

20   time, is that correct?

21      A    Yes.

22      Q    Is there anything you need to clarify

23   about that?

24      A    While I do own them, I do not have

25   possession of them at this time.  They're being --

1   they're at my brother-in-law's in Pennsylvania.

2        Q    When did you I guess transfer those to

3   Pennsylvania?

4        A    Some time, I don't exactly remember the

5   date, but some time after the registration period

6   had passed and I realized I had missed it and I

7   wasn't eligible as a retire -- since I'm a retired

8   officer I was not -- I didn't realize I was not

9   eligible so I had to get them out of state so I

10  wasn't doing anything illegal.

11       Q    Okay.  So --

12       A    That's why when you asked me if I hadn't

13  fired them, I told you not since before 2013.

14       Q    Okay.  So, at some point after 2014 you I

15  guess transported your thirty round magazines to

16  Pennsylvania?

17       A    Yes.

18       Q    Correct?  How did you do that?

19       A    Just drove down and brought them with me.

20       Q    You had thirty round magazines in your car

21  and you drove them to Pennsylvania?

22       A    Yes.

23       Q    You gave them to your brother?

24       A    Brother-in-law, yes.

25       Q    I'm sorry, brother-in-law, okay.  And he

1   currently possesses those thirty round magazines in

2   Pennsylvania?

3        A    Yes, sir.

4        Q    Okay.  But you still own them legally?

5        A    Yes, he's just holding onto them for me

6   until, like I said, I was hoping that everything

7   would get overturned and I could bring them back

8   legally.

9        Q    Okay.  So I want to ask you about AR-15

10  rifle firearm, AR-15 firearm, let me pull this up

11  again.  So I believe you testified earlier that if

12  you could you would buy an AR-15 style firearm right

13  now if the law didn't prohibit it, is that fair?

14       A    Yes.

15       Q    Okay.  So the only thing stopping you from

16  doing it is this law makes it illegal, correct?

17       A    I'm sorry, say it again?

18       Q    The only thing stopping you from buying an

19  AR-15 style firearm is because the Connecticut law

20  makes it illegal to do so, correct?

21            MR. ATKINSON:  Objection to form.  You can

22       answer.

23       A    Yes.

24       Q    Is there anything about the AR-15 style

25  firearm that you would like to buy that is superior

1  or better suited for self-defense than the firearms
2  you currently own?

3      A    Can you clarify which firearms you're
4  referring to, please?

5      Q    I am referring to -- well, let's start
6  with the others, right.  So let's start with the
7  others.  Is there anything about the AR-15 style
8  firearm that you would purchase and you would own
9  but for the Connecticut law that is superior or
10 better suited to self-defense than the         others
11 that you currently own?

12     A    Depending on how I configure it, whether
13 it's got a pistol grip or not or it has a foldable
14 stock.  You could have one and make it shorter so
15 it's easier to maneuver.  Depending on what the AR
16 base set up is that you want to do you could get a
17 larger caliber, larger caliber that would have more
18 stopping power.

19     Q    Okay.  All right.  So I have -- I'm just
20 going to go over it because you talked about a
21 couple things there.  You said whether or not it has
22 a pistol grip or not could effect whether I guess if
23 it's better or worse for purposes of self-defense.
24 I'm assuming if a firearm has a pistol grip it is
25 better for self-defense, is that true?

1        A     That would depend on the person that's

2   using the firearm.

3        Q     Okay.  What about in your case because

4   we're talking about you.  If you -- do you

5   personally believe that a pistol grip makes a

6   firearm better for your own self-defense?

7        A     Me personally, yes.

8        Q     Okay.

9        A     I prefer a grip.

10       Q     Okay.  Of the ▮▮▮ others that you own do

11   they all have pistol grips?

12       A     Yes, they do.

13       Q     Okay.  The other thing you mentioned was

14   if you can configure them to be shorter they can be

15   easier to maneuver, is that true?

16       A     Yes.

17       Q     Okay.  So what is the length of the ▮▮▮

18   others that you currently own?

19            MR. ATKINSON:  Objection to form.  You can

20       answer.

21       A     By what standard?

22       Q     Inches.

23       A     Total -- or I mean, with the current brace

24   that's on it extended out?

25       Q     I am talking when you pick up an other and

```
1   you fire it at the range or if you were using it for

2   the purposes of self-defense, I know you haven't,

3   but if you were in a position to use it for

4   self-defense, how long would it be?

5           MR. ATKINSON:  Objection form.  You can

6       answer.

7       A    To the best of my recollection I believe

8   they're like thirty-eight inches long.  Wait a

9   minute.  Okay.  I may be saying it -- wait a minute.

10  No.  No.  Wait a minute.  I'm not good with the

11  measurements.

12      Q    Okay.

13      A    They're long.

14      Q    They're long.  What I am trying to get at

15  is, you said before that if they're shorter they're

16  easier to maneuver, correct?

17      A    Yes.

18      Q    If something is easier to maneuver it is

19  better suited for self-defense?

20      A    In my opinion, yes.

21      Q    So the AR-15-platform firearm that you

22  would purchase, but for the law, you're saying that

23  it would be shorter than the others you own or

24  longer than the others you own?

25      A    It would be shorter.
```

```
 1        Q    It would be shorter, okay.  By how much?

 2             MR. ATKINSON:  Objection to the form.  You

 3        can answer.

 4        A    Since I can't currently put a folding

 5   stock or folding stock on my firearms I would be --

 6   it would only be -- I can't answer that question.  I

 7   don't know.  All I know is that a folding stock

 8   would be shorter than the standard brace because you

 9   can fold it up.

10        Q    Okay.  How much -- I'm sorry, please

11   finish your answer.  I apologize.

12        A    I'm sorry, I didn't -- several inches.

13   Inches, you know, like anywhere from, I don't know,

14   five to eight inches.  I mean that's -- like I said,

15   I really can't answer that.  But it would be like a

16   little bit shorter.

17        Q    So by using a foldable stock you could

18   reduce the overall length of the weapon by five to

19   eight inches?

20        A    Again, I don't have -- I can't -- you

21   can't buy it in Connecticut because it's illegal so

22   I don't know the exact inches.  I can only say that

23   it would be shorter.

24        Q    Okay.  I know you can't buy it in

25   Connecticut but have you ever researched this like
```

1    online or anything?

2              MR. ATKINSON:  Objection to the form.  You

3         can answer.

4         A    I looked at them, but I never really

5    looked at the specific stats on them because I can't

6    buy it.

7         Q    Okay.

8         A    And put it on my rifle.

9         Q    Okay.  Prior to the new law in Connecticut

10   that deals with others, we'll get to that in a

11   little bit, was there anything preventing you from

12   purchasing an other that would have been five to

13   eight inches shorter than the others you have right

14   now?

15             MR. ATKINSON:  Objection to form.  You can

16        answer.

17        A    Others under Connecticut law?

18        Q    Yeah.  So what I am talking about, just to

19   clarify is, there's a new law that was just passed

20   recently a couple weeks ago, you're aware of that?

21        A    Yes.

22        Q    Okay.  I am talking before that law went

23   into effect, right, before?

24        A    Okay.

25        Q    When others were still legal, right?

1      A     Yes.

2      Q     What I'm asking is, prior to that law

3  going into effect, was there anything preventing you

4  from purchasing an other that would have been five

5  to eight inches shorter than the others you

6  currently own?

7           MR. ATKINSON:  Objection to form.  You can

8      answer.

9      A     As far as I'm aware, no.

10      Q     So why didn't you purchase others that

11  were five to eight inches shorter than the others

12  you currently own?

13      A     I'm sorry, maybe I misspoke.  You asked if

14  I could buy them that are shorter than what I have

15  and my answer was no.  You cannot buy shorter ones.

16      Q     Okay.

17      A     Because the shorter ones would mean you

18  would have a folding stock and as far as I'm aware,

19  that would be illegal to have an other with a

20  folding stock, a grip, it would be an illegal

21  firearm under Connecticut law.  And...

22      Q     Okay.

23      A     And I don't like to do anything illegal.

24      Q     Okay.  Yeah.  So what I'm getting at --

25  thank you for clarifying that.  What I am asking is,

1   was there something about the nature of the others

2   that these were the shortest others you could

3   purchase or was it something about the nature of the

4   law?  See what I'm saying?  I apologize if that's

5   unclear.

6          Like could you have purchased something

7   legally that was shorter and still an other prior to

8   this new law going into effect?

9          MR. ATKINSON:  Objection to form.  You can

10     answer.

11     A    Not to my knowledge.

12     Q    Okay.  Are your pistols shorter than

13  thirty-eight inches long?

14     A    Yes.

15     Q    Okay.  Are your pistols therefore more

16  maneuverable than your others?

17     A    Depending on the circumstance, they could

18  be.

19     Q    Okay.  What's a circumstance where a

20  shorter, a pistol that is shorter than your others,

21  would be less maneuverable than your others?

22     A    I'm sorry, can you say that again?

23     Q    I asked you if your pistols which are

24  shortener than your others, are more maneuverable

25  than your others and you said depending on the

1   circumstances they could be.  Please identify a

2   circumstance for me where a pistol, which is shorter

3   than your others, would be less maneuverable than

4   your others?

5       A    Less maneuverable?

6       Q    Yeah.

7       A    Okay.  An open field.  I --

8       Q    So a pistol -- I'm sorry, please finish.

9       A    I'm -- I'm still -- I'm -- I'm sorry, I'm

10  a little confused on that.  Can you say it again?

11      Q    Sure.  Let me try to break it up into

12  several questions.

13      A    Okay.

14      Q    I think one of the things you identified

15  when we were talking about why you would want to buy

16  an AR-15 that would be illegal right now and why

17  that would be superior to the others that you have,

18  is that they could be shorter and therefore easier

19  to maneuver, correct?

20      A    That would be one of the reasons, yes.

21      Q    I understand.  Okay.  If it's shorter and

22  easier to maneuver, you previously testified that

23  it's preferable for self-defense, correct?

24      A    Yes.

25      Q    Okay.  The pistols that you own are

1   shorter than the others that you own, correct?

2        A    Yes.

3        Q    The pistols that you own are shorter than

4   an AR-15-platform style firearm, correct?

5        A    Yes.

6        Q    Okay.  So therefore the pistols that you

7   own are more maneuverable than your others, correct?

8        A    Yes.

9        Q    And the pistol that you own are more

10  maneuverable than the AR-15 style platform rifle

11  that you would purchase but for the Connecticut

12  assault weapons ban, correct?

13       A    Yes, they can be.

14       Q    Okay.  So if they are more maneuverable

15  they are better suited for self-defense, correct?

16            MR. ATKINSON:  Objection to form.  You can

17       answer.

18       A    No.

19       Q    Why not?

20       A    Pistols require a more competent level of

21  training than a rifle does.  You can become more

22  proficient with a rifle that has got more power

23  behind it and is for easy to use.

24       Q    Okay.  Is the reason you can become -- I

25  just well -- well, withdraw.

1          Is the reason why it takes more

2    proficiency to use a pistol than a rifle because you

3    fire a rifle from the shoulder?

4          MR. ATKINSON:  Objection to form.  You can

5       answer.

6     A     No because if it can also be fired from

7    the waist or it can be -- if you're using the brace

8    it can be fired with the brace on your hand if

9    you're handicapped.

10    Q     Okay.  So then what is it about a pistol

11    that makes it I suppose more difficult to fire than

12    a rifle?

13    A     It depends on the pistol, the make, the

14    make, the caliber.  I am not an expert on it.  I can

15    only know from my own personal experience with

16    pistols.  Pistols have a little bit more of a

17    recoil -- my pistols the one I fire have more of a

18    recoil than my rifles.  So if I'm on the range and

19    I'm firing, I have got more recoil on my pistols

20    than I do have for recoil on the rifle.

21    Q     Okay.  And again, the reason I ask is

22    because, and I'm not a firearms expert either, but I

23    would assume that's because you're able to stabilize

24    the rifle on your shoulder when you're firing it so

25    therefore it would be easier to fire with less

```
 1   recoil, am I wrong in that assumption?

 2           MR. ATKINSON:  Objection to form.  You can

 3       answer.

 4       A    I have -- again, it depends on the

 5   individual that's firing the rifle.  I have fired my

 6   rifles one handed with the brace around it and I

 7   have -- it has less recoil and I have been able to

 8   do a little bit better firing them one handed.  I

 9   have also brought them up to my shoulder and fired

10   from my shoulder and fired them from the hip.

11       Q    Okay.  Of those three different methods of

12   firing your rifles, what's the most effective to

13   you?

14       A    They're all pretty effective.  There's not

15   one that's better than the other.

16       Q    Okay.  Again, you have never carried one

17   of your rifles on your person outside the home for

18   self-defense, correct?

19       A    I have not had to yet.

20       Q    Okay.  You never have, okay.  You have

21   never carried one of your others outside the home on

22   your person for the purposes of self-defense,

23   correct?

24       A    I have not yet had to.

25       Q    Okay.  The last thing you identified on
```

1   whether we were discussing the differences between

2   the AR-15 that you would want to buy and the others

3   that you currently have, is larger caliber and

4   therefore more stocking power, is that correct?

5       A    That can be one of the reasons, yes.

6       Q    Okay.  Is that one of your reasons?

7       A    Yes.

8       Q    Okay.  So what caliber does your others

9   fire?

10      A    223.  9 millimeter.

11      Q    Okay.  How about 5.56?

12      A    223 and 5.56 are -- you can fire the same

13  caliber.

14      Q    Do you consider 223 and 5.56 basically

15  interchangeable?

16          MR. ATKINSON:  Objection to form.  You can

17      answer.

18      A    Pretty much, yes.

19      Q    Okay.  So could you have fired a larger

20  caliber cartridge or round from your others prior to

21  this new law going into effect a couple of weeks

22  ago?

23          MR. ATKINSON:  Objection to form.  You can

24      answer.

25      A    Can you clarify that, please?

1    Q   One of the things you identified about the

2   reason you'd want to buy an AR-15 style, you know,

3   firearm is that you could potentially fire a larger

4   caliber from it than your others, is that true?

5    A   Yeah, you could buy a -- you can buy a

6   larger caliber firearm.  Yes.

7    Q   Why don't we start with this.  What kind

8   of caliber are we talking about so we can identify

9   it?  What would you buy that you can't buy now

10  because of the law?

11      MR. ATKINSON:  Objection to form.  You can

12      answer.

13   A   I would buy a .300 Blackout.

14   Q   You'd buy a .300 Blackout, okay.  I

15  believe -- you know what, I am going to switch to

16  your other affidavit.  We'll have this marked as

17  Exhibit 2.

18      (Whereupon, Supplemental Affidavit marked

19      Defendant's Exhibit 1 for Identification.)

20   Q   Can you see that up on the screen, sir?

21   A   Yup.

22   Q   Is that your signature at the bottom?

23   A   Yes, it is.

24   Q   Okay.  On page -- it is dated July 5,

25  2023, is that when you signed it?

1      A    Yes.

2      Q    Is everything in this affidavit true and

3   correct to the best of your knowledge?

4      A    You kind of went by really fast.  If it's

5   the same one that I signed, yes.

6      Q    Okay.  If you see anything on there that's

7   incorrect please let me know, okay?

8           All right so, looking the page three

9   paragraph 5, it says, "It has been my intention to

10  acquire a custom built ".300 Blackout" in a

11  Connecticut "other" configuration for quite some

12  time."  Did I read that correctly?

13     A    Yes.

14     Q    Is that true?

15     A    Yes.

16     Q    How long do you mean when you say quite

17  some time?

18     A    It's always been in the back of my mind

19  that that's the next rifle that I wanted to get.

20     Q    Okay.  So, when you said always in the

21  back of your mind, you're talking like ten years ago

22  or five months ago?  Give me a range.

23     A    It's been one of the firearms that I want

24  to acquire.

25     Q    Okay.  Was it --

1    A    I can't give you a specific time.  I mean,
2    I -- you know, you'd like about it and, you know,
3    you think about it here and there and maybe you look
4    into it or you can't find it or it's not the right
5    price.  So...
6        Q    Did you want to buy it as of January of
7    2023?
8        A    I wanted to buy it probably -- I was more
9    than likely going to buy it this year, yes.
10       Q    As of January 2023 you had wanted to buy
11   the .300 Blackout, right?
12       A    It was my intention to buy one this year,
13   correct.
14       Q    Okay.  You could have purchased a .300
15   Blackout in January of 2023, correct?
16       A    Yes.
17       Q    Okay.  Why didn't you buy a .300 Blackout
18   in January of 2023?
19       A    It wasn't -- I didn't -- it wasn't the
20   right time for me to buy it.
21       Q    Why wasn't it the right time for you to
22   buy it?
23       A    I had other obligations that I had to take
24   care of first.
25       Q    Okay.  So you didn't have the money?

Michael Stiefel                                                    Job Date:7/10/2023

```
 1        A     No.  I was dealing with other issues at

 2   the time.  Personal issues.

 3        Q     Okay.  What kind of personal issues would

 4   prevent you from purchasing a .300 Blackout?

 5        A     I was dealing with my mother's passing and

 6   dealing with Probate Court.

 7        Q     Okay.  I'm sorry to hear that.

 8        A     I was currently involved in that.

 9        Q     Okay.  Is there any reason you didn't

10   purchase a .300 Blackout prior to when you called

11   about this .300 Blackout on July 3 of 2023?

12        A     I'm sorry, can you say that again, please?

13        Q     Yeah.  So in your declaration here on

14   paragraph 6 it says you contacted Swamp Yankee Arms,

15   LLC asking about purchasing a .300 Blackout.  Right?

16        A     Yes, custom.

17        Q     A custom, okay.  And you did that on July

18   3, 2023, right?

19        A     Yes.

20        Q     Okay.  Is there any reason why you didn't

21   call Swamp Yankee Arms, LLC to inquire about

22   purchasing a custom .300 Blackout prior to July of

23   2023?

24        A     Because I was busy doing other things at

25   the time.
```

1    Q    Okay.  So in other words, all the stuff

2    with your mother and the other things resolved on

3    July 3 of 2023?

4         MR. ATKINSON:  Objection to form.  You can

5    answer.

6    A    No.  It was over a period of time.  So...

7    Q    Okay.

8    A    I -- it's been over a period of time that

9    things that have been going on.

10    Q    So, when did the things preventing you

11    from purchasing a .300 Blackout, the personal

12    reason, when did those resolve?

13    A    Some of them are still going on right now.

14    So again, like I said, if I wanted -- if I would buy

15    one today at a local gun store, I would do so.  I

16    would be able to do so currently today.  Previously,

17    I could not.  I don't know what to tell you.  I mean

18    it's not like you can jump and say oh, I'm going to

19    go buy this today.  You know, if I could buy it

20    today, I could go tomorrow to my local gun store and

21    buy it, but maybe next week well, I can't buy it

22    this week.

23    Q    Sir, what I want to know --

24    A    It's life.

25    Q    Sorry.  What I want to know is why you

1   waited for these to become illegal to inquire about

2   purchasing one?

3           MR. ATKINSON:  Objection to form.  You can

4       answer.

5       A    Because I am an idiot.  I honestly thought

6   the bill wasn't going to pass.

7       Q    Okay.  So you didn't think that it might

8   make sense to just be to safe to buy a Blackout 300

9   prior to this bill going into effect?

10          MR. ATKINSON:  Objection to form.  You can

11      answer.

12      A    I wasn't going to spend money if I didn't

13  have to at the time and take care of other things.

14      Q    Okay.  But you were aware there was a time

15  when this bill was passed in both chambers of the

16  legislature prior to it being signed and put into

17  effect, correct?

18          MR. ATKINSON:  Objection to form.  You can

19      answer.

20      A    Yes.

21      Q    Okay.  And in that time between when it

22  had passed both chambers of the legislature and when

23  it was signed, right, there's a couple day period

24  there, you didn't think to go purchase a .300

25  Blackout at this time?

1            MR. ATKINSON:  Objection to form.  You can

2       answer.

3       A    No.  I actually did.

4       Q    Why didn't you?

5       A    Because I had to make a decision whether

6  or not I wanted to buy a .300 Blackout or buy an

7  EPC-9.

8       Q    Okay.

9       A    So I couldn't buy both of them so I bought

10  one of them.  I bought the EPC-9.

11      Q    Okay.  So is the EPC-9 an other that you

12  wouldn't be able to purchase right now?

13      A    That is correct, yes.

14      Q    I see, okay.  So in other words, one of

15  the four others that you currently own right now you

16  purchased just before the new law went into effect?

17      A    Yes.

18      Q    Okay.  What's the difference between an --

19  I'm sorry, an ECP-9?

20      A    Yes.

21      Q    Okay.  What is the difference between an

22  ECP-9 and a .300 Blackout?

23      A    That's an aerial provision -- aerial

24  provision 9 millimeter.  It shoots 9 millimeter.

25      Q    Okay.

1      A    Not .300 Blackout.

2      Q    Okay.  So when you had the choice --

3      A    Smaller round.  Sorry.

4      Q    Got it.  When you had the choice between

5  purchasing a .300 Blackout which is a larger round

6  and an ECP-9 which is a smaller round, you went with

7  the ECP-9, correct?

8           MR. ATKINSON:  Objection to form.  You can

9      answer.

10     A    Yes.

11     Q    Okay.  Why did you go with the firearm

12  that had the smaller round?

13     A    Because I currently -- because I own -- I

14  have 9 millimeter and I have the ammo for that.

15     Q    Okay.  Do you feel that you are incapable

16  of defending yourself with the firearms that you

17  currently own?

18           MR. ATKINSON:  Objection to form.  You can

19     answer.

20     A    Can you restate that, please?

21     Q    Sure.  Do you feel that you are incapable

22  of defending yourself with the firearms that you

23  currently own?

24     A    Can you please specify which firearms

25  you're talking about?

Michael Stiefel                                                    Job Date:7/10/2023

1        Q     I would say with any of the -- let me

2   start with.  With the others, do you feel that you

3   are currently incapable of defending yourself with

4   any of the        others that you own?

5        A     No.

6        Q     Okay.  Do you feel that you are currently

7   incapable of defending yourself with any of the

8   handguns that you own?

9             MR. ATKINSON:  Jaime, can you say capable

10        or incapable a little louder because I didn't

11        quite hear whether you said capable or

12        incapable.

13        Q     Sure.  Do you feel that you are incapable,

14   not capable, not capable, of defending yourself, not

15   capable of defending yourself with any of the

16   firearms that you currently own?

17        A     No.

18        Q     Okay.  So in other words, you are capable

19   of defending yourself with the firearms that you

20   currently own?

21             MR. ATKINSON:  Objection to form.  You can

22        answer.

23        A     Okay.  You're going to have to clarify

24   which firearms because some of them you would not

25   use for self-defense.

1    Q    Okay.  Of the [REDACTED] firearms we have

2  been talking about, how many of them do you not use

3  for self-defense?

4    A    To the best of my knowledge, [REDACTED] of them.

5    Q    Okay.  What are those?  Are they handguns?

6    A    [REDACTED] and the other [REDACTED] are

7  rifles.

8    Q    Okay.  So of the [REDACTED] handguns you own, [REDACTED]

9  of them you could not use for self-defense in your

10  opinion?

11    A    I -- no, I could but I would not use it.

12    Q    Okay.  Because you -- as you testified

13  before, you haven't used any of these weapons in

14  self-defense?  Talking about what you would do if

15  you were in a situation where you had to use them in

16  self-defense.

17        MR. ATKINSON:  Objection to form.  You can

18    answer.

19    A    I'm sorry, say that question again?

20    Q    Yeah.  As you testified before, you

21  haven't used any of these firearms in self-defense.

22  So what we're talking about now is what you would do

23  in a theoretical scenario if you had to defend

24  yourself, right?

25    A    Okay.

Michael Stiefel                                                                          Job Date:7/10/2023

```
 1        Q    Is that -- do you agree with that?

 2        A    Yes.

 3        Q    Okay.  So of those       firearms that we

 4   identified that you would not use in a theoretical

 5   scenario to defend yourself,                      and

 6   the other        are rifles?

 7        A    Yes.

 8        Q    Okay.  So let's take those off the board.

 9   Of the other         or so firearms that you own,

10   are you capable of defending yourself with any of

11   those firearms?

12             MR. ATKINSON:  Objection to form.  You can

13        answer.

14        A    Yes.

15        Q    Okay.  Thank you.  Why didn't you purchase

16   an AR-15-platform firearm prior to 2013?

17        A    To the best of my recollection I did, but

18   I turned around and sold it back to the gun store.

19        Q    Okay.  Do you remember when you purchased

20   it?

21        A    To the best of my recollection, some time

22   in the 90s.

23        Q    Okay.

24        A    It was a while ago.

25        Q    Okay.  So some time in the 90s you
```

1  purchased an AR-15.  Do you remember when you would

2  have sold it back?

3      A    I am thinking.  Again, it was so long I

4  really don't remember.  I bought and sold quite a

5  few firearms over the last thirty years.

6      Q    Okay.  So I have a similar question about

7  AR-15 style firearms.  Back in 2013 when the law was

8  about to change, why didn't you buy any of those

9  kinds of firearms?

10         MR. ATKINSON:  Objection to form.  You can

11     answer.

12     A    I don't remember.

13     Q    Okay.

14     A    I don't know why I didn't.

15     Q    But fortunately you've been able to

16  purchase and still are able to own weapons that are

17  capable of defending you, correct?

18         MR. ATKINSON:  Objection to form.  You can

19     answer.

20     A    Depends on the level of protection, yes.

21     Q    Okay.  But I guess my question is, if you

22  thought that there was a firearm that was about to

23  be made illegal that would have been more effective

24  at protecting you in your home, you probably would

25  have purchased that before it was made illegal,

1   right?

2          MR. ATKINSON:  Objection to form.  You can

3      answer.

4      A    If you're referring to the .300 Blackout,

5   yes.

6      Q    Okay.

7      A    But instead I had to make a decision at

8   that time, so I went with the 9 millimeter.

9      Q    Okay.  I don't know if I asked this

10  question before, but do you hunt, sir?

11     A    I have not hunted since the 90s.

12     Q    Okay.  The firearm that you own, you own

13  those all for purposes of self-defense, correct?

14         MR. ATKINSON:  Objection to the form.  You

15     can answer.

16     A    Self-defense and shooting, you know, hobby

17  shooting.

18     Q    Okay.  Hobby shooting, okay.

19     A    And eventually I will get back into

20  hunting.

21     Q    Okay.  When is the last time you had a

22  license to hunt?

23     A    To the best of my recollection, back in

24  the 90s.

25     Q    Okay.

 1      A    I haven't -- like I said, I have not

 2   hunted in a very long time.  I have been...

 3      Q    Okay.

 4      A    It's hard when you have little kids.

 5      Q    I gotcha.  I understand.

 6      A    Family comes first.

 7           MR. BELFORTI:  I got you.  How often do

 8      you -- Withdrawn.  Cam, can I take five minutes

 9      to consult with my able co-counsel here?

10           MR. ATKINSON:  Yeah.

11           MR. BELFORTI:  Thank you.

12           (Whereupon, Off the record at 5:47 p.m.)

13           (Whereupon, Back on the record at 5:50

14      p.m.)

15   BY MR. BELFORTI:

16      Q    Thank you, gentlemen.  I promise I only

17   got a couple more left for you, sir, so rounding the

18   bend here.

19           Of those ____ others that you currently

20   own, have you sought to I guess register any of them

21   with the Bureau of Alcohol, Tobacco and Firearms?

22           MR. ATKINSON:  Objection to form.  You can

23      answer.

24      A    Yes.

25      Q    When did you do that?

1    A    I am not exactly certain what month it
2  was, but it was about a month or two before the
3  deadline.
4    Q    Okay.  What about?
5    A    It was last year.
6    Q    Last year?
7    A    Yeah, the deadline was January 1 of 2023
8  for the ATF, I believe.
9    Q    I think --
10    A    About a month or two before the deadline
11  for the ATF.
12    Q    Okay.  I think -- well, whatever.  We'll
13  figure that out.  I might be wrong on that.  In any
14  case, what was the -- let me start with this.
15         You said you purchased the, I think it was
16  the ECP, I might have got that written down
17  incorrectly.  You purchased that recently, correct?
18    A    Yes.
19    Q    When exactly did you purchase that?  Was
20  it in June?
21    A    Shoot, when was the bill signed into
22  effect?
23    Q    I don't know the exact date.  I think it
24  was June, the first week of June or something.  I'd
25  have to look into it.  But I'm --

1      A    Okay.  So yeah, the first week of June

2   then.

3      Q    Okay.

4      A    I bought it -- I probably bought it --

5   approximately I bought it before the bill was signed

6   into effect.

7      Q    Got it.  So of the �earlier others you had

8   ▓▓▓▓▓of them you owned prior to the ATF deadline,

9   correct?

10     A    Yes.

11     Q    Okay.  Of those ▓▓▓▓▓ you have registered

12  them with the ATF and gotten tax stamps?

13          MR. ATKINSON:  Objection to form.  You can

14      answer.

15     A    No.  They're currently pending approval

16  because they're so, I guess -- well, they're pending

17  approval.

18     Q    Okay.  So the ▓▓▓▓▓are still pending

19  approval.  What about that ▓▓▓▓▓other that you

20  purchased, are you going to seek to register that

21  with the ATF and get a tax stamp?

22     A    I am going to wait until I see what

23  happens with the lawsuit.

24     Q    Okay.  I probably know the answer to this

25  question already, but have you ever been convicted

1  of any criminal offenses?

2       A    No.

3       Q    Okay.  Have you ever been charged with any

4  criminal offenses?

5       A    No.

6       Q    Have you ever been arrested for any

7  crimes?

8       A    No.

9       Q    Okay.  Have you ever been subject to an

10 order, a judicial order protective order -- well,

11 Withdrawn.

12           Have you ever been subject to a protective

13 order in a civil Court?

14      A    I'm not certain what that is.  I'm sorry,

15 so I'm going to say no.

16      Q    Have you ever been subject to like a

17 restraining order from someone else saying stay one

18 hundred feet away from such and such?

19      A    No.

20      Q    Okay.  You worked for the DOC for about

21 twenty years?

22      A    Yes, a little over twenty years.

23      Q    Okay.  Were you ever disciplined while you

24 were with the DOC?

25      A    Yes.

Michael Stiefel                                                            Job Date:7/10/2023

```
 1       Q    How many times would you say you were
 2  disciplined by the DOC?
 3       A    I can't recall.
 4       Q    Okay.  Were you ever disciplined for
 5  anything involving lying in an incident report?
 6       A    No.
 7       Q    Ever disciplined for withholding
 8  information during an investigation?
 9       A    No.
10       Q    Ever disciplined for anything involving
11  violence?
12            MR. ATKINSON:  Objection to form.  You can
13       answer.
14       A    To the best of my recollection, no.
15       Q    Okay.  All right.  One second.  So just to
16  clarify, I know you said you registered the others,
17  those         others with the ATF and you're awaiting
18  approval.  Have you done anything in terms of
19  registering your         others with the state of
20  Connecticut, the Department of Emergency Services
21  and Public Protection?
22       A    There's no guidelines out yet, so no.
23       Q    Okay.
24       A    That I'm aware of.  I should -- sorry, let
25  me clarify.  I am not aware of any guidelines that
```

1   they have put forth yet for registration, so no.

2         Q    Fair enough.  Thank you.

3         A    When it becomes available then I will do

4   so.

5              MR. BELFORTI:  All right.  Thank you, sir.

6         I don't have any further questions for you

7         right now.

8              MR. ATKINSON:  I don't have any questions

9         Jaime.  I just note as we did for the previous

10        one that we're probably going to -- we are

11        going to claim some confidentiality designation

12        as to firearm storage, but we'll handle that

13        with the transcript.  We'll send you what we're

14        proposing on the transcript.

15             MR. BELFORTI:  Fair enough.

16             MR. ATKINSON:  And then I would like a

17        read and sign, similar on the same schedule to

18        the previous one.

19             MR. BELFORTI:  That works for us too.

20             MR. ATKINSON:  Depo is closed?

21             MR. BELFORTI:  This one is closed.

22             (Whereupon, Deposition Concluded at 5:57

23        p.m.)

24

25

1                              JURAT

2

3        I, MICHAEL STIEFEL, do hereby certify that

4   the foregoing testimony taken on July 10, 2023, is

5   true and accurate, including any corrections noted

6   on the corrections page, to the best of my knowledge

7   and belief.

8

9   _____
                    MICHAEL STIEFEL

10

11

12

13

14        At  _Norwich_  in said county of

15   _New London_, this __23__ day of _July_, 2023,

16   personally appeared MICHAEL STIEFEL and he made an

17   oath to the truth of the foregoing corrections he

18   subscribed.

19

20

21   Before me, _Cameron R. Atkinson_, Notary Public/

22   My commission expires:   Commissioner of
                               Superior Court
23                             Juris; 442289
24

25

```
 1              TRANSCRIPT CORRECTIONS

 2   REPORTER:    Emily Collette

 3   CASE:        Eddie Grant, Jr. et. al.
                  vs.
 4                Lamont, et. al.

 5

 6   PAGE LINE          CORRECTION              REASON
 7    32   20-21   "I don't carry it in places  Court

 8                 -- yes, I do not carry where  Reporter

 9                 it's illegal"                 Typo

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   NAME: Michael St

25   DATE: 7-23-23
```

Michael Stiefel                                                                                     Job Date: 7/10/2023

1              CERTIFICATE OF REPORTER

2              I, Emily Collette, a Certified Shorthand

3     Reporter/Notary Public within and for the State of

4     Connecticut, do hereby certify there came before me,

5     on the 10th day of July, 2023, the following named

6     person, to wit:  MICHAEL STIEFEL, who was by me duly

7     sworn to testify to the truth and nothing but the

8     truth; that he was thereupon carefully examined upon

9     his oath and his examination reduced to writing

10    under my supervision; that this deposition is a true

11    record of the testimony given by the witness.

12             I further certify that I am neither

13    counsel for, related to, nor employed by any of the

14    parties to the action in which this deposition is

15    taken; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19             WITNESS my hand and affixed my seal this

20    17th day of July 2023.

21

22                                _Emily Collette_

23                                Emily Collette, CSR

24        My commission expires:  April 30, 2026

25