UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in his official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity,<br><br>Defendants. | CIV. NO. 3:22-cv-01223-JBA<br><br>AUGUST 2, 2023<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A BRIEF WITH EXCESS PAGES** |

Pursuant to Local Rule 7(a), the Plaintiffs respectfully move for leave to file excess pages in their reply memorandum in further support of their Motion For Preliminary Injunction. Counsel for the Defendants indicates that they have no objection to this motion.

The Plaintiffs seek leave of the Court to file a reply brief in excess of the ten-page limit and to file a brief no longer than 15 pages, excluding the certification and signature pages. Good cause exists for a reply brief of this length as well as the timing of this motion. First, the

1

Court granted the Defendants leave to file a brief not to exceed 60 pages instead of the usual 40 pages, and the Plaintiffs did not object to that. The Defendants' longer brief necessarily contains more arguments than the Plaintiffs anticipated, and the Plaintiffs deserve a fair opportunity to meet them. Second, the Defendants have raised several points of procedural contention that implicate both the standard of review that the Court should apply to the Plaintiffs' motion and the severability doctrine. The Plaintiffs did not engage in anticipatory briefing on these points, and they deserve a fair opportunity to respond adequately. Third, the Defendants made expansive use of the Plaintiffs' depositions in their opposition brief, and those depositions were taken after the Plaintiffs filed their opening moving papers. The Plaintiffs need additional space to make their arguments from their depositions.

In formulating their request for additional pages, the Plaintiffs adhered to the same ratio prescribed by Local Rule 7 that confines reply briefs to one-quarter of the length of a principal brief. Thus, they do not seek to abuse this request for additional pages.

Additionally, while Local Rule 7 does require parties to file motions for additional pages seven days before a brief is due, good cause exists for the Court to consider it and grant it at this stage. The scheduling order in this case provided the Plaintiffs with a week to formulate their reply brief. Due to the undersigned's other commitments and one of the undersigned's unexpected travel plans, they did not fully realize the extent of how long of a reply brief would be required until the eleventh hour. The eleventh hour realization, however, does not render the granting of the Plaintiffs' request prejudicial to any party as the Plaintiffs have adhered to the same standards applied to ordinary reply briefs, and their reply brief addresses new issues that the Defendants have raised.

To ensure that the Court has a full and helpful presentation of argument before it, the Plaintiffs respectfully request that the Court grant their motion to file a reply brief no longer than 15 pages.

Dated: August 2, 2023 				Respectfully submitted,

				_//s//   Doug Dubitsky_____
				Doug Dubitsky, Esq.
				(ct21558)
				LAW OFFICES OF DOUG DUBITSKY
				P.O. Box 70
				North Windham, CT 06256
				Telephone: 860.933.9495
				Facsimile: 866.477.1120
				Email: doug@lawyer.com


				_//s//   Craig C. Fishbein_____
				Craig C. Fishbein, Esq.
				(ct25142)
				FISHBEIN LAW FIRM, LLC
				100 South Main Street
				P.O. Box 363
				Wallingford, Connecticut 06492
				Telephone: 203.265.2895
				Facsimile: 203.294.1396
				E-mail: ccf@fishbeinlaw.com

				_//s//   Cameron L. Atkinson_____
				Cameron L. Atkinson, Esq.
				(ct31219)
				ATKINSON LAW, LLC
				122 Litchfield Rd., Ste. 2
				P.O. Box 340
				Harwinton, CT 06791
				Telephone: 203.677.0782
				Facsimile: 203.672.6551
				Email: catkinson@atkinsonlawfirm.com

				*Attorneys for the Plaintiff*

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/