UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in his official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity, <br><br> Defendants. | CIV. NO. 3:22-cv-01223-VDO <br><br> October 16, 2025 <br><br> **JOINT STATUS REPORT** |

    The Parties submit this joint status report pursuant to the Court's September 15, 2025, order directing them to confer and file a joint status report regarding intended next steps by October 16, 2025. (Dkt. 80). The United States Court of Appeals for the Second Circuit affirmed this Court's order denying the Plaintiffs' motion for a preliminary injunction. (Dkt. 79). The Plaintiffs intend to file a petition for writ of certiorari in the Supreme Court of the

1

United States within the next 30 days. All parties request that this Court stay proceedings until the Supreme Court addresses the Plaintiffs' petition.

Dated: October 16, 2025          Respectfully submitted,

    *//s//  Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

    *//s//  Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    *//s//  Cameron L. Atkinson*
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

*Attorneys for the Plaintiffs*

        DEFENDANTS

        WILLIAM TONG
        ATTORNEY GENERAL


        /s/ *Janelle R. Medeiros*
        Janelle R. Medeiros
        Assistant Attorney General
        165 Capitol Avenue
        Hartford, CT 06105
        Federal Bar #ct30514
        E-Mail: janelle.medeiros@ct.gov
        Tel.: (860) 808-5450
        Fax: (860) 808-5590


        James M. Belforti
        Assistant Attorney General
        165 Capitol Avenue
        Hartford, CT 06105
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        Federal Bar No. ct30449
        E-Mail: james.belforti@ct.gov

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson/s/