**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

EDDIE GRANT, JR., JENNIFER HAMILTON;
MICHAEL STIEFEL; CONNECTICUT
CITIZENS DEFENSE LEAGUE, INC.; AND
SECOND AMENDMENT FOUNDATION, INC.,

      Plaintiffs,

v.

EDWARD M. LAMONT, JR., in his official capacity;
JAMES ROVELLA, in his official capacity; PATRICK
GRIFFIN, in his official capacity; MARGARET E.
KELLY, in her official capacity; DAVID R.
APPLEGATE, in his official capacity; JOSEPH T.
CORRADINO, in his official capacity;
SHARMESE L. WALCOTT, in her official capacity;
DAVID R. SHANNON, in his official capacity;
MICHAEL A. GAILOR, in his official capacity;
CHRISTIAN WATSON, in her official capacity;
JOHN P. DOYLE, JR., in his official capacity, PAUL
J. NARDUCCI, in his official capacity; PAUL J.
FERENCEK, in his official capacity; MATTHEW C.
GEDANSKY, in his official capacity, MAUREEN
PLATT, in her official capacity; ANNE F.
MAHONEY, in her official capacity,

      Defendants.

CIV. NO. 3:22-cv-01223-VDO

June 30, 2026

**JOINT STATUS REPORT**

The parties hereby submit this joint status report regarding the Plaintiffs' pending petition for writ of certiorari in this case. The U.S. Supreme Court granted the Plaintiffs' petition for a writ of certiorari on June 30, 2026. *See Grant v. Higgins*, No. 25-566. The parties respectfully submit that no action is necessary apart from continuing to adhere to the 120-day status report schedule.

1

The undersigned counsel apologize to the Court for failing to submit an earlier status report as it did not make their calendars twice. They thank the Court for its forbearance in giving them another chance to comply, and they will take steps to ensure that it does not occur again.

Dated: June 30, 2026

For the Plaintiffs,

*//s//   Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

*//s//   Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

*//s//   Cameron L. Atkinson*
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

For the Defendants,

/s/ *Janelle R. Medeiros*

Janelle R. Medeiros
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
Federal Bar #ct30514
E-Mail: janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

James M. Belforti
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar No. ct30449
E-Mail: james.belforti@ct.gov

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson/s/

3