**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EDDIE GRANT, JR., JENNIFER HAMILTON; MICHAEL STIEFEL; CONNECTICUT CITIZENS DEFENSE LEAGUE, INC.; AND SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD M. LAMONT, JR., in his official capacity; JAMES ROVELLA, in his official capacity; PATRICK GRIFFIN, in his official capacity; MARGARET E. KELLY, in her official capacity; DAVID R. APPLEGATE, in his official capacity; JOSEPH T. CORRADINO, in his official capacity; SHARMESE L. WALCOTT, in her official capacity; DAVID R. SHANNON, in his official capacity; MICHAEL A. GAILOR, in his official capacity; CHRISTIAN WATSON, in her official capacity; JOHN P. DOYLE, JR., in his official capacity, PAUL J. NARDUCCI, in his official capacity; PAUL J. FERENCEK, in his official capacity; MATTHEW C. GEDANSKY, in his official capacity, MAUREEN PLATT, in her official capacity; ANNE F. MAHONEY, in her official capacity,<br><br>Defendants. | CIV. NO. 3:22-cv-01223-VDO<br><br>November 17, 2026<br><br>**JOINT STATUS REPORT** |

The parties hereby submit this joint status report regarding the Plaintiffs' pending writ of certiorari in this case. The U.S. Supreme Court granted the Plaintiffs' petition for a writ of certiorari on June 30, 2026. *See Grant v. Higgins*, No. 25-566. Oral arguments are scheduled for December 2, 2026. The parties respectfully submit that no action is necessary apart from continuing to adhere to the 120-day status report schedule.

Dated: November 17, 2026

For the Plaintiffs,

/s/ ______________________________
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

/s/ ______________________________
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

/s/ ______________________________
Cameron L. Atkinson, Esq.
(ct31219)
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

For the Defendants,

WILLIAM TONG
ATTORNEY GENERAL

_/s/ Katherine G. Finnucan
Katherine G. Finnucan
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
Federal Bar #ct32250
E-Mail: Katherine.finnucan@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

_/s/Edward D. Rowley
Edward D. Rowley
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar No. ct30701
E-Mail: edward.rowley@ct.gov

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Katherine G. Finnucan
Assistant Attorney General